**United States Bankruptcy Court**
**EASTERN DISTRICT OF VIRGINIA**

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>LandAmerica Financial Group, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>N/A | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>54-1589611 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>5600 Cox Road<br>Glen Allen, Virginia<br>ZIP CODE 23060 | Street Address of Joint Debtor (No. and Street, City, and State):<br>N/A<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Henrico County | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>N/A<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>See Attachment A    ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check Box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors*

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 1000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

Estimated Assets*

| $0 to $50 million | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

Estimated Liabilities*

| $0 to $50 million | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

*Such amounts are based on the Debtor's consolidated financial statements as of September 30, 2008.

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | LandAmerica Financial Group, Inc. |

| **All Prior Bankruptcy Cased Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: N/A | Case Number: N/A | Date Filed: N/A |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor See Attachment A | Case Number: Pending | Date Filed: Date Hereof |
| District: Eastern District of Virginia | Relationship: Affiliate | Judge: Pending |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☒ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a party of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** LandAmerica Financial Group, Inc. |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 112 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\***<br><br>X  /s/ Paul V. Shalhoub_____<br>   Signature of Attorney for Debtor(s)<br><br>Marc Abrams, Esq.<br>Paul V. Shalhoub, Esq.<br>Rachel C. Strickland, Esq.<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, New York 10019-6099<br>(212) 728-8000<br><br> November 26, 2008<br>Date<br><br>*In a case which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.    **Signature of Attorney\***<br><br>X  /s/ Dion W. Hayes_____<br>   Signature of Attorney for Debtor(s)<br><br>Dion W. Hayes (VSB No. 34304)<br>John H. Maddock III (VSB No. 41044)<br>McGUIREWOODS LLP<br>One James Center<br>901 East Cary Street<br>Richmond, Virginia 23219-4030<br>(804) 775-1000<br><br> November 26, 2008<br>Date<br><br>*In a case which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>_____<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  /s/ G. William Evans_____<br>   Signature of Authorized Individual<br>   G. William Evans<br>   Printed Name of Authorized Individual<br>   Chief Financial Officer<br>   Title of Authorized Individual<br>    November 26, 2008<br>   Date | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------x
In re                                  : Chapter 11
                                       :
LANDAMERICA FINANCIAL GROUP, INC.      : Case No. 08-_____ (_____)
                                       :
                Debtor.                :
---------------------------------------x

# EXHIBIT A TO VOLUNTARY PETITION

1. The Debtor's SEC file number is 001-13990.

2. Except as otherwise indicated, the following financial data is the latest available information and refers to the Debtor's unaudited condition as of September 30, 2008 as reported in the Debtor's Form 10-Q (Quarterly Report) filed on November 10, 2008 (unless otherwise indicated below).[1]

   a. Total assets                                              $3,325,100,000
   b. Total debts (including debts listed in 2(c), below)       $2,839,800,000
   c. Debt Securities

| Unsecured Notes/Debentures | Principal Amount Outstanding | Approximate Number of Record Holders |
|---|---|---|
| 7.16% Senior Notes, Series D | $50,000,000 | Unknown |
| 7.20% Senior Notes, Series E | $100,000,000 | Unknown |
| 3.25% Convertible Senior Debentures due 2034 | $125,000,000[2] | Unknown |
| 3.125% Convertible Senior Debentures due May 2033 | $98,500,000 | Unknown |

---

[1] The estimated assets and debts indicated herein are estimated on a consolidated basis for the Debtor and its debtor and non-debtor subsidiaries and affiliates. The Debtor will file its schedules and a statement of financial affairs pursuant to Fed. R. Bankr. P. 1007(c) by a date to be determined by this Court.

[2] As reported in the Debtor's Form 10-K (Annual Report) filed on February 28, 2008.

|   |   | Outstanding | Holders |
|---|---|---|---|
| d. | Number of shares of preferred stock | 0 | 0 |
| e. | Number of shares of common stock | 15,471,268[3] | 1,448[4] |

Comments, if any:

3. Brief Description of the Debtor's business: The Debtor and its affiliates provide products and services that facilitate the purchase, sale, transfer, and financing of residential and commercial real estate to a broad-based customer group including: residential and commercial property buyers and sellers, real estate agents and brokers, developers, attorneys, mortgage brokers and lenders, and title insurance agents. The Debtor and its affiliates operate through approximately 700 offices and a network of more than 10,000 active agents throughout the world, including Mexico, Canada, the Caribbean, Latin America, Europe, and Asia. Based on title premium revenue, the Debtor is one of the largest title insurance underwriters in the United States. In addition to their core title insurance business, the Debtor and its affiliates also provides a comprehensive suite of other products and services for residential and commercial real estate transactions, including appraisals, home inspections, warranties, title search, examination, escrow, and closing services. Additionally, certain of the Debtor's affiliates facilitate tax-deferred property exchanges for customers pursuant to Section 1031 of the Internal Revenue Code ("like-kind" exchanges).

4. Persons who directly or indirectly own, control, or hold, with power to vote, 5% or more of the voting securities of the Debtor:[5]

| Name and Address | Shares Beneficially Owned | Percentage of Ownership |
|---|---|---|
| Dimensional Fund Advisors LP<br>1299 Ocean Avenue<br>Santa Monica, California 90401 | 1,388,153 | 9.0% |
| Advisory Research, Inc.<br>180 North Stetson Street, Suite 5500<br>Chicago, Illinois 60601 | 1,386,623 | 9.0% |
| AQR Capital Management, LLC<br>Two Greenwich Plaza, 3rd Floor<br>Greenwich, Connecticut 06830 | 1,099,746 | 7.2% |
| Markel Corporation<br>4521 Highwoods Parkway<br>Glen Allen, Virginia 23060 | 930,500 | 6.1% |

---

[3] Stock outstanding as of November 3, 2008.
[4] As of February 22, 2008 (as reported in the Debtor's Form 10-K (Annual Report) filed on February 28, 2008.
[5] The information set forth in (4) represents the ownership information of the Debtor as reported in the Debtor's Form 14A (Proxy Statement) filed on March 24, 2008, reflecting ownership information as of the latest practicable date prior to the filing of the Debtor's Proxy Statement.

| | | |
|---|---|---|
| Lord, Abbett & Co.<br>90 Hudson Street<br>Jersey City, New Jersey 07302 | 922,410 | 6.0% |
| Richard C. Perry<br>Perry Corp.<br>767 Fifth Avenue<br>New York, New York 10153 | 870,838 | 5.7% |
| LandAmerica Financial Group, Inc.<br>Savings and Stock Ownership Plan<br>5600 Cox Road<br>Glen Allen, Virginia 23060 | 812,901 | 5.3% |
| Old Republic International Corporation<br>307 North Michigan Avenue<br>Chicago, Illinois 60601 | 795,200 | 5.2% |

# **ATTACHMENT A**

1. **Pending Bankruptcy Cases Filed by Affiliates of the Debtor:**

Concurrently herewith, the affiliated entity listed below (the "**Affiliated Debtor**") filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330.

        LandAmerica 1031 Exchange Services, Inc.

Contemporaneously with the filing of their voluntary petitions, the Debtor, together with the Affiliated Debtor, filed a motion requesting that this Court consolidate their chapter 11 cases for administrative purposes only.

2. **Location of Principal Assets of the Debtor:**

- 5600 Cox Road
  Glen Allen, Virginia  23060

**LANDAMERICA FINANCIAL GROUP, INC.**
**(a Virginia corporation)**

**CERTIFICATE OF RESOLUTIONS**

I, Michael D. Beverly, the Secretary of LandAmerica Financial Group, Inc. (the "Corporation"), which is properly organized and existing under the laws of Virginia; do hereby certify that the following is a true and correct copy of certain resolutions adopted at a special meeting of the Board of Directors of the Corporation on November 24, 2008, and that such resolutions have not been rescinded, modified or amended, and are now in full force and effect.

**RESOLUTIONS: Bankruptcy Petition**

WHEREAS, the Board has evaluated the Corporation's alternatives and has determined that the filing of a voluntary petition (the "**Petition**") under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") is in the best interests of the Corporation;

RESOLVED, that the Corporation shall be, and hereby is, authorized to (i) file a Petition for relief under the Bankruptcy Code, in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division or such other court as one or more of the Designated Officers (as defined below) of the Corporation determine to be appropriate (the "**Bankruptcy Court**"), and (ii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

FURTHER RESOLVED, that the Chairman of the Board and the President, and such other officers as may be designated by the Chairman of the Board or the President (each, a "**Designated Officer**"), shall be, and each of them, acting alone, hereby is, authorized, directed and empowered on behalf of, and in the name of, the Corporation to: (i) execute and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such Designated Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Designated Officer); (ii) execute, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; (iii) execute and verify any and all other documents necessary or appropriate in connection therewith or to administer the Corporation's chapter 11 case in such form or forms as any such Designated Officer may approve; and (iv) cause the Corporation's subsidiaries take any action consistent with these resolutions, including the filing of petitions for relief under chapter 11, the retention of professionals and the incurrence of debt by such subsidiaries;

FURTHER RESOLVED, that the Designated Officers shall be, and each of them hereby is, authorized, directed and empowered to retain, on behalf of the Corporation, Willkie Farr & Gallagher LLP ("**WF&G**"), McGuireWoods LLP ("**MWLLP**"), and such additional professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers, in each case as in such Designated Officer's judgment may be necessary in connection with the Corporation's chapter 11 case and other related matters, on such terms as such officer or officers shall approve;

FURTHER RESOLVED, that the law firm of WF&G and MWLLP and any additional special or local counsel selected by the Designated Officers, if any, shall be, and hereby are, authorized, empowered and directed to represent the Corporation, as a debtor and debtor in possession, in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code;

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officers, each of the officers of the Corporation or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Corporation, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, amendments and other documents and to pay all expenses, including filing fees, in each case as in such Designated Officer's judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein;

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by any Designated Officer of the Corporation in connection with the implementation of these resolutions in all respects are hereby ratified, confirmed and approved; and

FURTHER RESOLVED, that each secretary and any assistant secretary of the Corporation is hereby authorized to certify and deliver, to any person to whom such certification and delivery may be deemed necessary or appropriate in the opinion of such secretary or assistant secretary, a true copy of the foregoing resolutions.

IN WITNESS WHEREOF, I have hereunto set my hand this 25th day of November, 2008.

/s/ Michael D. Beverly
Michael D. Beverly
Secretary

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------x
In re                                : Chapter 11
                                     :
LANDAMERICA FINANCIAL GROUP, INC.    : Case No. 08-_____ (____)
                                     :
                        Debtor.      :
------------------------------------x

**LIST OF CREDITORS**
**HOLDING THE 20 LARGEST UNSECURED CLAIMS**

Following is the list of creditors holding the twenty largest unsecured claims.[1]  The list has been prepared based upon the books and records of LandAmerica Financial Group, Inc.

Except as set forth above, the list has been prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case.  The list does not include (1) persons who are "insiders" as defined in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and fax number of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim as of Petition Date[2] |
|---|---|---|---|---|
| Bank of New York Mellon, as Indenture Trustee under LandAmerica Financial Group, Inc. 3.25% Convertible Senior Debentures due May 2034<br><br>Bank of New York Mellon<br>Corporate Trust Department<br>101 Barclay Street, 8W<br>New York, NY 10286 | Larry O'Brien<br>tel. (212) 815-5995<br>fax (212) 815-5707 | Debentures | | $125,000,000.00 |
| Prudential Capital Group<br>1170 Peachtree Street<br>Suite 500<br>Atlanta, GA 30309 | Jay White<br>tel. (404) 870-3755<br>fax (404) 870-3741 | Notes | | $100,000,000.00 |

---

[1] The information herein shall not constitute an admission of liability by, nor is it binding on, the above-captioned debtor.

[2] These claim amounts represent maximum potential liabilities.  Any actual amounts owed may be significantly lower.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and fax number of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim as of Petition Date[2] |
|---|---|---|---|---|
| SunTrust Bank<br>Administrative Agent<br>919 East Main Street, 22nd floor<br>Richmond, VA 23219<br><br>-and-<br><br>SunTrust Bank<br>Agency Services<br>303 Peachtree Street, N.E., 25th floor<br>Atlanta, GA 30308<br><br>-and-<br><br>King & Spalding LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30309 | Mark Flatin<br>fax (804) 782-5818<br><br><br><br>-and-<br><br><br>Dorris Folsom<br>fax (404) 658-4906<br><br><br><br>-and-<br><br>Carolyn Z. Alford<br>fax (404) 572-5100 | Bank Loan | | $100,000,000.00 |
| Bank of New York Mellon, as Indenture Trustee under LandAmerica Financial Group, Inc. 3.125% Convertible Senior Debentures due May 2033<br><br>Bank of New York Mellon<br>Corporate Trust Department<br>101 Barclay Street, 8W<br>New York, NY 10286 | Larry O'Brien<br>tel. (212) 815-5995<br>fax (212) 815-5707 | Debentures | | $98,500,000.00 |
| Prudential Capital Group<br>1170 Peachtree Street<br>Suite 500<br>Atlanta, GA 30309 | Jay White<br>tel. (404) 870-3755<br>fax (404) 870-3741 | Notes | | $50,000,000.00 |
| JPMorgan Chase Bank<br>383 Madison Avenue, 42nd Floor<br>New York, NY 10179 | John (Jay) Hofmann<br>tel. (212) 622-2470<br>fax (646) 224-5624 | Services Contract | Disputed | $2,051,092.65 |
| Verizon<br>3 Bala Plaza East, Suite 700<br>Bala Cynwyd, PA 19004 | Scott Johnson<br>tel. (610) 257-7125<br>fax (804) 527-6395 | Contract | | $650,000.00 |
| Monument Consulting<br>3957 Westerre Parkway, Suite 330<br>Richmond, VA 23233 | Brad Cummings<br>tel. (804) 662-9997<br>fax (804) 622-9997 | Contract | | $469,000.00 |
| Ernst & Young LLP<br>901 East Cary Street, Suite 1000<br>Richmond, VA 23219 | Laura Freitag<br>tel. (804) 344-4554<br>fax (866) 259-5961 | Services Contract | | $363,264.00 |
| Technology Leasing Concepts (TLC)<br>557 Southlake Blvd., Suite B<br>Richmond, VA 23236 | Catherine Redford<br>tel. (804) 897-0200<br>fax (804) 897-0222 | Lease | | $350,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and fax number of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim as of Petition Date[2] |
|---|---|---|---|---|
| CapGemini<br>5301 Blue Lagoon Drive<br>Suite 700<br>Miami, FL 33126 | Joseph Carto<br>tel. (305) 269-8588<br>fax (305) 269.1911 | Services Contract | Disputed | $252,522.00 |
| Property Insight, LLC<br>1007 E. Cooley Drive<br>Colton CA 92324 | tel. (909) 876-6504<br>fax (909) 872-6493 | Services Contract | | $180,000.00 |
| Vangent Inc.<br>185 South Broad Street, Suite 201<br>Pawcatuck, CT 06379 | Daniel Schrage<br>tel. (860) 599-9729 x218<br>fax (8600 599-9716 | Services Contract | | $177,013.00 |
| FTI Consulting<br>2001 Ross Avenue<br>Suite 400<br>Dallas, TX 75201 | Thomas D. Bibby<br>tel. (214) 397-1615<br>fax (214) 397-1790 | Services Contract | | $150,790.36 |
| Data Tree LLC<br>550 West "C" Street, Suite 2040<br>San Diego, CA 92101 | Ron Free<br>tel. (619) 231-3300<br>fax (619) 231-3301 | Services Contract | | $145,000.00 |
| Indecomm Corporation<br>200 Middlesex Essex Turnpike<br>Suite 105<br>Iselin, NJ 08830 | Rajan Nair<br>tel. (732) 404-0081 x208<br>fax (732) 404-0081 | Contract | | $142,000.00 |
| AT&T<br>2500 Turner Road<br>Richmond, VA 23224 | Brett Corby<br>tel. (804) 527-5402<br>fax (847) 326-2984 | Contract | | $140,000.00 |
| SoftPro, LLC<br>4800 Falls of Neuse Road<br>Suite 400<br>Raleigh, NC 27609 | Joyce Weiland<br>tel. (800) 848-0143<br>fax (919) 755-8350 | Services Contract | | $130,000.00 |
| Arc Partners, Inc<br>3 Park Avenue, 27th Floor<br>New York, NY 10016 | Brendan O'Sullivan<br>tel. (212) 370-9460<br>fax (212) 370-4121 | Services Contract | | $119,594.00 |
| Sutherland<br>1275 Pennsylvania Avenue NW<br>Washington, DC 20004-2415 | Phil Stano<br>tel. (202) 383-0261<br>fax (202) 637.3593 | Services Contract | | $100,643.06 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

-----------------------------------------x
In re                                     : Chapter 11
                                          :
LANDAMERICA FINANCIAL GROUP, INC.,        : Case No. 08-_____ (_____)
                                          :
                Debtor.                   :
-----------------------------------------x

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of LandAmerica Financial Group, Inc., the debtor in this case (the "**Debtor**"), declare under penalty of perjury that I have read the foregoing list of the twenty largest unsecured creditors of the Debtor and that it is true and correct to the best of my information and belief.

Dated: November 26, 2008

/s/ G. William Evans
G. William Evans
Chief Financial Officer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re                                                               :    Chapter 11
                                                                    :
LANDAMERICA FINANCIAL GROUP, INC.,                                  :    Case No. 08-_____ (_____)
                                                                    :
                           Debtor.                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**LIST OF EQUITY HOLDERS AND CORPORATE OWNERSHIP STATEMENT
OF LANDAMERICA FINANCIAL GROUP, INC.,
<u>PURSUANT TO BANKRUPTCY RULE 7007.1</u>**

No entity directly owns 10% or more of the Debtor's equity interests.

Dated: November 26, 2008

<u>/s/ Dion W. Hayes</u>
Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
(804) 775-1000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
-------------------------------------x
In re                                :   Chapter 11
                                     :
LANDAMERICA FINANCIAL GROUP, INC.,   :   Case No. 08-_____ (_____)
                                     :
              Debtor.                :
-------------------------------------x
```

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of LandAmerica Financial Group, Inc., the debtor in this case (the "**Debtor**"), declare under penalty of perjury that I have read the foregoing list of equity holders and corporate ownership statement of the Debtor and that they are true and correct to the best of my information and belief.

Dated: November 26, 2008

             /s/ G. William Evans
             G. William Evans
             Chief Financial Officer

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

**In re**

_____

_____

**Debtor(s)**

**Case No.** _____

**Chapter** _____

## DECLARATION OF DIVISIONAL VENUE

The debtor's domicile, residence, principal place of business or principal assets were located for the greater part of the 180 days preceding the filing of the bankruptcy petition in the indicated city or county [check one box only]:

**ALEXANDRIA DIVISION**
**Cities:**
- ❏ Alexandria-510
- ❏ Fairfax-600
- ❏ Falls Church-610
- ❏ Manassas-683
- ❏ Manassas Park-685

**Counties:**
- ❏ Arlington-013
- ❏ Fairfax-059
- ❏ Fauquier-061
- ❏ Loudoun-107
- ❏ Prince William-153
- ❏ Stafford-179

**RICHMOND DIVISION**
**Cities:**
- ❏ Richmond (city)-760
- ❏ Colonial Heights-570
- ❏ Emporia-595
- ❏ Fredericksburg-630
- ❏ Hopewell-670
- ❏ Petersburg-730

**Counties:**
- ❏ Amelia-007
- ❏ Brunswick-025
- ❏ Caroline-033
- ❏ Charles City-036
- ❏ Chesterfield-041
- ❏ Dinwiddie-053
- ❏ Essex-057
- ❏ Goochland-075
- ❏ Greensville-081
- ❏ Hanover-085
- ❏ Henrico-087
- ❏ King and Queen-097
- ❏ King George-099
- ❏ King William-101
- ❏ Lancaster-103
- ❏ Lunenburg-111
- ❏ Mecklenburg-117
- ❏ Middlesex-119
- ❏ New Kent-127
- ❏ Northumberland-133
- ❏ Nottoway-135
- ❏ Powhatan-145
- ❏ Prince Edward-147
- ❏ Prince George-149
- ❏ Richmond(county)-159
- ❏ Spotsylvania-177
- ❏ Surry-181
- ❏ Sussex-183
- ❏ Westmoreland-193

**NORFOLK DIVISION**
**Cities:**
- ❏ Norfolk-710
- ❏ Cape Charles-535
- ❏ Chesapeake-550
- ❏ Franklin-620
- ❏ Portsmouth-740
- ❏ Suffolk-800
- ❏ Virginia Beach-810

**Counties:**
- ❏ Accomack-001
- ❏ Isle of Wight-093
- ❏ Northampton-131
- ❏ Southampton-175

**NEWPORT NEWS DIVISION**
**Cities:**
- ❏ Newport News-700
- ❏ Hampton-650
- ❏ Poquoson-735
- ❏ Williamsburg-830

**Counties:**
- ❏ Gloucester-073
- ❏ James City-095
- ❏ Mathews-115
- ❏ York-199

**Date**: _____

_____
**Signature of Attorney or** *Pro Se* **Debtor**

_____
**Signature of Joint Debtor** (if case is a joint case and debtors are not represented by an attorney)

Ver. 8/22/00