UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| In re: | ) | |
|---|---|---|
| | ) | |
| LAND AMERICA FINANCIAL | ) | Case No. 08-35994-KRH |
| GROUP, INC., et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## ORDER AUTHORIZING EMPLOYMENT OF
## ATTORNEYS FOR TYPE A TEST CASE PLAINTIFF

Before the Court is the Amended Application for Authority to Employ Attorneys for Type A Test Case Plaintiff (the "Application") filed by Matthew B. Luxenberg, Trustee of the Matthew B. Luxenberg Revocable Trust ("Luxenberg"), seeking authority to employ Sands Anderson Marks & Miller, P.C., DurretteBradshaw, PLC, and Bernstein, Shur, Sawyer & Nelson, P.A., effective as of January 23, 2009, for prosecution of the Lead Type A Case,[1] with compensation and reimbursement of expenses to be awarded pursuant to Section 503(b)(4) of the Bankruptcy Code upon proper application, notice and hearing. An objection to the Application was filed by Land America 1031 Exchange Services, Inc. (the "Debtor") and joined in by the Official Unsecured Creditors Committee for LandAmerica 1031 Exchange Services, Inc. (the "LES Committee"). The Official Unsecured Creditors Committee for LandAmerica Financial Group, Inc. objected orally at

---

[1] Terms not defined herein shall have the meaning ascribed to them in the Application.

Roy M. Terry, Jr. VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteBradshaw PLC
600 East Main Street, 20th Floor
Richmond, Virginia 23219
(804) 775-6900
Fax: (804) 775-6911
Proposed Counsel for Kingsridge 200, LLC

the hearing on the Application (collectively, the "Objections"). The Court conducted a hearing on the Application on February 23, 2009.

Upon consideration of the Application, the Objections and the argument of counsel, and finding that notice of the Application was adequate, it is hereby:

**ORDERED,** that Application is granted effective as of January 23, 2009;

**ORDERED,** that for the time period subsequent to February 23, 2009, the Firms are authorized to utilize the services of no more than nine attorneys in connection with the Lead Type A Case;

**ORDERED,** that the Firms shall apply for compensation for services rendered and reimbursement of expenses incurred pursuant to § 503(b)(4), which application(s) shall be ruled on by the Court after proper notice and a hearing.

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

ENTERED ON DOCKET:

We ask for this:

/s/ Elizabeth L. Gunn
Jeffrey H. Geiger (VSB No. 40163)
C. Thomas Ebel (VSB No. 18637)
William A. Burgess (VSB No. 67998)
William A. Gray (VSB No. 46911)
SANDS, ANDERSON, MARKS & MILLER, P.C.
801 East Main Street, Suite 1800
P.O. Box 1998
Richmond, Virginia 23219-1998
Phone: (804) 783-7202
Facsimile: (804) 783-7291

2

Wyatt B. Durrette, Jr. (VSB No. 04719)
Barrette E. Pope (VSB No. 20574)
Elizabeth L. Gunn (VSB No. 71044)
DurretteBradshaw PLC
600 East Main Street, 20th Floor
Richmond, VA 23219
Phone: (804) 775-6900
Facsimile: (804) 775-6911

And

Jay S. Geller, *admitted pro hac vice*
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Phone: (207) 774-1200
Facsimile: (207) 774-1127

## Local Rule Certification

I hereby certify that the foregoing proposed Order was served on March 3, 2009, on all necessary parties via electronic mail.

                          /s/ Elizabeth L. Gunn