Jeffrey S. Sabin (*admitted pro hac vice*)
Mark M. Elliott (*admitted pro hac vice*)
Justin G. Imperato (VSB No. 72167)
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10029
Telephone: (212) 705-7000
Facsimile: (212) 752-5378

-And-

Bruce H. Matson (Va. Bar No. 29874)
Christopher L. Perkins (Va. Bar No. 41783)
Martha E. Hulley (Va. Bar No. 73052)
LECLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd street
Richmond, Virginia 23219
Telephone: (804) 783-2003
Facsimile: (804) 783-2994

*Co-Counsel to The Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

---------------------------------------------------------------- x
In re:                                                          :
                                                                : Chapter 11
LandAmerica Financial Group, Inc., et al.,                      :
                                                                : Case No. 08-35994
Debtors.                                                        :
                                                                : Jointly Administered
                                                                :
---------------------------------------------------------------- X

**ORDER GRANTING FIRST INTERIM APPLICATION OF
BINGHAM McCUTCHEN LLP FOR ALLOWANCE AND PAYMENT
OF INTERIM COMPENSATION AND REIMBURSEMENT OF
<u>EXPENSES FOR THE PERIOD DECEMBER 3, 2008 - FEBRUARY 28, 2009</u>**

Upon consideration of the first interim fee application (the "**Application**")[1] of Bingham McCutchen LLP ("**Bingham**") for professional services rendered and expenses incurred by Bingham; and a hearing having been held before this Court on May 14, 2009, and notice thereof having been given pursuant to Rules 2002(a)(6) and (c)(2) of the Federal Rules of Bankruptcy Procedure; and due consideration having been given to any responses thereto, and sufficient cause having been shown therefor; it is hereby

ORDERED, that pursuant to 11 U.S.C. §§ 330 and 331 and in respect of the Application, the Court hereby grants to Bingham an interim allowance and approval of $1,796,844.50 for compensation for professional services rendered during the Application Period and reimbursement of Bingham's expenses incurred during the Application Period in the amount of $50,017.13, for an aggregate first interim award of $1,846,861.63; and it is further

ORDERED, that Bingham is hereby authorized to retain and apply to the foregoing award the amount of any partial payments received in respect of the Application; and it is further

ORDERED, that the Debtors are hereby authorized and directed to pay to Bingham the unpaid balance of amounts awarded to Bingham.

---------------------------------------
UNITED STATES BANKRUPTCY JUDGE

We ask for this:

Jeffrey S. Sabin (*admitted pro hac vice*)
Mark M. Elliott (*admitted pro hac vice*)
Justin G. Imperato (Va. Bar No. 72167)
399 Park Avenue
New York, New York  10029
Telephone:  (212) 705-7000
Facsimile:   (212) 752-5378

and

---

[1] Capitalized terms used herein and not defined shall have the meanings set forth in the Application.

/s/ Martha E. Hulley
Bruce H. Matson (Va. Bar No. 29874)
Christopher L. Perkins (Va. Bar No. 41783)
Martha E. Hulley (Va. Bar No. 73052)
LECLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd street
Richmond, Virginia  23219
Telephone:  (804) 783-2003
Facsimile:   (804) 783-2994

Co-Counsel to the Official Committee of
　　　Unsecured Creditors

## Local Rule 9022-1 Certification

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                                 /s/ Martha E. Hulley