Jeffrey S. Sabin (*admitted pro hac vice*)
Mark M. Elliott (*admitted pro hac vice*)
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 705-7000
Facsimile: (212) 752-5378

-and-

Bruce H. Matson (Va. Bar No. 22874)
Christopher L. Perkins (Va. Bar No. 41783)
LECLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone: (804) 783-2003
Facsimile: (804) 783-2294

*Counsel for The Official Committee of Unsecured Creditors*
*Of LandAmerica Financial Group, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LandAmerica Financial Group, Inc., et al., | : | Case No. 08-35994 |
| Debtors. | : | Jointly Administered |

## ORDER APPROVING FIRST INTERIM
## APPLICATION OF LECLAIRRYAN FOR ALLOWANCE
## OF COMPENSATION AND EXPENSE REIMBURSEMENT AS
## COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

This matter came before the Court upon the First Interim Application of LeClairRyan for

Allowance of Compensation and Expense Reimbursement Incurred as Counsel to the Official

Committee of Unsecured Creditors (the "Fee Application") filed by LeClairRyan, a Professional Corporation ("LeClairRyan"), counsel for the Official Committee of Unsecured Creditors of LandAmerica Financial Group, Inc. (the "LFG Committee"). The Court, having reviewed the Fee Application and having heard the statements of counsel in support of the relief requested therein at a hearing on the Fee Application (the "Hearing") and the Court finding that: (i) jurisdiction is proper pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) notice of the Fee Application and Hearing was proper and sufficient; (iv) there are no objections to the Fee Application; and (v) payment of the requested compensation and reimbursement of expenses as allowed herein is reasonable; it is hereby

ORDERED as follows:

1. Pursuant to 11 U.S.C. § 331, the Fee Application is approved.

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Fee Application.

3. Compensation in the amount of $536,431.00 for professional services rendered to the LFG Committee and reimbursement of $11,833.07 for out-of-pocket expenses incurred for the Committee's benefit from and including December 3, 2008, through and including February 28, 2009, is hereby allowed.

4. The Debtor is authorized and directed to pay all professional fees and expenses awarded herein.

5. Upon entry, the Clerk shall serve a copy of this Order on those parties on the attached Service List.

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:


/s/ Martha E. Hulley

Jeffrey S. Sabin (*admitted pro hac vice*)
Mark M. Elliott (*admitted pro hac vice*)
BINGHAM McCUTCHEN LLP
399 Park Ave.
New York, New York 10029
Telephone: (212) 705-7000
Facsimile: (212) 752-5378

-and-

Bruce H. Matson (Va. Bar No. 29874)
Christopher L. Perkins (Va. Bar No. 41783)
Martha E. Hulley (Va. Bar No. 73052)
LECLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 783-2003
*Counsel for The Official Committee of Unsecured Creditors*
*Of LandAmerica Financial Group, Inc.*


## RULE 9022-1 CERTIFICATION

Pursuant to LBR 9022-1, I hereby certify that true copies of the foregoing has been endorsed by and/or served upon all necessary parties.

/s/ Martha E. Hulley
Counsel

**SERVICE LIST**

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
    *Assistant United States Trustee*

Dion W. Hayes, Esq.
John H. Maddock, III, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
    *Counsel for the Debtors*

Paul V. Shalhoub, Esq.
Rachel C. Strickland, Esq.
WILLKIE FARR & GALLAGHER, LLP
787 Seventh Avenue
New York, New York 10019
    *Counsel for the Debtors*

Charles R. Gibbs, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue. Suite 4100
Dallas, Texas 75201
    *Counsel for the Official Committee of Unsecured Creditors
      for LandAmerica 1031 Exchange Services, Inc.*

Lynn Tavenner, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
    *Counsel for the Official Committee of Unsecured Creditors
      of LandAmerica 1031 Exchange Services, Inc.*