UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | |
| **LAND AMERICA FINANCIAL** ) | Case No. 08-35994-KRH |
| **GROUP INC., et al.,** ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |
| _____) | |

## ORDER ALLOWING FIRST APPLICATION FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO § 503(b)(4) FOR ATTORNEYS FOR TYPE A TEST CASE PLAINTIFF

This matter came before the Court upon the First Application for Approval of Compensation and Reimbursement of Expenses Pursuant to § 503(b)(4) for Attorneys for Type A Test Case Plaintiff (the "Application") filed by Sands Anderson Marks & Miller, P.C. ("SAMM"), DurretteBradshaw PLC ("DB"), and Bernstein Shur Sawyer & Nelson, P.A. ("Bernstein" and, collectively with SAMM and DB, the "Applicants"; and it appearing to the Court that (i) the Applicants provided proper notice of the Application to all necessary parties; (ii) no objections to the Application have been filed; (iii) the Applicants have voluntarily reduced the amount of compensation and expenses requested by a total of $4,950.30 upon request of the United States Trustee; and (iv) the compensation and expenses requested in the Application are reasonable under § 503(b)(4), it is hereby ORDERED that:

1. The Application, as amended, is hereby approved.

| | | |
|---|---|---|
| Jeffrey H. Geiger (VSB No. 40163) | Wyatt B. Durrette, Jr. (VSB No. 04719) | Jay S. Geller |
| C. Thomas Ebel (VSB No. 18637) | Barrette E. Pope (VSB No. 20574) | *(admitted pro hac vice)* |
| William A. Burgess (VSB No. 67998) | Elizabeth L. Gunn (VSB No. 71044) | Michael A. Fagone |
| William A. Gray (VSB No. 46911) | DurretteBradshaw PLC | Bernstein Shur |
| SANDS, ANDERSON, MARKS & MILLER, P.C. | 600 East Main Street, 20th Floor | 100 Middle Street |
| | Richmond, VA 23219 | P.O. Box 9729 |
| 801 East Main Street, Suite 1800 | Phone: (804) 775-6900 | Portland, ME 04104-5029 |
| Richmond, Virginia 23219-1998 | | Phone: (207) 774-1200 |
| Phone: (804) 783-7202 | | |

Counsel for Matthew B. Luxenberg, Trustee of the Matthew B. Luxenberg Revocable Trust

2. The request for compensation in the amount of $642,011.50 and reimbursement of expenses in the amount of $48,870.80 by the Applicants be and hereby is allowed; and

3. The Debtors are authorized and directed to pay Applicants the amount of compensation and reimbursement of expenses allowed herein.

4. Upon entry, the Clerk shall serve by electronic delivery or first class mail, postage prepaid, copies of this Order on the Debtors, the Office of the United States Trustee, and Applicants.

ENTER:

UNITED STATES BANKRUPTCY JUDGE

We ask for this:

By: /s/ Elizabeth L. Gunn
Jeffrey H. Geiger (VSB No. 40163)
C. Thomas Ebel (VSB No. 18637)
William A. Burgess (VSB No. 67998)
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
P.O. Box 1998
Richmond, Virginia 23219-1998
Phone: (804) 783-7202

Wyatt B. Durrette, Jr. (VSB No. 04719)
Barrette E. Pope (VSB No. 20574)
Elizabeth L. Gunn (VSB No. 71044)
DurretteBradshaw PLC
600 East Main Street, 20th Floor
Richmond, VA 23219
Phone: (804) 775-6900

And

Jay S. Geller (*admitted pro hac vice*)
Michael A. Fagone
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Phone: (207) 774-1200

Seen and No Objection:

 /s/ Robert B. Van Arsdale (pursuant to email dated 6/18/2009)
Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

## **LOCAL RULE 9022-1 CERTIFICATION**

    I hereby certify that the foregoing proposed order has been endorsed by all necessary parties.

                                                /s/ Elizabeth L. Gunn