

FILED

2009 AUG 18 PM 2: 11

RICHMOND DIVISION

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| LANDAMERICA FINANCIAL GROUP, INC., et al. (KH) | Case No. 08-35994 |
| Debtors | Jointly Administered |

## OBJECTION TO PROFESSIONAL FEES

8/17/09
To: Clerk of the Courts; Judge K. Huennekens & Robert Vanarsdale
From: Marci Strange, Exchanger/victim
Re: Protesting fees for Case # 08-035994—Land America Financial Group, Inc

Dear Sirs and members of the court,

After reviewing the proposed fees numerous attorneys are trying to charge us exchangers for bankruptcy services, I find them to be outrageous because I feel they are a duplication of fees and efforts without any attempt to minimize expenses.

Furthermore, the work that had been done by these crooks was so poor that many of us exchangers banned together to make things right by demanding accountability, opposing motions that would cost even more of our savings from this LandAmerica scam.

Because of the poor representation we were assigned on our behalf, we felt we must create loud voices to be heard in order to help put an end to the injustices LandAmerica orchestrated.

The attorneys involved have been trying to steal our moneys by charging too high of fees for the work performed, did very little to promptly exit the bankruptcy until the majority of us screamed out loud, and poorly represented our interests by not presenting material facts on our behalf that would have easily proven this was a case of fraud—not bankruptcy—which has been to our detriment.

ENOUGH IS ENOUGH!

Therefore, I propose these attorneys' fees be cut by 80%.

I urge all of you to put an end to these "blank checks" attorneys are trying to write for themselves at our expense and cut their proposed fees by 80% given the facts that have evolved in the case thus far.

Lastly, I do not approve of Akin-Gump's most recent proposal of 8 MILLION to be paid to the creditors committee for their volunteer work. Again, these committee members volunteered their time because it was in their best interests. Furthermore, I know of numerous exchangers who have spent many, many, many more hours and money on this case and have actually received some amazing results without asking for a cent. Two of them were recently appointed to the committee thanks to Mr. Vanarsdale to help us expedite the exit of this bankruptcy.

Thank you for your time and prompt attention to correcting this matter,

/s/ Marci Strange
Marci Strange,
Former radio talk show host & writer
CLERK OF COURTS
UNITED STATES BANKRUPTCY COURT
701 East Broad Street, Suite #4000
Richmond, VA 23219-1888

JUDGE KEVIN HUENNEKENS
UNITED STATES BANKRUPTCY COURT
701 East Broad Street
Richmond, VA 23219-1888

ROBERT VANARSDALE
UNITED STATES TRUSTEE
UNITED STATES COURTHOUSE
701 East Broad Street Suite 4304
Richmond, VA 23219-1888