In re:                                                              Chapter 11

LANDAMERICA FINANCIAL GROUP, INC., et al.     Case No. 08-35994 (KH)

                      Debtors                               Jointly Administered

## OBJECTION TO PROFESSIONAL FEES

     I, the undersigned, hereby file my objections to the professional fees requested with the Second Interim Application for Compensation. The amount of the fees requested are $3,826,291.00.

     The fees requested by Akin Gump are particularly egregious in that the only thing this law firm seems to have accomplished is providing the language used by the judge in ruling that the exchangers money was not held by Land America as a fiduciary and in trust for the exchangers, but was instead money the exchangers gave to Land America in hope of getting back one day. The exchangers have had no meaningful communication from Akin Gump in this entire matter.

     The other fees requested are in representation of a corporation whose officers treated the company funds as a personal piggy bank and duped their customers into feeling their money was held in trust. To ignore these actions and approve these excessive fees be paid out of money the depositors of which thought were being held in trust would be a miscarriage of justice that would only encourage others to act in a similar manner.

     I plead with the judge that he do as he said from the bench at an early hearing in this matter and see what he can do about getting these folks their money back.

                                                        Robert B. Ritchie, Jr., Member
                                                        Brookvest, LLC
                                                        P.O. Box 29657
                                                        Richmond, VA 23242

FILED 2009 AUG 18 PM 2:12 RICHMOND DIVISION