

FILED
2009 AUG 18 PM 2:10
RICHMOND DIVISION

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | | Chapter 11 |
| LANDAMERICA FINANCIAL GROUP, INC., et al. | | Case No. 08-35994 (KH) |
| Debtors | | Jointly Administered |

## CERTIFICATE OF SERVICE OF
## OBJECTION TO PROFESSIONAL FEES

1

I hereby certify that on the 18th day of August, 2009, a true and correct copy of the attached Objections to Professional Fees was served: (i) via United States mail, first class, postage prepaid; and/or (ii) via email on the parties listed below and on all parties receiving notification through the Court's ECF system.

Robert B. Van Arsdale, Esq.-Via Email
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
Robert.B.Van.Arsdale@usdoj.gov


Dion W. Hayes, Esq.      -Via Email
John H. Maddock, III, Esq. -Via Email
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
dhayes@mcguirewoods.com
jmaddock@mcguirewoods.com


Paul V. Schalhoub, Esq.    -Via Email
Rachel C. Strickland, Esq.-Via Email
Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, New York 10019
pschalhoub@willkie.com
rstrickland@willkie.com


Bruce H. Matson        Esq-Via EMail -Via Email
Christopher L. Perkins Esq-Via EMail -Via Email
LeClair Ryan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
bruce.matson@leclairryan.com
cristopher.perkins@leclairryan.com

2

Jeffrey S. Sabin Esq-Via EMail
Mark M. Elliott Esq-Via EMail
Justin G. ImperatoEsq-Via EMail
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022
jeffrey.sabin@bingham.com
mark.elliott@bingham.com
justin.imperato@bingham.com


Michelle H. Gluck —via Standard Mail
Michael D. Beverly—via Standard Mail
LandAmerica Financial Group
5600 Cox Road
Glen Allen, VA 23060

Charles Gibbs Esq-Via Email
Keefe Bernstein, Esq. --Via Email
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4140
Dallas, TX 75204
cgibbs@akingump.com
kbernstein@akingump.com

Lynn Tavenner, Esq.-Via email
20 North Eighth Street, Second Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com

/s/ Paul Busse
    Paul Busse

Attachment to Certificate of Service by Paul Busse

I served The following Objections To Professional Fees, which filed with the Clerk, upon the required parties listed in said Certificate of Service:

Objection of Rosanna Passatino

Objection of David Chen

Objection of Marci Strange

Objection of Vivian Hays

Objection of Danny McDaniel

Objection of Donna Le

Objection of James Wallace

Objection of John Corrado

Objection of Roy Tanaka

Objection of Tracy Ralphs

Objection of Gerald Dean

Objection of Peggy Bellmont

Objection of Kevin Miller

Objection of Kyoungue Kim

Objection of Rob Ritchie

Objection of Prudential Properties

Objection of Femrite Commercial

Objection of Denise Wilson

Objection of Shirley Woodruff