| | |
|---|---|
| Charles R. Gibbs (admitted *pro hac vice*) | Lynn Tavenner (Virginia Bar No. 30083) |
| Keefe M. Bernstein (admitted *pro hac vice*) | Paula S. Beran (Virginia Bar No. 34679) |
| Sarah Link Schultz (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| AKIN GUMP STRAUSS HAUER & FELD LLP | 20 North Eighth Street, Second Floor |
| 1700 Pacific Avenue, Suite 4100 | Richmond, VA 23219 |
| Dallas, Texas 75201 | Telephone: 804.783.8300 |
| Telephone: 214.969.2800 | Facsimile: 804.783.0178 |
| Facsimile: 214.969.4343 | *Attorneys for The Official Committee of Unsecured Creditors of LandAmerica 1031 Exchange Services, Inc.* |

Catherine Creely (Virginia Bar No. 74796)

AKIN GUMP STRAUSS HAUER & FELD LLP

1333 New Hampshire Avenue, N.W.

Washington, D.C. 20036

Telephone: 202.887.4000

Facsimile: 205.955.7827

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
LandAmerica Financial Group, Inc., et al., : Case No. 08-35994 (KRH)
: 
              Debtors. : Jointly Administered
---------------------------------------------------------------x

**ORDER ALLOWING INTERIM
COMPENSATION AND EXPENSE REIMBURSEMENT
(Akin Gump Strauss Hauer & Feld LLP)**

This matter came before the Court upon the Second Interim Application of Akin Gump Strauss Hauer & Feld LLP for Allowance of Compensation and Expense Reimbursement as Counsel to the Official Committee of Unsecured Creditors of LandAmerica 1031 Exchange Services, Inc. (the "Application") filed by Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"); and it appearing to the Court that (i) Akin Gump provided proper notice of the Application to all necessary parties; (ii) the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and (iii) the request for compensation and reimbursement of expenses as allowed herein is reasonable, it is hereby ORDERED that:

1. The Application is hereby approved;

2. The request for compensation in the amount of $1,188,704.50 and reimbursement of expenses in the amount of $90,837.09 by Akin Gump be and hereby are allowed;

3. The Debtors are authorized and directed to pay to Akin Gump the amount of compensation and reimbursement of expenses allowed herein as an administrative expense;

4. Upon entry the Clerk shall serve by electronic delivery or first class mail, postage prepaid, copies of this Order on the Office of the United States Trustee and Akin Gump.

ENTERED: _____
                        UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

___/s/ Catherine Creely_____

Charles R. Gibbs (admitted *pro hac vice*)

Keefe M. Bernstein (admitted *pro hac vice*)

Sarah Link Schultz (admitted *pro hac vice*)

AKIN GUMP STRAUSS HAUER & FELD LLP

1700 Pacific Avenue, Suite 4100

Dallas, Texas 75201

Telephone: 214.969.2800

Facsimile: 214.969.4343


Catherine Creely (Virginia Bar No. 74796)

AKIN GUMP STRAUSS HAUER & FELD LLP

1333 New Hampshire Avenue, N.W.

Washington, D.C. 20036

Telephone: 202.887.4000

Facsimile: 205.955.7827

Lynn Tavenner (VSB No. 30083)
Paula S. Beran (VSB No. 34679)

TAVENNER & BERAN, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Telephone: 804.783.8300

Facsimile: 804.783.0178

*Attorneys for The Official Committee of Unsecured Creditors of LandAmerica 1031 Exchange Services, Inc.*

SEEN AND NOT OBJECTED TO:

_____

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Telephone: 804.771.2310

*Assistant United States Trustee*

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

Pursuant to Local Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Sarah Link Schultz*
Charles R. Gibbs
Sarah Link Schultz