**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| LANDAMERICA FINANCIAL GROUP, INC., <u>et al</u>., | **:** Case No. 08-35994-KRH |
| | **:** (Jointly Administered) |
| | **:** |
| Debtors. | **:** |
| | **:** |

**ORDER ALLOWING INTERIM
COMPENSATION AND EXPENSE REIMBURSEMENT
(Tavenner & Beran, PLC)**

This matter came before the Court upon the Second Interim Application Of Tavenner &

Beran, PLC For Allowance Of Compensation And Expense Reimbursement As Local Counsel To

The Official Committee of Unsecured Creditors (the "Application") filed by Tavenner & Beran,

PLC ("Tavenner &Beran"); and it appearing to the Court that (i) Tavenner & Beran provided

proper notice of the Application to all necessary parties; (ii) no objections to the Application have

been filed; and (iii) the request for compensation and reimbursement of expenses as allowed herein

is reasonable, it is hereby ORDERED that:

1.      The Application is hereby approved;

2.      The request for compensation in the amount of $76,594.50 and reimbursement of

expenses in the amount of $2,557.50 by Tavenner &Beran be and hereby are allowed; and,

3.      The Debtors are authorized and directed to pay to Tavenner & Beran the amount of

compensation and reimbursement of expenses allowed herein as an administrative expense.

4.      Upon entry the Clerk shall serve by electronic delivery or first class mail, postage

prepaid, copies of this Order on the Office of the United States Trustee and Tavenner & Beran, PLC.

ENTER: _____
UNITED STATES BANKRUPTCY JUDGE


We ask for this:

/s/ Lynn L. Tavenner
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

     Co-Counsel for the Official
     Committee of Unsecured Creditors


Seen and No Objection:

/s/ Robert B. Van Arsdale (per email dated 08/26/2009)
Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia  23219

     Assistant United States Trustee


## LOCAL RULE 9022-1 CERTIFICATION

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

     /s/ Lynn L. Tavenner
     _____
          Co-Counsel