Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
(804) 775-1000

Attorneys for the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------------x
In re                                                     :   Chapter 11
                                                          :
LandAmerica Financial Group, Inc., *et al*.               :   Case No. 08-35994 (KRH)
                                                          :
                    Debtors.                              :   (Jointly Administered)
---------------------------------------------------------x

**ORDER GRANTING SECOND INTERIM APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF MCGUIREWOODS LLP,
CO-COUNSEL TO THE DEBTORS, FOR SERVICES
RENDERED FROM MARCH 1, 2009 THROUGH MAY 31, 2009**

Upon consideration of the Second Interim Application for Compensation and Reimbursement of Expenses of McGuireWoods LLP, Co-counsel to the Debtors, for Services Rendered from March 1, 2009 through May 31, 2009 (the "**Application**"); and the Court having reviewed the Application; and various objections having been filed (collectively, the "**Objections**"); and a hearing having been held on the matter on August 25, 2009; and the Court having determined that the relief requested in the Application is necessary and appropriate; and it appearing that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

1

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Application meets the requirements of the Bankruptcy Code and the compensation and reimbursement of expenses sought in the Application is both fair and reasonable.

2. To the extent not withdrawn or resolved, all Objections to the Application are hereby overruled and denied.

3. The Application is hereby approved in its entirety, and compensation for the Application Period in the total amount of $3,016,393.75 is hereby approved, and the Debtors are hereby authorized and directed to pay McGuireWoods LLP the unpaid portion of such compensation.

4. The reimbursement of expenses for the Application Period in the total amount of $33,197.81 is hereby approved, and the Debtors are hereby authorized and directed to pay McGuireWoods LLP any unpaid portion of such reimbursements.

5. This Court will retain jurisdiction with respect to any dispute concerning the relief granted hereunder.

Dated: Richmond, Virginia
      August \_\_\_\_, 2009

                                        _____
                                        KEVIN R. HUENNEKENS
                                        UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/ Dion W. Hayes
Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
(804) 775-1000

Attorneys for the Debtors and
Debtors in Possession

### **CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Rule 9022-1 (C), I hereby certify that the foregoing order, substantially in the form herein, has been served upon all necessary parties.

/s/ Dion W. Hayes
Dion W. Hayes

\9814290.1