Robert E. Spicer, Jr. (VSB No. 24194)
William H. Schwarzschild, III (VSB No. 15274)
R. Joseph Noble (VSB No. 77138)
**WILLIAMS MULLEN**
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Tel:  804.783.6432
Fax:  804.783.6507
rspicer@williamsmullen.com
tschwarz@williamsmullen.com
jnoble@williamsmullen.com

*Counsel for LandAmerica Financial Group, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
|     LANDAMERICA FINANCIAL | ) | Chapter 11 |
|     GROUP, INC., | ) | |
| | ) | Case No. 08-35994 (KRH) |
|                    Debtor. | ) | |

## ORDER ALLOWING INTERIM
## COMPENSATION AND EXPENSE REIMBURSEMENT
### (Williams Mullen)

This matter came before the Court upon the Second Interim Application Of Williams Mullen For Allowance Of Compensation And Expense Reimbursement As Special Corporate Counsel To The Debtor (the "Application") filed by Williams, Mullen, Clark & Dobbins, P.C. ("Williams Mullen"); and it appearing to the Court that (i) Williams Mullen provided proper notice of the Application to all necessary parties; (ii) no objections to the Application have been filed; and (iii) the request for compensation of expenses as allowed herein is reasonable, it is hereby ORDERED that:

1.      The Application is hereby approved in its entirety, and the compensation for the Interim Fee Period (March 1, 2009 through May 31, 2009) in the total amount of $75,014.50 is hereby approved, and the Debtor is hereby authorized and directed to pay Williams Mullen the

unpaid portion of such compensation.

2. The reimbursement of expenses for the Interim Fee Period in the total amount of $234.25 is hereby approved, and the Debtor is hereby authorized and directed to pay Williams Mullen any unpaid portion of such reimbursements.

3. Upon entry the Clerk shall serve by electronic delivery or first class mail, postage-prepaid, copies of this Order on the Office of the United States Trustee and Williams Mullen.

ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE

We ask for this:

*/s/ William H. Schwarzschild III*
Robert E. Spicer, Jr. (VSB No. 24194)
William H. Schwarzschild III (VSB No. 15274)
R. Joseph Noble (VSB No. 77138)
Williams Mullen
1021 East Cary Street
Richmond, Virginia 23219
Tel:    804.783.6432
Fax:    804.783.6507

*Counsel for the Debtor*

## LOCAL RULE 9022-1 CERTIFICATION

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ William H. Schwarzschild III*

6758807_1.DOC