IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

----------------------------------------x
In re                                    :   Chapter 11
                                         :
LandAmerica Financial Group, Inc., et al.,  :   Case No. 08-35994 (KRH)
                                         :
        Debtors.                         :   Jointly Administered
----------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 6, 2009, I caused to be served true and correct copies of the following:

   a) "Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 363 and 554 and Bankruptcy Rule 9019(a) Authorizing LandAmerica Financial Group, Inc. to Enter Into a First Amendment to Sublease Agreement with Capital One Services, Inc., a Stipulation with FSP Innsbrook Corp. Terminating a Lease of Nonresidential Real Property, and a New Lease of Nonresidential Real Property and Providing Related Relief," dated October 6, 2009 [Docket No. 2142], and

   b) "Notice of Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 363 and 554 and Bankruptcy Rule 9019(a) Authorizing LandAmerica Financial Group, Inc. to Enter Into a First Amendment to Sublease Agreement with Capital One Services, Inc., a Stipulation with FSP Innsbrook Corp. Terminating a Lease of Nonresidential Real Property, and a New Lease of Nonresidential Real Property and Providing Related Relief," dated October 6, 2009 [Docket No. 2143],

   enclosed securely in separate postage pre-paid envelopes, to be delivered via first class mail to the parties listed on the annexed Exhibit A, and via electronic mail to the parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT".

/s/ Samuel Garcia

Sworn to before me this
7th day of October, 2009

/s/ Notary Public

TIME DARDEN
Notary Public, State Of New York
No. 01DA6196919
Qualified in Kings County
Commission Expires January 5, 2013

T:\Clients\laf\Affidavits\9019 Mtn, 1st Amendment 9019 Mtn_AFF_10-6-09.doc

# EXHIBIT A

| | |
|---|---|
| ATTORNEY GENERAL OF THE UNITED STATES<br>MAIN JUSTICE BUILDING, ROOM 5111<br>10TH STREET AND CONSTITUTION AVE, NW<br>WASHINGTON, DC 20530 | KOREA PLAZA, LLC<br>ATTN: CHEONG MAN RHEE, PRESIDENT<br>223-15 41 AVE<br>BAYSIDE, NY 11361 |
| SPECIAL ASSISTANT UNITED STATES ATTORNEY<br>EASTERN DISTRICT OF VIRGINIA<br>COUNSEL TO THE INTERNAL REVENUE SERVICE<br>ATTN STEPHEN M FRIEDBERG, ESQ.<br>600 E MAIN STREET, SUITE 1601<br>RICHMOND, VA 23219-2430 | THE SECURITIES AND EXCHANGE COMMISSION<br>ATTN: DANIEL M. HAWKE, REGIONAL DIRECTOR<br>THE MELLON INDEPENDENCE CENTER<br>701 MARKET ST<br>PHILADELPHIA, PA 19106-1532 |
| DANIEL L. THELEN, SUE H. THELEN, AND<br>FEMRITE  COMMERCIAL RENTALS LLC<br>926 NORTH AZURE COURT<br>OREGON, WISCONSIN 53575 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: ROBERT C EDMUNDSON<br>564 FORBES AVENUE, 5TH FLLOR, MANOR BLDG.<br>PITTSBURGH, PA 15219 |
| CALIFORNIA DEPARTMENT OF INSURANCE<br>300 CAPITOL MALL SUITE 1700<br>SACRAMENTO, CA 95814 | |

LAF DS SVC (10-2-09)
(PZ: 3)

ASSISTANT UNITED STATES ATTORNEY
ATTN: ROBERT P. MACINTOSH, VSB: 66113
(COUNSEL TO: UNITED STATES OF AMERICA)
600 EAST MAIN STREET, SUITE 1800
RICHMOND, VA 23219

LAF DS SVC (10-2-09)
(PZ: 6)

NEBRASKA DEPARTMENT OF INSURANCE
ATTN ANN M FROHMAN DIRECTOR
TERMINAL BUILDING
941 O STREET STE 400
LINCOLN, NE 68508-3639

LAF DS SVC (10-2-09)
(PZ: 2)

INTERNAL REVENUE SERVICE
ATTN: GERALD THORPE
PO BOX 21126
PHILADELPHIA, PA 19114-0326

LAF DS SVC (10-2-09)
(PZ: 3)

OFFICE OF THE UNITED STATES TRUSTEE FOR THE
EASTERN DISTRICT OF VIRGINIA
ROBERT VAN ARSDALE
U.S. COURTHOUSE
701 EAST BROAD ST, SUITE 4304
RICHMOND, VA 23219

LAF DS SVC (10-2-09)
(PZ: 3)

UNITED STATES DEPARTMENT OF LABOR
ATTN: MABEL CAPOLONGO, REGIONAL DIRECTOR
EMPLOYEE BENEFITS SECURITY OFFICE
WASHINGTON DISTRICT OFFICE
1335 EAST-WEST HIGHWAY, SUITE 220
SILVER SPRING, MD 20910-3225

LAF DS SVC (10-2-09)
(PZ: 6)

BRADEN, VARNER & ALDOUS, P.C.
ATTN: STEVEN E. ALDOUS
(CO-COUNSEL TO RAMQUEST, INC.)
703 MCKINNEY AVENUE, SUITE 400
DALLAS, TX 75202

LAF DS SVC (10-2-09)
(PZ: 2)

TRAVELERS NATIONAL ACCOUNTS
ATTN. SCOT FREEMAN
1 TOWER SQUARE- 5MN
HARTFORD, CT 06183-4044

LAF DS SVC (10-2-09)
(PZ: 5)

TENNESSEE DEPARTMENT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY
DIVISION
ATTN. GINA BAKER HANTEL
P.O. BOX 20207
NASHVILLE, TN 37202-0207

LAF DS SVC (10-2-09)
(PZ: 1)

STRAZZULLO LAW FIRM
ATTORNEY FOR CREDITOR JANICE AGRO, AKA:
JANICE PERRONE
ATTN: SALVATORE E STRAZZULLO, ESQ
2059 RICHMOND AVE.
STATEN ISLAND, NY 10314

LAF DS SVC (10-2-09)
(PZ: 5)

THE SECURITIES AND EXCHANGE COMMISSION
ATLANTA REGIONAL OFFICE
ATTN: KATHERINE ADDLEMAN, REGIONAL DIRECTOR
3475 LENOX RD NE, STE 1000
ATLANTA, GA 30326-1232

LAF DS SVC (10-2-09)

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTN: ELIZABETH BANDA
(COUNSEL TO HIGHLAND PARK ISD, RICHARDSON ISD,
CITY OF HURST, JOHNSON COUNTY, BURLESON ISD,
CITYOF BURLESON, GRAPEVINE-COLLEYVILLE ISD,
CITY OF COLLEYVILLE, ARLINGTON ISD, CARROLL ISD)
P.O. BOX 13430
ARLINGTON, TX 76094-0430

Franklin Street Properties
401 Edgewater Place
Suite 200
Wakefield, MA 01880-6210
Attn: Patricia A. McMullen, VP - Regional Director

**EXHIBIT B**

**E-mail**
abuffenstein@lawmh.com
ABurgess@SandsAnderson.com
AEPPS@CBLAW.COM
alberto@miamidade.gov
AMcMullen@BA-Boult.com
anazar@stklaw.com
annemarie.mcgavin@bipc.com
ARLBANK@PBFCM.COM
ASMITH@LOCKELORD.COM
BankruptcyCounsel@gmail.com
barkema@cantorarkema.com
bbisignani@postschell.com
bermanh@gtlaw.com
betsyelam@toase.com
BGray@SandsAnderson.com
billbaldwin@comcast.net
billbaldwin@mthblaw.com
bob@jlaw.net
boone.merrill@pbgc.gov
BROUNERJ@EARTHLINK.COM
bruce.matson@leclairryan.com
BYOUNG@DEWEYLEBOEUF.COM
CBARR@LOCKELORD.COM
cconnors@foleybezek.com
cgibbs@akingump.com
christopher.perkins@leclairryan.com
christopher.schueller@bipc.com
CINDY.HOTSKY@VANGENT.COM
CITADELAGREEMENTNOTICE@CITADELGROUP.COM
cjohnson@hbsb.com
clay.taylor@khh.com
CWOLFE@KELLEYDRYE.COM
cwong@ertwllp.com
DALLAS.BANKRUPTCY@PUBLICANS.COM
DAVID@DLLONG.COM
ddean@coleschotz.com
ddhopper@chlhf.com
DERVIN@KELLEYDRYE.COM
DFV@Dunn-Carney.com
dgreer@davidgreerlaw.com
DHAYES@MCGUIREWOODS.COM
dkillebrew@bakerdonelson.com
dlieberman@halperinlaw.net
dllr@dllr.state.md.us
dlonas@moranbrownpc.com
donking@ofplaw.com
DONNA.PARISI@BNYMELLON.COM
dpelletier@axley.com
druby@mcsweeneycrump.com
DSTEIN@WILENTZ.COM
DWIRT@LOCKELORD.COM

dyellen@ballonstoll.com
edvaecf@dor.mo.gov
efile@pbgc.gov
egunn@durrettebradshaw.com
epeterson@rutterhobbs.com
epost@kelleydrye.com
fbr@robinsonbrog.com
ffm@bostonbusinesslaw.com
FRANCES.SMITH@HAYNESBOONE.COM
fstevens@foxrothschild.com
gcalhoun@steptoe.com
ggold@rutterhobbs.com
glh@whittenfirm.com
gnmarks@nmmlaw.com
GSANTAMOUR@WOLFBLOCK.COM
hfrazer@aalrr.com
HLONG@HUNTON.COM
HMILLER@TRENAM.COM
HOLLACE.COHEN@TROUTMANSANDERS.COM
houston_bankruptcy@publicans.com
howard@sussmanshank.com
hyazicioglu@jaspanllp.com
iain@macdonaldlawsf.com
ihosford@mailbmc.com
ilandsberg@lm-lawyers.com
jdw@jdwoodlaw.com
JEFFREY.SABIN@BINGHAM.COM
jeremymartin@lawmh.com
JESSAUSTIN@PAULHASTINGS.COM
jfrank@fgllp.com
jfriedman@krcl.com
jgeller@maine.rr.com
JHS7@ATT.NET
jim.roberts@robertsandlayman.com
JKETTEN@WILLKIE.COM
JLANDIS@STONEPIGMAN.COM
jliberatore@clrfirm.com
JMADDOCK@MCGUIREWOODS.COM
JMCLEMORE@CBLAW.COM
JMILLER@MILLMARHOMES.COM
JMILLER-1@COMCAST.NET
john.moore@coateslaw.com
JONATHAN.HAUSER@TROUTMANSANDERS.COM
jramsey@jramsey-law.com
JRoche@perkinscoie.com
jrtaylor@steptoe.com
jryan@potteranderson.com
JSAFER@LOCKELORD.COM
JSHEERIN@MCGUIREWOODS.COM
jsmith@durrettebradshaw.com
jtarkenton@wcsr.com
jvanbeek@ygvb.com

KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
kfunk@cantorarkema.com
kincaid@jlaw.net
klewis@rosenpc.com
KMARTIN185@AOL.COM
Kravit@KravitLaw.com
kushnickh@gtlaw.com
lbollier@jramsey-law.com
lee.hogewood@klgates.com
lgabriel@jmglawoffices.com
lgolden@jaspanllp.com
LHudson@SandsAnderson.com
lmgesq@aol.com
lmodugno@mdmc-law.com
lobenauf@ikon.com
LOC.PFEIFFER@KUTAKROCK.COM
lskiba@gregkaplaw.com
ltavenner@tb-lawfirm.com
lwalker@cablehuston.com
mbeverly@landam.com
mconn@moranbrownpc.com
mdebbeler@graydon.com
MDTCBKC@miamidade.gov
mgluck@landam.com
mhoran@trenam.com
MICHAEL.BERNSTEIN@APORTER.COM
MICHAEL.CONDYLES@KUTAKROCK.COM
mkristal@hfdclaw.com
MMUELLER@CBLAW.COM
mpdenver@hbsb.com
msarata@ltblaw.com
mshore@erlaw.com
mwanslee@gustlaw.com
ncolarusso@mcsweeneycrump.com
nicholas.depalma@aporter.com
NJAMES@CBLAW.COM
nlowery@foleybezek.com
nmccullagh@cantorarkema.com
oatamoh@nevadafirm.com
Brett.Goodman@TROUTMANSANDERS.COM
pberan@tb-lawfirm.com
pblauert@comcast.net
pchildress@mcsweeneycrump.com
pete@zemanianlaw.com
PETER.BARRETT@KUTAKROCK.COM
phil.baxa@mercertrigiani.com
PIVANICK@DEWEYLEBOEUF.COM
PPearl@SandsAnderson.com
PSHALHOUB@WILLKIE.COM
ptomasco@mailbmc.com
ralph.heyman@dinslaw.com
RANDALL.MILLER@APORTER.COM

rcurtis@foleybezek.com
rem@mwhlawfirm.com
rfernandez@macdonaldlawsf.com
rfriedman@kelleydrye.com
RG@LRCCAPITAL.COM
rhanley@nolanplumhoff.com
rholley@nevadafirm.com
richard.hagerty@troutmansanders.com
RICHARD.LEAR@HKLAW.COM
rkaplan@kaplanfox.com
rkbgwhw@aol.com
DKennedy@DL.com
rlbrace@hbsb.com
RMAXWELL@WOODSROGERS.COM
rnefsky@remboltludtke.com
robert.klyman@lw.com
ROBIN.PHELAN@HAYNESBOONE.COM
ronnie@jlaw.net
ROSA.EVERGREEN@APORTER.COM
ROSSSPENCE@SNOWFOGEL.COM
rpage@cantorarkema.com
rpage@cantorarkema.com
RSTRICKLAND@WILLKIE.COM
rterry@durrettebradshaw.com
RUSSJ4478@AOL.COM
rworks@mcdonaldcarano.com
sanantonio.bankruptcy@publicans.com
sdavidson@steptoe.com
sgubner@ebg-law.com
sherrill-beards@sec.gov
SKOHN@DEWEYLEBOEUF.COM
sleach@ltblaw.com
smilo@wawlaw.com
spobrien@gustlaw.com
sschultz@akingump.com
sutter@wfslaw.com
suzette@hbsb.com
sward@mailbmc.com
taskounis@askounisdarcy.com
tdamari@nossaman.com
TEbel@SandsAnderson.com
tfoley@foleybezek.com
tgriffinger@steinlubin.com
thefirm@mkzlaw.com
THOMAS.LUTHER@PRUDENTIAL.COM
tjunker@gregkaplaw.com
tlupinacci@bakerdonelson.com
toross@wcsr.com
TPADNOS@DEWEYLEBOEUF.COM
TPBROWN@HUNTON.COM
tsavenko@gregkaplaw.com
wbenzija@halperinlaw.net

wbroscious@kbbplc.com
WEISBARTM@EARTHLINK.COM
WMTHOMPSON@WMTPC.COM
wshort@hsblawfirm.com
ygeron@foxrothschild.com
ricoman1968@aol.com
michele@lurieparklaw.com
tlynch@babc.com
mscheier@kmklaw.com
jstitt@kmklaw.com
backerly@hunton.com
hgarrett@hunton.com
schristianson@buchalter.com
ehirsch@babc.com
mbradshaw@shbllp.com
lbutler@mailbmc.com
mwachtell@buchalter.com
ellis@shumakerwilliams.com
bchew@pattonboggs.com
dplon@sirlinlaw.com
jfina@howardcountymd.gov
telgie@hunton.com
krm@mccarthywhite.com
Christian.Vogel@leclairryan.com
ccreely@akingump.com
dmiller@steinlubin.com
rdarwin@buchalter.com
mrose@mautobody.com
kr750@sbcglobal.net
sstengel@orrick.com
malevinson@orrick.com
Michael.Witmer@doj.ca.gov
rheiligman@fgllp.com
romero@mromerolawfirm.com
rm@rushallmcgeever.com
ebuzzard@palumbolawyers.com
ssrobertson@ikon.com
peterd@psdslaw.com

Jane.Sper@KutakRock.com

kushnickh@gtlaw.com