Robert E. Spicer, Jr. (VSB No. 24194)
William H. Schwarzschild, III (VSB No. 15274)
R. Joseph Noble (VSB No. 77138)
**WILLIAMS MULLEN**
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Tel:  804.783.6432
Fax:  804.783.6507
rspicer@williamsmullen.com
tschwarz@williamsmullen.com
jnoble@williamsmullen.com

*Counsel for LandAmerica Financial Group, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| LANDAMERICA FINANCIAL GROUP, INC., | ) ) ) | Chapter 11 |
| | ) | Case No. 08-35994 (KRH) |
| Debtor. | ) | |

**NOTICE OF THIRD INTERIM APPLICATION OF WILLIAMS MULLEN,
SPECIAL CORPORATE COUNSEL TO THE DEBTOR, LANDAMERICA
FINANCIAL GROUP, INC., AND OF HEARING THEREON**

| | |
|---|---|
| Name of Applicant: | Williams Mullen |
| Authorized to Provide Professional Services to: | Debtor |
| Date of Retention: | December 21, 2008 (effective nunc pro tunc as of November 26, 2008) |
| Period for which Compensation and Reimbursement is Sought: | June 1, 2009 to August 31, 2009 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $38,373.50 |
| Amount of Expense Reimbursement Sought As Actual, Reasonable and Necessary: | $66.15 |

This is a(n):  X interim  ___ final application.

**PLEASE TAKE NOTICE THAT** on October 15, 2009, Williams Mullen, Special Corporate Counsel to the Debtor, LandAmerica Financial Group, Inc., filed its Third Interim

Application of Williams Mullen For Allowance Of Compensation And Expense Reimbursement As Special Corporate Counsel To The Debtor (the "Interim Application"). You can receive a copy of the Interim Application by requesting a copy from Robert E. Spicer, Jr., Esquire at (804) 783-6432 or from the Court's website using a PACER ECF login at https://ecf.vaeb.uscourts.gov/ or by accessing the website for Epiq Systems, the claims agent appointed in this case, at http://chapter11.epiqsystems.com.

Summary of Monthly Statements for the Interim Fee Period:

| Date Sent | Period Covered | Fees Incurred | Expenses Incurred | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|
| 7/16/2009 | 6/1/2009 – 6/30/2009 | $14,884.00 | $35.10 | $12,651.40 | $35.10 |
| 9/1/2009 | 7/1/2009 – 7/31/2009 | $11,983.00 | $31.05 | $10,185.55 | $31.05 |
| 9/10/2009 | 8/1/2009 – 8/31/2009 | $11,506.50 | $0.00 | $9,780.53 | $0.00 |

**PLEASE TAKE FURTHER NOTICE THAT** an Amended Order Pursuant to Bankruptcy Code Sections 102 And 105, Bankruptcy Rules 2002 And 9007, And Local Bankruptcy Rules 2002-1 And 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures (the "Case Management Order") was entered by the Court on December 23, 2008, which, among other things, prescribes the manner in which objections must be filed and served and when hearings will be conducted. You can receive a copy of the Case Management Order from the Court's website using a PACER ECF login at https://ecf.vaeb.uscourts.gov/ or by accessing the website for Epiq Systems at http://chapter11.epiqsystems.com.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Court's Order Establishing Procedures For Interim Compensation dated December 21, 2008 (the "Interim Compensation Order") and the Case Management Order, objections, if any, to the Interim

Application must be filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, 701 East Broad Street, Richmond, Virginia 23219 and served, so as to be received by no later than November 7, 2009 (five (5) business days before the hearing date set forth below), on the Applicant at the address set forth below and on each of the following parties:

    Robert E. Spicer, Jr., Esquire
    Williams Mullen
    1021 East Cary Street
    Richmond, Virginia 23219

    Rachel C. Strickland, Esquire
    Willkie Farr & Gallagher LLP
    787 Seventh Avenue
    New York, New York 10019-6099

    Dion W. Hayes, Esquire
    McGuire Woods LLP
    One James Center
    901 East Cary Street
    Richmond, Virginia 23219

    Robert B. Van Arsdale, Esquire
    Office of the United States Trustee for the
    Eastern District of Virginia
    701 East Broad Street, Suite 4304
    Richmond, Virginia 23219

    Bruce H. Matson, Esquire
    Counsel to Unsecured Creditors Committee
    LeClair Ryan, PC
    951 East Byrd Street
    Richmond, Virginia 23219

**PLEASE TAKE FURTHER NOTICE THAT** your rights may be affected. You should read the Interim Compensation Order carefully and discuss it and the Interim Application with your attorney, if you have one in this chapter 11 case. (If you do not have an attorney, you may wish to consult one.)

**PLEASE TAKE FURTHER NOTICE THAT** if you do not want the Court to grant the relief requested in the Interim Application, or if you want the Court to consider your views on the Interim Application, then you or your attorney must file an objection in accordance with the procedures set forth in the Interim Compensation Order and as set forth above.

**PLEASE TAKE FURTHER NOTICE THAT** on **November 12, 2009 at 10:00 a.m. (or at such time thereafter as the matter may be heard)**, the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street, Richmond, Virginia 23219, and will move the Court for entry of an order approving the Interim Application.

**PLEASE TAKE FURTHER NOTICE THAT** if you or your attorney do not take these steps, the Court may deem any opposition waived, treat the Interim Application as conceded, and issue orders granting the requested relief without further notice or hearing.

Richmond, Virginia
Dated: October 15, 2009

        */s/ William H. Schwarzschild, III*
Robert E. Spicer, Jr. (VSB No. 24194)
William H. Schwarzschild, III (VSB No. 15274)
R. Joseph Noble (VSB No. 77138)
WILLIAMS MULLEN
P. O. Box 1320
1021 East Cary Street
Richmond, Virginia 23218
Tel: 804.783.6432
Fax: 804.783.6507
Email: rspicer@williamsmullen.com
       tschwarz@williamsmullen.com
       jnoble@williamsmullen.com

6854385_1.DOC

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
In re LandAmerica Financial Group, Inc., Case No. 08-35994 (KRH)
**Fee Application Summary**
Applicant: Williams Mullen
Special Corporate Counsel to the Debtor

Interim Fee Period
June 1, 2009 through August 31, 2009

| **Categories** | **Hours** | **Amount** |
|---|---|---|
| Securities | 14.9 | $5,040.00 |
| Cash Balance Plan | 29.5 | $10,171.00 |
| Employee Savings and Stock Ownership Plan | 28.9 | $10,715.00 |
| General Employee Benefits | 0.8 | $384.00 |
| Bankruptcy | 33.0 | $12,063.50 |
| TOTAL HOURS/TOTAL FEES | 107.1 | $38,373.50 |

**Total Fees:** $38,373.50
**Amount Paid by Debtor after Seventh Monthly Fee Request:** $12,651.40
**Amount Paid by Debtor after Eighth Monthly Fee Request:** $10,185.55
**Amount Paid by Debtor after Ninth Monthly Fee Request:** $9,780.53

**Remaining Amount Due in Compensation:** $5,756.02

| Month | Fees | Fees Paid | Expenses | Expenses Paid | Total Outstanding |
|---|---|---|---|---|---|
| June | $14,884.00 | $12,651.40 | $35.10 | $35.10 | $2,232.60 |
| July | $11,983.00 | $10,185.55 | $31.05 | $31.05 | $1,797.45 |
| August | $11,506.50 | $9,780.53 | $0.00 | $0.00 | $1,725.97 |
| **Total** | **$38,373.50** | **$32,617.48** | **$66.15** | **$66.15** | **$5,756.02** |

**Total Expenses:** $66.15
**Amount Paid by Debtor after Seventh Monthly Fee Request:** $35.10
**Amount Paid by Debtor after Eighth Monthly Fee Request:** $31.05
**Amount Paid by Debtor after Ninth Monthly Fee Request:** $0.00

**Remaining Amount Due in Expense Reimbursement:** $0.00