**Hearing Date: November 12, 2009 at 10:00 a.m.**
**Objection Deadline: November 4, 2009.**

Paul V. Shalhoub (Admitted *Pro Hac Vice*)
Rachel C. Strickland (Admitted *Pro Hac Vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

– and –

Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
(804) 775-1000

Attorneys for the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LandAmerica Financial Group, Inc., *et al*. | : | Case No. 08-35994 (KRH) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------x

**NOTICE OF APPLICATIONS AND NOTICE OF HEARINGS ON THIRD INTERIM APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MCGUIREWOODS LLP AND WILLKIE FARR & GALLAGHER, LLP, CO-COUNSEL TO THE DEBTORS, FOR SERVICES RENDERED FROM JUNE 1, 2009 THROUGH AUGUST 31, 2009 AND FIRST INTERIM FEE APPLICATION FOR COMPENSATION OF DELOITTE TAX LLP, TAX CONSULTANT TO CERTAIN DEBTORS AND DEBTORS IN POSSESSION, FOR SERVICES RENDERED FROM MARCH 23, 2009 THROUGH AUGUST 31, 2009**

**PLEASE TAKE NOTICE** that on October 15, 2009, McGuireWoods LLP ("McGuireWoods"), co-counsel to the Debtors, filed its Third Interim Application for Compensation and Reimbursement of Expenses (the "McGuireWoods Application") for Services Rendered from June 1, 2009 through August 31, 2009 (the "Application Period"). In the

Application, McGuireWoods seeks interim approval of compensation in the amount of $2,772,511.50 and reimbursement of expenses in the amount of $48,527.80 for services rendered by McGuireWoods to the Debtors during the Application Period.

**PLEASE ALSO TAKE NOTICE** that on October 15, 2009, Willkie Farr & Gallagher, LLP ("Willkie Farr"), filed its Third Application of Willkie Farr & Gallagher LLP as Counsel for Debtors for Interim Allowance of Compensation for Services Rendered and Reimbursement of Expense Incurred From June 1, 2009 through August 31, 2009 (the "Willkie Farr Application"). In the Willkie Farr Application, Willkie Farr seeks interim approval of compensation in the amount of $2,478,163.50 and reimbursement of expenses in the amount of $115,329.05 for services rendered by Willkie Farr to the Debtors during the Application Period.

**PLEASE ALSO TAKE NOTICE** that on October 15, 2009, Deloitte Tax LLP ("Deloitte Tax"), filed its First Interim Fee Application for Compensation of Deloitte Tax LLP, Tax Consultant to Certain Debtors and Debtors in Possession, for Services Rendered from March 23, 2009 through August 31, 2009 (the "Deloitte Tax Application," and collectively with the McGuireWoods Application and Willkie Farr Application the "Applications"). In the Deloitte Tax Application, Deloitte Tax seeks interim approval of compensation in the amount of $517,964.70 and reimbursement of expenses in the amount of $11,489.98 for services rendered by Deloitte Tax to the Debtors during the period March 23, 2009 through August 31, 2009.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)** Pursuant to the Court's December 21, 2008 Order Under Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation, unless a written response to an Application is filed with the Clerk of Court and served on the moving party within twenty (20) days from the date of this notice, the Court may deem any opposition waived, treat the Application(s) as uncontested, and issue orders granting the relief requested therein. Specifically, if you do not want the Court to approve any of the Applications, or if you want the Court to consider your views on any of the Applications, then you or you attorney must:

>[x] File with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it on or before <u>November 4, 2009.</u>**

>Clerk of Court
>United States Bankruptcy Court
>701 East Broad Street, Suite 4000
>Richmond, Virginia 23219

>[x] Pursuant to the Court's December 23,2008 Court's Amended Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures, you must also serve a copy of any

2

written response by the foregoing date on the following: (i) the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, counsel for any committee, and counsel to the agents for the Debtors' prepetition lenders; (ii) the 2002 List; and (iii) the Affected Entities (all as defined in the Order). A copy of the Primary Service List is available upon request from McGuireWoods LLP by contacting Diane Morrison at the following email address: dmorrison@mcguirewoods.com

[X]   Attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **at 10:00 a.m. (Eastern Standard Time) on November 12, 2009** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **If you or your attorney do not attend the hearing, the Court may grant the relief requested in the Application**.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Applications and may enter an order granting the relief requested.

Dated: Richmond, Virginia
        October 15, 2009

  /s/  John H. Maddock III
Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
(804) 775-1000

  - and -

Paul V. Shalhoub (Admitted *Pro Hac Vice*)
Rachel C. Strickland (Admitted *Pro Hac Vice*)
Jamie M. Ketten (Admitted *Pro Hac Vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

Attorneys for the Debtors and
Debtors in Possession

\10044351.1