Charles R. Gibbs (*admitted pro hac vice*)
Sarah Link Schultz (*admitted pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas  75201
Telephone: 214.969.2800
Facsimile: 214.969.4343

Catherine Creely (Virginia Bar No. 4796)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone:  202.887.4000
Facsimile:  205.955.7827

-and-

Lynn Tavenner (Virginia Bar No. 30083)
Paula S. Beran (Virginia Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
Telephone: 804.783.8300
Facsimile: 804.783.0178

*Attorneys for The Official Committee of Unsecured
Creditors of LandAmerica 1031 Exchange Services, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| LANDAMERICA FINANCIAL GROUP, INC., <u>et</u> <u>al</u>., | **:** | Case No. 08-35994-KRH |
| | **:** | (Jointly Administered) |
| | **:** | |
| Debtors. | **:** | |
| | **:** | |

**THIRD INTERIM APPLICATION OF TAVENNER & BERAN, PLC
FOR ALLOWANCE OF COMPENSATION AND EXPENSE
REIMBURSEMENT AS LOCAL COUNSEL
<u>TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>**

Tavenner & Beran, PLC ("Tavenner & Beran"), local counsel for The Official

Committee of Unsecured Creditors (the "Committee") of LandAmerica 1031 Exchange Services,

Inc. ("LES"), submits the following as its Third Interim Application For Allowance Of

Compensation And Expense Reimbursement As Local Counsel To The Official Committee of

Unsecured Creditors (the "Application") pursuant to 11 U.S.C. §§ 330, 331 and 503(b) and Rule

2016 of the Federal Rules of Bankruptcy Procedure.  In this Application, Tavenner & Beran

seeks approval of compensation in the amount of $89,432.00 and reimbursement of expenses in

the amount of $703.78 for the period of June 1, 2009 through August 31, 2009, and in support

thereof states as follows:

## Background

1.      On November 26, 2008 (the "Petition Date"), LES filed voluntary petitions in this

Court for relief under chapter 11 of the Bankruptcy Code.  LES continues to operate its business

and manage its properties as debtor in possession pursuant to sections 1107 and 1108 of the

Bankruptcy Code. On November 28, 2008, the Court entered an order jointly administering the

chapter 11 case of LES with the chapter 11 case of LandAmerica Financial Group, Inc. ("LFG,"

and together with LES, the "Debtors") for procedural purposes only.

2.      On December 3, 2008, the Office of the United States Trustee (the "U.S.

Trustee") appointed the Official Committee of Unsecured Creditors for LandAmerica 1031

Exchange Services, Inc. (the "LES Committee").  On June 4, 2009, the U.S. Trustee added two

members to the LES Committee.

3.      LES Committee is presently composed of the following seven creditors: (i)

Millmar Holdings, LLC (ii) Endless Ocean, LLC (iii) MB Venture, Ltd. (iv) Amarillo Tower

Limited, (v) Petaluma Southpoint, LLC, (vi) The Mary and Fred Piro 1987 Trust, and (vii)

Gregory D. Schultz.

4.      The Committee held its organizational meeting, and decided to retain Akin Gump

Strauss Hauer & Feld LLP ("Akin Gump") as its lead counsel, Tavenner & Beran as its local

counsel, and Protiviti, Inc. as financial advisors.

5.      On or about December 31, 2008, the LES Committee filed an application to

employ Tavenner & Beran as its local counsel.  On or about January 16, 2009, this Court entered

its Order Authorizing Retention And Employment Of Tavenner & Beran, PLC As Local Counsel

To The Official Committee of Unsecured Creditors (the "Employment Order").

6.      On or about April 14, 2009, Tavenner & Beran filed a First Interim Application of

Tavenner & Beran, PLC For Allowance of Compensation and Expense Reimbursement as Local

Counsel to the Official Committee of Unsecured Creditors seeking compensation in the amount

of $94,128.00 and expense reimbursement of $3,576.84 for the period of December 8, 2008

through and including February 28, 2009 (the "First Interim Application").  On or about June 5,

2009, the Court entered an order approving the First Interim Application (the "First Interim

Application Order").  On or about July 15, 2009,  Tavenner & Beran filed a Second Interim

Application of Tavenner & Beran, PLC For Allowance of Compensation and Expense

Reimbursement as Local Counsel to the Official Committee of Unsecured Creditors seeking

compensation in the amount of $76,594.50 and reimbursement of expenses in the amount of

$2,557.50 for the period of March 1, 2009 through May 31, 2009 (the "Second Interim

Application") and thereafter this Court entered an order approving the Second Interim

Application (the "Second Interim Application Order").

7.      Since the filing of the First Interim Application and Second Interim Applications,

Tavenner & Beran has rendered additional professional services to the Committee from and

including June 1, 2009 through and including August 31, 2009 for which it seeks compensation

in the amount of $89,432.  Attached hereto as <u>Exhibit A</u> is a statement of the fees incurred.

8.       During this time, Tavenner & Beran incurred $703.78 in out-of-pocket expenses

for which it seeks reimbursement.  Attached hereto as <u>Exhibit A</u> is a statement of the expenses

incurred.

9.       The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334.  Venue is before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

<strong><u>Employment and Case Status</u></strong>

10.       As authorized in the Employment Order, the terms of Tavenner & Beran's

employment are as follows:  Tavenner & Beran charges legal fees on an hourly basis at its

attorneys' hourly rates, which are set in accordance with the attorneys' seniority and experience.

Tavenner & Beran also charges the Committee for its actual out-of-pocket expenses incurred

such as copying, long distance telephone, travel, overnight mail, telecopies, computer research

and other disbursements.

11.       The names of all Tavenner & Beran attorneys and paralegals requesting

compensation and their respective hourly rates are set forth on <u>Exhibit A</u> attached hereto.

12.        To the best of Tavenner & Beran's knowledge, information and belief, the

Debtors are paying post-petition expenses in the ordinary course and/or as required by this

Court.  To the best of Tavenner & Beran's knowledge, information and belief, the Debtors have

sufficient funds on hand to pay the compensation and reimbursement of expenses requested

herein.

13.     Tavenner & Beran filed its First Interim Application and Second Interim Application, but Tavenner & Beran has not previously filed an application for the allowance of compensation and expense reimbursement as sought in this Application.

### Summary of Services Rendered

14.     Tavenner & Beran provided various services to the Committee, which may be summarized as follows:

A.     Asset Analysis and Recovery:  - Total Hours 2.20          Total $578.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[1] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 1.70 | $578.00 |
| Paula S. Beran | 1992 | $0.00 | 0.50 | $0.00 |

Description
Analysis of estate assets.

Attached hereto as Exhibit A – Asset Analysis and Recovery Section is a complete statement of such services rendered by Tavenner & Beran.

Necessary and Benefit to the Estate
Tavenner & Beran assisted the Committee with its review and oversight of the estates' assets.

B.     Asset Disposition:  - Total Hours  3.30          Total $1,122.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 3.30 | $1,122.00 |

Description
Conferences, correspondence, document review, and Court appearances related to the Committee's review of asset disposition.

Attached hereto as Exhibit A – Asset Disposition Section is a complete statement of such services rendered by Tavenner & Beran.

Necessary and Benefit to the Estate
Tavenner & Beran assisted the Committee with its review and oversight of the disposition of

---

[1] Certain hours were recorded but not billed to the estate.

estates' assets.

C.    <u>Business Operations</u>:  - Total Hours 16.50          Total $5,610.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 16.5 | $5,610.00 |

<u>Description</u>
Conferences, correspondence, document review and Court appearance related to the
Committee's review of the Debtors' operations.

Attached hereto as <u>Exhibit A – Business Operations Section</u> is a complete statement
of such services rendered by Tavenner & Beran.

<u>Necessity and Benefit to the Estate</u>
Tavenner & Beran assisted the Committee in its review and oversight of the Debtors'
operations.

D.    <u>Case Administration</u>:  - Total Hours  54.10          Total $11,284.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 24.60 | $8,364.00 |
| Paula S. Beran | 1992 | $330.00 | 0.50 | $ 165.00 |
| David L. Leadbeater | N/A | $95.00 | 29.00 | $2,755.00 |

<u>Description</u>
Conferences, correspondence, pleading review and Court appearances on case administrative
matters.

Attached hereto as <u>Exhibit A – Case Administration Section</u> is a complete statement of
such services rendered by Tavenner & Beran.

<u>Necessity and Benefit to the Estate</u>
These services were necessary to assist the Committee in the administration of these
cases.

E.    <u>Claims Administration</u>:  - Total Hours 2.00          Total $   680.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 2.0 | $680.00 |

<u>Description</u>

Pleading review and research regarding pre-petition creditor claims.

Attached hereto as <u>Exhibit A – Claims Administration Section</u> is a complete statement of such services rendered by Tavenner & Beran.

<u>Necessity and Benefit to the Estate</u>
These services were necessary to assist the Committee in its analysis of creditor claims.

F.    Creditors Meeting:  - Total Hours 22.90                    Total $7,786.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 22.90 | $7,786.00 |

<u>Description</u>
Prepare for and attend meetings with the Committee and related conferences and calls with Committee professionals and or the Office of the United States Trustee.

Attached hereto as <u>Exhibit A – Creditors Meeting Section</u> is a complete statement of such services rendered by Tavenner & Beran.

<u>Necessity and Benefit to the Estate</u>
These services were necessary to assist the Committee with its review of case matters and business operations.

G.    <u>Fee/Employment Applications</u>:  - Total Hours 33.40          Total $9,625.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[2] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 19.90 | $6,766.00 |
| Paula S. Beran | 1992 | $330.00 | 7.80 | $2,574.00 |
| Paula S. Beran | 1992 | $0.00 | 2.70 | $0.00 |
| David L. Leadbeater | N/A | $95.00 | 3.00 | $ 285.00 |

<u>Description</u>
Correspondence, conferences, document preparation, document review and Court appearances relating to the employment and/or compensation of bankruptcy professionals.

Attached hereto as <u>Exhibit A – Fee/Employment Applications Section</u> is a complete statement of such services rendered by Tavenner & Beran.

---

[2] Certain hours were recorded but not billed to the estate.

Necessity and Benefit to the Estate
These services were necessary for the Committee to be properly represented and advised by its professionals.

H.    Litigation:  -  Total Hours 121.70                    Total $39,861.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[3] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 115.20 | $39,168.00 |
| Paula S. Beran | 1992 | $330.00 | 2.10 | $693.00 |
| Paula S. Beran | 1992 | $0.00 | 4.40 | $0.00 |

Description
Correspondence, conferences, document preparation, document review and Court appearances relating to litigation and mediation matters for the estate.

Attached hereto as Exhibit A – Litigation Section is a complete statement of such services rendered by Tavenner & Beran.

Necessary and Benefit to the Estate
Engaging in litigation to address characterization of exchange funds and to maximize the assets available for distribution to creditors.  Treating similarly situated creditors the same ensures compliance with the bankruptcy code's underlying mandate of equitable distribution.

I.   Plan and Disclosure Statement:  -   Total Hours 31.70        Total $8,942.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[4] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 26.30 | $8,942.00 |
| Paula S. Beran | 1992 | $0.00 | 5.40 | $0.00 |

Description
Correspondence, conferences, document preparation, document review and Court appearances relating to plan and exclusivity issues.

Attached hereto as Exhibit A – Plan and Disclosure Statement Section is a complete statement of such services rendered by Tavenner & Beran.

Necessary and Benefit to the Estate
These services were necessary to assist the Committee in its review of issues related to a plan and exit strategy from bankruptcy.

---

[3] Certain hours were recorded but not billed to the estate.
[4] Certain hours were recorded but not billed to the estate.

J.   <u>Relief from Stay</u>:   -   Total Hours 11.60                    Total $3,944.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 11.60 | $3,944.00 |

<u>Description</u>
Correspondence, conferences, document preparation, document review and Court appearances relating to the application of the automatic stay.

Attached hereto as <u>Exhibit A – Relief from Stay Section</u> is a complete statement of such services rendered by Tavenner & Beran.

<u>Necessary and Benefit to the Estate</u>
These services were necessary to assist the Committee's review of parties seeking relief from the automatic stay.

15.     The total amount of interim compensation requested by Tavenner & Beran is based on the hourly rates normally charged by the attorneys and the paralegals who performed legal services for the Committee in this matter are further summarized on <u>Exhibit A</u>.

16.     Pursuant to the Order Establishing Procedures For Interim Compensation entered on December 22, 2008 (the "Interim Compensation Order"), Tavenner & Beran was to have received eighty-five percent (85%) of certain of its monthly fees and one hundred percent (100%) of certain of its monthly expenses.  In regard to this Application, in total, Tavenner & Beran has received $20,104.63 in fees and $33.70 in expenses.  See <u>Exhibit B</u> attached hereto for a statement of those payments.  Therefore, fees and expenses in the amount of $69,997.45 remain outstanding.

17.     Attached hereto as <u>Exhibit B</u> is a summary sheet concerning this Application. The fees sought by Tavenner & Beran are reasonable for the work it performed in the specialized area of bankruptcy and in practice before the United States Bankruptcy Court.  Such fees are customary for specialized bankruptcy practice and are comparable in amount to services

rendered by other attorneys in the area.  The fees sought herein are reasonable considering the nature and extent of the work, the time spent, and the value of the services.

18.    Tavenner & Beran hereby certifies that it has submitted and served monthly statements as required under the Interim Compensation Order.  In addition, it will file and serve this Application as required under the Interim Compensation Order.

## **Applicable Legal Standard**

19.    The Bankruptcy Code sets forth the legal standards for awarding compensation to professionals.  The format for fee applications is set forth in the Compensation Guidelines for Professionals in the United States Bankruptcy Court for the Eastern District of Virginia (the "Guidelines").

20.    Under § 330 and of the Bankruptcy Code, the Court may award counsel to the Committee reasonable compensation for actual, necessary services rendered by such attorneys and paraprofessionals employed by such attorneys based on the nature, extent and value of the services rendered, time spent on such services and the cost of comparable services other than in a bankruptcy case.  Furthermore, the Court may award reimbursement for actual, necessary expenses.

21.    The expenses incurred by Tavenner & Beran, as set forth herein, are reasonable and necessary charges for items such as photocopying, long distances telephone calls, facsimiles, delivery services and messenger services, transcript preparation and filing fees.  Photocopy charges are assessed at fifteen cents ($.20) per page which Tavenner & Beran believes to be at least comparable with the average charge in this area.  Facsimiles were charged at the rate of one dollar ($1.00) per page, which Tavenner & Beran believes to be a reasonable charge for such an expense.

22.     Under the "lodestar" approach, the Court should consider the number of hours of service reasonably devoted to the case multiplied by the attorney's reasonable rates.  Courts frequently consider the specific "lodestar" factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974).  These lodestar tests were adopted by the Fourth Circuit in Barber v. Kimbrells, Inc., 577 F.2d 216, 226 (4th Cir.), cert. denied, 439 U.S. 934 (1978), and in Anderson v. Morris, 658 F.2d 246, 249 (4th Cir. 1981), where the Fourth Circuit held that the District Court should employ the lodestar approach, and then adjust the fee on the basis of the remaining Johnson factors in the case.  The following are the Johnson factors:

(a)     the time and labor required;
(b)     the novelty and difficulty of the questions;
(c)     the skill requisite to perform the legal service properly;
(d)     the preclusion of other employment by the attorney due to acceptance of the case;
(e)     the customary fee;
(f)     whether the fee is fixed or contingent;
(g)     time limitations imposed by the client or the circumstances;
(h)     the amount involved and the results obtained;
(i)     the experience, reputation and ability of the attorneys;
(j)     the "undesirability" of the case;
(k)     the nature and length of the professional relationship with the client; and
(l)     awards in similar cases.

Johnson, 488 F.2d at 717-719; Barber, 577 F.2d at 226, n.28; Anderson, 658 F.2d at 248, n.2.

23.     Tavenner & Beran believes that the services rendered to the Committee and the out-of-pocket expenses incurred therewith were necessary and reasonable in view of the Committee's obligations in these cases and the scope and nature of the matters in which the Committee was involved to competently represent the Committee.

24.     Upon information and belief, the rates charged by Tavenner & Beran are less than legal fees charged by other law firms in comparable Chapter 11 cases.  Tavenner & Beran believes that the fees requested herein clearly satisfy the Johnson factors as set forth above.

## Conclusion

WHEREFORE, Tavenner & Beran submits this Application for allowance of interim compensation for professional services rendered by Tavenner & Beran in the amount of $89,432.00 and reimbursement of expenses in the amount of $703.78 for the period of June 1, 2009 through August 31, 2009.  Tavenner & Beran respectfully requests that the Court enter an Order substantially in the form attached hereto as Exhibit C approving the compensation and reimbursement of expenses requested herein, authorizing and directing the Debtors to pay such amounts and granting such other and further relief as the Court deems appropriate

TAVENNER & BERAN, PLC

By: _____*/s/ Lynn L. Tavenner*_____ _____
                   Co-Counsel

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
E-mail:  ltavenner@tb-lawfirm.com
           pberan@tb-lawfirm.com

Local Co-Counsel for the Official Committee of Unsecured
Creditors

-and-

Charles R. Gibbs (*admitted pro hac vice*)
Sarah Link Schultz (*admitted pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue
Suite 4100
Dallas, Texas 75201
Telephone: 214-969-2800
Facsimile:  214-969-4343

Catherine Creely (VA Bar No. 4796)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Lead Counsel for the Official Committee of Unsecured
Creditors

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on or before the 15th day of October, 2009 a true copy of the foregoing Third Interim Application Of Tavenner & Beran, PLC For Allowance Of Compensation And Expense Reimbursement As Local Counsel For The Official Committee of Unsecured Creditors was served via first-class mail, postage-prepaid and/or electronic delivery to:

Robert B. Van Arsdale – Via email:
robert.b.van.arsdale@usdoj.gov
June E. Turner – Via email:
june.e.turner@usdoj.gov
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Michelle H. Gluck – Via Standard Mail
Michael D. Beverly – Via Standard Mail
LandAmerica Financial Group, Inc.
5600 Cox Road
Glen Allen, VA 23060

Jeffrey S. Sabin, Esq. – Via Email:
jeffrey.sabin@bingham.com
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Rachel C. Strickland, Esq. – Via Email:
rstrickland@willkie.com
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Dion W. Hayes, Esq. – Via Email:
dhayes@mcguirewoods.com
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Bruce H. Matson, Esq. – Via Email:
Bruce.Matson@leclairryan.com
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, VA 23219

_/s/ Lynn L. Tavenner___
Co-Counsel

# Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

EXHIBIT A

**Invoice submitted to:**
LandAmerica 1031 Exchange Services, Inc. Committee

| *Invoice Date* | *Invoice Number* | *Last Bill Date* |
|---|---|---|
| August 18, 2009 | 10837 | 6/5/2009 |

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **Asset Analysis and Recovery** | | | |
| 6/12/2009 - LLT | Address details on Vegas transaction (.20); Follow-up review of public statements/filings re: same (.60) | 0.80 340.00/hr | 272.00 |
| 6/19/2009 - LLT | Research background information on ARS and potential litigation and pursuit thereof | 0.90 340.00/hr | 306.00 |
| - PSB | Review of ARS and related issues | 0.50 330.00/hr | NO CHARGE |
| SUBTOTAL: | | [ 2.20 | 578.00] |
| **Asset Disposition** | | | |
| 6/2/2009 - LLT | Analysis of offer to purchase portion of ARS | 0.60 340.00/hr | 204.00 |
| SUBTOTAL: | | [ 0.60 | 204.00] |
| **Business Operations** | | | |
| 6/1/2009 - LLT | Revised motion to incur debt and correspondence with committee professionals re: same | 1.40 340.00/hr | 476.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/2/2009 - | LLT | | 0.80 | 272.00 |
| | | Address offer to purchase portion of ARS | 340.00/hr | |
| - | LLT | | 0.60 | 204.00 |
| | | Correspondence from K. Bernstein re: revised Bubion pleadings and review of same | 340.00/hr | |
| - | LLT | | 0.60 | 204.00 |
| | | Review and revise Bubion motion to incur debt and correspondence from co-counsel re: same | 340.00/hr | |
| - | LLT | | 0.60 | 204.00 |
| | | Review notice of settlement with commercial realty and resources corp. | 340.00/hr | |
| 6/3/2009 - | LLT | | 0.30 | 102.00 |
| | | Review lease rejection notices | 340.00/hr | |
| 6/9/2009 - | LLT | | 0.90 | 306.00 |
| | | Review LFG motion to approve performance incentive plan (.70); Correspondence from co-counsel re: same (.20) | 340.00/hr | |
| 6/10/2009 - | LLT | | 0.30 | 102.00 |
| | | Review notice of settlement with South Florida stadium | 340.00/hr | |
| - | LLT | | 0.90 | 306.00 |
| | | Correspondence from T. Savenko re: motion to incur debt and underlying pleading | 340.00/hr | |
| - | LLT | | 0.30 | 102.00 |
| | | Review notice of rejection of executory contract | 340.00/hr | |
| 6/12/2009 - | LLT | | 0.30 | 102.00 |
| | | Correspondence from T. Savenko re: order on Bubion motion to incur debt (.10); Correspondence from co-counsel re: Embark settlement offer and analysis (.20) | 340.00/hr | |
| 6/17/2009 - | LLT | | 0.10 | 34.00 |
| | | Review 9019 motion for settlement | 340.00/hr | |

SUBTOTAL:                                    [      7.10        2,414.00]

Case Administration

| 6/1/2009 - | LLT | | 1.40 | 476.00 |
|---|---|---|---|---|
| | | Review correspondence to committee members with respect to upcoming inter-company mediation (.20); Telephone conference and follow-up correspondence with co-counsel with respect to request for additional committee members (.80); Telephone call with R. Van Arsdale re: same (.40) | 340.00/hr | |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/2/2009 - | LLT | Prepare for and attend call with R. Van Arsdale and committee professionals with respect to request for additional committee membership | 0.80 340.00/hr | 272.00 |
| - | LLT | Correspondence from co-counsel re: rescheduled committee call | 0.10 340.00/hr | 34.00 |
| 6/6/2009 - | LLT | Correspondence with R. Van Arsdale re: committee membership and designated representatives | 0.20 340.00/hr | 68.00 |
| 6/7/2009 - | LLT | Review various motions filed in LAC debtor case including extension of removal period, extension of lease rejection period and setting date for filing proofs of claims | 0.70 340.00/hr | 238.00 |
| 6/11/2009 - | LLT | Telephone call with A. Beane re: notice of withdrawal of Mary House (.20); Review and revise same (.30); Follow-up with A. Beane re: filing of notice of House withdrawal and service of same (.20); Prepare same for filing (.20) | 0.90 340.00/hr | 306.00 |
| 6/12/2009 - | LLT | Correspondence and follow-up phone call with R. Cosgrove re: service issues on Grunstead (.50); Review notices of rejection of contacts/leases (.30) | 0.80 340.00/hr | 272.00 |
| - | DLL | Docket maintenance and update index (1.50) | 1.50 95.00/hr | 142.50 |
| 6/15/2009 - | LLT | Review recently filed pleadings | 0.40 340.00/hr | 136.00 |
| 6/16/2009 - | LLT | Correspondence with R. Cosgrove re: amended certificate of service issues (.20); Follow-up with R. Cosgrove re: same (.20); Review proposed agenda for upcoming 6/18 hearings (.20) | 0.60 340.00/hr | 204.00 |
| 6/17/2009 - | DLL | File Maintenance (1.00) | 1.00 95.00/hr | 95.00 |
| 6/18/2009 - | LLT | Prepare for and attend hearings on omnibus docket including uncontested and/or adjourned matters (1.50) | 1.50 340.00/hr | 510.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/19/2009 - | LLT | Review inquiry from creditor and co-counsel response thereto | 0.20<br>340.00/hr | 68.00 |
| 6/24/2009 - | LLT | Review correspondence re: 1031 case | 0.50<br>340.00/hr | 170.00 |
|  | SUBTOTAL: |  | [    10.60 | 2,991.50] |

### Claims Administration

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/11/2009 - | LLT | Review omnibus claims objections | 0.70<br>340.00/hr | 238.00 |
| 6/16/2009 - | LLT | Correspondence from co-counsel re: LFG omnibus objections to LES exchanger claims | 0.20<br>340.00/hr | 68.00 |
|  | SUBTOTAL: |  | [    0.90 | 306.00] |

### Creditors Meeting

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/2009 - | LLT | Telephone call with R. Van Arsdale re: committee reconstitution and follow-up with co-counsel re: same (.70); Follow-up call with co-counsel and R. Van Arsdale re: committee reconstitution (.50) | 1.20<br>340.00/hr | 408.00 |
| - | LLT | Review correspondence from co-counsel re: amended appointment of committee | 0.20<br>340.00/hr | 68.00 |
| - | LLT | Correspondence from committee chair re: new membership of committee | 0.20<br>340.00/hr | 68.00 |
| 6/7/2009 - | LLT | Review correspondence from R. Van Arsdale re: representative membership on committees | 0.10<br>340.00/hr | 34.00 |
| 6/9/2009 - | LLT | Telephone call with R. Van Arsdale re: case update from committee perspective (.60); Follow-up with co-counsel re: same (.20) | 0.80<br>340.00/hr | 272.00 |
| - | LLT | Correspondence from A. Beane re: committee by laws (.20); Review same (.20) | 0.40<br>340.00/hr | 136.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/9/2009 - | LLT | Correspondence from co-counsel re: upcoming creditor meeting | 0.10 340.00/hr | 34.00 |
| 6/10/2009 - | LLT | Prepare for and attend telephonic committee meeting | 1.50 340.00/hr | 510.00 |
| 6/15/2009 - | LLT | Review agenda (.10); Prepare for and attend creditors meeting (1.20) | 1.30 340.00/hr | 442.00 |
| 6/20/2009 - | LLT | Address status of pursuit of ARS litigation and professional resumes | 0.30 340.00/hr | 102.00 |
| - | LLT | Review correspondence to committee re: pursuit of ARS litigation and professional resumes | 0.30 340.00/hr | 102.00 |
| 6/23/2009 - | LLT | Prepare for and attend committee meeting telephonically | 1.20 340.00/hr | 408.00 |
| 6/24/2009 - | LLT | Prepare for and attend telephonic committee meeting | 1.50 340.00/hr | 510.00 |
| | SUBTOTAL: | | [    9.10 | 3,094.00] |

Fee/Employment Applications

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/2009 - | LLT | Review application for compensation for attorney's for type A plaintiffs | 0.80 340.00/hr | 272.00 |
| 6/2/2009 - | LLT | Correspondence from S. Schultz re: orders on interim applications (.20); Follow-up with Clerk and Office of the U.S. Trustee re: same (.30); Telephone call with S. Schultz re: Garden City employment and payment issues (.20); Follow-up with R. Van Arsdale re: same (.20) | 0.90 340.00/hr | 306.00 |
| - | PSB | Finalize Fee Orders (.80); Correspondence with R. Van Arsdale re same (.30) | 1.10 330.00/hr | 363.00 |
| 6/3/2009 - | LLT | Review committee expense reimbursement request for LFG committee | 0.40 340.00/hr | 136.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/3/2009 - | LLT | 0.80 | 272.00 |
|  | Review Debtor's application to employ special counsel | 340.00/hr |  |
| - | LLT | 0.50 | 170.00 |
|  | Review supplemental list of ordinary course professionals notice | 340.00/hr |  |
| - | LLT | 0.60 | 204.00 |
|  | Review application to employ Wall Street Realty Capital | 340.00/hr |  |
| - | LLT | 1.20 | 408.00 |
|  | Review and revise Tavenner & Beran monthly fee letter (.80); Correspondence to case professionals re: monthly fee statement for LES committee professionals (.40) | 340.00/hr |  |
| 6/5/2009 - | PSB | 1.00 | NO CHARGE |
|  | Finalize fee letter | 330.00/hr |  |
| 6/9/2009 - | LLT | 0.10 | 34.00 |
|  | Review correspondence from co-counsel re: Quinn Emmanuel application | 340.00/hr |  |
| 6/16/2009 - | LLT | 0.10 | 34.00 |
|  | Telephone call with R. Blair re: schedule for filing interim fee applications | 340.00/hr |  |
| 6/19/2009 - | LLT | 0.10 | 34.00 |
|  | Review supplement to ordinary course professionals | 340.00/hr |  |
| 6/29/2009 - | LLT | 0.30 | 102.00 |
|  | Correspondence to/from A. Beane re: interim compensation and fee applications (.10); Review interim compensation order re: same (.20) | 340.00/hr |  |
|  | SUBTOTAL: | [    7.90 | 2,335.00] |

<u>Litigation</u>

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/1/2009 - | LLT | 0.80 | 272.00 |
|  | Prepare for and attend mediation protocol discussion with Debtor committee professionals and various representatives of test case plaintiffs | 340.00/hr |  |
| - | PSB | 0.50 | NO CHARGE |
|  | Review mediation protocol and related items | 330.00/hr |  |
| 6/7/2009 - | LLT | 0.60 | 204.00 |
|  | Review information request to LandAmerica debtors | 340.00/hr |  |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/7/2009 - | LLT | | 0.80<br>340.00/hr | 272.00 |
| | | Review proposed common interest and joint defense<br>agreement between LES and LES Committee | | |
| - | LLT | | 0.20<br>340.00/hr | 68.00 |
| | | Review joint defense agreement and deposition scheduling | | |
| 6/9/2009 - | LLT | | 1.20<br>340.00/hr | 408.00 |
| | | Review draft objection to Grundstead motion | | |
| - | LLT | | 0.60<br>340.00/hr | 204.00 |
| | | Review and revise recent draft of joint defense agreement | | |
| - | LLT | | 0.10<br>340.00/hr | 34.00 |
| | | Correspondence from co-counsel re: joint defense agreement | | |
| 6/10/2009 - | LLT | | 3.20<br>340.00/hr | 1,088.00 |
| | | Conference with committee professionals re: potential causes<br>of action and analysis of same under Virginia law (1.20);<br>Research Virginia law re: State claims (1.80); Correspondence<br>with co-counsel re: same (.20 | | |
| - | LLT | | 1.00<br>340.00/hr | 340.00 |
| | | Review proposed joint stipulation on Luxenberg appeal<br>dismissal (.40); Review issues and law re: same (.60) | | |
| - | LLT | | 1.20<br>340.00/hr | 408.00 |
| | | Review potential liability tree and theories | | |
| 6/11/2009 - | LLT | | 0.90<br>340.00/hr | 306.00 |
| | | Review LFG objection to motion to vacate filed by Grunstead<br>(.60); Review debtor objection to Grunstead motion to vacate<br>(.30) | | |
| 6/12/2009 - | LLT | | 0.90<br>340.00/hr | 306.00 |
| | | Correspondence from A. Beane re: response period on<br>amended complaint (.10); Review rules and case management<br>order re: same (.60); Follow-up with A. Beane (.20) | | |
| - | LLT | | 0.40<br>340.00/hr | 136.00 |
| | | Correspondence from D. Hayes re: joint defense agreement<br>(.10); Review same (.30) | | |
| 6/15/2009 - | LLT | | 0.40<br>340.00/hr | 136.00 |
| | | Review revised common interest agreement (.30); Execute<br>common interest agreement and correspondence with K.<br>Bernstein re: same (.10) | | |
| 6/17/2009 - | LLT | | 1.30<br>340.00/hr | 442.00 |
| | | Review Grunstead motion to continue and debtor's objection to<br>same (.40); Review reply in support of defendant debtor's<br>motion to dismiss accused complaint (.90) | | |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/21/2009 - | LLT | Review and revise draft mediation statement | 1.90 340.00/hr | 646.00 |
| 6/22/2009 - | LLT | Continue to review, revise and research issues contained in draft mediation statement (1.90); Correspondence to/from K. Bernstein re: Grunstead hearing (.20); Telephone call with G. Fathergill re: telephonic appearance at upcoming hearing (.10); Review 4th circuit recharacterization subordination issues (1.70); Review Millard amended complaint and response thereto (.70) | 4.60 340.00/hr | 1,564.00 |
| - | PSB | Review and research related to mediation issues | 1.90 330.00/hr | NO CHARGE |
| 6/23/2009 - | LLT | Prepare for and attend hearing on Grunstead motion to reconsider | 2.20 340.00/hr | 748.00 |
| 6/24/2009 - | LLT | Review and revise updated mediation statement | 1.70 340.00/hr | 578.00 |
| 6/25/2009 - | LLT | Correspondence from D. Hayes re: mediation call with Judge Santoro | 0.10 340.00/hr | 34.00 |
| 6/29/2009 - | LLT | Review Protiviti analysis in preparation for mediation (1.20); Attend meeting with Protiviti and committee members re: preparation for mediation and materials prepared for same (.60) | 1.80 340.00/hr | 612.00 |
| - | PSB | Review issues related to upcoming mediation | 2.00 330.00/hr | NO CHARGE |
| 6/30/2009 - | LLT | Preparation for upcoming mediation | 2.20 340.00/hr | 748.00 |
| | | SUBTOTAL: | [    32.50 | 9,554.00] |

Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| 6/7/2009 - | LLT | Review motion re: extension of exclusivity period [For LAC debtor entity] | 0.80 340.00/hr | 272.00 |
| | | SUBTOTAL: | [     0.80 | 272.00] |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|

**Relief from Stay**

| Date | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/2009 - | LLT | | 1.00 | 340.00 |
| | | Review Condeca Associates motion for relief (.80); Committee correspondence re: same (.20) | 340.00/hr | |
| 6/9/2009 - | LLT | | 0.90 | 306.00 |
| | | Review CP Oxford Garden's motion for relief from stay (.70); Correspondence from co-counsel re: same (.20) | 340.00/hr | |
| - | LLT | | 1.30 | 442.00 |
| | | Review debtor response to Conveca motion (.50); Review debtor response to CP Oxford Garden motion (.50); Review debtor response to AST Investments motion (.30) | 340.00/hr | |
| 6/18/2009 - | LLT | | 2.40 | 816.00 |
| | | Prepare for and attend hearings on motion for relief from stay filed by Conveca Associates, CP Oxford Gardens and AHST Investments (1.60); Prepare for and attend hearing on motion to dismiss RC Holdings complaint (.80) | 340.00/hr | |

| | | | | |
|---|---|---|---|---|
| | SUBTOTAL: | | [ 5.60 | 1,904.00] |
| | For professional services rendered | | 77.30 | $23,652.50 |

Additional Charges :

| | | | Qty/Price | Tax# |
|---|---|---|---|---|

**Case Administration**

| Date | | | Qty/Price | Tax# |
|---|---|---|---|---|
| 6/1/2009 - | LLT | | 1 | 0.63 |
| | | Cavalier Charges | 0.63 | |
| - | LLT | | 1 | 32.44 |
| | | LexisNexis Charges | 32.44 | |
| - | LLT | | 1 | 0.63 |
| | | Cavalier Charges | 0.63 | |

| | | | | |
|---|---|---|---|---|
| | SUBTOTAL: | | | [ 33.70] |
| | Total costs | | | $33.70 |
| | Total amount of this bill | | | $23,686.20 |
| | Previous balance | | | $95,418.95 |

|  | Amount |
|---|---|
| 4/21/2009 Payment - thank you | ($20,790.76) |
| 5/21/2009 Payment - thank you | ($26,243.94) |
| 6/9/2009 Payment - thank you | ($14,119.20) |
| 6/29/2009 Payment - thank you | ($25,572.34) |
| Total payments and adjustments | ($86,726.24) |
| Balance due | $32,378.91 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lynn L. Tavenner | 67.80 | 340.00 | $23,052.00 |
| Paula S. Beran | 1.10 | 330.00 | $363.00 |
| Paula S. Beran | 5.90 | 0.00 | $0.00 |
| David L. Leadbeater | 2.50 | 95.00 | $237.50 |

# Tavenner & Beran, PLC

20 North Eighth Street, Second Floor
Richmond, VA 23219

**Invoice submitted to:**

LandAmerica 1031 Exchange Services, Inc. Committee

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| October 15, 2009 | 10847 | 8/28/2009 |

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| **Asset Disposition** | | |
| 7/18/2009 -  LLT | 1.60 | 544.00 |
| Review motion of LCS to sell assets (.80); Review related first day filings (.80) | 340.00/hr | |
| 7/24/2009 -  LLT | 0.60 | 204.00 |
| Review offer for purchase of portion of estate assets | 340.00/hr | |
| 8/4/2009 -  LLT | 0.50 | 170.00 |
| Review issues raised by co-counsel on sale of estate assets | 340.00/hr | |
| SUBTOTAL: | [      2.70 | 918.00] |
| **Business Operations** | | |
| 7/3/2009 -  LLT | 0.20 | 68.00 |
| Correspondence from R. Maxwell re: potential note payoff | 340.00/hr | |
| 7/5/2009 -  LLT | 0.30 | 102.00 |
| Correspondence to/from co-counsel re: California enforcement action | 340.00/hr | |
| 7/6/2009 -  LLT | 0.10 | 34.00 |
| Correspondence with J. Maddock re: resolution of Maxwell client note issues | 340.00/hr | |
| 7/8/2009 -  LLT | 0.10 | 34.00 |
| Correspondence with J. Maddock re: status of LFG position on Maxwell stip | 340.00/hr | |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/21/2009 - LLT | Prepare for omnibus hearings (1.40); Attend omnibus hearings (3.0); Address Debtors' inquires on ARS sale/auction (.80) | 5.20 340.00/hr | 1,768.00 |
| 7/23/2009 - LLT | Review revisions to SunTrust stipulation on stay motion | 0.70 340.00/hr | 238.00 |
| 7/27/2009 - LLT | Conference with co-counsel re: status of SunTrust stipulation | 0.30 340.00/hr | 102.00 |
| 8/10/2009 - LLT | Review notice of rejection of executory contracts (.20); Review latest terms of draft plan documents (.90); Review first day pleadings for LandAmerica Credit Services (.80) | 1.90 340.00/hr | 646.00 |
| 8/24/2009 - LLT | Review notice of rejections | 0.20 340.00/hr | 68.00 |
| 8/28/2009 - LLT | Correspondence to/from J. Maddock and R. Maxwell re: stipulation regarding payment of note (.30); Follow-up with C. Gibbs re: same (.10) | 0.40 340.00/hr | 136.00 |
| | SUBTOTAL: | [     9.40 | 3,196.00] |
| | Case Administration | | |
| 7/6/2009 - LLT | Telephone call with R. Van Arsdale re: case status update | 0.50 340.00/hr | 170.00 |
| - LLT | Correspondence with R. Blair re: preparation for upcoming mediation | 0.10 340.00/hr | 34.00 |
| 7/7/2009 - LLT | Review financial analysis of Protiviti (.80); Correspondence from C. Gibbs re: need for meeting (.10) | 0.90 340.00/hr | 306.00 |
| 7/10/2009 - LLT | Review Debtor complaint for injunctive relief against MDL plaintiffs | 0.70 340.00/hr | 238.00 |
| 7/16/2009 - DLL | Prepare for 7/22 hearing | 1.50 95.00/hr | 142.50 |
| 7/17/2009 - LLT | Review Monthly Operating Reports | 0.90 340.00/hr | 306.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/20/2009 - | PSB | Correspondence with Akin re: hearing preparation and related items | 0.50<br>330.00/hr | 165.00 |
| - | DLL | Prepare hearing binders | 4.70<br>95.00/hr | 446.50 |
| - | LLT | Review Agenda for 7/21 hearings (.20); Correspondence from R. Page re: amendments to agenda (.10); Review notice of first day hearings on LCS petition (.20) | 0.50<br>340.00/hr | 170.00 |
| 7/21/2009 - | DLL | Docket and index | 0.90<br>95.00/hr | 85.50 |
| 7/24/2009 - | LLT | Conference call with co-counsel re: prep for upcoming committee call | 0.50<br>340.00/hr | 170.00 |
| 7/30/2009 - | DLL | Docket and index | 0.70<br>95.00/hr | 66.50 |
| 8/3/2009 - | LLT | Receive correspondence from A. Beane re: professional fees to date (.10); Review draft status report to be posted on website and revise same (.60); Review of supplemental declaration of D. Hayes in support of McGuire Woods employment (.20) | 0.90<br>340.00/hr | 306.00 |
| 8/4/2009 - | DLL | File maintenance in all LES cases | 1.90<br>95.00/hr | 180.50 |
| - | LLT | Telephone call with R. Van Arsdale re: status of case and correspondence received from exchangers (.40); Follow-up correspondence from R. Van Arsdale re: same (.10); Review information forwarded by R. Van Arsdale (.80); Correspondence with C. Gibbs re: same (.10); Follow-up with R. Van Arsdale re: exchanger correspondence (.20) | 1.60<br>340.00/hr | 544.00 |
| - | LLT | Review and revise draft status report to exchangers to website | 0.30<br>340.00/hr | 102.00 |
| 8/5/2009 - | LLT | Review calendar/to-do list for upcoming month (.20); Review report on E. Okin sentence and forward same to co-counsel (.20); Telephone call with C. Gibbs re: case status and recent conversations with R. Van Arsdale (.40) | 0.80<br>340.00/hr | 272.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/10/2009 - | DLL | 1.80 | 171.00 |
| | File maintenance (1.10); Docket and index maintenance (.70) | 95.00/hr | |
| 8/11/2009 - | DLL | 0.90 | 85.50 |
| | File maintenance | 95.00/hr | |
| 8/12/2009 - | DLL | 1.10 | 104.50 |
| | File maintenance | 95.00/hr | |
| - | LLT | 0.40 | 136.00 |
| | Correspondence from R. Cosgrove re: admission to district court (.10); Review rules re: same (.30) | 340.00/hr | |
| 8/17/2009 - | DLL | 2.00 | 190.00 |
| | Docket and index maintenance | 95.00/hr | |
| 8/20/2009 - | DLL | 2.10 | 199.50 |
| | Docket and index maintenance | 95.00/hr | |
| - | LLT | 0.20 | 68.00 |
| | Communication from E. Dooley re: fee objections and follow-up with C. Gibbs re: same | 340.00/hr | |
| 8/21/2009 - | LLT | 0.40 | 136.00 |
| | Review agenda for upcoming August 25th hearing (.20); Review updated proposed agenda for August 25th hearing (.20) | 340.00/hr | |
| 8/24/2009 - | DLL | 3.70 | 351.50 |
| | Prepare for Omni hearing | 95.00/hr | |
| - | DLL | 1.80 | 171.00 |
| | Prepare pleadings for upcoming Omnibus hearing | 95.00/hr | |
| - | LLT | 0.20 | 68.00 |
| | Review amended proposed agenda for 8/25 hearing | 340.00/hr | |
| 8/25/2009 - | LLT | 6.50 | 2,210.00 |
| | Prepare for omnibus hearings (2.50); Attend omnibus hearings (3.50); Post-hearing conference with C. Gibbs and K. Bernstein (.50) | 340.00/hr | |
| 8/26/2009 - | DLL | 1.90 | 180.50 |
| | Docket and index maintenance | 95.00/hr | |
| - | LLT | 0.10 | 34.00 |
| | Correspondence with C. Gibbs re: transcript of prior omnibus hearing correspondence w/ Court reporting service re same(.10) | 340.00/hr | |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/28/2009 - DLL | Docket and index maintenance | 1.50 95.00/hr | 142.50 |
| - LLT | Review statements and schedules for LandAmerica Credit Services, Inc. (.60); Review proposed status of court to exchangers and revise same (.40) | 1.00 340.00/hr | 340.00 |
| SUBTOTAL: |  | [ 43.50 | 8,292.50] |

Claims Administration

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/2/2009 - LLT | Review Notice of Withdrawal of objections | 0.30 340.00/hr | 102.00 |
| 8/5/2009 - LLT | Review response to Leaping Eagle, LLC pleadings | 0.30 340.00/hr | 102.00 |
| 8/17/2009 - LLT | Review various claim objections | 0.50 340.00/hr | 170.00 |
| SUBTOTAL: |  | [ 1.10 | 374.00] |

Creditors Meeting

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/9/2009 - LLT | Prepare for telephonic committee meeting (0.10); Attend telephonic committee meeting | 1.10 340.00/hr | 374.00 |
| 7/13/2009 - LLT | Meeting w/ Committee re plan mediation (1.0); follow up meeting re same (1.0) | 2.00 340.00/hr | 680.00 |
| 7/20/2009 - LLT | Correspondence with committee chair re: status meeting | 0.10 340.00/hr | 34.00 |
| 7/24/2009 - LLT | Correspondence from A. Beane re: agenda for upcoming call | 0.10 340.00/hr | 34.00 |
| 7/27/2009 - LLT | Telephonic call with committee professionals re: preparation for upcoming committee meeting (1.0); Prepare for committee call (.80); Attend committee call to discuss various case matters (1.00) | 2.80 340.00/hr | 952.00 |
| 8/5/2009 - LLT | Prepare for creditor's committee call to discuss draft plan and other items (2.0); Participate in creditor's committee call (1.50) | 3.50 340.00/hr | 1,190.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/11/2009 - LLT | Prepare for upcoming committee telephonic meeting (.70); Participate in telephonic committee meeting (1.50) | 2.20 340.00/hr | 748.00 |
| 8/24/2009 - LLT | Prepare for creditor committee meeting (.50); Participate in creditor committee meeting (1.50) | 2.00 340.00/hr | 680.00 |
| SUBTOTAL: |  | [   13.80 | 4,692.00] |

Fee/Employment Applications

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/3/2009 - LLT | Revise monthly fee statement letter (.80); Correspondence per Interim Fee Order re: Committee professional requests (.20) | 1.00 340.00/hr | 340.00 |
| 7/9/2009 - LLT | Correspondence to/from A. Beane re: interim fee applications | 0.20 340.00/hr | 68.00 |
| 7/10/2009 - LLT | Correspondence from G. Sniezek re: LFG premature payment of fees (.10); Address reversal of same (.40); Telephone call with R. Blair re: fee application hearings (.10); Follow-up with A. Beane re: same (.20); Review LFG Committee reimbursement request (.40) | 1.20 340.00/hr | 408.00 |
| - PSB | Draft Tavenner & Beran interim fee application | 2.60 330.00/hr | 858.00 |
| 7/13/2009 - LLT | Follow-up from G. Sniezek re: payment issues | 0.20 340.00/hr | 68.00 |
| 7/14/2009 - PSB | Draft fee notice (1.40); Finalize fee apps (2.70) | 4.10 330.00/hr | 1,353.00 |
| 7/15/2009 - LLT | Review and revise Tavenner & Beran interim fee application (1.80); Revise omnibus notice of all committee applications (1.20) | 3.00 340.00/hr | 1,020.00 |
| - PSB | Finalize Fee Pleadings (1.70) | 1.70 330.00/hr | NO CHARGE |
| 7/16/2009 - LLT | Review Interim applications of Debtors professionals (.90); LFG Committee professionals (.60) | 1.50 340.00/hr | 510.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/17/2009 - | LLT | | 0.20 | 68.00 |
| | | Review withdrawal of Quinn Emmanuel app | 340.00/hr | |
| 7/22/2009 - | LLT | | 0.80 | 272.00 |
| | | Telephone call with R. Van Arsdale re: upcoming hearing on fee applications (.30); Correspondence with A. Beane re: committee expense reimbursement (.20); Review protocol order re: same (.30) | 340.00/hr | |
| 7/24/2009 - | LLT | | 0.70 | 238.00 |
| | | Review proposed arrangement for counsel on ARS litigation | 340.00/hr | |
| 8/5/2009 - | LLT | | 0.60 | 204.00 |
| | | Review fee application for compensation for forensic accountant for type A plaintiffs | 340.00/hr | |
| 8/7/2009 - | LLT | | 0.80 | 272.00 |
| | | Revise updated monthly invoice | 340.00/hr | |
| 8/11/2009 - | DLL | | 1.50 | 142.50 |
| | | Draft monthly fee statement | 95.00/hr | |
| - | LLT | | 0.60 | 204.00 |
| | | Review Jenner and Block application | 340.00/hr | |
| 8/17/2009 - | LLT | | 0.70 | 238.00 |
| | | Review various objections to professional fees | 340.00/hr | |
| 8/18/2009 - | LLT | | 0.50 | 170.00 |
| | | Review additional objections to professional fees | 340.00/hr | |
| 8/20/2009 - | DLL | | 1.50 | 142.50 |
| | | Draft fee letter and related items | 95.00/hr | |
| - | LLT | | 1.30 | 442.00 |
| | | Review additional objections to fee applications (.80); Telephone call with R. Van Arsdale re: objection to fees filed to date (.30); Correspondence from debtor and committee professionals re: monthly fee letter and invoice (.20) | 340.00/hr | |
| 8/21/2009 - | LLT | | 0.60 | 204.00 |
| | | Review objections to application to employ Jenner Block filed by Millard | 340.00/hr | |
| 8/26/2009 - | LLT | | 0.20 | 68.00 |
| | | Correspondence with R. Van Arsdale re: committee fee orders | 340.00/hr | |
| SUBTOTAL: | | | [     25.50 | 7,290.00] |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **Litigation** | | | |
| 7/1/2009 -  LLT | | 12.70<br>340.00/hr | 4,318.00 |
|  | Prepare for and attend meeting with professionals and committee re: upcoming mediation (1.80); Attend mediation (8.20); Follow-up meeting with C. Gibbs and professional team re: additional research/preparation for day two of mediation (.80); Research re: legal issues addressed by Judge Santoro (1.90) | | |
| 7/2/2009 -  PSB | | 2.10<br>330.00/hr | 693.00 |
|  | Review of mediation issues and research re: same | | |
| -  LLT | | 16.00<br>340.00/hr | 5,440.00 |
|  | Prepare for and attend meeting with professionals and committee members re: day two of mediation (1.50); Attend mediation and various committee meetings and assist in documentation of tern sheet (14.50) | | |
| 7/3/2009 -  LLT | | 1.20<br>340.00/hr | 408.00 |
|  | Review LFG Millard answer (.60); Review correspondence re: Mediation Statements for round two (.60) | | |
| 7/5/2009 -  LLT | | 2.80<br>340.00/hr | 952.00 |
|  | Review and revise materials for Inter-Co Mediation | | |
| 7/6/2009 -  LLT | | 4.10<br>340.00/hr | 1,394.00 |
|  | Prepare for and attend mediation call with Judge Santoro and participants (.70); Review constructive trust cases for mediation statement (1.20); Telephone call with R. Cosgrove re: same (.20); Correspondence with S. Schultz re: mediation statements (.20); Conference with counsel in mediation re: recovery analysis (.60); Review same (.40); Continued review of mediation statement (.80) | | |
| -  LLT | | 0.30<br>340.00/hr | 102.00 |
|  | Review status of MDL litigation | | |
| 7/7/2009 -  LLT | | 2.40<br>340.00/hr | 816.00 |
|  | Review and revise Mediation statement (.80); Review VA law on issues addressed (1.60) | | |
| 7/8/2009 -  LLT | | 4.10<br>340.00/hr | 1,394.00 |
|  | Review and revise draft plan term sheet (.80); Address issues re: third party claims (.90); Correspondence with R. Cosgrove re: appellate issues (.10); Research same re: equitable mootness (1.20); Review final version of mediation statement (1.10) | | |
| 7/9/2009 -  LLT | | 0.30<br>340.00/hr | 102.00 |
|  | Correspondence with M. Richards re: mediation protocol  and follow-up responses | | |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/10/2009 - | LLT | Conferences with meditational participants re: protocol (.50); Preparation for upcoming mediation (1.20); Review confidential mediation materials from Debtor (.80) | 2.50 340.00/hr | 850.00 |
| 7/12/2009 - | LLT | Prepare for plan mediation | 2.40 340.00/hr | 816.00 |
| 7/13/2009 - | LLT | Prepare for mediation (1.80); Participate in plan mediation (10.50) | 12.30 340.00/hr | 4,182.00 |
| 7/14/2009 - | LLT | Prepare for plan mediation (2.50); Participate in plan mediation (12.0) | 14.50 340.00/hr | 4,930.00 |
| 7/15/2009 - | LLT | Review executed confidential mediation term sheet (.80); Review distribution analysis (.70) | 1.50 340.00/hr | 510.00 |
| 7/16/2009 - | LLT | Correspondence from R. Page re: Frontier/Finklestein dismissal of appeal (.10); Review same (.20) Correspondence with mediation participants re: client approval (.20) | 0.50 340.00/hr | 170.00 |
| 7/18/2009 - | LLT | Review objection to Grunstead notice of appeal (.90); Correspondence to committee re: same (.10); Review status of MDL litigation (0.60) | 1.60 340.00/hr | 544.00 |
| 7/20/2009 - | LLT | Correspondence to Debtor counsel re: objection to Grunstead appeal | 0.10 340.00/hr | 34.00 |
| 7/23/2009 - | LLT | Review motion to extend time to respond to Grunstead appeal (.30); Correspondence with K. Bernstein re: same (.10) | 0.40 340.00/hr | 136.00 |
| 7/30/2009 - | LLT | Grumstead appeal issues and potential dismissal | 1.40 340.00/hr | 476.00 |
| 8/3/2009 - | LLT | Address issues re: Grunstead appeal | 0.60 340.00/hr | 204.00 |
| 8/7/2009 - | LLT | Review complaint filed by Harvey Stanley Limited Partnership | 0.80 340.00/hr | 272.00 |
| 8/13/2009 - | LLT | Review status of MDL class action (.30); Telephone call to R. Cosgrove re: NDL injunction adversary (.20); Correspondence from K. Bernstein re: same (.20) | 0.70 340.00/hr | 238.00 |

|            |     |                                                                                                                                                                    | Hrs/Rate          | Amount     |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------------|
| 8/14/2009 - | LLT | Discuss Grunstead appellate brief issues with R. Cosgrove (.10); Review issues regarding same (.80)                                                                 | 0.90 340.00/hr    | 306.00     |
| 8/17/2009 - | LLT | Review MDL plaintiff's response to motion to stay                                                                                                                   | 0.70 340.00/hr    | 238.00     |
| 8/19/2009 - | LLT | Correspondence re: intervention into MDL and adversary proceedings filed by debtor (.10); Review draft joinder to same (.50); Follow-up from K. Bernstein re: NDL litigation and debtor's attempt to stay the same (.40) | 1.00 340.00/hr    | 340.00     |
| 8/20/2009 - | LLT | Correspondence to/from K. Bernstein re: deadline to intervene in NDL litigation                                                                                     | 0.20 340.00/hr    | 68.00      |
| 8/26/2009 - | LLT | Correspondence with K. Bernstein re: preview draft brief and opposition to Grunstead appeal (.80); Follow-up to K. Bernstein re: procedure for joint submission of debtor (.20) | 1.00 340.00/hr    | 340.00     |
| 8/28/2009 - | LLT | Follow-up correspondence to committee re: Grunstead appeal                                                                                                          | 0.10 340.00/hr    | 34.00      |
|            |     | SUBTOTAL:                                                                                                                                                           | [   89.20         | 30,307.00] |

Plan and Disclosure Statement

|            |     |                                                                                                                                                                    | Hrs/Rate          | Amount     |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------------|
| 7/16/2009 - | LLT | Review exclusivity extension motion                                                                                                                                 | 0.30 340.00/hr    | 102.00     |
| 7/21/2009 - | LLT | Review correspondence with committee re: selection of liquidation trustee                                                                                           | 0.20 340.00/hr    | 68.00      |
| 7/22/2009 - | LLT | Review Timeline and next steps for confirmation of plan                                                                                                             | 0.60 340.00/hr    | 204.00     |
| 7/31/2009 - | LLT | Begin review of draft plan                                                                                                                                          | 1.30 340.00/hr    | 442.00     |
| 8/2/2009 - | LLT | Review of revised draft plan of reorganization (1.50); Participate in conference call with co-counsel and R. Smith regarding same (.50)                             | 2.00 340.00/hr    | 680.00     |
| 8/3/2009 - | LLT | Participate in conference call with counsel, debtor and LFG committee regarding draft plan terms (1.30); Review of same                                             | 3.10 340.00/hr    | 1,054.00   |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | (1.80) |  |  |
| 8/4/2009 - LLT | Correspondence from S. Schultz re: Virginia law on specific plan sections (.10); Review law re: same (.80) | 0.90<br>340.00/hr | 306.00 |
| 8/5/2009 - LLT | Review latest draft plan with comments communicated from committee to debtor | 0.80<br>340.00/hr | 272.00 |
| - PSB | Review plan documents | 1.70<br>330.00/hr | NO CHARGE |
| 8/6/2009 - LLT | Review of draft plan | 1.20<br>340.00/hr | 408.00 |
| 8/10/2009 - LLT | Review liquidating trust agreement | 1.40<br>340.00/hr | 476.00 |
| 8/13/2009 - LLT | Review and revise latest draft of Chapter 11 plan for LandAmerica (1.80); Review objection to retention of Q&M professionals (.50) | 2.30<br>340.00/hr | 782.00 |
| 8/17/2009 - LLT | Address mechanics of note claims (.30); Review Finklestein and Harvey escrow issues (.40) | 0.70<br>340.00/hr | 238.00 |
| 8/18/2009 - LLT | Review various objections to disclosure statement | 0.80<br>340.00/hr | 272.00 |
| 8/19/2009 - LLT | Correspondence from C. Gibbs re: latest terms (.10); Review same (1.70); Telephone call with G. Fathergill re: available dates open for confirmation and disclosure statement hearing (.30); Follow-up correspondence with C. Gibbs re: same (.20) | 2.30<br>340.00/hr | 782.00 |
| 8/20/2009 - LLT | Review of DO insurance issues and plan revisions re: same (1.40); Review correspondence from C. Gibbs to various trustee candidates (.20) | 1.60<br>340.00/hr | 544.00 |
| - PSB | Review of various plan documents and issues and correspondence w/ L. Tavenner re same | 3.70<br>330.00/hr | NO CHARGE |
| 8/21/2009 - LLT | Review latest draft of liquidating trust agreement | 0.80<br>340.00/hr | 272.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/24/2009 - | LLT |  | 0.50 | 170.00 |
|  |  | Review final draft of trust agreement to LFG committee | 340.00/hr |  |
| 8/26/2009 - | LLT |  | 0.70 | 238.00 |
|  |  | Telephone call with C. Gibbs re: timing of plan filing and hearing dates on same (.30); Telephone call with G. Fathergill re: available dates in court (.20); Follow-up correspondence to co-counsel re: available dates for hearing on disclosure statement (.20) | 340.00/hr |  |
| - | LLT |  | 0.70 | 238.00 |
|  |  | Review proposed questions for litigation trustees and revise same (.50); Correspondence with S. Schultz re: same (.20) | 340.00/hr |  |
| 8/28/2009 - | LLT |  | 0.30 | 102.00 |
|  |  | Review information on trusteecandidates | 340.00/hr |  |
| 8/30/2009 - | LLT |  | 2.40 | 816.00 |
|  |  | Review & revise initial draft of disclosure statement | 340.00/hr |  |
| 8/31/2009 - | LLT |  | 0.60 | 204.00 |
|  |  | Review debtor's motion for extension of exclusivity | 340.00/hr |  |
|  | SUBTOTAL: |  | [    30.90 | 8,670.00] |

Relief from Stay

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/17/2009 - | LLT |  | 0.30 | 102.00 |
|  |  | Correspondence from A. Beane re: response period on recent stay motion (.10); Follow-up re: same (.20) | 340.00/hr |  |
| 7/29/2009 - | LLT |  | 4.40 | 1,496.00 |
|  |  | Prepare for and attend hearing on SunTrust relief from stay (3.70); Review revised stipulation re: same (.70) | 340.00/hr |  |
| 7/31/2009 - | LLT |  | 0.20 | 68.00 |
|  |  | Correspondence from C. Gibbs re: SunTrust stipulation | 340.00/hr |  |
| 8/4/2009 - | LLT |  | 0.50 | 170.00 |
|  |  | Follow-up correspondence from C. Coppege re: additional revisions to setoff stipulation (.10); Review same (.30); Correspondence from B. Matson re: same (.10) | 340.00/hr |  |
| 8/21/2009 - | LLT |  | 0.60 | 204.00 |
|  |  | Review debtor's reply memo in support of its motion to enforce automatic stay against the controller of the state of California | 340.00/hr |  |
|  | SUBTOTAL: |  | [    6.00 | 2,040.00] |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| For professional services rendered |  |  | 222.10 | $65,779.50 |
| Additional Charges : |  |  |  |  |

|  |  | Qty/Price | Tax# |  |
|---|---|---|---|---|

Case Administration

| 7/1/2009 - | PSB | | 1 | | 1.59 |
|---|---|---|---|---|---|
| | | Long distance charges | 1.59 | | |
| 7/9/2009 - | PSB | | 50 | | 10.00 |
| | | Photocopy costs | 0.20 | | |
| 7/16/2009 - | PSB | | 2 | | 2.00 |
| | | Fax - Denise Morris BB&T | 1.00 | | |
| 7/20/2009 - | PSB | | 572 | | 114.40 |
| | | Photocopy costs - Docket numbers 83, 95, 96 Millard Adv. Proc. | 0.20 | | |
| - | PSB | | 426 | | 85.20 |
| | | Photocopy costs - Gibbs hearing binder copies | 0.20 | | |
| - | PSB | | 212 | | 42.40 |
| | | Photocopy costs - New pleadings for hearing binders | 0.20 | | |
| 7/31/2009 - | PSB | | 1 | | 53.96 |
| | | Lexis/Research | 53.96 | | |
| - | LLT | | 1 | | 9.12 |
| | | Pacer Costs | 9.12 | | |
| - | LLT | | 1 | | 7.52 |
| | | Pacer Costs | 7.52 | | |
| - | LLT | | 1 | | 216.48 |
| | | Pacer Costs | 216.48 | | |
| 8/1/2009 - | PSB | | 1 | | 0.21 |
| | | Long distance charges (Cavalier) | 0.21 | | |
| 8/25/2009 - | PSB | | 1 | | 127.20 |
| | | Deposition Costs for LandAmerica Financial - Federal Court Daily | 127.20 | | |

| SUBTOTAL: | | | | [ | 670.08] |
|---|---|---|---|---|---|

| Total costs | | | | | $670.08 |
|---|---|---|---|---|---|

|  | Amount |
|---|---|
| Total amount of this bill | $66,449.58 |
| Previous balance | $51,021.91 |
| 7/23/2009  Payment - thank you. Check No. wire | ($15,846.55) |
| Total payments and adjustments | ($15,846.55) |
| Balance due | $101,624.94 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lynn L. Tavenner | 176.20 | 340.00 | $59,908.00 |
| Paula S. Beran | 9.30 | 330.00 | $3,069.00 |
| Paula S. Beran | 7.10 | 0.00 | $0.00 |
| David L. Leadbeater | 29.50 | 95.00 | $2,802.50 |

**EXHIBIT B**

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
In re:  LandAmerica Financial Group, Inc, et al., Case No. 08-35994-KRH
**Fee Application Summary**
Applicant:  Tavenner & Beran, PLC,
Local Counsel for The Official Committee of Unsecured Creditors

|  | Interim Period June 1, 2009 through August 31, 2009 | |
| :-- | :--: | :--: |
| **Categories** | **Hours** | **Amount** |
| Asset Analysis and Recovery | 2.2 | $578.00 |
| Asset Disposition | 3.3 | $1,122.00 |
| Business Operations | 16.5 | $5,610.00 |
| Case Administration | 54.1 | $11,284.00 |
| Claims Administration | 2.0 | $680.00 |
| Creditors Meeting | 22.9 | $7,786.00 |
| Fee/Employment Applications and Objections | 33.4 | $9,625.00 |
| Litigation | 121.7 | $39,861.00 |
| Plan and Disclosure Statement | 31.7 | $8,942.00 |
| Relief from Stay | 11.6 | $3,944.00 |
| TOTAL HOURS | 299.4 | |
| TOTAL FEES | | $89,432.00 |

| Month | Fees | Fees Paid | Expenses | Expenses Paid | Total Outstanding |
| :--: | :--: | :--: | :--: | :--: | :--: |
| June | $23652.50 | $20104.63 | $33.70 | $33.70 | $3547.87 |
| July/ | | | | | |
| August | $65779.50 | $00.00 | $670.08 | $00.00 | $66449.58 |
| Total | $89432.00 | $20104.63 | $703.78 | $33.70 | $69997.45 |

**EXHIBIT C**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | **:**  Chapter 11 |
| | **:** |
| LANDAMERICA FINANCIAL GROUP, INC., <u>et</u> | **:**  Case No. 08-35994-KRH |
| <u>al</u>., | **:**  (Jointly Administered) |
| | **:** |
| Debtors. | **:** |
| | **:** |

**ORDER ALLOWING INTERIM**
**<u>COMPENSATION AND EXPENSE REIMBURSEMENT</u>**
**(Tavenner & Beran, PLC)**

This matter came before the Court upon the Third Interim Application Of Tavenner &

Beran, PLC For Allowance Of Compensation And Expense Reimbursement As Local Counsel

To The Official Committee of Unsecured Creditors (the "Application") filed by Tavenner &

Beran, PLC ("Tavenner &Beran"); and it appearing to the Court that (i) Tavenner & Beran

provided proper notice of the Application to all necessary parties; (ii) no objections to the

Application have been filed; and (iii) the request for compensation and reimbursement of

expenses as allowed herein is reasonable, it is hereby ORDERED that:

1.       The Application is hereby approved;

2.       The request for compensation in the amount of $89,432.00 and reimbursement of

expenses in the amount of $703.78 for the period of June 1, 2009 through August 31, 2009 by

Tavenner &Beran be and hereby are allowed; and,

3.       The Debtors are authorized and directed to pay to Tavenner & Beran the amount

of compensation and reimbursement of expenses allowed herein as an administrative expense.

      4.      Upon entry the Clerk shall serve by electronic delivery or first class mail, postage

prepaid, copies of this Order on the Office of the United States Trustee and Tavenner & Beran, PLC.

ENTER:                           _____

                                   UNITED STATES BANKRUPTCY JUDGE


We ask for this:


_____
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

        Co-Counsel for the Official
        Committee of Unsecured Creditors


Seen and No Objection:


_____
Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia  23219

        Assistant United States Trustee

## **LOCAL RULE 9022-1 CERTIFICATION**

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

_____
Co-Counsel