| | |
|---|---|
| Leonard E. Starr, III (VSB # 9203)<br>**LEONARD STARR, P.C.**<br>P. O. Box 468<br>119 West Williamsburg Road<br>Sandston, Virginia  23150<br>Telephone:  (804) 737-5216<br><br>-and-<br><br>Robert L. Brace, CBN. 122240<br>(Admitted *Pro Hac Vice*)<br>Michael P. Denver, CBN. 199279<br>(Admitted *Pro Hac Vice*)<br>**HOLLISTER & BRACE**<br>P.O Box 630<br>Santa Barbara, California  93102<br>Telephone:  (805) 963-6711 | James R. Gilreath, SC Bar # 2133<br> (Admitted *Pro Hac Vice*)<br>William M. Hogan, SC Bar # 65272<br>(Admitted *Pro Hac Vice*)<br>**THE GILREATH LAW FIRM, P.A.**<br>110 Lavinia Avenue (29601)<br>Post Office Box 2147<br>Greenville, South Carolina 29602<br>Telephone:  (864) 242-4727<br><br>Charles W. Whetstone, Jr., SC Bar # 6059<br>(Admitted *Pro Hac Vice*)<br>Cheryl F. Perkins, SC Bar # 2078<br>(Admitted Pro H*ac Vice*)<br>**WHETSTONE MYERS PERKINS &<br>YOUNG LLC**<br>601 Devine Street (29201)<br>Post Office Box 8086<br>Columbia, South Carolina 29202<br>Telephone:  (803) 799-9400 |

*Attorneys for Defendants Angela M. Arthur, as Trustee*
*of the Arthur Declaration of Trust, Dated December 29, 1988;*
*Vivian R. Hays; Leapin Eagle, LLC; Denise J. Wilson; Gerald*
*R. Terry, Ann T. Robbins, and Jane T. Evans.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

_____
In re:                                                                )
                                                                            )          CHAPTER 11
LandAmerica Financial Group, Inc., et al.     )
                                                                            )          Case No. 08-35994 (KRH)
                                                    Debtors.   )
_____)(Jointly Administered)

**ORDER GRANTING MOTION OF ANGELA M. ARTHUR, AS TRUSTEE OF THE
ARTHUR DECLARATION OF TRUST, DATED DECEMBER 29, 1988; VIVIAN R.
HAYS; LEAPIN EAGLE, LLC; DENISE J. WILSON; GERALD
R. TERRY, ANN T. ROBBINS, AND JANE T. EVANS PURSUANT TO LOCAL
BANKRUPTCY RULE 9013-1 FOR AN ORDER SCHEDULING AN EXPEDITED
HEAING ON THE MOTION FOR ORDER PURSUANT TO BANKRUPTCY RULE 9013-
1(N) APPROVING MOTION FOR EXPEDITED HEARING**

1

Upon the Motion of Angela M. Arthur, as Trustee of the Arthur Declaration of Trust, Dated December 29, 1988; Vivian R. Hays; Leapin Eagle, LLC; Denise J. Wilson; Gerald R. Terry, Ann T. Robbins, and Jane T. Evans ("Movants"), pursuant to Rule 9013-1(M) and (N) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Virginia requesting the Court to schedule an expedited hearing at 10:00 a.m. on October 13, 2009, on the Movants' Cross-Motion For Approval Of Form Letter Stating Additional Fact Regarding Proposed Chapter 11 Plan (" Cross Motion") and deeming the Movants' Notice of Motion to Expedite as set forth herein to be adequate and appropriate notice under the circumstances; and the Court having reviewed the Motion to Expedite and Local Rule Certification; and the Court having determined that the relief requested in the Motion to Expedite is in the best interest of the Movants, the bankruptcy estate, its creditors, the Debtors and other parties in interest; and it appearing that proper and adequate notice of the Motion to Expedite has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; on good and sufficient cause appearing therefore, it is hereby:

ORDERED, ADJUDGED AND DECREED that:

1. The Motion to Expedite is GRANTED.

2. A hearing on the Motion for Objection to Proposed Letter will be held on October 13, 2009 at 10:00 a.m., Eastern Time.

3. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion to Expedite is hereby waived.

Oct 13 2009

/s/ Kevin R. Huennekens
_____
KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

DATED:    Richmond, Virginia
          October _____, 2009

Entered on Docket:10/14/09

2

WE ASK FOR THIS:

 /s/ James R. Gilreath   .
James R. Gilreath, SC Bar # 2133
(Admitted *Pro Hac Vice*)
William M. Hogan, SC Bar # 65272
(Admitted *Pro Hac Vice*)
**THE GILREATH LAW FIRM, P.A.**
110 Lavinia Avenue (29601)
Post Office Box 2147
Greenville, South Carolina 29602
Telephone: (864) 242-4727

-and-


 /s/  Leonard E. Starr, III   .
Leonard E. Starr, III (VSB # 9203)
**LEONARD STARR, P.C.**
P. O. Box 468
119 West Williamsburg Road
Sandston, Virginia  23150
Telephone: (804) 737-5216

-and-

Robert L. Brace, CBN. 122240
(Admitted *Pro Hac Vice*)
Michael P. Denver, CBN. 199279
(Admitted *Pro Hac Vice*)
**HOLLISTER & BRACE**
P.O Box 630
Santa Barbara, California  93102
Telephone: (805) 963-6711

   -   and-

Charles W. Whetstone, Jr., SC Bar # 6059
(Admitted *Pro Hac Vice*)
Cheryl F. Perkins, SC Bar # 2078
(Admitted Pro H*ac Vice*)
**WHETSTONE MYERS PERKINS & YOUNG LLC**
601 Devine Street (29201)
Post Office Box 8086
Columbia, South Carolina 29202
Telephone: (803) 799-9400

3

*Attorneys for Defendants Angela M. Arthur, as Trustee*
*of the Arthur Declaration of Trust, Dated December 29, 1988;*
*Vivian R. Hays; Leapin Eagle, LLC; Denise J. Wilson; Gerald*
*R. Terry, Ann T. Robbins, and Jane T. Evans.*

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

I hereby certify that the foregoing order has been endorsed by and served upon all necessary parties.

  /s/  James R. Gilreath         .
James R. Gilreath, SC Bar # 2133
 (Admitted *Pro Hac Vice*)
**THE GILREATH LAW FIRM, P.A.**
110 Lavinia Avenue (29601)
Post Office Box 2147
Greenville, South Carolina 29602
Telephone:  (864) 242-4727

4

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: luedecket         Page 1 of 1              Date Rcvd: Oct 14, 2009
Case: 08-35994                Form ID: pdforder       Total Noticed: 2

The following entities were noticed by first class mail on Oct 16, 2009.
smg          +UST smg Richmond,   Office of the U. S. Trustee,   701 East Broad St., Suite 4304,
               Richmond, VA 23219-1849
             +James Gilreath,   110 Lavinia Ave (29601),   P.O. Box 2147,   Greenville, SC 29602-2147
The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 16, 2009**                              **Signature:** _Joseph Speetjens_