# LeClairRyan

A Virginia Professional Corporation
P.O. Box 2499
Richmond, Virginia 23218-2499

EIN NO: 41-2252451

Official Committee of Unsecured Creditors
c/o Mr. Jonathan Mitchell
Chief Restructuring Officer
LandAmerica Financial Group, Inc
5600 Cox Road
Glen Allen, VA 23060

January 12, 2010
File Number: 22276.0001
Invoice No: 360550

Matter: LandAmerica

## CURRENT BILLING THROUGH DECEMBER 31, 2009

| | |
|---|---:|
| Fees for Professional Services | $31,010.00 |
| Expenses and Advances | $9,899.32 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$40,909.32** |
| **MONIES HELD IN TRUST** | **$0.00** |

FOR ALL BILLING INQUIRIES
PLEASE CONTACT THE ACCOUNTS RECEIVABLE DEPARTMENT – 1.888.783.2003

Official Committee of Unsecured Creditors  Page 2
File Number: 22276.0001  Invoice No: 360550

## PROFESSIONAL SERVICES

| DATE | DESCRIPTION | TASK | INIT | HOURS |
|---|---|---|---|---|
| 12/01/09 | Conference call with T. McLaughlin and C. Perkins concerning status of pending claim objections and strategy for 12/17 hearing | B104 | BHM | 0.60 |
| 12/01/09 | Update objection deadline chart and review docket (1.7); telephone call with L. Schaffer with C.L. King regarding LES Trustee contact (.2) | B103 | CKV | 1.90 |
| 12/01/09 | Review individual objections to claims and e-mail to C. Maier regarding same | B104 | CKV | 0.60 |
| 12/01/09 | Telephone conference with R. Smith regarding trustee transition issues (.2); correspondence to and telephone conference with US Trustee regarding filing operating reports (.3); telephone conference with J. Cohen at Southpaw Management regarding plan and distribution issues (.3); telephone conference with D. Lay regarding post effective date LFG articles of dissolution (.1); telephone conference with J. Sharpe (.1); exchange correspondence with M. Spinoza regarding Trustee liability insurance (.2); confer with R. Day and T. McLaughlin regarding make whole/no call issues (.2); draft action item list for J. Sharpe regarding trustee transition (.5); exchange various email correspondence with R. Smith regarding transition issues (.3) | B103 | CLP | 2.20 |
| 12/01/09 | Telephone conference with T. McLaughlin regarding various omnibus claim objections and adjournments (.5); telephone conference with K. Orr and T. McLaughlin regarding California Franchise tax claim (.3) | B104 | CLP | 0.80 |
| 12/01/09 | Telephone conference with K. Bernstein regarding Grunstead trial strategy and discovery issues (.3); review and analyze expert report and deposition notices (.4) | B111 | CLP | 0.70 |
| 12/01/09 | Communicate with A. McCollough and B. James regarding Articles of Restatement and Articles of Dissolution; (.2) work on related issues (.2) | B102 | DML | 0.40 |
| 12/01/09 | Exchange email with G. Sneizek and D. Parisi regarding expense reimbursement | B106 | MH | 0.70 |
| 12/01/09 | Draft Southland Title of San Diego Trust Agreement (.4); Draft Southland Title Corporation Trust Agreement (1.2); Draft Southland Title of Orange County Trust Agreement (1); Review and revise all SD Trust Agreements (2.8); Exchange various email with D. Lay, B. Matson, C. Perkins and J. Hardy regarding execution versions of trust agreements (1.6) | B109 | MH | 7.00 |

Official Committee of Unsecured Creditors                                                                                           Page 3
File Number: 22276.0001                                                                                                    Invoice No: 360550

| Date | Description | Code | Initials | Hours |
|---|---|---|---|---|
| 12/01/09 | Check the confirmed LFG Plan and Confirmation Order to determine whether TDI Action was barred by channeling injunction (.3); draft LFG Committee's supplemental memorandum in response to TDI's reply (3.7) | B111 | RCD | 4.00 |
| 12/01/09 | E-mails to and from C. Perkins regarding status of trustee insurance (.2); numerous e-mails regarding status of workroom (.5); numerous e-mails to and from court reporter regarding transcript from confirmation hearing (.3); e-mail same to B. Matson (.2); review ECF notices (1.0); organize case documents and files (1.5); review status of pleadings binders (.5); review plan and plan supplement (.5); prepare desk copies of same (.4) | B103 | SDB | 5.10 |
| 12/02/09 | Review new distribution sensitivity analysis from Alverez (.3); participate in conference call with Committee concerning initial distribution analysis and related sales and proceeds impacting net available proceeds (.9) | B103 | BHM | 1.20 |
| 12/02/09 | Conference call among Indenture Trustee, DTC and LFG Trustee concerning implementation of plan provisions relating to convertible noteholders (.7); call with T. Luther concerning claim and plan implementation issues (.3) | B108 | BHM | 1.00 |
| 12/02/09 | Participate in committee conference call | B103 | CKV | 0.90 |
| 12/02/09 | Confer with C. Perkins regarding claims analysis | B104 | CKV | 0.40 |
| 12/02/09 | Review of objection by Oracle to assumption of PeopleSoft license and e-mail to B. Matson regarding same (.3); confer with C. Perkins and M. Hulley regarding SD Trust Agreements (.3); telephone call with M. Smith regarding claims bar dates for LFG (.1); e-mail to M. Smith regarding same (.2); confer with M. Hulley regarding SD Trust Agreements (.2); telephone conference with J. Clark and C. Perkins re: status (.2); draft changes to SD Trust Agreements (1.7) | B109 | CKV | 3.00 |
| 12/02/09 | Telephone conference with Tenor Capital regarding initial distribution issues (.4); review and revise Subsidiary Debtor Trust Agreements and confer with M. Hulley (2.5); telephone conference with LFG Committee and professionals (.9); telephone conference with J. Clark (.2); telephone conference with R. Smith regarding various trustee transition items including asset valuation, bank accounts, and claims (.5); review and exchange various correspondence among J. Sharpe and R. Smith regarding trustee exchange issues including Infinity contract and employee interviews (.3) | B104 | CLP | 4.80 |
| 12/02/09 | Exchange correspondence with K. Orr and T. McLaughlin regarding CA Franchise Board claims (.2); review and analyze amended claims (.4); telephone conference with K. Kelly, J. Sharpe and T. McLaughlin regarding objection to claim (.3); exchange further correspondence with K. Kelly regarding tax analysis (.2) | B104 | CLP | 1.10 |

Official Committee of Unsecured Creditors  
File Number: 22276.0001

Page 4  
Invoice No: 360550

| Date | Description | Code | Initials | Hours |
|---|---|---|---|---|
| 12/02/09 | Telephone conference with A. McCollough regarding filing of Articles; (.1) communicate with W. James regarding same; (.1) conference with M. Hulley regarding closing checklist (.1) | B102 | DML | 0.30 |
| 12/02/09 | Various conferences with C. Perkins and K. Vogel regarding subsidiary trust agreements (1.2); exchange various email with B. Matson regarding DTC issues summary and conference call scheduling (.8); conference call with H. Cohen, D. Parisi, B. Matson and DTC representative (.5); revise LFG Trust Agreement and confer with C. Perkins regarding same (.2); exchange email with B. Matson regarding revised LFG trust agreement and subsidiary trust agreements (.2); finalize all trust agreements and forward execution versions to J. Hardy (1.9); draft closing checklist and confer with C. Perkins, K. Vogel and D. Lay regarding same (1) | B109 | MH | 5.80 |
| 12/02/09 | Edit, finalize and submit to C. Perkins and B. Matson the LFG Committee's Supplemental Memorandum in opposition to TDI's motion for exception/relief from stay (2.0) | B111 | RCD | 2.00 |
| 12/02/09 | Conference with K. Lord regarding documents to show B. Matson as LFG Trustee (.3); research docket number of plan (.2); e-mail same to K. Lord (.1); review task chart (.5); e-mails to and from B. Matson regarding same (.3); update pleadings binder (2.0); review disclosure statement (.3); prepare desk copies of same (.3) | B103 | SDB | 4.00 |
| 12/03/09 | Review proposed DTC letter from H. Cohen (.2); revise DTC correspondence (.2); telephone conference with R. Strickland regarding issue of DTC letter concerning freeze of trading in securities (.2) | B109 | BHM | 0.60 |
| 12/03/09 | Review ordinary course professionals and prepare communication regarding continued engagement (1.3); e-mail to C. Perkins regarding trustee insurance (.2); telephone conference with R. Smith and C. Perkins regarding effective date issues (.4); confer with B. Matson and C. Perkins regarding transition issues (.4) | B109 | CKV | 2.30 |
| 12/03/09 | Confer with C. Perkins regarding Grunstead deposition (.3); prepare for and attend Max Hampton deposition (3.8) | B111 | CKV | 4.10 |
| 12/03/09 | Exchange correspondence among B. Matson, D. Hayes, and T. MacLaughlin regarding Dec 17 hearing on omnibus objections (.1); telephone conference with K. Orr regarding CA FTB claim (.3); exchange correspondence with K. Kelly regarding CA FTB claim (.2); telephone conference with K. Orr regarding FTB claim (.3); exchange correspondence with K. Kelly regarding FTB claim and discussion with CA Auditor (.2); telephone conference with T. MacLaughlin and F. Scaduto regarding CMR claim objection strategy (.4) | B104 | CLP | 1.50 |

Case 08-35994-KRH    Doc 3024-5    Filed 01/15/10    Entered 01/15/10 16:03:42    Desc
Exhibit(s) Exhibit 2 - December Invoice    Page 5 of 10

Official Committee of Unsecured Creditors                                                    Page 5
File Number: 22276.0001                                                        Invoice No: 360550

| Date | Description | Code | Initials | Hours |
|---|---|---|---|---|
| 12/03/09 | Telephone conference with R. Smith and K. Lord regarding trustee bank accounts and transition from company, tax id numbers, valuation, and employee interviews (.5); telephone conference with R. Day regarding motion to strike DeMaio untimely objection to plan (.1); review SunTrust motion to approve stipulation with LFG to cancel letter of credit (.2); telephone conference with T. Savenko regarding initial distribution (.2); telephone conference with J. Sharpe regarding insurance (.1); telephone conference with and correspondence to V. Caruso regarding trustee insurance (.5); telephone conferences with R. Smith regarding Trustee transition issues including bank accounts and cash management (1); confer with Trustee regarding transition issues (.4) | B109 | CLP | 3.00 |
| 12/03/09 | Confer with R. Day regarding supplemental reply to Texas DOI motion for relief (.2); review and revise supplemental reply (.4) | B110 | CLP | 0.60 |
| 12/03/09 | Confer with K. Vogel regarding expert deposition in Grunstead litigation | B111 | CLP | 0.30 |
| 12/03/09 | Prepare summaries of data environment investigation interviews with LandAmerica employees and consultants for electronic discovery preservation | B111 | CM | 1.50 |
| 12/03/09 | Work on closing mechanics; (.5) communicate with W. James and A. McCollough (.3) | B102 | DML | 0.80 |
| 12/03/09 | Telephone conference with J. Hardy regarding execution documents for R. Evans (.2); exchange various email with D. Lay and C. Perkins regarding R. Evans execution documents (.9); review signature packages from J. Hardy (.6); confer with C. Perkins regarding various closing issues (.4) | B109 | MH | 2.10 |
| 12/03/09 | Confer with C. Perkins re motion to strike De Maio's objection (.2); check local rules and Case Management Order for deadline to file motion (.2); draft the LFG Committee's Motion to Strike Post-Confirmation Objection to Plan as Untimely (3.7) | B104 | RCD | 4.10 |
| 12/03/09 | Review C. Perkins' edits to the Supplement Memorandum in opposition to TDI's motion for exception/relief from stay | B111 | RCD | 0.10 |
| 12/03/09 | Finalize desk copies of disclosure statement, plan, plan supplement and confirmation order (1.0); distribute same to group (.5); e-mails to and from M. Hulley regarding set of same for D. Lay (.2); prepare desk copies of same for D. Lay (.3); distribute same to D. Lay (.2); review and revise task chart for next meeting (.5) | B103 | SDB | 2.70 |
| 12/03/09 | Review proforma | B106 | SDB | 2.50 |
| 12/04/09 | Review report to LFG Committee concerning possible RQ Holdings settlement | B100 | BHM | 0.20 |

Official Committee of Unsecured Creditors  Page 6
File Number: 22276.0001  Invoice No: 360550

| Date | Description | Code | Atty | Hours |
|---|---|---|---|---|
| 12/04/09 | Telephone conference with R. Smith regarding various transition tasks including establishment of new book & records and related tax issues (.8); review claims objections, initial distribution analysis, draft budget, and trust agreement to plan for transition (2.5); draft/revise e-mails/letters to professionals and employees concerning continuation of services during transition (1.2); review responses from OCP and and others concerning request of status reports (.6) | B109 | BHM | 5.10 |
| 12/04/09 | E-mail to all ordinary course professionals regarding continued employment by LFG Trust (.7); confer with M. Hulley regarding cooperation agreement (.1); review execution version of cooperation agreement regarding notice requirements and e-mail to M. Hulley regarding same (.5); draft changes to LFG exchanger guarantee assignment form (.4); e-mail to B. Matson and C. Perkins regarding same (.1); review guarantee exchangers that made election (.4) | B109 | CKV | 2.20 |
| 12/04/09 | Prepare for and attend Grunstead deposition | B111 | CKV | 2.60 |
| 12/04/09 | Review and organization of various transition files (1); conference with R. Smith and company employees regarding various transition itesm (3.5) | B103 | CLP | 4.50 |
| 12/04/09 | Telephone conference with J. Hale regarding Cap One Home Loans claim | B104 | CLP | 0.30 |
| 12/04/09 | Prepare summaries of data environment investigation interviews with LandAmerica employees and consultants for electronic discovery preservation. | B111 | CM | 5.70 |
| 12/04/09 | Various telephone conferences and email exchange with S. Krishnan regarding R. Evans execution of documents (.6); telephone conference with C. Perkins regarding SCC documents (.2); exchange email with J. Hardy regarding updated SCC documents (.2); exchange email with B. Matson regarding H. Cohen requests (.2); email H. Cohen with copy of LFG Trust Agreement (.2) ; exchange email with B. Matson regarding DTC freeze request (.2) | B109 | MH | 1.60 |
| 12/04/09 | Review e-mail from B. Matson re motion to strike (.1); confer with M. Hulley re notice period required for motion to strike (.2) | B109 | RCD | 0.30 |
| 12/06/09 | Review H. Cohen (BONY) e-mail and exhibit concerning Indenture Trustee fees and Noteholders claims calculation, including admin claim and no call claim (.6); review correspondence from Wisconsin AG and UST regarding late claim (.2); e-mail to J. Sabin concerning legal analysis of BONY claims (.2) | B104 | BHM | 1.00 |
| 12/06/09 | Work on final execution and closing of Effective Date documents (.4); review and complete fiduciary bond application (.3); begin preparation and organization for meeting with Oversight Committee, including draft Agenda (.8) | B109 | BHM | 1.50 |
| 12/06/09 | Review and revise supplemental memorandum regarding TDI request for relief | B110 | BHM | 0.60 |

Case 08-35994-KRH    Doc 3024-5    Filed 01/15/10    Entered 01/15/10 16:03:42    Desc
Exhibit(s) Exhibit 2 - December Invoice    Page 7 of 10

Official Committee of Unsecured Creditors  
File Number: 22276.0001

Page 7  
Invoice No: 360550

| Date | Description | | | Hours |
|---|---|---|---|---|
| 12/06/09 | Prepare summaries of data environment investigation interviews with LandAmerica employees and consultants for electronic discovery preservation. | B111 | CM | 2.30 |
| 12/06/09 | Review executed documents from R. Evans (.4); exchange various email with C. Perkins, D. Lay and B. Matson regarding documents from R. Evans (.3); exchange email with B. Matson regarding executed documents for B. Matson (.2); Review executed documents from B. Matson (.3); circulate executed documents to J. Hardy (.4); exchange various email with B. Matson regarding document package for R. Evans (.2) | B109 | MH | 1.80 |

**TOTAL SERVICES** $31,010.00

## SUMMARY OF SERVICES BY PHASE/TASK/WORK

| | HOURS | AMOUNT |
|---|---|---|
| **Phase:** | | |
| B100 Asset Analysis and Recovery | 0.20 | 99.00 |
| B102 Business Operation | 1.50 | 637.50 |
| B103 Case Administration | 22.50 | 5,424.50 |
| B104 Claims Administration and Objections | 15.20 | 5,407.50 |
| B106 Fee/Employment Applications | 3.20 | 521.00 |
| B108 Creditor Meeting | 1.00 | 495.00 |
| B109 Plan and Disclosure Statement | 36.30 | 11,997.00 |
| B110 Relief from Stay | 1.20 | 522.00 |
| B111 Litigation | 23.30 | 5,906.50 |
| TOTAL PHASE | 104.40 | $31,010.00 |

## SERVICES RECAP

| INIT | NAME | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| BHM | Bruce H. Matson | $495.00 | 11.80 | $5,841.00 |
| DML | David M. Lay | $425.00 | 1.50 | $637.50 |
| CLP | Christopher L. Perkins | $375.00 | 19.80 | $7,425.00 |
| CKV | Christian K. Vogel | $280.00 | 18.00 | $5,040.00 |
| MH | Martha E. Hulley | $280.00 | 19.00 | $5,320.00 |
| RCD | Ryan C. Day | $280.00 | 10.50 | $2,940.00 |
| SDB | Stacy D. Beaulieu | $130.00 | 14.30 | $1,859.00 |
| CM | Chuck Milkis | $205.00 | 9.50 | $1,947.50 |

## EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/14/09 | Central Parking | $10.00 |

Official Committee of Unsecured Creditors  
File Number: 22276.0001

Page 8  
Invoice No: 360550

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/15/09 | Grace Street parking | $18.00 |
| 05/19/09 | V Parking @ RIC | $20.00 |
| 06/04/09 | JetBlue | $159.20 |
| 06/09/09 | TLC | $8.90 |
| 06/10/09 | TLC - New York | $9.00 |
| 06/12/09 | TLC - New York | $7.70 |
| 06/12/09 | V Parking @ RIC Airport (1/2 of fee - other 1/2 charge to firm) | $50.00 |
| 06/12/09 | Amtrak | $188.00 |
| 06/13/09 | Travel - Hotel Charges | $1,654.64 |
| 07/01/09 | 2306 East Cary Street | $1,011.65 |
| 07/13/09 | Grace Street parking | $13.00 |
| 07/14/09 | The Tobacco Company Dinner | $379.07 |
| 07/14/09 | Dinner @ LaGratto | $1.00 |
| 07/21/09 | Travel to NYC | $259.00 |
| 07/23/09 | NYC TLC | $9.50 |
| 07/25/09 | United | $365.20 |
| 07/25/09 | United | $78.00 |
| 08/04/09 | United baggage payment | $20.00 |
| 08/04/09 | Taxi - O'Hare to Downtown | $38.00 |
| 08/04/09 | Caffe Baci | $21.00 |
| 08/04/09 | Sun Taxi from hotel to dinner | $12.00 |
| 08/06/09 | Travel - Hotel Charges | $183.81 |
| 08/06/09 | Taxi Affiliation from Downtown to O'Hare | $35.00 |
| 08/06/09 | RIC V Parking | $60.00 |
| 10/28/09 | Local Travel - All Other Expenses - - Vendor: Vital Transportation Inc. Car service from Park Avenue, Ny to La Guardia airport. | $61.54 |
| 10/28/09 | Local Travel - All Other Expenses - - Vendor: Vital Transportation Inc. Pick-up from Queens to Park Avenue. | $82.60 |
| 10/28/09 | Overnight Express Mail - Vendor: Federal Express - Recipient: BRUCE H MATSON Tracking Number: 857507354096 | $7.02 |
| 11/18/09 | Court Reporting - - Vendor: J & J Court Transcribers Inc Re: LandAmerica Financial | $162.90 |
| 11/18/09 | Overnight Express Mail - Vendor: Federal Express - Recipient: Norma Mojica Tracking Number: 917195430316 | $13.98 |
| 11/19/09 | Overnight Express Mail - Vendor: Federal Express - Recipient: Norma Mojica Tracking Number: 917195430408 | $24.13 |
| 11/30/09 | Other Costs - - Vendor: Planet Data Solutions Planet Data 112009 (project LR0010) - Monthly Data Storage and Monthly User Fee | $2,292.85 |
| 12/08/09 | Travel - Parking/Tolls Parking - Christopher L. Perkins, Nov 19, 2009 Parking | $8.00 |
| 12/08/09 | Business Meals Dinner - Christopher L. Perkins, Nov 17, 2009 Dinner | $39.69 |
| 12/08/09 | Travel - Parking/Tolls Parking - Bruce H. Matson, Nov 18, 2009 Standard Parking | $16.00 |
| 12/08/09 | Travel - Parking/Tolls Parking - Bruce H. Matson, Nov 12, 2009 Standard Parking | $16.00 |
| 12/08/09 | Travel - Parking/Tolls Parking - Bruce H. Matson, Nov 02, 2009 1/2 RIC Parking | $36.00 |
| 12/08/09 | Business Meals Breakfast - Bruce H. Matson, Nov 18, 2009 TMiller's Sports Bar - business meal (breakfast before confirm hearing) | $107.85 |
| 12/08/09 | Travel - Airfare Airfare - Bruce H. Matson, Oct 28, 2009 US Airways Excess bag fee | $25.00 |
| 12/08/09 | Travel - Parking/Tolls Parking - Bruce H. Matson, Oct 26, 2009 Grace Street Parking | $8.00 |
| 12/08/09 | Travel - Parking/Tolls Parking - Bruce H. Matson, Nov 19, 2009 Standard parking | $12.00 |
| 12/08/09 | Business Meals Lunch - Christopher L. Perkins, Nov 30, 2009 Lunch | $22.09 |
|  | Copies - 11,760 at 0.20 | $2,352.00 |

**TOTAL EXPENSES** **$9,899.32**

Official Committee of Unsecured Creditors  
File Number: 22276.0001

Page 9  
Invoice No: 360550

**SUMMARY OF EXPENSES**

E101                                                    $7,547.32

# LeCLAIR RYAN

A Virginia Professional Corporation
P.O. Box 2499
Richmond, Virginia 23218-2499

EIN NO: 41-2252451

Official Committee of Unsecured Creditors
c/o Mr. Jonathan Mitchell
Chief Restructuring Officer
LandAmerica Financial Group, Inc
5600 Cox Road
Glen Allen, VA 23060

January 12, 2010
File Number: 22276.0001
Invoice No: 360550

Matter: LandAmerica

## CURRENT BILLING THROUGH DECEMBER 31, 2009

| | |
|---|---:|
| Fees for Professional Services | $31,010.00 |
| Expenses and Advances | $9,899.32 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$40,909.32** |
| **MONIES HELD IN TRUST** | $0.00 |