**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LandAmerica Financial Group, Inc., et al., | ) | **Case No. 08-35994 (KRH)** |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FOURTH AND FINAL APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC AND ALVAREZ & MARSAL DISPUTE ANALYSIS & FORENSIC SERVICES, LLC AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LANDAMERICA FINANCIAL GROUP, INC, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF OUT OF POCKET <u>EXPENSES FOR THE PERIOD SEPTEMBER 1, 2009 THROUGH DECEMBER 6, 2009</u>**

Alvarez & Marsal North America, LLC and Alvarez & Marsal Dispute Analysis & Forensic Services, LLC (collectively "A&M" or the "Applicant") respectfully submit this Fourth and Final Application for Allowance of Professional Fees (the "Application") relating to services rendered as financial advisors to the Official Committee of Unsecured Creditors of LandAmerica Financial Group, Inc. (the "Committee").  This Application requests final approval of (i) professional fees and reimbursement of expenses totaling $308,136, consisting of fees in the amount of $300,455 and expenses in the amount of $7,681, for the period September 1, 2009 through December 6, 2009 (the "Current Period"), of which $117,003 remains unpaid and outstanding[1]; and (ii) all fee and expense reimbursement requests in previous interim applications as hereafter described.

---

[1] The outstanding balance consists of (i) 15% holdback balances for September 2009 ($17,064) and October 2009 ($15,872); (ii) Applicant's November 2009 fee request totaling $76,630; and (iii) Applicant's December 1-6, 2009 fee request totaling $7,437.

This Application is filed pursuant to 11 U.S.C. §§ 330 and 503(b)(2) and Rule 2016 of the Federal Rules of Bankruptcy Procedure.  In support of this Application, A&M respectfully represents the following:

## **BACKGROUND**

1.      On November 26, 2008 (the "Petition Date"), LandAmerica Financial Group, Inc. ("LFG" or the "Debtor") and its affiliate, LandAmerica 1031 Exchange Services, Inc. ("LES"), filed voluntary petitions for relief with this Court under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et. seq. (the "Bankruptcy Code").

2.      Pursuant to this Court's order dated November 28, 2008, the bankruptcy cases for the Debtor and LES have been procedurally consolidated for administrative purposes (the "Bankruptcy Cases").

3.      On December 3, 2008, the Unites States Trustee for Region Four (the "U.S. Trustee"), pursuant to § 1102 of the Bankruptcy Code, appointed the Committee to represent the interests of the Debtor's unsecured creditors in the Bankruptcy Cases.[2]

4.      The U.S. Trustee filed the notice of the appointment of the Committee on December 3, 2008.

5.      On December 3, 2008, the Committee held its first meeting.  At its first meeting, the Committee decided to retain: (i) Bingham McCutchen LLP as counsel to Official Committee; (ii) LeClairRyan A Professional Corporation as Virginia counsel to the Committee; and (iii) A&M as financial advisor to the Committee.

---

[2] The committee members appointed were: The Bank of New York Mellon, Indenture Trustee; The Prudential Insurance Company of America; Vangent, Inc.; and Citadel Equity Fund, Ltd.

6. On February 25, 2009, this Court entered an order authorizing the employment of A&M as financial advisors to the Committee, *nunc pro tunc* effective as of December 3, 2008 (the "Employment Order").

7. On November 23, 2009, the Court entered an order confirming the Joint Chapter 11 Plan of LandAmerica Financial Group, Inc. and its Affiliated Debtors (the "Plan") [Docket No. 2666], which dissolved the Committee and terminated A&M's engagement as of the Effective Date. The Effective Date occurred on December 7, 2009 [Docket No. 2732].

8. The terms of A&M's employment are as follows: A&M charges professional fees on an hourly basis at its professionals' hourly rates, which are set in accordance with seniority and experience. A&M also charges for its actual out-of-pocket expenses incurred in connection with its work on this case such as airfare, lodging, ground transportation, meals, wireless telephone, overnight mail, copying, supplies, and other disbursements.

9. On May 20, 2009, the Court entered an order granting A&M's first interim application for compensation and reimbursement of expenses (the "First Interim Compensation Order") [Docket No. 1461] with regard to professional services rendered to the Committee from and including December 4, 2008, through and including February 28, 2009. Pursuant to the First Interim Compensation Order, A&M was awarded compensation in the amount of $764,029 and reimbursement of expenses in the amount of $30,685.

10. On August 27, 2009, the Court entered an order granting A&M's second interim application for compensation and reimbursement of expenses (the "Second Interim Compensation Order") [Docket No. 1942] with regard to professional services rendered to the Committee from and including March 1, 2009, through and including May 31, 2009. Pursuant to the Second Interim

Compensation Order, A&M was awarded compensation in the amount of $922,769 and reimbursement of expenses in the amount of $56,847.

11.      On November 18, 2009, the Court entered an order granting A&M's third interim application for compensation and reimbursement of expenses (the "Third Interim Compensation Order") [Docket No. 2618] with regard to professional services rendered to the Committee from and including June 1, 2009, through and including August 31, 2009.  Pursuant to the Third Interim Compensation Order, A&M was awarded compensation in the amount of $747,189 and reimbursement of expenses in the amount of $44,041.

## JURISDICTION AND VENUE

12.      This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157.  Venue of these proceedings and the within motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

**A.      Final approval of compensation previously awarded on an interim basis.**

13.      By this Fee Application, A&M is seeking final approval of all compensation and reimbursement of expenses that it has received in this case on an interim basis (as described above in the First, Second, and Third Interim Compensation Orders) pursuant to the Employment Order and pursuant to 11 U.S.C. §§ 330

**B.      Approval of compensation incurred during the "Current Period."**

14.      In addition, A&M is seeking final approval of professional fees and reimbursement of expenses totaling $308,136, consisting of fees in the amount of $300,455 and expenses in the amount of $7,681 incurred during the Current Period.  This Application is being submitted pursuant

4

to this Court's Order Under Sections 105(a) and 331 of the Bankruptcy Code Establishing Interim

Compensation Procedures dated December 21, 2008 (the "Interim Compensation Order"), pursuant

to the Employment Order, and pursuant to 11 U.S.C. §§ 330.

15.     Attached hereto as Exhibits 1, 2, 3, and 4 are A&M's Monthly Fee Requests for

September 2009, October 2009, November 2009, and December 1-6, 2009, respectively, for services

rendered and expenses incurred during each month of the Current Period.

## SUMMARY OF SERVICES RENDERED DURING CURRENT PERIOD

16.     The total amount of compensation requested by A&M for the Current Period is based

on the hourly rates agreed to be charged by the professionals who performed services for the

Committee in this matter.  Billing rates by professional are detailed in the accompanying exhibits.

17.     In the course of serving the Committee as financial advisors during the Current

Period, A&M has provided various services, which may be summarized as follows:

A.     ADMIN

    i.   Description: Address administrative matters related to the engagement, including coordinating meetings, conference calls and the delivery of information, preparing or reviewing court documents, and general case management including billing and fee applications.

    ii.  Necessity and Benefit to the Estate and/or the Committee:  A&M's fees in this category were necessary to ensure compliance with established protocol or orders entered by this Court for all professionals' compensation, and for A&M to provide requested services to the Committee.

B.     ASSET DISPOSITION

    i.   Description: Assist in identifying purchasers of non-underwriting entities.

    ii.  Necessity and Benefit to the Estate and/or the Committee:  A&M's fees in this category were necessary to ensure non-underwriter asset sales were being marketed appropriately to interested buyers, and that negotiations were in the best interests of the Committee.

C.    <u>CENTENNIAL BANK LIQUIDATION PLAN</u>

    i.  <u>Description:</u> Review of Centennial Bank's loan portfolio and related reserves and other matters relating to assistance in the sale diligence process.

    ii.  <u>Necessity and Benefit to the Estate and/or the Committee:</u>  A&M's fees in this category were necessary to evaluate the ongoing sale process, regulatory matters, and overall financial condition of Centennial Bank, one of the Debtor's most significant remaining assets, at the request of the Committee.

D.    <u>CLAIMS ANALYSIS</u>

    i.  <u>Description:</u>  Review and categorization of proofs of claim for consideration of creditor recovery.

    ii.  <u>Necessity and Benefit to the Estate and/or the Committee:</u>  A&M's fees in this category were necessary for proper evaluation of proofs of claim that affect the ultimate recovery for all LFG creditors.

E.    <u>DEBTOR MEETINGS</u>

    i.  <u>Description:</u>  Prepare for and participate in meetings with the Debtor and/or its counsel or financial advisors.

    ii.  <u>Necessity and Benefit to the Estate and/or the Committee:</u>  A&M's fees in this category were necessary for the efficient flow of information between the Debtor and its professionals to and from the Committee and its professionals.

F.    <u>LIQUIDATION PLAN</u>

    i.  <u>Description:</u> Review and analysis of Debtor's post-petition plans, financial statements, and schedules.  Prepare runoff analysis.

    ii.  <u>Necessity and Benefit to the Estate and/or the Committee:</u>  A&M's fees in this category were necessary to understand and analyze current and ongoing post-petition operations of LFG and its affiliates, particularly matters relating to the filing and confirmation of the Plan.  Such analyses included review and quantification of all known and potential sources and uses of cash and other assets, estimated allowed claims, and the resulting potential recoveries for LFG's creditors.  This included both an independent recovery analysis and review of the Debtors' recovery analysis.  Fees in this category include post-confirmation transition support to the Committee.

G.    <u>TRAVEL</u>

      i.   <u>Description:</u> Non-working travel time at 50% of total unbilled travel time.

     ii.   <u>Necessity and Benefit to the Estate and/or the Committee:</u> A&M's fees in this category were recorded per the terms of A&M's Employment Order and were necessary for professionals' performance of services requested by the Committee.

## H.    <u>TREASURY</u>

      i.   <u>Description:</u> Review and analysis of Debtor's cash management procedures, cash accounts, balances, and transfers.

     ii.   <u>Necessity and Benefit to the Estate and/or the Committee:</u> A&M's fees in this category were necessary to understand and analyze the Debtor's treasury function and communicate status and findings regarding sources and uses of cash, cash flow projections, and other financial matters to the Committee. This work included weekly review of cash reports, as well as review of related intercompany accounting records and entity-level cash flow forecasts.

## I.    <u>COMMITTEE MEETINGS</u>

      i.   <u>Description:</u> Prepare for and participate in meetings with the Committee and/or its counsel to discuss company status and options (note that the Committee is referred to as "UCC" in A&M's invoices).

     ii.   <u>Necessity and Benefit to the Estate and/or the Committee:</u> A&M's fees in this category were necessary to ensure A&M was performing the services requested by the Committee and that A&M, the Committee, and the Committee's counsel were sharing information appropriately. A&M provided the Committee and/or its counsel regular written or oral updates. Fees in this category include meeting participation as well as time incurred preparing materials for such meetings.

18.    Below is a chart summarizing time and fees incurred for each of the task categories above during the Current Period. Additional detail regarding time incurred by day and by professional is included in the accompanying exhibits.

| Task Category | Hours Incurred | Fees Incurred |
|---|---|---|
| Admin | 32.8 | $ 15,841 |
| Asset Disposition | 1.5 | $ 975 |
| Centennial Bank Liquidation Plan | 5.3 | $ 2,650 |
| Claims Analysis | 1.1 | $ 523 |
| Debtor Meetings | 11.0 | $ 7,150 |
| Liquidation Plan | 382.2 | $ 201,975 |
| Travel | 23.8 | $ 14,900 |
| Treasury | 16.4 | $ 8,200 |
| UCC Meetings | 82.9 | $ 48,240 |
| **Totals** | 557.0 | $ 300,454 |

19.    The fees sought by A&M are reasonable for the work it performed in the areas of financial analysis and litigation support.  The hourly rates charged by A&M are within the range of those customarily charged by other professionals having comparable skills and expertise in similar matters.  The fees sought herein are reasonable considering the nature and extent of the work, the time spent, and the value of the services.

## APPLICABLE LEGAL STANDARD

20.    The Bankruptcy Code sets forth the legal standards for awarding compensation to professionals employed by the Committee.  The format for fee applications is set forth in the Compensation Guidelines for Professionals in the United States Bankruptcy Court for the Eastern District of Virginia (the "Guidelines").

21.    Under § 330 of the Bankruptcy Code, the Court may award Committee professionals reasonable compensation for actual, necessary services rendered by such professionals and based on the nature, extent and value of the services rendered, time spent on such services and the cost of comparable services other than in a bankruptcy case.  Furthermore, the Court may award reimbursement for actual, necessary expenses.

22.     The expenses incurred by A&M, as set forth herein, are reasonable and necessary charges for items such as airfare, lodging, ground transportation, meals, wireless telephone, overnight mail, copying, supplies, and other disbursements.

23.     Under the "lodestar" approach, the Court should consider the number of hours of service reasonably devoted to the case multiplied by the professionals' reasonable rates.  Courts frequently consider the specific "lodestar" factors enumerated in <u>Johnson v. Georgia Highway Express, Inc.</u>, 488 F.2d 714 (5th Cir. 1974).  These lodestar tests were adopted by the Fourth Circuit in <u>Barber v. Kimbrells, Inc.</u>, 577 F.2d 216, 226 (4th Cir.), <u>cert. denied</u>, 439 U.S. 934 (1978), and in <u>Anderson v. Morris</u>, 658 F.2d 246, 249 (4th Cir. 1981), where the Fourth Circuit held that the District Court should employ the lodestar approach, and then adjust the fee on the basis of the remaining <u>Johnson</u> factors in the case.  The following are the <u>Johnson</u> factors[3], and the Applicant's discussion of each factor, which the Applicant respectfully requests that the Court consider in determining the reasonableness of the amount of professional compensation requested in this Application:

A. <u>The time and labor required.</u>  Applicant expended 557.0 hours of professional services on behalf of the Committee during the Current Period, at an average billing rate of $539.  During the Current Period, the Committee was involved in a variety of matters requiring the assistance of financial professionals.  These matters included significant efforts to analyze potential recoveries for creditors of LFG in conjunction with the Plan.  The Current Period also included ongoing efforts to liquidate remaining assets of LFG, as well as efforts to analyze claims filed against both LFG and LES, given LFG's standing as a stakeholder in the LES estate.  The time and labor spent by A&M were reasonable and necessary to provide the Committee with the quality and extent of services required to appropriately fulfill its obligations.

B. <u>The novelty and difficulty of the case.</u>  The issues addressed by Applicant in connection with its services to the Committee were often novel and complex and required the

---

[3] <u>Johnson</u>, 488 F.2d at 717-19; <u>Barber</u>, 577 F.2d at 226, n.28; <u>Anderson</u>, 658 F.2d at 248, n.2.

expertise of professionals with a specialized background in bankruptcy, restructuring, and accounting.

C.  <u>The skills requisite to perform the services properly.</u>  The services performed by Applicant's professionals required the skills of trained bankruptcy, insolvency, and accounting professionals, with an appreciation and understanding of advanced Chapter 1 and accounting concepts.  Applicant believes its professionals demonstrated a high degree of skill in connection with its engagement on behalf of the Committee.

D.  <u>The preclusion of other employment.</u>  Although Applicant's services for the Committee were often time-critical, this engagement did not preclude Applicant from accepting other engagements.  Nevertheless, certain of the Applicant's professionals working on this matter were exclusively or substantially focused on this engagement, while other professionals were utilized on a more limited basis to minimize costs to the Committee but still meet required deadlines and expectations of the Committee.

E.  <u>The customary fee charged.</u>  Applicant seeks allowance of professional fees based on hourly rates that are consistent with rates charged by Applicant to its other clients.  The hourly rates charged by Applicant are within the range of those customarily charged by other professionals having comparable skills and expertise in similar matters.

F.  <u>Whether the fee is fixed or contingent.</u>  Applicant's fees are charged according to the time spent on behalf of the Committee and Applicant's prevailing hourly rates.  Applicant's fees are not contingent on the outcome of the Bankruptcy Cases.

G.  <u>Time limitations imposed by the client or the circumstances.</u>  Many of the matters that arose in connection with this case presented time-critical challenges for Applicant.

H.  <u>The amount involved and the results obtained.</u>  Applicant provided critical timely assistance to the Committee in this ongoing case.  Applicant's fees in the amount of $300,455 are reasonable in light of the results obtained.

I.  <u>The experience, reputation, and ability of the professionals.</u>  Applicant is well qualified to provide professional services for the Committee.  Applicant's engagement leaders collectively have extensive experience in mergers and acquisitions, financial restructuring, interim and crisis management, accounting investigations and disputes, financial reporting, bankruptcy case administration and claims analysis, financial institution regulation, and other matters relevant to this case.  Applicant's professionals include Certified Turnaround Professionals, Certified Public Accountants, and experts in banking and financial institution regulation, with skills well suited to the needs of the Committee.  Applicant's other professionals assisting in this matter are likewise qualified and capable.

J.   The "undesirability" of the case.  While the Applicant has offices in several major United States  cities, the A&M professionals who have provided assistance to the Applicant have had to travel from to provide services at the Debtor's offices in Richmond, Virginia or at the offices of the Debtor's counsel in New York, New York.

K.   The nature and length of the professional relationship with the client.  As described in A&M's original employment application, prior to the commencement of the Bankruptcy Cases, A&M had provided advisory services to The Prudential Insurance Company of America, RGA Reinsurance Company, Gibraltar Life Insurance Co., Ltd., Mutual of Omaha Insurance Company, and United of Omaha Life Insurance Company (the "Noteholders") in connection with certain notes issued by the Debtor.  Services for these parties acquainted A&M with the Debtor, its business, and issues pertinent to the Bankruptcy Cases, but upon the formation of the Committee, A&M's engagement with the Noteholders ended, and from December 3, 2008 forward, A&M has only provided services to the Committee in these Bankruptcy Cases.

L.   Awards in similar cases.  The Applicant believes the professional fees sought herein are consistent with fees charged by similarly skilled professionals for comparable services in other bankruptcy cases.  The fees sought by this Application are based on hourly rates that are Applicant's customary and usual rates for its other clients for similar services.  Further, the hourly rates charged by Applicant are within the range of those customarily charged by other professionals having comparable skills and expertise in similar matters.

24.    A&M believes that the services rendered to the Committee and the out-of-pocket expenses incurred therewith were necessary and reasonable in view of the Committee's obligations in this case and the scope and nature of the matters in which A&M was involved to competently assist the Committee and its counsel.

25.    Upon information and belief, the rates charged by A&M are comparable to the fees charged by other professional services in similar Chapter 11 cases.  A&M believes that the fees requested herein clearly satisfy the Johnson factors as set forth above.

## NOTICE

26.    Pursuant to F.R.B.P. 2002(a)(6), notice of this Fee Application will be provided to all creditors.  A&M submits that no further notice is necessary.  This Fee Application will be served

upon counsel for the Debtors, Counsel for the LFG Committee, Counsel for the LES Committee, the

LFG Trustee, the LES Trustee, and to the Office of the United States Trustee.

## **CONCLUSION**

WHEREFORE, A&M respectfully requests that the Court enter an order in a form

substantially similar to that attached hereto as Exhibit 5: (i) providing approval of compensation

during the Current Period in the amount of $300,455 for professional services rendered to the

Committee and reimbursement of $7,681 for out-of-pocket expenses incurred for the Committee's

benefit from and including September 1, 2009, through and including December 6, 2009; (ii)

authorizing the LFG Trustee to pay all unpaid professional fees and expenses requested herein; (iii)

providing final approval of amounts previously approved by the Court in the First, Second, and

Third Interim Compensation Orders; and (iv) granting such other and further relief as the Court

deems appropriate.

Respectfully submitted,


/s/ Michael J. Starshak

ALVAREZ & MARSAL NORTH AMERICA, LLC
            and
ALVAREZ & MARSAL DISPUTE ANALYSIS & FORENSIC
SERVICES, LLC

55 West Monroe Street, Suite 4000
Chicago, Illinois 60603
Phone: (312) 601-4220
Fax: (312) 803-1875

*Financial Advisors to the Official Committee of Unsecured Creditors*
*of LandAmerica Financial Group, Inc.*

/s/ Martha E. Hulley_____
Counsel

Jeffrey S. Sabin (*admitted pro hac vice*)
Mark M. Elliott (*admitted pro hac vice*)
BINGHAM McCUTCHEN LLP
399 Park Ave.
New York, New York 10029
Telephone: (212) 705-7000
Facsimile: (212) 752-5378

-and-

Bruce H. Matson (Va. Bar No. 29874)
Christopher L. Perkins (Va. Bar No. 41783)
Martha E. Hulley (Va. Bar No. 73052)
LECLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219
Telephone: (804) 783-2003
Facsimile: (804) 783-2994

*Counsel for The Official Committee of Unsecured Creditors
Of LandAmerica Financial Group, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of January 2010, a true and correct copy of the foregoing was served on all persons receiving electronic notice in these cases, including the following:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
  *Assistant United States Trustee*

Dion W. Hayes, Esq.
John H. Maddock, III, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
  *Counsel for the Debtors*

Paul V. Shaloub, Esq.
WILLKIE FARR & GALLAGHER, LLP
787 Seventh Avenue
New York, New York 10019
  *Counsel for the Debtors*

Charles R. Gibbs, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
  *Counsel for the Official Committee of Unsecured Creditors*
  *for LandAmerica 1031 Exchange Services, Inc.*

Lynn Tavenner, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
  *Counsel for the Official Committee of Unsecured Creditors of*
  *LandAmerica 1031 Exchange Services, Inc.*

Bruce H. Matson, Esq.
LECLAIRRYAN
Riverfront Plaza, East Tower

951 East Byrd Street
Richmond, Virginia  23219
*The LFG Trustee*

Gerard A. McHale, Jr., Esq.
1601 Jackson Street, Suite 200
Fort Meyers, Florida 33901
*The LES Trustee*

/s/ Martha E. Hulley



55 West Monroe Street, Suite 4000, Chicago, IL 60603
Phone: 312.601.4220  Fax: 312.332.4599
www.alvarezandmarsal.com

Invoice Number **83760-10**

October 13, 2009

VIA EMAIL AND U.S. FIRST CLASS MAIL

Anna King, Esq.
Chad Perrine, Esq.
G. William Evans
LandAmerica Financial Group, Inc.
Executive Vice President and Chief Legal Officer
5600 Cox Road
Glen Allen, VA 23060


Re:    Alvarez & Marsal Monthly Fee Request for professional fees and expenses incurred on
       behalf of the Official Committee of Unsecured Creditors of LandAmerica Financial
       Group, Inc. for the period from September 1, 2009 through September 30, 2009

Dear Ms. King and Messrs. Perrine and Evans:

Pursuant to the Court's Order Under Sections 105(a) and 331 of the Bankruptcy Code
Establishing Procedures for Interim Compensation dated December 21, 2008 (the "Interim
Compensation Order"), Alvarez & Marsal North America, LLC and Alvarez & Marsal Dispute
Analysis & Forensic Services, LLC (collectively, "A&M") submit the attached Monthly Fee
Request detailing A&M's professional fees and expenses in connection with its work completed
on behalf of The Official Committee of Unsecured Creditors of LandAmerica Financial Group,
Inc. for the period from September 1, 2009 through September 30, 2009 (the "Covered Period").

Pursuant to the Interim Compensation Order, professionals are to be paid 85% of their fees and
100% of their expenses upon service of a Monthly Fee Request, provided no Notice Party objects
to the Monthly Fee Request within twenty (20) days from receipt of the Monthly Fee Request.
During the Covered Period, A&M rendered professional services totaling $113,762, of which
85% or $96,698 is currently payable.  Additionally, A&M is seeking $2,037 for reimbursement
of expenses incurred during the Covered Period.

The total amount currently payable herein, pending no objections, is $98,735.  Provided there are
no written objections, this amount should be paid to A&M by November 2, 2009.

The remaining 15% professional fee balance of $17,064 is payable upon the Court's allowance
of A&M's Interim Fee Application.



55 West Monroe Street, Suite 4000, Chicago, IL 60603
Phone: 312.601.4220  Fax: 312.332.4599
www.alvarezandmarsal.com

The following schedules are attached in support of this Monthly Fee Request:

- A distribution list of Notice Parties;
- An invoice summarizing the amounts owed to A&M for the Covered Period pursuant to the Interim Compensation Order;
- Exhibit A:  Summary of Time Detail by Task
- Exhibit B:  Summary of Time Detail by Professional
- Exhibit C:  Summary of Time Detail by Task and Professional
- Exhibit D:  Summary of Expenses by Category
- Exhibit E:  Expense Detail by Category

If you have any questions, please do not hesitate to contact me at (312) 601-4220.

Best Regards,

Michael J. Starshak
Managing Director
Alvarez & Marsal North America LLC

Enclosure

MJS/dtb



55 West Monroe Street, Suite 4000, Chicago, IL 60603
Phone: 312.601.4220  Fax: 332.332.4599
www.alvarezandmarsal.com

## NOTICE PARTIES FOR MONTHLY FEE REQUEST

LandAmerica Financial Group, Inc.
Attn: Anna King, Esq.
Attn: Chad Perrine, Esq.
Attn: G. William Evans
5600 Cox Road
Glen Allen, VA 23060
cperrine@landam.com
aking@landam.com
bevans@landam.com

Willkie Farr & Gallagher LLP
Attn: Rachel C. Strickland, Esq.
787 Seventh Avenue
New York, NY 10019-6099
rstrickland@willkie.com

McGuireWoods LLP
Attn: Dion W. Hayes, Esq.
One James Center
901 East Cary Street
Richmond, Virginia 23219
dhayes@mcguirewoods.com

Office of the United States Trustee for the
Eastern District of Virginia
Attn: Robert B. Van Arsdale, Esq.
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
robert.b.van.arsdale@usdoj.gov

Bingham McCutchen LLP
Attn: Jeffrey S. Sabin, Esq.
399 Park Avenue
New York, NY 10029
jeffrey.sabin@bingham.com

LeClairRyan A Professional Corporation
Attn: Bruce Matson, Esq.
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
bruce.matson@leclairryan.com

Akin Gump Strauss Hauer & Feld LLP
Attn: Charles R. Gibbs, Esq.
1700 Pacific Avenue, Suite 4100
Dallas, TX  75201-4675
cgibbs@akingump.com

Tavenner & Beran, PLC
Attn: Lynn Tavenner, Esq.
20 North Eighth Street Second Floor,
Richmond, Virginia 23219
ltavenner@tb-lawfirm.com

**ALVAREZ & MARSAL**

55 West Monroe Street, Suite 4000, Chicago, IL 60603
Phone: 312.601.4220  Fax: 312.332.4599
www.alvarezandmarsal.com

## <u>MONTHLY FEE REQUEST FOR PROFESSIONAL SERVICES RENDERED</u>

**Invoice Number 83760-10**

**For professional services rendered on behalf of The Official Committee of Unsecured Creditors of LandAmerica Financial Group, Inc.**

**<u>From September 1, 2009 through September 30, 2009</u>**

| | | |
|---|---:|---:|
| **Professional Fees at 100%** | $ | 113,762 |
| **Less: 15% Holdback** | | (17,064) |
| **Fees Currently Payable at 85%** | $ | 96,698 |
| **Out-of-Pocket Expenses at 100%** | | 2,037 |
| **Total Fees and Expenses Currently Payable** | $ | 98,735 |

**<u>Cumulative unpaid 15% holdback fees subject to Court approval</u>**

| | | |
|---|---:|---:|
| **Invoice 83760-07 (June 1-30, 2009)** | $ | 63,509 |
| **Invoice 83760-08 (July 1-31, 2009)** | | 32,765 |
| **Invoice 83760-09 (August 1-31, 2009)** | | 15,804 |
| **Invoice 83760-10 (September 1-30, 2009)** | | 17,064 |
| **Total Holdback Fees Due Upon Court Approval** | $ | 129,142 |

*Wiring Instructions:*

    Bank:        JP Morgan Chase
    ABA:         021000021
    For further credit of:
        Account Name:       Alvarez & Marsal LLC
        Account Number:     957347820
        Reference:          Invoice 83760-10

*Mailing Instructions:*

    Alvarez & Marsal
    Attn: Liz Carrington
    600 Lexington Avenue, Sixth Floor
    New York, NY  10022
    Reference #: Invoice 83760-10

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 1

*Exhibit A*

```
┌─────────────────────────────────────────────────────┐
│   LandAmerica Financial Group, Inc., et al.          │
│        Summary of Time Detail by Task                │
│   September 1, 2009 through September 30, 2009        │
└─────────────────────────────────────────────────────┘
```

| Task Category | Sum of Hours | Sum of Fees |
|---|---|---|
| Admin | 10.7 | $5,021.50 |
| Asset Disposition | 1.0 | $650.00 |
| Centennial Bank Liquidation Plan | 3.8 | $1,900.00 |
| Debtor Meetings | 6.5 | $4,225.00 |
| Liquidation Plan | 131.0 | $70,300.00 |
| Travel | 9.0 | $5,850.00 |
| Treasury | 5.3 | $2,650.00 |
| UCC Meetings | 42.5 | $23,165.00 |
| **Total** | **209.8** | **$113,761.50** |

*Exhibit B*

---

**LandAmerica Financial Group, Inc., et al.**
**Summary of Time Detail by Professional**
**September 1, 2009 through September 30, 2009**

---

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650.00 | 63.0 | $40,950.00 |
| Bob McEvoy | Director | $500.00 | 139.8 | $69,900.00 |
| Damon Busse | Manager | $450.00 | 6.1 | $2,745.00 |
| Mary Napoliello | Paraprofessional | $185.00 | 0.9 | $166.50 |
| | | **Total** | **209.8** | **$113,761.50** |

*Page 1 of 1*

*Exhibit C*

**LandAmerica Financial Group, Inc., et al.**
**Summary of Time Detail by Professional**
**September 1, 2009 through September 30, 2009**

**Admin**  Address administrative matters related to the engagement, including
coordinating meetings, conference calls and the delivery of information, and
preparing or reviewing court documents and general case management including
billing and fee applications.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650 | 1.0 | $650.00 |
| Bob McEvoy | Director | $500 | 4.9 | $2,450.00 |
| Damon Busse | Manager | $450 | 3.9 | $1,755.00 |
| Mary Napoliello | Paraprofessional | $185 | 0.9 | $166.50 |
| | | | 10.7 | $5,021.50 |
| | *Average Billing Rate* | | | $469.30 |

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 1

*Exhibit C*

*LandAmerica Financial Group, Inc., et al.*
*Summary of Time Detail by Professional*
*September 1, 2009 through September 30, 2009*

**Asset Disposition**                    **Assist in identifying purchasers of non-underwriting entities.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650 | 1.0 | $650.00 |
|  |  |  | 1.0 | $650.00 |
|  | *Average Billing Rate* |  |  | $650.00 |

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 1

*Exhibit C*

*LandAmerica Financial Group, Inc., et al.*
*Summary of Time Detail by Professional*
*September 1, 2009 through September 30, 2009*

**Centennial Bank Liquidation Plan**    Review of Centennial Bank's loan portfolio and related reserves and other matters relating to assistance in the sale diligence process.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Bob McEvoy | Director | $500 | 3.8 | $1,900.00 |
| | | | 3.8 | $1,900.00 |
| | | *Average Billing Rate* | | $500.00 |

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 1

*Exhibit C*

**LandAmerica Financial Group, Inc., et al.**
**Summary of Time Detail by Professional**
**September 1, 2009 through September 30, 2009**

**Debtor Meetings**                    Prepare for and participate in meetings with Debtor and/or its counsel or financia
advisors.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650 | 6.5 | $4,225.00 |
| | | | 6.5 | $4,225.00 |
| | *Average Billing Rate* | | | $650.00 |

*Exhibit C*

**LandAmerica Financial Group, Inc., et al.**
**Summary of Time Detail by Professional**
**September 1, 2009 through September 30, 2009**

Liquidation Plan                    Review and analysis of Debtor's post-petition plans, financial statements, and
                                    schedules. Prepare runoff analysis.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650 | 32.0 | $20,800.00 |
| Bob McEvoy | Director | $500 | 99.0 | $49,500.00 |
| | | | 131.0 | $70,300.00 |
| | *Average Billing Rate* | | | $536.64 |

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 1

*Exhibit C*

*LandAmerica Financial Group, Inc., et al.*
*Summary of Time Detail by Professional*
*September 1, 2009 through September 30, 2009*

**Travel**                            **Non-working travel time at 50% of total unbilled travel time.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650 | 9.0 | $5,850.00 |
| | | | 9.0 | $5,850.00 |
| | *Average Billing Rate* | | | $650.00 |

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 1

*Exhibit C*

*LandAmerica Financial Group, Inc., et al.*
*Summary of Time Detail by Professional*
*September 1, 2009 through September 30, 2009*

Treasury                    Review and analysis of debtor's cash management procedures, cash accounts,
                            balances and transfers.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Bob McEvoy | Director | $500 | 5.3 | $2,650.00 |
| | | | 5.3 | $2,650.00 |
| | | *Average Billing Rate* | | $500.00 |

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 1

*Exhibit C*

*LandAmerica Financial Group, Inc., et al.*
*Summary of Time Detail by Professional*
*September 1, 2009 through September 30, 2009*

**UCC Meetings**                 Prepare for and participate in meetings with the UCC and/or its counsel to
                                 discuss company status and options.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650 | 13.5 | $8,775.00 |
| Bob McEvoy | Director | $500 | 26.8 | $13,400.00 |
| Damon Busse | Manager | $450 | 2.2 | $990.00 |
| | | | 42.5 | $23,165.00 |
| | *Average Billing Rate* | | | $545.06 |

Alvarez Marsal Fourth and Final Fee Application - Exhibit 1

*Exhibit D*

### LandAmerica Financial Group, Inc., et al.
### Summary of Expense Detail by Category
### September 1, 2009 through September 30, 2009

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $1,419.60 |
| Lodging | $234.43 |
| Meals | $97.64 |
| Other | $98.05 |
| Transportation | $187.47 |
| **Total** | **$2,037.19** |

Fourth and Final Fee Application - Exhibit 1

*Exhibit E*

## LandAmerica Financial Group, Inc., et al.
### Expense Detail by Category
### September 1, 2009 through September 30, 2009

### Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Starshak | 9/17/2009 | $620.20 | Chargeable airfares: RT ORD-LGA |
| Michael Starshak | 9/24/2009 | $622.20 | Chargeable airfares: RT ORD-LGA |
| Michael Starshak | 9/29/2009 | $177.20 | Chargeable airfares: RT ORD-LGA |
| **Expense Category Total** | | **$1,419.60** | |

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Bob McEvoy | 8/5/2009 | $234.43 | Chargeable Hotel Costs: night of 8/5 (not previously billed) |
| **Expense Category Total** | | **$234.43** | |

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Starshak | 9/17/2009 | $20.51 | Out-of-town dinner: Starshak |
| Michael Starshak | 9/17/2009 | $30.00 | Out-of-town dinner: Starshak |
| Michael Starshak | 9/17/2009 | $36.00 | Out-of-town lunch: Starshak |
| Michael Starshak | 9/17/2009 | $6.00 | Out-of-town snack: Starshak |
| Michael Starshak | 9/29/2009 | $5.13 | Out-of-town breakfast: Starshak |
| **Expense Category Total** | | **$97.64** | |

### Other

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Bob McEvoy | 9/4/2009 | $1.86 | Conference calling charges |
| Bob McEvoy | 9/4/2009 | $3.27 | Conference calling charges |

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 1

**LandAmerica Financial Group, Inc., et al.**
*Expense Detail by Category*
*September 1, 2009 through September 30, 2009*

### Other

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Bob McEvoy | 9/4/2009 | $4.82 | Conference calling charges |
| Bob McEvoy | 9/4/2009 | $7.55 | Conference calling charges |
| Bob McEvoy | 9/30/2009 | $73.09 | 07/18/09-08/17/09 Wireless Usage Charges |
| Craig Stone | 9/30/2009 | $0.24 | 07/18/09-08/17/09 Wireless Usage Charges |
| James Morden | 9/30/2009 | $5.82 | 07/18/09-08/17/09 Wireless Usage Charges |
| Jamie Strohl | 8/23/2009 | $0.12 | 07/23/09 - 08/22/09 Wireless Usage Charges |
| Lauren Hoeflich | 8/23/2009 | $0.06 | 07/23/09 - 08/22/09 Wireless Usage Charges |
| Lauren Hoeflich | 9/30/2009 | $0.33 | 07/18/09-08/17/09 Wireless Usage Charges |
| Michael Starshak | 9/30/2009 | ($36.00) | Adjustment to previous period's expenses |
| Michael Starshak | 9/30/2009 | $32.24 | 07/18/09-08/17/09 Wireless Usage Charges |
| Richard Niemerg | 8/23/2009 | $0.44 | 07/23/09 - 08/22/09 Wireless Usage Charges |
| Steve Kotarba | 9/30/2009 | $4.21 | 07/18/09-08/17/09 Wireless Usage Charges |

**Expense Category Total**     **$98.05**

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Starshak | 9/17/2009 | $47.00 | Airport parking: 9/17 |
| Michael Starshak | 9/17/2009 | $44.47 | Chargeable Taxi Fares: LGA to office |
| Michael Starshak | 9/24/2009 | $48.00 | Airport parking: 9/24 |
| Michael Starshak | 9/29/2009 | $48.00 | Airport parking: 9/29 |

**Expense Category Total**     **$187.47**

*Grand Total*     **$2,037.19**



55 West Monroe Street, Suite 4000, Chicago, IL 60603
Phone: 312.601.4220  Fax: 312.332.4599
www.alvarezandmarsal.com

Invoice Number **83760-11**

November 12, 2009

VIA EMAIL AND U.S. FIRST CLASS MAIL

Anna King, Esq.
Chad Perrine, Esq.
G. William Evans
LandAmerica Financial Group, Inc.
Executive Vice President and Chief Legal Officer
5600 Cox Road
Glen Allen, VA 23060


Re:    Alvarez & Marsal Monthly Fee Request for professional fees and expenses incurred on
       behalf of the Official Committee of Unsecured Creditors of LandAmerica Financial
       Group, Inc. for the period from October 1, 2009 through October 31, 2009

Dear Ms. King and Messrs. Perrine and Evans:

Pursuant to the Court's Order Under Sections 105(a) and 331 of the Bankruptcy Code
Establishing Procedures for Interim Compensation dated December 21, 2008 (the "Interim
Compensation Order"), Alvarez & Marsal North America, LLC and Alvarez & Marsal Dispute
Analysis & Forensic Services, LLC (collectively, "A&M") submit the attached Monthly Fee
Request detailing A&M's professional fees and expenses in connection with its work completed
on behalf of The Official Committee of Unsecured Creditors of LandAmerica Financial Group,
Inc. for the period from October 1, 2009 through October 31, 2009 (the "Covered Period").

Pursuant to the Interim Compensation Order, professionals are to be paid 85% of their fees and
100% of their expenses upon service of a Monthly Fee Request, provided no Notice Party objects
to the Monthly Fee Request within twenty (20) days from receipt of the Monthly Fee Request.
During the Covered Period, A&M rendered professional services totaling $105,814, of which
85% or $89,942 is currently payable.  Additionally, A&M is seeking $2,456 for reimbursement
of expenses incurred during the Covered Period.

The total amount currently payable herein, pending no objections, is $92,398.  Provided there are
no written objections, this amount should be paid to A&M by December 2, 2009.

The remaining 15% professional fee balance of $15,872 is payable upon the Court's allowance
of A&M's Interim Fee Application.

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 2



55 West Monroe Street, Suite 4000, Chicago, IL 60603
Phone: 312.601.4220  Fax: 312.332.4599
www.alvarezandmarsal.com

The following schedules are attached in support of this Monthly Fee Request:

- A distribution list of Notice Parties
- An invoice summarizing the amounts owed to A&M for the Covered Period pursuant to the Interim Compensation Order
- Exhibit A:  Summary of Time Detail by Task
- Exhibit B:  Summary of Time Detail by Professional
- Exhibit C:  Summary of Time Detail by Task and Professional
- Exhibit D:  Summary of Expenses by Category
- Exhibit E:  Expense Detail by Category

If you have any questions, please do not hesitate to contact me at (312) 601-4220.

Best Regards,

Michael J. Starshak
Managing Director
Alvarez & Marsal North America LLC

Enclosure

MJS/dtb

NORTH AMERICA • EUROPE • MIDDLE EAST • ASIA • LATIN AMERICA

Alvarez & Marsal
North America, LLC



55 West Monroe Street, Suite 4000, Chicago, IL 60603
Phone: 312.601.4220  Fax: 312.332.4599
**www.alvarezandmarsal.com**

## <u>NOTICE PARTIES FOR MONTHLY FEE REQUEST</u>

LandAmerica Financial Group, Inc.
Attn: Anna King, Esq.
Attn: Chad Perrine, Esq.
Attn: G. William Evans
5600 Cox Road
Glen Allen, VA 23060
cperrine@landam.com
aking@landam.com
bevans@landam.com


Willkie Farr & Gallagher LLP
Attn: Rachel C. Strickland, Esq.
787 Seventh Avenue
New York, NY 10019-6099
rstrickland@willkie.com


McGuireWoods LLP
Attn: Dion W. Hayes, Esq.
One James Center
901 East Cary Street
Richmond, Virginia 23219
dhayes@mcguirewoods.com


Office of the United States Trustee for the
Eastern District of Virginia
Attn: Robert B. Van Arsdale, Esq.
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
robert.b.van.arsdale@usdoj.gov

Bingham McCutchen LLP
Attn: Jeffrey S. Sabin, Esq.
399 Park Avenue
New York, NY 10029
jeffrey.sabin@bingham.com


LeClairRyan A Professional Corporation
Attn: Bruce Matson, Esq.
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
bruce.matson@leclairryan.com


Akin Gump Strauss Hauer & Feld LLP
Attn: Charles R. Gibbs, Esq.
1700 Pacific Avenue, Suite 4100
Dallas, TX  75201-4675
cgibbs@akingump.com


Tavenner & Beran, PLC
Attn: Lynn Tavenner, Esq.
20 North Eighth Street Second Floor,
Richmond, Virginia 23219
ltavenner@tb-lawfirm.com

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 2

**ALVAREZ & MARSAL**

55 West Monroe Street, Suite 4000, Chicago, IL 60603
Phone: 312.601.4220  Fax: 312.332.4599
**www.alvarezandmarsal.com**

## MONTHLY FEE REQUEST FOR PROFESSIONAL SERVICES RENDERED

**Invoice Number 83760-11**

**For professional services rendered on behalf of The Official Committee of Unsecured Creditors of LandAmerica Financial Group, Inc.**

**From October 1, 2009 through October 31, 2009**

| | | |
|---|---|---:|
| **Professional Fees at 100%** | $ | 105,814 |
| **Less: 15% Holdback** | | (15,872) |
| **Fees Currently Payable at 85%** | $ | 89,942 |
| **Out-of-Pocket Expenses at 100%** | | 2,456 |
| **Total Fees and Expenses Currently Payable** | $ | 92,398 |

**Cumulative unpaid 15% holdback fees subject to Court approval**

| | | |
|---|---|---:|
| **Invoice 83760-07 (June 1-30, 2009)** | $ | 63,509 |
| **Invoice 83760-08 (July 1-31, 2009)** | | 32,765 |
| **Invoice 83760-09 (August 1-31, 2009)** | | 15,804 |
| **Invoice 83760-10 (September 1-30, 2009)** | | 17,064 |
| **Invoice 83760-11 (October 1-31, 2009)** | | 15,872 |
| **Total Holdback Fees Due Upon Court Approval** | $ | 129,142 |

*Wiring Instructions:*
Bank:        JP Morgan Chase
ABA:         021000021
For further credit of:
            Account Name:      Alvarez & Marsal LLC
            Account Number:    957347820
            Reference:              Invoice 83760-11

*Mailing Instructions:*
Alvarez & Marsal
Attn: Liz Carrington
600 Lexington Avenue, Sixth Floor
New York, NY  10022
Reference #: Invoice 83760-11

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 2

*Exhibit A*

*LandAmerica Financial Group, Inc., et al.*
*Summary of Time Detail by Task*
*October 1, 2009 through October 31, 2009*

| Task Category | Sum of Hours | Sum of Fees |
|---|---|---|
| Admin | 13.4 | $6,491.00 |
| Asset Disposition | 0.5 | $325.00 |
| Centennial Bank Liquidation Plan | 1.5 | $750.00 |
| Claims Analysis | 1.1 | $522.50 |
| Debtor Meetings | 3.0 | $1,950.00 |
| Liquidation Plan | 137.2 | $72,950.00 |
| Travel | 7.0 | $4,550.00 |
| Treasury | 11.1 | $5,550.00 |
| UCC Meetings | 21.4 | $12,725.00 |
| **Total** | **196.2** | **$105,813.50** |

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 2

*Exhibit B*

**LandAmerica Financial Group, Inc., et al.**
**Summary of Time Detail by Professional**
**October 1, 2009 through October 31, 2009**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650.00 | 55.5 | $36,075.00 |
| Steve Kotarba | Managing Director | $475.00 | 1.1 | $522.50 |
| Bob McEvoy | Director | $500.00 | 131.1 | $65,550.00 |
| Damon Busse | Manager | $450.00 | 7.9 | $3,555.00 |
| Mary Napoliello | Paraprofessional | $185.00 | 0.6 | $111.00 |
| | | **Total** | **196.2** | **$105,813.50** |

*Exhibit C*

---

### LandAmerica Financial Group, Inc., et al.
### Summary of Time Detail by Professional
### October 1, 2009 through October 31, 2009

---

**Admin**

Address administrative matters related to the engagement, including coordinating meetings, conference calls and the delivery of information, and preparing or reviewing court documents and general case management including billing and fee applications.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650 | 2.5 | $1,625.00 |
| Bob McEvoy | Director | $500 | 2.4 | $1,200.00 |
| Damon Busse | Manager | $450 | 7.9 | $3,555.00 |
| Mary Napoliello | Paraprofessional | $185 | 0.6 | $111.00 |
| | | | 13.4 | $6,491.00 |
| | *Average Billing Rate* | | | $484.40 |

*Page 1 of 9*

*Exhibit C*

*LandAmerica Financial Group, Inc., et al.*
*Summary of Time Detail by Professional*
*October 1, 2009 through October 31, 2009*

**Asset Disposition**                    **Assist in identifying purchasers of non-underwriting entities.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650 | 0.5 | $325.00 |
|  |  |  | 0.5 | $325.00 |
|  |  | *Average Billing Rate* |  | $650.00 |

*Exhibit C*

*LandAmerica Financial Group, Inc., et al.*
*Summary of Time Detail by Professional*
*October 1, 2009 through October 31, 2009*

**Centennial Bank Liquidation Plan**    Review of Centennial Bank's loan portfolio and related reserves and other
matters relating to assistance in the sale diligence process.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Bob McEvoy | Director | $500 | 1.5 | $750.00 |
| | | | 1.5 | $750.00 |
| | | *Average Billing Rate* | | $500.00 |

*Exhibit C*

**LandAmerica Financial Group, Inc., et al.**
**Summary of Time Detail by Professional**
**October 1, 2009 through October 31, 2009**

**Claims Analysis**          Review and categorization of proofs of claim for consideration of creditor recovery.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Steve Kotarba | Managing Director | $475 | 1.1 | $522.50 |
| | | | 1.1 | $522.50 |
| | *Average Billing Rate* | | | $475.00 |

*Exhibit C*

*LandAmerica Financial Group, Inc., et al.*
*Summary of Time Detail by Professional*
*October 1, 2009 through October 31, 2009*

**Debtor Meetings**          **Prepare for and participate in meetings with Debtor and/or its counsel or financial advisors.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650 | 3.0 | $1,950.00 |
| | | | 3.0 | $1,950.00 |
| | *Average Billing Rate* | | | $650.00 |

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 2

*Exhibit C*

*LandAmerica Financial Group, Inc., et al.*
*Summary of Time Detail by Professional*
*October 1, 2009 through October 31, 2009*

**Liquidation Plan**            **Review and analysis of Debtor's post-petition plans, financial statements, and schedules. Prepare runoff analysis.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650 | 29.0 | $18,850.00 |
| Bob McEvoy | Director | $500 | 108.2 | $54,100.00 |
| | | | 137.2 | $72,950.00 |
| | *Average Billing Rate* | | | $531.71 |

*Exhibit C*

***LandAmerica Financial Group, Inc., et al.***
***Summary of Time Detail by Professional***
***October 1, 2009 through October 31, 2009***

**Travel**                                   **Non-working travel time at 50% of total unbilled travel time.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650 | 7.0 | $4,550.00 |
| | | | 7.0 | $4,550.00 |
| | *Average Billing Rate* | | | $650.00 |

*Page 7 of 9*

*Exhibit C*

### LandAmerica Financial Group, Inc., et al.
### Summary of Time Detail by Professional
### October 1, 2009 through October 31, 2009

**Treasury**                    Review and analysis of debtor's cash management procedures, cash accounts, balances and transfers.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Bob McEvoy | Director | $500 | 11.1 | $5,550.00 |
| | | | 11.1 | $5,550.00 |
| | | *Average Billing Rate* | | $500.00 |

*Exhibit C*

### LandAmerica Financial Group, Inc., et al.
### Summary of Time Detail by Professional
### October 1, 2009 through October 31, 2009

**UCC Meetings**                    **Prepare for and participate in meetings with the UCC and/or its counsel to discuss company status and options.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650 | 13.5 | $8,775.00 |
| Bob McEvoy | Director | $500 | 7.9 | $3,950.00 |
| | | | 21.4 | $12,725.00 |
| | *Average Billing Rate* | | | $594.63 |

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 2

*Exhibit D*

**LandAmerica Financial Group, Inc., et al.**
**Summary of Expense Detail by Category**
**October 1, 2009 through October 31, 2009**

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $585.20 |
| Lodging | $468.86 |
| Other | $127.54 |
| Transportation | $1,273.62 |
| **Total** | **$2,455.22** |

*Exhibit E*

> ## LandAmerica Financial Group, Inc., et al.
> ### Expense Detail by Category
> ### October 1, 2009 through October 31, 2009

### Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Starshak | 10/14/2009 | $585.20 | R/T Chicago ORD to New York LGA, 10/14 via American |
| **Expense Category Total** | | **$585.20** | |

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Lara Suvada | 10/8/2009 | $234.43 | Chargeable Hotel Costs: night of 8/5 for N. Townsend |
| Lara Suvada | 10/8/2009 | $234.43 | Chargeable Hotel Costs: night of 8/5 for S. Hyrniewicz |
| **Expense Category Total** | | **$468.86** | |

### Other

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Bob McEvoy | 10/1/2009 | $61.91 | 08/18/09-09/17/09 Wireless Usage Charges |
| Bob McEvoy | 10/2/2009 | $3.15 | Verizon audio conference calling (by invoice date) |
| Bob McEvoy | 10/2/2009 | $10.56 | Verizon audio conference calling (by invoice date) |
| Bob McEvoy | 10/2/2009 | $9.33 | Verizon audio conference calling (by invoice date) |
| Bob McEvoy | 10/2/2009 | $4.43 | Verizon audio conference calling (by invoice date) |
| Bob McEvoy | 10/2/2009 | $3.43 | Verizon audio conference calling (by invoice date) |
| Company Allocations | 11/3/2009 | $6.30 | FedEx Payment-October 2009 |
| Michael Starshak | 10/1/2009 | $28.43 | 08/18/09-09/17/09 Wireless Usage Charges |
| **Expense Category Total** | | **$127.54** | |

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 2

*Exhibit E*

---

*LandAmerica Financial Group, Inc., et al.*
*Expense Detail by Category*
*October 1, 2009 through October 31, 2009*

---

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Bob McEvoy | 9/17/2009 | $143.08 | Car service allocations (by invoice date) |
| Bob McEvoy | 9/30/2009 | $166.80 | Car service allocations (by invoice date) |
| Bob McEvoy | 9/30/2009 | $165.33 | Car service allocations (by invoice date) |
| Bob McEvoy | 9/30/2009 | $171.08 | Car service allocations (by invoice date) |
| Bob McEvoy | 9/30/2009 | $149.30 | Car service allocations (by invoice date) |
| Bob McEvoy | 9/30/2009 | $151.34 | Car service allocations (by invoice date) |
| Michael Starshak | 8/7/2009 | $168.93 | Car service fee for C. Perkins after Chicago Committee Meeting |
| Michael Starshak | 9/25/2009 | $54.88 | Car service allocations (by invoice date) |
| Michael Starshak | 10/2/2009 | $54.88 | Car service allocations (by invoice date) |
| Michael Starshak | 10/14/2009 | $48.00 | Parking at ORD, $45 + $3 tolls & tip |

**Expense Category Total**   **$1,273.62**

*Grand Total*   **$2,455.22**



55 West Monroe Street, Suite 4000, Chicago, IL 60603
Phone: 312.601.4220  Fax: 332.332.4599
www.alvarezandmarsal.com

Invoice Number **83760-12**

December 18, 2009

VIA EMAIL AND U.S. FIRST CLASS MAIL

Anna King, Esq.
Chad Perrine, Esq.
G. William Evans
LandAmerica Financial Group, Inc.
Executive Vice President and Chief Legal Officer
5600 Cox Road
Glen Allen, VA 23060

Re:    Alvarez & Marsal Monthly Fee Request for professional fees and expenses incurred on
       behalf of the Official Committee of Unsecured Creditors of LandAmerica Financial
       Group, Inc. for the period from November 1, 2009 through November 30, 2009

Dear Ms. King and Messrs. Perrine and Evans:

Pursuant to the Court's Order Under Sections 105(a) and 331 of the Bankruptcy Code
Establishing Procedures for Interim Compensation dated December 21, 2008 (the "Interim
Compensation Order"), Alvarez & Marsal North America, LLC and Alvarez & Marsal Dispute
Analysis & Forensic Services, LLC (collectively, "A&M") submit the attached Monthly Fee
Request detailing A&M's professional fees and expenses in connection with its work completed
on behalf of The Official Committee of Unsecured Creditors of LandAmerica Financial Group,
Inc. for the period from November 1, 2009 through November 30, 2009 (the "Covered Period").

Pursuant to the Interim Compensation Order, professionals are to be paid 85% of their fees and
100% of their expenses upon service of a Monthly Fee Request, provided no Notice Party objects
to the Monthly Fee Request within twenty (20) days from receipt of the Monthly Fee Request.
During the Covered Period, A&M rendered professional services totaling $73,529, of which 85%
or $62,500 is currently payable.  Additionally, A&M is seeking $3,101 for reimbursement of
expenses incurred during the Covered Period.

The total amount currently payable herein, pending no objections, is $65,601.  Provided there are
no written objections, this amount should be paid to A&M by January 7, 2009.

The remaining 15% professional fee balance of $11,029 is payable upon the Court's allowance
of A&M's Final Fee Application.



55 West Monroe Street, Suite 4000, Chicago, IL 60603
Phone: 312.601.4220  Fax: 312.332.4599
www.alvarezandmarsal.com

The following schedules are attached in support of this Monthly Fee Request:

- A distribution list of Notice Parties
- An invoice summarizing the amounts owed to A&M for the Covered Period pursuant to the Interim Compensation Order
- Exhibit A:  Summary of Time Detail by Task
- Exhibit B:  Summary of Time Detail by Professional
- Exhibit C:  Summary of Time Detail by Task and Professional
- Exhibit D:  Summary of Expenses by Category
- Exhibit E:  Expense Detail by Category

If you have any questions, please do not hesitate to contact me at (312) 601-4220.

Best Regards,

Michael J. Starshak
Managing Director
Alvarez & Marsal North America LLC

Enclosure

MJS/dtb



55 West Monroe Street, Suite 4000, Chicago, IL 60603
Phone: 312.601.4220  Fax: 312.332.4599
**www.alvarezandmarsal.com**

## <u>NOTICE PARTIES FOR MONTHLY FEE REQUEST</u>

LandAmerica Financial Group, Inc.
Attn: Anna King, Esq.
Attn: Chad Perrine, Esq.
Attn: G. William Evans
5600 Cox Road
Glen Allen, VA 23060
cperrine@landam.com
aking@landam.com
bevans@landam.com


Willkie Farr & Gallagher LLP
Attn: Rachel C. Strickland, Esq.
787 Seventh Avenue
New York, NY 10019-6099
rstrickland@willkie.com


McGuireWoods LLP
Attn: Dion W. Hayes, Esq.
One James Center
901 East Cary Street
Richmond, Virginia 23219
dhayes@mcguirewoods.com


Office of the United States Trustee for the
Eastern District of Virginia
Attn: Robert B. Van Arsdale, Esq.
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
robert.b.van.arsdale@usdoj.gov

Bingham McCutchen LLP
Attn: Jeffrey S. Sabin, Esq.
399 Park Avenue
New York, NY 10029
jeffrey.sabin@bingham.com


LeClairRyan A Professional Corporation
Attn: Bruce Matson, Esq.
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
bruce.matson@leclairryan.com


Akin Gump Strauss Hauer & Feld LLP
Attn: Charles R. Gibbs, Esq.
1700 Pacific Avenue, Suite 4100
Dallas, TX  75201-4675
cgibbs@akingump.com


Tavenner & Beran, PLC
Attn: Lynn Tavenner, Esq.
20 North Eighth Street Second Floor,
Richmond, Virginia 23219
ltavenner@tb-lawfirm.com

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 3



55 West Monroe Street, Suite 4000, Chicago, IL 60603
Phone: 312.601.4220  Fax: 312.332.4599
**www.alvarezandmarsal.com**

### MONTHLY FEE REQUEST FOR PROFESSIONAL SERVICES RENDERED

**Invoice Number 83760-12**

**For professional services rendered on behalf of The Official Committee of Unsecured Creditors of LandAmerica Financial Group, Inc.**

**From November 1, 2009 through November 30, 2009**

| | | |
|---|---|---|
| **Professional Fees at 100%** | $ | **73,529** |
| **Less: 15% Holdback** | | **(11,029)** |
| **Fees Currently Payable at 85%** | $ | **62,500** |
| **Out-of-Pocket Expenses at 100%** | | **3,101** |
| **Total Fees and Expenses Currently Payable** | $ | **65,601** |

**Cumulative unpaid 15% holdback fees subject to Court approval**

| | | |
|---|---|---|
| **Invoice 83760-10 (September 1-30, 2009)** | $ | **17,064** |
| **Invoice 83760-11 (October 1-31, 2009)** | | **15,872** |
| **Invoice 83760-12 (November 1-30, 2009)** | | **11,029** |
| **Total Holdback Fees Due Upon Court Approval** | $ | **43,965** |

*Wiring Instructions:*
Bank:        JP Morgan Chase
ABA:         021000021
For further credit of:
        Account Name:      Alvarez & Marsal LLC
        Account Number:   957347820
        Reference:            Invoice 83760-12

*Mailing Instructions:*
Alvarez & Marsal
Attn: Liz Carrington
600 Lexington Avenue, Sixth Floor
New York, NY  10022
Reference #: Invoice 83760-12

NORTH AMERICA • EUROPE • MIDDLE EAST • ASIA • LATIN AMERICA

Alvarez & Marsal
North America, LLC

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 3

*Exhibit A*

<div style="border:1px solid black; padding:10px;">

*LandAmerica Financial Group, Inc., et al.*
*Summary of Time Detail by Task*
*November 1, 2009 through November 30, 2009*

</div>

| Task Category | Sum of Hours | Sum of Fees |
|---|---|---|
| Admin | 6.7 | $3,028.50 |
| Debtor Meetings | 1.5 | $975.00 |
| Liquidation Plan | 106.1 | $54,625.00 |
| Travel | 7.8 | $4,500.00 |
| UCC Meetings | 16.0 | $10,400.00 |
| **Total** | **138.1** | **$73,528.50** |

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 3

*Exhibit B*

> ## *LandAmerica Financial Group, Inc., et al.*
> ## *Summary of Time Detail by Professional*
> ## *November 1, 2009 through November 30, 2009*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650.00 | 33.0 | $21,450.00 |
| Bob McEvoy | Director | $500.00 | 101.5 | $50,750.00 |
| Damon Busse | Manager | $450.00 | 2.5 | $1,125.00 |
| Mary Napoliello | Paraprofessional | $185.00 | 1.1 | $203.50 |
| **Total** | | | **138.1** | **$73,528.50** |

Deszczynski Fourth and Final Fee Application - Exhibit 3

*Exhibit C*

**LandAmerica Financial Group, Inc., et al.**
**Summary of Time Detail by Professional**
**November 1, 2009 through November 30, 2009**

Admin

Address administrative matters related to the engagement, including
coordinating meetings, conference calls and the delivery of information, and
preparing or reviewing court documents and general case management including
billing and fee applications.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650 | 1.0 | $650.00 |
| Bob McEvoy | Director | $500 | 2.1 | $1,050.00 |
| Damon Busse | Manager | $450 | 2.5 | $1,125.00 |
| Mary Napoliello | Paraprofessional | $185 | 1.1 | $203.50 |
| | | | 6.7 | $3,028.50 |
| | *Average Billing Rate* | | | $452.01 |

*Page 1 of 5*

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 3

*Exhibit C*

*LandAmerica Financial Group, Inc., et al.*
*Summary of Time Detail by Professional*
*November 1, 2009 through November 30, 2009*

**Debtor Meetings**                    **Prepare for and participate in meetings with Debtor and/or its counsel or financial advisors.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650 | 1.5 | $975.00 |
| | | | 1.5 | $975.00 |
| | *Average Billing Rate* | | | $650.00 |

*Page 2 of 5*

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 3

*Exhibit C*

## LandAmerica Financial Group, Inc., et al.
## Summary of Time Detail by Professional
## November 1, 2009 through November 30, 2009

**Liquidation Plan**          Review and analysis of Debtor's post-petition plans, financial statements, and
                              schedules. Prepare runoff analysis.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650 | 10.5 | $6,825.00 |
| Bob McEvoy | Director | $500 | 95.6 | $47,800.00 |
| | | | 106.1 | $54,625.00 |
| | | *Average Billing Rate* | | $514.84 |

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 3

*Exhibit C*

*LandAmerica Financial Group, Inc., et al.*
*Summary of Time Detail by Professional*
*November 1, 2009 through November 30, 2009*

**Travel**                              **Non-working travel time at 50% of total unbilled travel time.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650 | 4.0 | $2,600.00 |
| Bob McEvoy | Director | $500 | 3.8 | $1,900.00 |
| | | | 7.8 | $4,500.00 |
| | *Average Billing Rate* | | | $576.92 |

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 3

*Exhibit C*

### *LandAmerica Financial Group, Inc., et al.*
### *Summary of Time Detail by Professional*
### *November 1, 2009 through November 30, 2009*

**UCC Meetings**                    **Prepare for and participate in meetings with the UCC and/or its counsel to discuss company status and options.**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650 | 16.0 | $10,400.00 |
| | | | 16.0 | $10,400.00 |
| | *Average Billing Rate* | | | $650.00 |

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 3

*Exhibit D*

**LandAmerica Financial Group, Inc., et al.**
**Summary of Expense Detail by Category**
**November 1, 2009 through November 30, 2009**

| Expense Category | Sum of Expenses |
| --- | --- |
| Airfare | $1,673.60 |
| Lodging | $862.07 |
| Meals | $220.92 |
| Other | $157.15 |
| Transportation | $187.50 |
| **Total** | **$3,101.24** |

Perez & Morad Fourth and Final Fee Application - Exhibit 3

*Exhibit E*

## LandAmerica Financial Group, Inc., et al.
### Expense Detail by Category
### November 1, 2009 through November 30, 2009

### *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Bob McEvoy | 11/17/2009 | $205.20 | Chargeable airfares: RT NYC-RIC |
| Michael Starshak | 10/28/2009 | $489.60 | Chargeable airfares: EWR to PBI |
| Michael Starshak | 10/28/2009 | $319.60 | Chargeable airfares: PBI to EWR |
| Michael Starshak | 11/17/2009 | $659.20 | Chargeable airfares: RT PBI-LGA |
| **Expense Category Total** | | **$1,673.60** | |

### *Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Bob McEvoy | 11/19/2009 | $404.97 | Chargeable Hotel Costs: 11/17 - 11/19 |
| Michael Starshak | 11/19/2009 | $457.10 | Chargeable Hotel Costs: 11/17 - 11/19 |
| **Expense Category Total** | | **$862.07** | |

### *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Bob McEvoy | 11/17/2009 | $77.71 | Out-of-town dinner: McEvoy, Starshak |
| Michael Starshak | 11/17/2009 | $53.84 | Out-of-town dinner: Starshak, McEvoy |
| Michael Starshak | 11/18/2009 | $89.37 | Out-of-town dinner: Starshak, Matson, McEvoy, Clark, Sabin |
| **Expense Category Total** | | **$220.92** | |

### *Other*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Bob McEvoy | 11/1/2009 | $64.32 | 09/18/09-10/17/09 Wireless Usage Charges |
| Bob McEvoy | 11/19/2009 | $48.60 | Costs for use of hotel printing/copying facilities |

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 3

*Exhibit E*

**LandAmerica Financial Group, Inc., et al.**
**Expense Detail by Category**
**November 1, 2009 through November 30, 2009**

### Other

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Starshak | 11/1/2009 | $43.66 | 09/18/09-10/17/09 Wireless Usage Charges |
| Steve Kotarba | 11/1/2009 | $0.57 | 09/18/09-10/17/09 Wireless Usage Charges |
| **Expense Category Total** | | **$157.15** | |

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Bob McEvoy | 11/17/2009 | $55.00 | Chargeable Taxi Fares: RIC to office |
| Bob McEvoy | 11/23/2009 | $30.50 | Chargeable Taxi Fares: RIC to office |
| Michael Starshak | 10/28/2009 | $13.00 | Airport parking at PBI: 10/24 - 10/28 |
| Michael Starshak | 11/17/2009 | $21.50 | Airport shuttle from RIC to hotel |
| Michael Starshak | 11/19/2009 | $46.00 | Airport parking at PBI: 11/17 - 11/19 |
| Michael Starshak | 11/19/2009 | $21.50 | Airport shuttle from hotel to RIC |
| **Expense Category Total** | | **$187.50** | |
| **Grand Total** | | **$3,101.24** | |



55 West Monroe Street, Suite 4000, Chicago, IL 60603
Phone: 312.601.4220  Fax: 312.332.4599
www.alvarezandmarsal.com

**Invoice Number 83760-13**

January 15, 2009

LandAmerica Financial Group, Inc.
5600 Cox Road
Glen Allen, VA 23060

Re:     Alvarez & Marsal invoice

Enclosed is an invoice for professional fees and expenses for the period from December 1, 2009
through December 6, 2009.

The following schedules are attached in support of this invoice:

- Exhibit A:  Summary of Time Detail by Task
- Exhibit B:  Summary of Time Detail by Professional
- Exhibit C:  Summary of Time Detail by Task and Professional
- Exhibit D:  Summary of Expenses by Category
- Exhibit E:  Expense Detail by Category

If you have any questions, please do not hesitate to contact me at (312) 601-4220.

Best Regards,

Michael J. Starshak
Managing Director
Alvarez & Marsal North America LLC

Enclosure

MJS/dtb

NORTH AMERICA • EUROPE • MIDDLE EAST • ASIA • LATIN AMERICA

Alvarez & Marsal
North America, LLC

**ALVAREZ & MARSAL**

55 West Monroe Street, Suite 4000, Chicago, IL 60603
Phone: 312.601.4220  Fax: 312.332.4599
**www.alvarezandmarsal.com**

**Invoice Number 83760-13**

January 15, 2009

LandAmerica Financial Group, Inc.
5600 Cox Road
Glen Allen, VA 23060

**For professional services rendered on behalf of The Official Committee of Unsecured Creditors of LandAmerica Financial Group, Inc.**

**From December 1, 2009 through December 6, 2009**

| | | |
|---|---|---|
| **Professional Fees** | $ | 7,350 |
| **Out-of-Pocket Expenses** | | 87 |
| **Total Fees and Expenses** | $ | 7,437 |

**Cumulative unpaid 15% holdback fees subject to Court approval**

| | | |
|---|---|---|
| **Invoice 83760-10 (September 1-30, 2009)** | $ | 17,064 |
| **Invoice 83760-11 (October 1-31, 2009)** | | 15,872 |
| **Invoice 83760-12 (November 1-30, 2009)** | | 11,029 |
| **Total Holdback Fees Due Upon Court Approval** | $ | 43,965 |

*Wiring Instructions:*
    Bank:       JP Morgan Chase
    ABA:       021000021
    For further credit of:
        Account Name:    Alvarez & Marsal LLC
        Account Number:  957347820
        Reference:       Invoice 83760-13

*Mailing Instructions:*
    Alvarez & Marsal
    Attn: Liz Carrington
    600 Lexington Avenue, Sixth Floor
    New York, NY  10022
    Reference #: Invoice 83760-13

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 4

*Exhibit A*

*LandAmerica Financial Group, Inc., et al.*
*Summary of Time Detail by Task*
*December 1, 2009 through December 6, 2009*

| Task Category | Sum of Hours | Sum of Fees |
|---|---|---|
| Admin | 2.0 | $1,300.00 |
| Liquidation Plan | 7.9 | $4,100.00 |
| UCC Meetings | 3.0 | $1,950.00 |
| **Total** | **12.9** | **$7,350.00** |

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 4

*Exhibit B*

**LandAmerica Financial Group, Inc., et al.**
**Summary of Time Detail by Professional**
**December 1, 2009 through December 6, 2009**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650.00 | 6.0 | $3,900.00 |
| Bob McEvoy | Director | $500.00 | 6.9 | $3,450.00 |
| | | **Total** | **12.9** | **$7,350.00** |

*Page 1 of 1*

*Exhibit C*

*LandAmerica Financial Group, Inc., et al.*
*Summary of Time Detail by Professional*
*December 1, 2009 through December 6, 2009*

Admin                Address administrative matters related to the engagement, including
                     coordinating meetings, conference calls and the delivery of information, and
                     preparing or reviewing court documents and general case management including
                     billing and fee applications.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650 | 2.0 | $1,300.00 |
| | | | 2.0 | $1,300.00 |
| | *Average Billing Rate* | | | $650.00 |

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 4

*Exhibit C*

*LandAmerica Financial Group, Inc., et al.*
*Summary of Time Detail by Professional*
*December 1, 2009 through December 6, 2009*

**Liquidation Plan**              Review and analysis of Debtor's post-petition plans, financial statements, and
                                  schedules. Prepare runoff analysis.

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650 | 1.0 | $650.00 |
| Bob McEvoy | Director | $500 | 6.9 | $3,450.00 |
| | | | 7.9 | $4,100.00 |
| | *Average Billing Rate* | | | $518.99 |

*Page 2 of 3*

Alvarez & Marsal Fourth and Final Fee Application - Exhibit 4

*Exhibit C*

*LandAmerica Financial Group, Inc., et al.*
*Summary of Time Detail by Professional*
*December 1, 2009 through December 6, 2009*

**UCC Meetings**                    **Prepare for and participate in meetings with the UCC and/or its counsel to discuss company status and options.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Starshak | Managing Director | $650 | 3.0 | $1,950.00 |
| | | | 3.0 | $1,950.00 |
| | | *Average Billing Rate* | | $650.00 |

*Page 3 of 3*

*Exhibit D*

*LandAmerica Financial Group, Inc., et al.*
*Summary of Expense Detail by Category*
*December 1, 2009 through December 6, 2009*

| Expense Category | Sum of Expenses |
|---|---|
| Other | $86.96 |
| **Total** | **$86.96** |

*Exhibit E*

*LandAmerica Financial Group, Inc., et al.*
*Expense Detail by Category*
*December 1, 2009 through December 6, 2009*

*Other*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Bob McEvoy | 12/1/2009 | $67.62 | 10/18/19-11/17/09 Wireless Usage Charges |
| Michael Starshak | 12/1/2009 | $19.34 | 10/18/19-11/17/09 Wireless Usage Charges |
| **Expense Category Total** | | **$86.96** | |
| *Grand Total* | | **$86.96** | |

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LandAmerica Financial Group, Inc., et al., | ) | **Case No. 08-35994 (KRH)** |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER APPROVING FOURTH AND FINAL APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC AND ALVAREZ &
MARSAL DISPUTE ANALYSIS & FORENSIC SERVICES, LLC AS
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF LANDAMERICA FINANCIAL GROUP, INC, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF OUT OF POCKET
EXPENSES FOR THE PERIOD SEPTEMBER 1, 2009 THROUGH DECEMBER 6, 2009**

This matter came before the Court upon the Fourth and Final Application Of Alvarez &

Marsal North America, LLC And Alvarez & Marsal Dispute Analysis & Forensic Services, LLC

As Financial Advisors To The Official Committee Of Unsecured Creditors Of LandAmerica

Financial Group, Inc, For Allowance Of Compensation And Reimbursement Of Out Of Pocket

Expenses For The Period September 1, 2009 through December 6, 2009 (the "Fee Application")

filed by LeClair Ryan, a Professional Corporation ("LeClair Ryan"), counsel for the Official

Committee of Unsecured Creditors of LandAmerica Financial Group, Inc. (the "Committee").

The Court, having reviewed the Fee Application and having heard the statements of counsel in

support of the relief requested therein at a hearing on the Fee Application (the "Hearing") and the

Court finding that: (i) jurisdiction is proper pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a

core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) notice of the Fee Application and

Hearing was proper and sufficient; (iv) there are no objections to the Fee Application; and (v) payment of the requested compensation and reimbursement of expenses as allowed herein is reasonable; it is hereby

ORDERED as follows:

1.      Pursuant to 11 U.S.C. § 331, the Fee Application is approved.

2.      Capitalized terms not otherwise defined herein shall have the meanings given to them in the Fee Application.

3.      Compensation in the amount of $300,455 for professional services rendered to the Committee and reimbursement of $7,681 for out-of-pocket expenses incurred for the Committee's benefit from and including September 1, 2009, through and including December 6, 2009, is hereby allowed.

4.      All amounts sought in the First Interim Application as approved in the First Interim Compensation Order are hereby allowed and approved on a final basis.  Amounts paid pursuant to the First Interim Compensation Order are hereby approved on a final basis.

5.      All amounts sought in the Second Interim Application as approved in the Second Interim Compensation Order are hereby allowed and approved on a final basis.  Amounts paid pursuant to the Second Interim Compensation Order are hereby approved on a final basis.

6.      All amounts sought in the Third Interim Application as approved in the Third Interim Compensation Order are hereby allowed and approved on a final basis.  Amounts paid pursuant to the Third Interim Compensation Order are hereby approved on a final basis.

7.      The LFG Trustee is authorized and directed to pay all professional fees and expenses awarded herein.

8.    Upon entry, the Clerk shall serve a copy of this Order on those parties on the

attached Service List.


ENTERED:                            _____

                                   UNITED STATES BANKRUPTCY JUDGE

3

*Alvarez & Marsal Fourth and Final Fee Application - Exhibit 5*

WE ASK FOR THIS:


/s/ Martha E. Hulley_____
Counsel

Jeffrey S. Sabin (*admitted pro hac vice*)
Mark M. Elliott (*admitted pro hac vice*)
BINGHAM McCUTCHEN LLP
399 Park Ave.
New York, New York 10029
Telephone: (212) 705-7000
Facsimile: (212) 752-5378

-and-

Bruce H. Matson (Va. Bar No. 29874)
Christopher L. Perkins (Va. Bar No. 41783)
Martha E. Hulley (Va. Bar No. 73052)
LECLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219
(804) 783-2003

*Counsel for The Official Committee of Unsecured Creditors*
*Of LandAmerica Financial Group, Inc.*



SEEN AND NO OBJECTION:



_____
Robert B. Van Arsdale, Esq.
Assistant U.S. Trustee
Office of the U.S. Trustee
600 East Main Street, Suite 301
Richmond, Virginia 23219

**Alvarez & Marsal Fourth and Final Fee Application - Exhibit 5**

## <u>RULE 9022-1 CERTIFICATION</u>

      Pursuant to LBR 9022-1, I hereby certify that true copies of the foregoing has been endorsed by and/or served upon all necessary parties.


<div align="right">

/s/ Martha E. Hulley         
Counsel

</div>

### SERVICE LIST

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
  *Assistant United States Trustee*

Dion W. Hayes, Esq.
John H. Maddock, III, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
  *Counsel for the Debtors*

Paul V. Shaloub, Esq.
WILLKIE FARR & GALLAGHER, LLP
787 Seventh Avenue
New York, New York 10019
  *Counsel for the Debtors*

Charles R. Gibbs, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
  *Counsel for the Official Committee of Unsecured Creditors*
  *for LandAmerica 1031 Exchange Services, Inc.*

Lynn Tavenner, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
  *Counsel for the Official Committee of Unsecured Creditors*
  *of LandAmerica 1031 Exchange Services, Inc.*

Bruce H. Matson, Esq.
LECLAIRRYAN
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
  *The LFG Trustee*

Gerard A. McHale, Jr., Esq.

6

**Alvarez & Marsal Fourth and Final Fee Application - Exhibit 5**

1601 Jackson Street, Suite 200
Fort Meyers, Florida 33901
*The LES Trustee*