**Hearing Date: February 9, 2010 at 10:00 a.m.**
**Objection Deadline: February 5, 2010**

Paul V. Shalhoub (Admitted *Pro Hac Vice*)
Rachel C. Strickland (Admitted *Pro Hac Vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

– and –

Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
(804) 775-1000

Attorneys for LandAmerica OneStop, Inc.,
Post-Effective Date LFG, and the LFG Liquidation Trust

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LandAmerica Financial Group, Inc., *et al*. | : | Case No. 08-35994 (KRH) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------x

**NOTICE OF APPLICATIONS AND NOTICE OF HEARINGS ON (A) FINAL APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MCGUIREWOODS LLP AND WILLKIE FARR & GALLAGHER, LLP, CO-COUNSEL TO THE DEBTORS, FOR SERVICES RENDERED FROM NOVEMBER 26, 2008 THROUGH DECEMBER 6, 2009, (B) FIRST AND FINAL APPLICATION OF SANDLER O'NEIL & PARTNERS, L.P. FOR ALLOWANCE OF REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 26, 2008 THROUGH DECEMBER 6, 2009, AND (C) SECOND AND FINAL FEE APPLICATION FOR COMPENSATION OF DELOITTE TAX LLP, TAX CONSULTANT TO CERTAIN DEBTORS AND DEBTORS IN POSSESSION, FOR SERVICES RENDERED FROM MARCH 23, 2009 THROUGH DECEMBER 6, 2009**

**PLEASE TAKE NOTICE** that on January 15, 2010, McGuireWoods LLP ("McGuireWoods"), co-counsel to the Debtors, filed its Final Application of McGuireWoods LLP as Counsel for Debtors for Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from November 26, 2008 through December 6, 2009 (the "McGuireWoods Application").  In the McGuireWoods Application, McGuireWoods seeks final approval of compensation in the amount of $11,009,497.75 and reimbursement of expenses in the amount of $208,094.22 for services rendered by McGuireWoods to the Debtors during the period November 26, 2008 through December 6, 2009.

**PLEASE ALSO TAKE NOTICE** that on January 15, 2010, Willkie Farr & Gallagher, LLP ("Willkie Farr"), filed its Final Application of Willkie Farr & Gallagher LLP as Counsel for Debtors for Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from November 26, 2008 through December 6, 2009 (the "Willkie Farr Application"). In the Willkie Farr Application, Willkie Farr seeks final approval of compensation in the amount of $12,685,935.00 and reimbursement of expenses in the amount of $463,560.21 for services rendered by Willkie Farr to the Debtors during the period November 26, 2008 through December 6, 2009.

**PLEASE ALSO TAKE NOTICE** that on January 15, 2010, Sandler O'Neil & Partners, L.P. ("Sandler"), filed its First and Final Application of Sandler O'Neil & Partners, L.P. for Allowance of Reimbursement of Expenses for the Period November 26, 2008 through December 6, 2009 (the "Sandler Application"). In the Sandler Application, Sandler seeks final approval of reimbursement of expenses in the amount of $5,688.91 for expenses incurred in conjunction with services rendered by Sandler to the Debtors during the period November 26, 2008 through December 6, 2009.

**PLEASE ALSO TAKE NOTICE** that on January 15, 2009, Deloitte Tax LLP ("Deloitte Tax"), filed its Second and Final Fee Application for Compensation of Deloitte Tax LLP, Tax Consultant to Certain Debtors and Debtors in Possession, for Services Rendered from March 23, 2009 through December 4, 2009 (the "Deloitte Tax Application," and collectively with the McGuireWoods Application, the Willkie Farr Application, and the Sandler Application, the "Applications"). In the Deloitte Tax Application, Deloitte Tax seeks final approval of compensation in the amount of $1,019,030.02 and reimbursement of expenses in the amount of $18,840.49 for services rendered by Deloitte Tax to the Debtors during the period March 23, 2009 through December 4, 2009.

<u>**Your rights may be affected**</u>. **You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)** Pursuant to section 3.2 of the Joint Chapter 11 Plan of LandAmerica Financial Group, Inc. and its Affiliated Debtors (the "Plan"), unless a written response to an Application is filed with the Clerk of Court and served on the moving party within sixty (60) days from the Effective Date (as defined in the Plan), the Court may deem any opposition waived, treat the Application(s) as uncontested, and issue orders granting the relief requested therein. Specifically, if you do not want the Court to grant the relief requested in the Applications, or if you want the Court to consider your views on any of the Applications, then you or you attorney must:

        [x] File with the Court, either electronically or at the address shown below, a written response pursuant to section 3.2 of the Plan and Local Bankruptcy Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it on or before <u>February 5, 2010.</u>**

                Clerk of Court
                United States Bankruptcy Court
                701 East Broad Street, Suite 4000
                Richmond, Virginia 23219

        [x] Pursuant to the Court's December 23, 2008 Court's Amended Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures, you must also serve a copy of any written response by the foregoing date on the following: (i) the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, counsel for any committee, and counsel to the agents for the Debtors' prepetition lenders; (ii) the 2002 List; and (iii) the Affected Entities (all as defined in the Order). A copy of the Primary Service List is available upon request from McGuireWoods LLP by contacting Diane Morrison at the following email address: [dmorrison@mcguirewoods.com](mailto:dmorrison@mcguirewoods.com)

[X]    Attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **<u>at 10:00 a.m. (Eastern Standard Time) on February 9, 2010</u>** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219. **<u>If you or your attorney do not attend the hearing, the Court may grant the relief requested in the Application</u>**.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Applications and may enter an order granting the relief requested.

3

Dated: Richmond, Virginia
January 15, 2009

    /s/  John H. Maddock III
Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
(804) 775-1000

 - and -

Paul V. Shalhoub (Admitted *Pro Hac Vice*)
Rachel C. Strickland (Admitted *Pro Hac Vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

Attorneys for LandAmerica OneStop, Inc., Post-Effective Date LFG, and the LFG Liquidation Trust

\10423624.1