Charles R. Gibbs (*admitted pro hac vice*)
Sarah Link Schultz (*admitted pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas  75201
Telephone: 214.969.2800
Facsimile: 214.969.4343

Catherine Creely (Virginia Bar No. 4796)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone:  202.887.4000
Facsimile:  205.955.7827

-and-

Lynn Tavenner (Virginia Bar No. 30083)
Paula S. Beran (Virginia Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
Telephone: 804.783.8300
Facsimile: 804.783.0178

*Attorneys for The Official Committee of Unsecured
Creditors of LandAmerica 1031 Exchange Services, Inc.*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LANDAMERICA FINANCIAL GROUP, INC., <u>et al.</u>, | : | Case No. 08-35994-KRH |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## FINAL FEE APPLICATION OF TAVENNER & BERAN, PLC
## FOR ALLOWANCE OF COMPENSATION AND EXPENSE
## REIMBURSEMENT AS LOCAL COUNSEL
## <u>TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

Tavenner & Beran, PLC ("Tavenner & Beran"), local counsel for the former Official Committee of Unsecured Creditors (the "Committee") of LandAmerica 1031 Exchange Services, Inc. ("LES"), submits the following as its Final Application For Allowance Of Compensation And Expense Reimbursement As Local Counsel To The Official Committee of Unsecured Creditors (the "Application") pursuant to 11 U.S.C. §§ 330, 331 and 503(b) and Rule 2016 of the Federal Rules of Bankruptcy Procedure. In this Application, Tavenner & Beran seeks (i) initial approval of compensation in the amount of $81,999.50 and reimbursement of expenses in the amount of $1,462.84 for the period of September 1, 2009 through December 6, 2009 and (ii) final approval of compensation in the  of compensation in the amount of $342,154.00 and reimbursement of expenses in the amount of $8,300.96 for the period of December 8, 2008 through December 6, 2009 and in support thereof states as follows:

**<u>Background</u>**

1.      On November 26, 2008 (the "Petition Date"), LES filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.  LES continues to operate its business and manage its properties as debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. On November 28, 2008, the Court entered an order jointly administering the chapter 11 case of LES with the chapter 11 case of LandAmerica Financial Group, Inc. ("LFG," and together with LES, the "Debtors") for procedural purposes only.

2.      On December 3, 2008, the Office of the United States Trustee (the "U.S. Trustee") appointed the Official Committee of Unsecured Creditors for LandAmerica 1031 Exchange Services, Inc. (the "LES Committee").  On June 4, 2009, the U.S. Trustee added two members to the LES Committee.

3. LES Committee is presently composed of the following seven creditors: (i) Millmar Holdings, LLC (ii) Endless Ocean, LLC (iii) MB Venture, Ltd. (iv) Amarillo Tower Limited, (v) Petaluma Southpoint, LLC, (vi) The Mary and Fred Piro 1987 Trust, and (vii) Gregory D. Schultz.

4. The Committee held its organizational meeting, and decided to retain Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") as its lead counsel, Tavenner & Beran as its local counsel, and Protiviti, Inc. as financial advisors.

5. On or about December 31, 2008, the LES Committee filed an application to employ Tavenner & Beran as its local counsel. On or about January 16, 2009, this Court entered its Order Authorizing Retention And Employment Of Tavenner & Beran, PLC As Local Counsel To The Official Committee of Unsecured Creditors (the "Employment Order").

6. On or about April 14, 2009, Tavenner & Beran filed a First Interim Application of Tavenner & Beran, PLC For Allowance of Compensation and Expense Reimbursement as Local Counsel to the Official Committee of Unsecured Creditors seeking compensation in the amount of $94,128.00 and expense reimbursement of $3,576.84 for the period of December 8, 2008 through and including February 28, 2009 (the "First Interim Application"). On or about June 5, 2009, the Court entered an order approving the First Interim Application (the "First Interim Application Order"). On or about July 15, 2009, Tavenner & Beran filed a Second Interim Application of Tavenner & Beran, PLC For Allowance of Compensation and Expense Reimbursement as Local Counsel to the Official Committee of Unsecured Creditors seeking compensation in the amount of $76,594.50 and reimbursement of expenses in the amount of $2,557.50 for the period of March 1, 2009 through May 31, 2009 (the "Second Interim

Application") and thereafter this Court entered an order approving the Second Interim Application (the "Second Interim Application Order"). On or about October 15, 2009, Tavenner & Beran filed a Third Interim Application of Tavenner & Beran, PLC For Allowance of Compensation and Expense Reimbursement as Local Counsel to the Official Committee of Unsecured Creditors seeking compensation in the amount of $89,432.00 and reimbursement of expenses in the amount of $703.78 for the period of June 1, 2009 through August 31, 2009 (the "Third Interim Application") and, thereafter, this Court entered an order approving the Third Interim Application (the "Third Interim Application Order").

7. Since the filing of the First Interim Application, Second Interim Application, and the Third Interim Application, Tavenner & Beran has rendered additional professional services to the Committee from and including September 1, 2009 through and including December 6, 2009 for which it seeks compensation in the amount of $81,999.50. Attached hereto as <u>Exhibit A</u> is a statement of the fees incurred.

8. During this time, Tavenner & Beran incurred $1,462.84 in out-of-pocket expenses for which it seeks reimbursement. Attached hereto as <u>Exhibit A</u> is a statement of the expenses incurred.

9. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**<u>Employment and Case Status</u>**

10. As authorized in the Employment Order, the terms of Tavenner & Beran's employment are as follows: Tavenner & Beran charges legal fees on an hourly basis at its attorneys' hourly rates, which are set in accordance with the attorneys' seniority and experience.

Tavenner & Beran also charges the Committee for its actual out-of-pocket expenses incurred such as copying, long distance telephone, travel, overnight mail, telecopies, computer research and other disbursements.

11.     The names of all Tavenner & Beran attorneys and paralegals requesting compensation and their respective hourly rates are set forth on Exhibit A attached hereto.

12.     To the best of Tavenner & Beran's knowledge, information and belief, the Debtors are paying post-petition expenses in the ordinary course and/or as required by this Court.  To the best of Tavenner & Beran's knowledge, information and belief, the Debtors have sufficient funds on hand to pay the compensation and reimbursement of expenses requested herein.

13.     Tavenner & Beran filed its First Interim Application, Second Interim Application, and Third Interim Application but Tavenner & Beran has not previously filed an application for the interim allowance of compensation and expense reimbursement as sought in this Application.

**Summary of Services Rendered**

14.     For the time period September 1, 2009 through December 6, 2009, Tavenner & Beran provided various services to the Committee, which may be summarized as follows:

A.     Asset Analysis and Recovery:  - Total Hours 3.00          Total $850.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[1] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 2.50 | $850.00 |
| Paula S. Beran | 1992 | $0.00 | .50 | $0.00 |

Description
Analysis of estate assets.

---

[1] Certain hours were recorded but not billed to the estate.

Attached hereto as <u>Exhibit A – Asset Analysis and Recovery Section</u> is a complete statement of such services rendered by Tavenner & Beran.

<u>Necessary and Benefit to the Estate</u>
Tavenner & Beran assisted the Committee with its review and oversight of the estates' assets.

B.  <u>Asset Disposition</u>:  - Total Hours  5.60                     Total $1,904.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 5.60 | $1,90400 |
| | | | | |

<u>Description</u>
Conferences, correspondence, document review, and Court appearances related to the Committee's review of asset disposition.

Attached hereto as <u>Exhibit A – Asset Disposition Section</u> is a complete statement of such services rendered by Tavenner & Beran.

<u>Necessary and Benefit to the Estate</u>
Tavenner & Beran assisted the Committee with its review and oversight of the disposition of estates' assets.

C.  <u>Business Operations</u>:  - Total Hours 14.80                     Total $4,692.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[2] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 13.80 | $4,692.00 |
| Paula S. Beran | 1992 | $0.00 | 1.00 | $0.00 |

<u>Description</u>
Conferences, correspondence and document review related to the Committee's review of the Debtors' operations.

Attached hereto as <u>Exhibit A – Business Operations Section</u> is a complete statement of such services rendered by Tavenner & Beran.

<u>Necessity and Benefit to the Estate</u>
Tavenner & Beran assisted the Committee in its review and oversight of the Debtors' operations.

---

[2] Certain hours were recorded but not billed to the estate.

D.    Case Administration: - Total Hours  64.10                    Total $11,914.50

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 21.90 | $7,446.00 |
| Paula S. Beran | 1992 | $330.00 | 2.40 | $792.00 |
| David L. Leadbeater | N/A | $95.00 | 38.70 | $3676.50 |
| Paula S. Beran | 1992 | $00.00 | 1.10 | $00.00 |

Description
Conferences, correspondence, document preparation and review and Court appearances on case administrative matters.


Attached hereto as Exhibit A – Case Administration Section is a complete statement of such services rendered by Tavenner & Beran.

Necessity and Benefit to the Estate
These services were necessary to assist the Committee in the administration of these cases.

E.    Claims Administration:  - Total Hours 5.40                    Total $1836.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 5.4 | $1836.00 |
|  |  |  |  |  |

Description
Correspondence, conferences, document review and research regarding pre and post-petition creditor claims.

Attached hereto as Exhibit A – Claims Administration Section is a complete statement of such services rendered by Tavenner & Beran.

Necessity and Benefit to the Estate
These services were necessary to assist the Committee in its analysis of creditor claims.

F.    Creditors Meeting:  - Total Hours 5.20                    Total $1598.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 4.70 | $1598.00 |
| Paula S. Beran | 1992 | $330.00 | .50 | $00.00 |

Description
Prepare for and attend § 341 meetings and other creditor related meetings.


Attached hereto as <u>Exhibit A – Creditors Meeting Section</u> is a complete statement of such services rendered by Tavenner & Beran.

<u>Necessity and Benefit to the Estate</u>
These services were necessary to assist the Committee with its review of case matters.

G.      <u>Fee/Employment Applications</u>:  - Total Hours 12.20          Total $4,029.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 10.20 | $3468.00 |
| Paula S. Beran | 1992 | $330.00 | 1.70 | $561.00 |
| Paula S. Beran | 1992 | $00.00 | .30 | $00.00 |

Description
Correspondence, conferences, document preparation, document review and Court appearances relating to the employment and/or compensation of bankruptcy professionals.

Attached hereto as <u>Exhibit A – Fee/Employment Applications Section</u> is a complete statement of such services rendered by Tavenner & Beran.

<u>Necessity and Benefit to the Estate</u>
These services were necessary for the Committee to be properly represented and advised by its professionals.

H.       <u>Litigation</u>:  -  Total Hours 12.50                    Total $3,991.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[3] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 9.70 | $3298.00 |
| Paula S. Beran | 1992 | $330.00 | 2.10 | $693.00 |
| Paula S. Beran | 1992 | $0.00 | .70 | $0.00 |

Description
Correspondence, conferences, document preparation, document review and Court appearances relating to litigation matters for and against the estate.

Attached hereto as <u>Exhibit A – Litigation Section</u> is a complete statement of such services rendered by Tavenner & Beran.

Necessary and Benefit to the Estate
These services assisted the Committee in preservation of estate assets and pursuit of information to prosecute claims on behalf of the estate.

I.  <u>Plan and Disclosure Statement</u>:   -   Total Hours 164.00          Total $50,097.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[4] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 145.50 | $49,470.00 |
| Paula S. Beran | 1992 | $0.00 | 0.50 | $0.00 |
| Paula S. Beran | 1992 | $330.00 | 1.90 | $627.00 |

Description
Correspondence, conferences, document preparation, document review and Court appearances relating to plan issues.

Attached hereto as <u>Exhibit A – Plan and Disclosure Statement Section</u> is a complete statement of such services rendered by Tavenner & Beran.

Necessary and Benefit to the Estate
These services were necessary to assist the Committee in its review of issues related to a plan.

J.  <u>Relief from Stay</u>:  -  Total Hours 3.20          Total $1,088.00

---

[3] Certain hours were recorded but not billed to the estate.
[4] Certain hours were recorded but not billed to the estate.

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 3.20 | $1088.00 |

Description
Correspondence, conferences, document preparation, document review and Court appearances relating to the application of the automatic stay.

Attached hereto as Exhibit A – Relief from Stay Section is a complete statement of such services rendered by Tavenner & Beran.

Necessary and Benefit to the Estate
These services were necessary to assist the Committee's review of parties seeking relief from the automatic stay.

15.     The total amount of interim compensation requested by Tavenner & Beran is based on the hourly rates normally charged by the attorneys and the paralegals who performed legal services for the Committee in this matter are further summarized on Exhibit A.

16.     Pursuant to the Order Establishing Procedures For Interim Compensation entered on December 22, 2008 (the "Interim Compensation Order"), Tavenner & Beran could have sought eighty-five percent (85%) of certain of its monthly fees and one hundred percent (100%) of certain of its monthly expenses.  In regard to this Application, in total, Tavenner & Beran has received $00.00 in fees and $00.00 in expenses.  See Exhibit B attached hereto for a statement of those payments.  Therefore, fees and expenses in the amount of $81,999.50 and expenses in the amount of $1,462.84 remain outstanding.

17.     Attached hereto as Exhibit B is a summary sheet concerning this Application. The First Interim Application, the Second Interim Application and the Third Interim Application contained summary sheets for the time periods addressed therein.  All said applications are on file with this Court.  Summaries of the same can be found on Exhibit B.

18.     The fees sought by Tavenner & Beran are reasonable for the work it performed in the specialized area of bankruptcy and in practice before the United States Bankruptcy Court. Such fees are customary for specialized bankruptcy practice and are comparable in amount to services rendered by other attorneys in the area.  The fees sought herein are reasonable considering the nature and extent of the work, the time spent, and the value of the services.

19.     This final application is submitted pursuant to Section 3.2 of the Joint Chapter 11 Plan of LandAmerica Financial Group, Inc and Its Affiliated Debtors (as modified, the "Plan") and paragraph 26 of this Court's order confirming the Plan (Docket No. 2666) (the "Confirmation Order").

## Applicable Legal Standard

20.     The Bankruptcy Code sets forth the legal standards for awarding compensation to professionals.  The format for fee applications is set forth in the Compensation Guidelines for Professionals in the United States Bankruptcy Court for the Eastern District of Virginia (the "Guidelines").

21.     Under § 330 and of the Bankruptcy Code, the Court may award counsel to the Committee reasonable compensation for actual, necessary services rendered by such attorneys and paraprofessionals employed by such attorneys based on the nature, extent and value of the services rendered, time spent on such services and the cost of comparable services other than in a bankruptcy case.  Furthermore, the Court may award reimbursement for actual, necessary expenses.

22.     The expenses incurred by Tavenner & Beran, as set forth herein, are reasonable and necessary charges for items such as photocopying, long distances telephone calls, facsimiles,

delivery services and messenger services, transcript preparation and filing fees. Photocopy charges are assessed at fifteen cents ($.20) per page which Tavenner & Beran believes to be at least comparable with the average charge in this area. Facsimiles were charged at the rate of one dollar ($1.00) per page, which Tavenner & Beran believes to be a reasonable charge for such an expense.

23.     Under the "lodestar" approach, the Court should consider the number of hours of service reasonably devoted to the case multiplied by the attorney's reasonable rates. Courts frequently consider the specific "lodestar" factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974). These lodestar tests were adopted by the Fourth Circuit in Barber v. Kimbrells, Inc., 577 F.2d 216, 226 (4th Cir.), cert. denied, 439 U.S. 934 (1978), and in Anderson v. Morris, 658 F.2d 246, 249 (4th Cir. 1981), where the Fourth Circuit held that the District Court should employ the lodestar approach, and then adjust the fee on the basis of the remaining Johnson factors in the case. The following are the Johnson factors:

     (a)     the time and labor required;
     (b)     the novelty and difficulty of the questions;
     (c)     the skill requisite to perform the legal service properly;
     (d)     the preclusion of other employment by the attorney due to acceptance of the case;
     (e)     the customary fee;
     (f)     whether the fee is fixed or contingent;
     (g)     time limitations imposed by the client or the circumstances;
     (h)     the amount involved and the results obtained;
     (i)     the experience, reputation and ability of the attorneys;
     (j)     the "undesirability" of the case;
     (k)     the nature and length of the professional relationship with the client; and
     (l)     awards in similar cases.

Johnson, 488 F.2d at 717-719; Barber, 577 F.2d at 226, n.28; Anderson, 658 F.2d at 248, n.2.

24.     Tavenner & Beran believes that the services rendered to the Committee and the out-of-pocket expenses incurred therewith were necessary and reasonable in view of the

Committee's obligations in these cases and the scope and nature of the matters in which the Committee was involved to competently represent the Committee.

25.     Upon information and belief, the rates charged by Tavenner & Beran are less than legal fees charged by other law firms in comparable Chapter 11 cases.  Tavenner & Beran believes that the fees requested herein clearly satisfy the <u>Johnson</u> factors as set forth above.

## <u>Conclusion</u>

WHEREFORE, Tavenner & Beran submits this Application for (i) initial approval of compensation in the amount of $81,999.50 and reimbursement of expenses in the amount of $1,462.84 for the period of September 1, 2009 through December 6, 2009 and (ii) final approval of compensation in the of compensation in the amount of $342,154.00 and reimbursement of expenses in the amount of $8,300.96 for the period of December 8, 2008 through December 6, 2009.  Tavenner & Beran respectfully requests that the Court enter an Order substantially in the form attached hereto as <u>Exhibit C</u> approving the compensation and reimbursement of expenses requested herein, authorizing and directing the Debtors to pay such amounts and granting such other and further relief as the Court deems appropriate

TAVENNER & BERAN, PLC


By:     <u>   */s/ Lynn L. Tavenner*                        </u>
                          Co-Counsel

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
E-mail:  ltavenner@tb-lawfirm.com
              pberan@tb-lawfirm.com


Local Co-Counsel for the Official Committee of Unsecured
Creditors

-and-

Charles R. Gibbs (*admitted pro hac vice*)
Sarah Link Schultz (*admitted pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue
Suite 4100
Dallas, Texas 75201
Telephone: 214-969-2800
Facsimile:  214-969-4343

Catherine Creely (VA Bar No. 4796)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Lead Counsel for the Official Committee of Unsecured
Creditors

## CERTIFICATE OF SERVICE

I hereby certify that on or before the 15th day of January 15, 2010 a true copy of the foregoing Final Application Of Tavenner & Beran, PLC For Allowance Of Compensation And Expense Reimbursement As Local Counsel For The Official Committee of Unsecured Creditors was served via first-class mail, postage-prepaid and/or electronic delivery to:

Robert B. Van Arsdale – Via email:
robert.b.van.arsdale@usdoj.gov
June E. Turner – Via email:
june.e.turner@usdoj.gov
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Chad Perrine
cperrine@landam.com
LandAmerica Financial Group, Inc.
5600 Cox Road
Glen Allen, VA 23060

Jeffrey S. Sabin, Esq. – Via Email:
jeffrey.sabin@bingham.com
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Gerard A McHale, Jr, Trustee
Services, Inc. Liquidating Trust
1601 Jackson street, Suite 200
Fort Myers, Florida 33901
jerrym@thereceiver.net

Rachel C. Strickland, Esq. – Via Email:
rstrickland@willkie.com
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Dion W. Hayes, Esq. – Via Email:
dhayes@mcguirewoods.com
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Bruce H. Matson, Esq. – Via Email:
Bruce.Matson@leclairryan.com
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, VA 23219

_____/s/ Lynn L. Tavenner_____
Co-Counsel

# Tavenner & Beran, PLC
**20 North Eighth Street, Second Floor**
**Richmond, VA 23219**

Exhibit A

**Invoice submitted to:**
LandAmerica 1031 Exchange Services, Inc. Committee

| *Invoice Date* | *Invoice Number* | *Last Bill Date* |
|---|---|---|
| December 11, 2009 | 10857 | 10/15/2009 |

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|

### Asset Analysis and Recovery

| Date | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/17/2009 - | LLT | Review status of ARS decision against Citibank | 0.20 340.00/hr | 68.00 |
| 9/24/2009 - | LLT | Review LES amended schedules | 1.30 340.00/hr | 442.00 |
| 9/25/2009 - | LLT | Review and revise notice of claims letter | 0.60 340.00/hr | 204.00 |
| - | PSB | Review claim letter issues | 0.50 330.00/hr | NO CHARGE |
| 9/28/2009 - | LLT | Review and revise notice of claims letter | 0.40 340.00/hr | 136.00 |
| | SUBTOTAL: | | [ 3.00 | 850.00] |

### Business Operations

| Date | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/3/2009 - | LLT | Review status of stipulation regarding Kendall Square and correspondence from S. Schultz re: same (.20); Follow-up with J. Maddock re: same (.10); Review various notices of rejection of unexpired leases (.30); Follow-up from R. Maxwell re: stipulation (.10) | 0.70 340.00/hr | 238.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/11/2009 - LLT | | 0.60 | 204.00 |
| | Review motion to approve compromise with Fidelity | 340.00/hr | |
| 9/12/2009 - LLT | | 0.50 | 170.00 |
| | Review correspondence to debtors re: committee position on FNF settlement | 340.00/hr | |
| 9/13/2009 - LLT | | 0.60 | 204.00 |
| | Preparation for hearing on FNF settlement | 340.00/hr | |
| 9/14/2009 - LLT | | 1.30 | 442.00 |
| | Prepare for and attend hearing on motion for settlement with FNF | 340.00/hr | |
| 9/25/2009 - LLT | | 0.70 | 238.00 |
| | Review and address alternatives re data transition plans | 340.00/hr | |
| 9/30/2009 - LLT | | 0.30 | 102.00 |
| | Review executory contract rejection notices | 340.00/hr | |
| SUBTOTAL: | | [ 4.70 | 1,598.00] |

Case Administration

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/2/2009 - LLT | | 0.20 | 68.00 |
| | Review Gibbs correspondence re: selection of trustee | 340.00/hr | |
| - DLL | | 2.10 | 199.50 |
| | Docket and index | 95.00/hr | |
| 9/3/2009 - LLT | | 0.10 | 34.00 |
| | Correspondence from C. Gibbs re: trustee finalists | 340.00/hr | |
| 9/4/2009 - LLT | | 0.60 | 204.00 |
| | Telephone call with F. Piero re: trustee candidates (.20); Follow-up correspondence re: same (.10); Review shareholder consent motion (.30) | 340.00/hr | |
| - PSB | | 1.10 | NO CHARGE |
| | Review of potential trustee information and related transcripts | 330.00/hr | |
| 9/8/2009 - LLT | | 0.10 | 34.00 |
| | Correspondence to F. Piero re: trustee selection | 340.00/hr | |
| - DLL | | 2.90 | 275.50 |
| | Docket and index | 95.00/hr | |
| 9/9/2009 - LLT | | 0.90 | 306.00 |
| | Review proposed letter to exchangers re: upcoming informational call (.30); Follow-up comments from committee members (.20); Address issues re: appointment of trustee | 340.00/hr | |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | (.20); Review agenda for 9/14 hearings (.20) | | |
| 9/11/2009 - | DLL | Create hearing binder (1.90); Docket and index (2.30) | 4.20<br>95.00/hr | 399.00 |
| 9/14/2009 - | LLT | Prepare for and attend open call with creditors on plan issues | 2.20<br>340.00/hr | 748.00 |
| 9/15/2009 - | DLL | Docket and index | 2.00<br>95.00/hr | 190.00 |
| 9/17/2009 - | LLT | Prepare for and attend telephonic meeting open to all creditors re: discussion of plan (2.20); Review correspondence related to status of MDL plaintiffs litigation (.40) | 2.60<br>340.00/hr | 884.00 |
| - | DLL | Docket and index (1.10); Timeslips entry (1.20) | 2.30<br>95.00/hr | 218.50 |
| 9/18/2009 - | LLT | Review agenda for upcoming 9/21 hearing | 0.30<br>340.00/hr | 102.00 |
| 9/21/2009 - | PSB | Prepare for and attend hearing | 2.40<br>330.00/hr | 792.00 |
| 9/22/2009 - | DLL | Docket and index | 2.30<br>95.00/hr | 218.50 |
| 9/24/2009 - | DLL | Docket and index | 1.70<br>95.00/hr | 161.50 |
| 9/28/2009 - | LLT | Receipt and review of creditor inquiry/correspondence and address same with co-counsel | 0.40<br>340.00/hr | 136.00 |
| 9/30/2009 - | DLL | Docket and index | 0.70<br>95.00/hr | 66.50 |
| | SUBTOTAL: | | [    29.10 | 5,037.00] |

Claims Administration

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/25/2009 - | LLT | Review claims objections filed by debtor | 0.70<br>340.00/hr | 238.00 |
| | SUBTOTAL: | | [    0.70 | 238.00] |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Creditors Meeting** | | | | |
| 9/8/2009 - | LLT | Prepare for and attend committee telephonic meeting | 1.20 340.00/hr | 408.00 |
| 9/15/2009 - | LLT | Prepare for and participate in telephonic committee meeting in preparation for upcoming call with entire creditor body invited to attend (1.20) | 1.20 340.00/hr | 408.00 |
|  | - PSB | Review of creditor call issues | 0.50 330.00/hr | NO CHARGE |
|  | SUBTOTAL: | | [    2.90 | 816.00] |
| **Plan and Disclosure Statement** | | | | |
| 9/2/2009 - | LLT | Review notices of rejection of executory contracts (.20); Correspondence to/from debtor professionals re: hearing on disclosure statement and follow-up with Court re: same (.40) | 0.60 340.00/hr | 204.00 |
| 9/3/2009 - | LLT | Review correspondence to UST from P. Busse (.20); Review most recent draft of plan (1.40); Review trust agreement (2.20) | 3.80 340.00/hr | 1,292.00 |
|  | - PSB | Review of Plan issues | 1.90 330.00/hr | NO CHARGE |
| 9/4/2009 - | LLT | Review redline of newest plan re: issues related to LFG subs (.90); Review and revise disclosure statement (3.20) | 4.10 340.00/hr | 1,394.00 |
| 9/6/2009 - | LLT | Review motion for extension of exclusivity | 0.40 340.00/hr | 136.00 |
| 9/7/2009 - | LLT | Review and revise most recent version of disclosure statement (1.70); Correspondence re: objection deadlines on plan and disclosure statement (.10); Research local rules re: same and follow-up with S. Schultz (.70) | 2.50 340.00/hr | 850.00 |
| 9/8/2009 - | LLT | Review issues re: LES trust agreement and proposed alternatives | 0.80 340.00/hr | 272.00 |
|  | - LLT | Address plan issues and potential legal objections | 0.90 340.00/hr | 306.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/8/2009 - | PSB | Review plan issues | 0.90 330.00/hr | NO CHARGE |
| 9/9/2009 - | LLT | Review issues in update regarding debtor's exclusivity motion (.50); Review plan and disclosure statement as filed with the Court (1.20); Review solicitation/exclusivity issues and rejection to debtor request re: same (.70) | 2.40 340.00/hr | 816.00 |
| 9/11/2009 - | LLT | Review notice fixing time for hearing on disclosure statement (.20); Review summary of the central plan terms for distribution to creditors on website (.60) | 0.80 340.00/hr | 272.00 |
| 9/14/2009 - | LLT | Prepare for and attend hearing on motion to extend exclusivity (1.50); Review objection to confirmation filed by R. Passantino (1.10); Review issues re: tolling of causes of action (.70) | 3.30 340.00/hr | 1,122.00 |
| 9/24/2009 - | LLT | Review draft liquidation analysis | 1.70 340.00/hr | 578.00 |
| 9/30/2009 - | LLT | Review CA Comptroller's Supplemental Reply to Motion to Reconsider - Request for Judicial Notice (.60); Review Busse objection to disclosure statement as filed with Court (.60); Review notices and ballots to the Disclosure Statement Motion (1.20); Correspondence from Debtor's counsel re: same (.10) | 2.50 340.00/hr | 850.00 |

SUBTOTAL: [ 26.60 8,092.00]

Relief from Stay

| | | | | |
|---|---|---|---|---|
| 9/9/2009 - | LLT | Review motion to reconsider order on stay motion filed by California Controller | 0.60 340.00/hr | 204.00 |
| 9/24/2009 - | LLT | Review Debtor's Memorandum Of Law In Opposition To Controller's Motion To Reconsider The Court's Order Granting In Part The Debtor's Motion To Enforce The Automatic Stay | 0.70 340.00/hr | 238.00 |

SUBTOTAL: [ 1.30 442.00]

For professional services rendered 68.30 $17,073.00

Additional Charges :

| | | Qty/Price | Tax# | Amount |
|---|---|---|---|---|
| | Case Administration | | | |
| 9/30/2009 - LLT | Pacer Costs | 1<br>317.36 | | 317.36 |
| - LLT | Lexis/Research charges | 1<br>26.74 | | 26.74 |
| - LLT | Photocopy costs - hearing binder | 175<br>0.20 | | 35.00 |
| - LLT | Photocopy costs - Akin Gump LES letter copies | 180<br>0.20 | | 36.00 |

SUBTOTAL:                                                          [        415.10]

Total costs                                                                  $415.10

Total amount of this bill                                               $17,488.10

Previous balance                                                      $101,624.94

| 9/3/2009 | Payment - thank you | ($11,489.17) |
| 9/8/2009 | Payment - thank you | ($20,138.33) |
| 12/4/2009 | Payment - thank you. Check No. wire | ($69,997.45) |

Total payments and adjustments                             ($101,624.95)

Balance due                                                              $17,488.09

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lynn L. Tavenner | 42.80 | 340.00 | $14,552.00 |
| Paula S. Beran | 2.40 | 330.00 | $792.00 |
| Paula S. Beran | 4.90 | 0.00 | $0.00 |
| David L. Leadbeater | 18.20 | 95.00 | $1,729.00 |

# Tavenner & Beran, PLC

**20 North Eighth Street, Second Floor**
**Richmond, VA 23219**

**Invoice submitted to:**

LandAmerica 1031 Exchange Services, Inc. Committee

| Invoice Date | Invoice Number | Last Bill Date |
|:---:|:---:|:---:|
| January 15, 2010 | 10865 | 12/11/2009 |

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|

Asset Disposition

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/16/2009 - LLT | Review motion for sale of securities | 0.70 340.00/hr | 238.00 |
| 10/20/2009 - LLT | Address questions re: sale motion (.20); Review notices of rejection of contracts (.20); Review seal motion related to ARS sale process (.50) | 0.90 340.00/hr | 306.00 |
| 10/23/2009 - LLT | Review Luxenberg objection to ARS sale motion (.30); Review motion for PBGC settlement approval (.60) | 0.90 340.00/hr | 306.00 |
| 11/11/2009 - LLT | Review information received on ARS offers | 0.50 340.00/hr | 170.00 |
| 11/12/2009 - LLT | Review of committee correspondence with respect to sale of ARS assets | 0.50 340.00/hr | 170.00 |
| 11/13/2009 - LLT | Follow-up correspondence from committee members re: sale of ARS securities (.40); Correspondence from co-counsel with respect to ARS sale motion (.20) | 0.60 340.00/hr | 204.00 |
| 11/16/2009 - LLT | Prepare for and attend committee call with respect to proposed sale of auction rate securities | 1.20 340.00/hr | 408.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/17/2009 - | LLT | Review additional Second Market information with respect to ARS offers | 0.30 340.00/hr | 102.00 |
|  | SUBTOTAL: |  | [ 5.60 | 1,904.00] |

Business Operations

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/6/2009 - | LLT | Review lease motions with Capital One | 0.50 340.00/hr | 170.00 |
| 10/9/2009 - | LLT | Review various notices of executory contract rejection | 0.30 340.00/hr | 102.00 |
| 10/12/2009 - | LLT | Review Capital Title Group statements and schedules | 0.40 340.00/hr | 136.00 |
| 10/26/2009 - | LLT | Telephone conference with J. Maddock and follow-up correspondence from J. Maddock re: Rosias foreclosure issues and lender's request for deed | 0.60 340.00/hr | 204.00 |
| 10/29/2009 - | LLT | Review recent notice of rejection of contracts | 0.20 340.00/hr | 68.00 |
| 10/30/2009 - | LLT | Review motion for approval of IRS settlement | 0.80 340.00/hr | 272.00 |
| 11/1/2009 - | LLT | Correspondence from J. Maddock re: Rosias foreclosure issues | 0.10 340.00/hr | 34.00 |
| 11/2/2009 - | LLT | Review notice of rejection of executory contracts | 0.20 340.00/hr | 68.00 |
| 11/3/2009 - | LLT | Correspondence to co-counsel with respect to Rosias foreclosure issue | 0.20 340.00/hr | 68.00 |
| 11/4/2009 - | LLT | Review petition and first-day motions for One Stop (.90); Follow-up from J. Maddock re: Rosias foreclosure questions (.10); Review motion to approve stipulation regarding production of confidential information and motion to expedite same (.70) | 1.70 340.00/hr | 578.00 |
| 11/6/2009 - | LLT | Review One Stop transition agreement | 0.50 340.00/hr | 170.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/8/2009 - | LLT | Prepare for and attend expedited hearing on motion to approve stipulation with MDL plaintiffs (1.50); Review revised stipulation with MDL plaintiffs and correspondence from D. Hayes re: same (.30); Review motion extending time to assume or reject certain partnership agreements (.60) | 2.40 340.00/hr | 816.00 |
| - | LLT | Review various note-holder settlement notices | 0.50 340.00/hr | 170.00 |
| - | PSB | Review of MDL issues | 1.00 330.00/hr | NO CHARGE |
| 11/11/2009 - | LLT | Follow-up with J. Maddock re: Rosias foreclosure issues (.10); Prepare for and participate in call with co-counsel and counsel for Debtors in LFG committee to discuss plan objections and resolution of same (.60) | 0.70 340.00/hr | 238.00 |

SUBTOTAL:                                            [      10.10          3,094.00]

Case Administration

| | | | | |
|---|---|---|---|---|
| 10/1/2009 - | LLT | Prepare for (1.0) and participate in call with exchangers (2.0) | 3.00 340.00/hr | 1,020.00 |
| 10/7/2009 - | LLT | Telephone call to G. Fathergill re: electronic equipment in courtroom (.20); Follow-up with A. Beane re: same (.10) | 0.30 340.00/hr | 102.00 |
| 10/8/2009 - | LLT | Review proposed agenda for 10/13 hearing | 0.20 340.00/hr | 68.00 |
| 10/12/2009 - | LLT | Review amended proposed agenda | 0.20 340.00/hr | 68.00 |
| 10/13/2009 - | LLT | Correspondence with co-counsel re: hearing dates for confirmation hearing | 0.10 340.00/hr | 34.00 |
| - | DLL | Prepare hearing binder | 1.20 95.00/hr | 114.00 |
| 10/14/2009 - | LLT | Review calendar re: upcoming critical dates | 0.20 340.00/hr | 68.00 |
| 10/22/2009 - | LLT | Review notice of commencement of case in Capital Title (.10); Review proposed agenda for 10/26 hearings (.20) | 0.30 340.00/hr | 102.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/22/2009 - | DLL | Docket and file maintenance | 1.60<br>95.00/hr | 152.00 |
| 10/23/2009 - | LLT | Review amended agenda for 10/26 hearings | 0.20<br>340.00/hr | 68.00 |
| 10/26/2009 - | LLT | Review Gibbs letter to all exchange customers re: upcoming confirmation hearing (.20); Prepare for (1.50) and attendance at Court hearing on Omnibus motions (3.0) | 4.70<br>340.00/hr | 1,598.00 |
| - | DLL | prepare hearing binder | 1.20<br>95.00/hr | 114.00 |
| 11/2/2009 - | LLT | Review order vacating premature approval of application for compensation | 0.10<br>340.00/hr | 34.00 |
| 11/3/2009 - | LLT | Correspondence to/from A. Beane re: electronics in Courtroom (.10); Follow-up with G. Fathergill re: same (.10); Telephone call with A. Beane re: preparation for confirmation hearing (.10) | 0.30<br>340.00/hr | 102.00 |
| 11/4/2009 - | LLT | Correspondence to/from A. Beane re: preparation for upcoming hearing | 0.20<br>340.00/hr | 68.00 |
| 11/6/2009 - | LLT | Review correspondence from L. Pyle re: plan objection deadline (.10); Follow-up from A. Beane re: preparation for confirmation hearing (.10) | 0.20<br>340.00/hr | 68.00 |
| - | DLL | Docket and index | 1.30<br>95.00/hr | 123.50 |
| - | DLL | Prepare hearing binder | 1.60<br>95.00/hr | 152.00 |
| 11/8/2009 - | LLT | Address requests for extension of plan objection deadlines | 0.20<br>340.00/hr | 68.00 |
| 11/10/2009 - | LLT | Review Rule 2019 statement filed by L. Pyle | 0.20<br>340.00/hr | 68.00 |
| - | DLL | Prepare hearing binder | 0.80<br>95.00/hr | 76.00 |
| 11/12/2009 - | LLT | Review One Stop motion for approval of disclosure statement (.20); Prepare for (1.0) and attendance at Omnibus Court hearings (1.50) | 2.70<br>340.00/hr | 918.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/12/2009 - | DLL | | 3.40 | 323.00 |
| | | Prepare objection to confirmation plan binder | 95.00/hr | |
| 11/13/2009 - | LLT | | 1.00 | 340.00 |
| | | Prepare for and attend 341 meeting and related LFG debtor case | 340.00/hr | |
| - | DLL | | 4.10 | 389.50 |
| | | Prepare confirmation binder and related materials | 95.00/hr | |
| 11/16/2009 - | LLT | | 0.10 | 34.00 |
| | | Review proposed agenda for hearing scheduled on November 18 | 340.00/hr | |
| - | DLL | | 2.10 | 199.50 |
| | | Prepare hearing binder | 95.00/hr | |
| 11/17/2009 - | LLT | | 0.10 | 34.00 |
| | | Correspondence from co-counsel with respect to electronic equipment in Courtroom | 340.00/hr | |
| 11/20/2009 - | LLT | | 0.20 | 68.00 |
| | | Review correspondence from co-counsel to exchangers | 340.00/hr | |
| 11/23/2009 - | DLL | | 3.20 | 304.00 |
| | | File maintenance (2.50); Prepare hearing binder (.70) | 95.00/hr | |

SUBTOTAL:                    [    35.00     6,877.50]

<u>Claims Administration</u>

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/16/2009 - | LLT | | 1.10 | 374.00 |
| | | Review potential settlement with PBGC (.30); Review Seventh, Eighth, Ninth, Tenth, and Eleventh Omnibus claims objections (.80) | 340.00/hr | |
| 10/20/2009 - | LLT | | 1.80 | 612.00 |
| | | Review and analyze issues related to PBGC settlement (.60); Review DNO Bar Date Motion (.70); Review proposed settlements with note claim holders (.50) | 340.00/hr | |
| 10/21/2009 - | LLT | | 0.50 | 170.00 |
| | | Additional review of recently filed objections to claims and correspondence to Debtor's counsel re: same | 340.00/hr | |
| 11/6/2009 - | LLT | | 0.50 | 170.00 |
| | | Review IRS plan settlement proposal | 340.00/hr | |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/20/2009 - | LLT | Prepare for and attend hearing on motion to approve settlement with IRS | 0.80<br>340.00/hr | 272.00 |
| | SUBTOTAL: | | [ 4.70 | 1,598.00] |

Creditors Meeting

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/6/2009 - | LLT | Review correspondence re: upcoming committee meeting | 0.10<br>340.00/hr | 34.00 |
| 10/7/2009 - | LLT | Prepare for (.30) and participate in committee call (1.20) | 1.50<br>340.00/hr | 510.00 |
| 10/20/2009 - | LLT | Participate in telephonic committee meeting | 0.70<br>340.00/hr | 238.00 |
| | SUBTOTAL: | | [ 2.30 | 782.00] |

Fee/Employment Applications

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/5/2009 - | LLT | Correspondence from R. Blair re: hearing date on fee apps | 0.10<br>340.00/hr | 34.00 |
| 10/7/2009 - | LLT | Review of Luxemberg fee application | 0.50<br>340.00/hr | 170.00 |
| 10/9/2009 - | LLT | Review Zolfo August report | 0.20<br>340.00/hr | 68.00 |
| 10/14/2009 - | LLT | Correspondence with co-counsel re: noticing of interim fee applications (.20); Draft and revise Omnibus notice of hearing for committee professionals on third interim fee applications (.70); Revise and finalize Tavenner & Beran third interim fee application (2.70) | 3.60<br>340.00/hr | 1,224.00 |
| 10/16/2009 - | LLT | Receipt and review of various third interim fee applications for professionals employed in cases (McGuire Woods, Williams Mullen, Bingham and Wilkie Farr) | 1.30<br>340.00/hr | 442.00 |
| - | LLT | Review McGuire Woods September fee statement | 0.30<br>340.00/hr | 102.00 |
| 10/22/2009 - | LLT | Review LFG committee member expense request | 0.20<br>340.00/hr | 68.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/23/2009 - | LLT | Review Zolfo September monthly report (.20); Review fourth supplement to ordinary course professionals list (.10) | 0.30<br>340.00/hr | 102.00 |
| 11/2/2009 - | LLT | Review monthly September fee request for Bingham | 0.20<br>340.00/hr | 68.00 |
| 11/3/2009 - | LLT | Review application to employ Second Market for brokerage services | 0.80<br>340.00/hr | 272.00 |
| 11/10/2009 - | LLT | Correspondence from R. Blair re: fee estimates required by plan | 0.10<br>340.00/hr | 34.00 |
| 11/11/2009 - | LLT | Review Zolfo notice of filing of contingent fee report | 0.20<br>340.00/hr | 68.00 |
| 11/12/2009 - | LLT | Review fee request for LFG committee members | 0.30<br>340.00/hr | 102.00 |
| 11/13/2009 - | LLT | Correspondence from S. Schultz re: payment of Garden City invoices | 0.10<br>340.00/hr | 34.00 |
| 11/17/2009 - | LLT | Prepare fee estimates as required by plan | 0.80<br>340.00/hr | 272.00 |
| 11/20/2009 - | LLT | Follow-up with S. Schultz on Garden City payment (.20); Correspondence from R. Van Arsdale re: interim fee orders (.10) | 0.30<br>340.00/hr | 102.00 |
| 11/23/2009 - | LLT | Correspondence to/from A. Beane re: fee applications and hearing dates (.20); Follow-up with R. Blair re: same (.10) | 0.30<br>340.00/hr | 102.00 |
| - | PSB | Review fee application issues | 0.30<br>330.00/hr | NO CHARGE |
| 11/30/2009 - | LLT | Review fee documents | 0.60<br>340.00/hr | 204.00 |
| 12/5/2009 - | PSB | Draft fee letter and related documents | 1.70<br>330.00/hr | 561.00 |
| | SUBTOTAL: | | [      12.20 | 4,029.00] |

Litigation

| 11/4/2009 - | LLT | | 1.70 | 578.00 |
|---|---|---|---|---|

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | Correspondence with K. Bernstein re: upcoming Grunstead oral argument in district court (.20); Review pleadings re: same (.60); Review motions for 2004 examinations and production of documents (.90) | 340.00/hr |  |
| 11/6/2009 - | LLT | Review amended notice re: 2004 exam | 0.20 340.00/hr | 68.00 |
| - | PSB | Prepare for and attend Grunstead Appeal | 2.10 330.00/hr | 693.00 |
| 11/8/2009 - | LLT | Telephone call with K. Bernstein re: Grunstead argument | 0.20 340.00/hr | 68.00 |
| 11/9/2009 - | PSB | Correspondence re: Grunstead | 0.70 330.00/hr | NO CHARGE |
| 11/12/2009 - | LLT | Review motion for 2004 exam filed by CDC Glendell LP | 0.40 340.00/hr | 136.00 |
| 11/19/2009 - | LLT | Review SunTrust objection to motion for 2004 exam (1.20); Review motion of McGuire Woods to withdraw as local counsel with respect to 2004 motion of Debtor (.40) | 1.60 340.00/hr | 544.00 |
| 11/20/2009 - | LLT | Prepare for and attend hearings on motion for 2004 exam and motion to withdraw filed by McGuire Woods | 3.70 340.00/hr | 1,258.00 |
| 12/2/2009 - | LLT | Review Grunstead stipulation of facts, committee motion to intervene and proposed answer to amended complaint | 1.90 340.00/hr | 646.00 |

|  |  |  |
|---|---|---|
| SUBTOTAL: | [    12.50 | 3,991.00] |

Plan and Disclosure Statement

|  |  |  |  |  |
|---|---|---|---|---|
| 10/1/2009 - | LLT | Conference with co-counsel regarding Centennial issues and LFG position (.30); Receipt and review of modifications to Disclosure Statement (1.50); Telephone calls with T. Savenko re: additional questions on Plan and Disclosure Statement raised by his segregated clients (.50); Correspondence to co-counsel re: lengthy call with T. Savenko on Plan issues (.30); Follow-up call with T. Savenko re: same (.10) | 2.70 340.00/hr | 918.00 |
| - | LLT | Address exculpation provisions and follow-up with co-counsel re: same (.50); Research exculpation position of UST in other 4th Circuit cases (.80) | 1.30 340.00/hr | 442.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/2/2009 - | LLT | | 1.40 | 476.00 |
| | | Follow-up call with T. Savenko and co-counsel re: Disclosure Statement and Plan issues (1.0); Follow-up with co-counsel re: Centennial capital contribution issue (.40) | 340.00/hr | |
| 10/5/2009 - | LLT | | 4.20 | 1,428.00 |
| | | Review requested changes to Plan language from Frontier Pepper's Ferry (.20); Review various objections to Disclosure Statement (3.40); Coordinate with R. Cosgrove re: Tolling Agreement stipulation (.20); Review of same and follow-up with R. Cosgrove (.40) | 340.00/hr | |
| 10/6/2009 - | LLT | | 2.10 | 714.00 |
| | | Telephone call with A. Beane re: Disclosure Statement objections (.10); Telephone call to/from S. Williams at Clerk's Office re: same (.20); Follow-up with A. Beane on same (.20); Review of additional Disclosure Statement objections (1.6) | 340.00/hr | |
| - | LLT | | 2.50 | 850.00 |
| | | Review class action plaintiffs objection to Disclosure Statement and motion to approve supplemental letter (2.20); Review related expedited motions (.30) | 340.00/hr | |
| 10/7/2009 - | LLT | | 1.20 | 408.00 |
| | | Review PBGC objections | 340.00/hr | |
| - | LLT | | 1.40 | 476.00 |
| | | Review of issues related to third party solicitation letters and research related to same | 340.00/hr | |
| 10/8/2009 - | LLT | | 2.80 | 952.00 |
| | | Review trustee confidentiality letter and research Virginia law issues (1.40); Review multiple e-mails re: UST objections and exculpation provisions (.20); Follow-up with A. Beane re: same (.20); Review controller's objection to Disclosure Statement (.80); Review supplemental objection of Luxenberg (.20) | 340.00/hr | |
| 10/9/2009 - | LLT | | 4.10 | 1,394.00 |
| | | Review issues relating to tolling agreement (.40); Preparation for upcoming Disclosure Statement hearing (3.20); Review correspondence to J. Sabin and follow-up with C. Gibbs re: LFG committee Plan/Disclosure Statement issues (.50) | 340.00/hr | |
| - | LLT | | 0.70 | 238.00 |
| | | Address issues raised by class action plaintiffs to Disclosure Statement (.30); Review LFG committee response to Disclosure Statement and alternative request for approval of solicitation letter (.40) | 340.00/hr | |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/9/2009 - | PSB | | 1.10 330.00/hr | NO CHARGE |
| | | Review of Disclosure Statement issues | | |
| 10/10/2009 - | LLT | | 1.60 340.00/hr | 544.00 |
| | | Review and revise additional Plan language disseminated from Debtor | | |
| 10/11/2009 - | LLT | | 4.70 340.00/hr | 1,598.00 |
| | | Review of further revisions to Tolling Agreement/Plan/Disclosure Statement (2.20); Research re: Grunstead Plan objections (2.20); Telephone conference with co-counsel regarding Grunstead objection (.30) | | |
| 10/12/2009 - | LLT | | 10.90 340.00/hr | 3,706.00 |
| | | Review revised Plan (.90) and Disclosure Statement (.90); Review revised order approving Disclosure Statement (.40); Preparation for hearing (1.80); Meetings with co-counsel and counsel for the Debtor and LFG committee to prepare for Disclosure Statement hearing (3.60); Review Debtor's reply in support of Disclosure Statement (.80); Additional 4th Circuit research re: Grunstead objections (2.20); Review and draft committee Plan support letter (.30) | | |
| - | PSB | | 1.30 330.00/hr | NO CHARGE |
| | | Review of Disclosure Statement issues | | |
| 10/13/2009 - | LLT | | 8.20 340.00/hr | 2,788.00 |
| | | Prepare for (2.50) and attend Disclosure Statement hearing (4.60); Additional research regarding exculpation (.70) and follow-up on Tolling Agreement risk factors (.40) | | |
| 10/14/2009 - | LLT | | 0.10 340.00/hr | 34.00 |
| | | Correspondence from C. Gibbs re: potential resolution of Grunstead objection | | |
| 10/15/2009 - | LLT | | 0.20 340.00/hr | 68.00 |
| | | Review proposed order approving LFG committee formal letter in support of Plan | | |
| 10/20/2009 - | LLT | | 2.40 340.00/hr | 816.00 |
| | | Review schedules (2.20) to the Plan as filed with the Court (.20) | | |
| 10/23/2009 - | LLT | | 1.10 340.00/hr | 374.00 |
| | | Review issues related to California control of Plan issues objections and correspondence from Debtor's counsel related thereto (.50); Review California controller motion for 2004 exam (.60) | | |
| 10/25/2009 - | LLT | | 0.60 340.00/hr | 204.00 |
| | | Review controller response to redline Plan and outstanding issues | | |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/26/2009 - | LLT | Address proposed resolution to California controller objections (.50); Attend Court hearings on controller's motions for discovery related to Plan issues (1.50); Follow-up with C. Gibbs re: same (.10) | 2.10 340.00/hr | 714.00 |
| 10/30/2009 - | LLT | Address confirmation objections | 1.40 340.00/hr | 476.00 |
| 10/31/2009 - | LLT | Review of Plan and Disclosure Statement in preparation for confirmation | 1.10 340.00/hr | 374.00 |
| 11/2/2009 - | LLT | Prepare for (.50) and participate in (2.20) call with creditors regarding plan questions | 2.70 340.00/hr | 918.00 |
| - | LLT | Address issues re: plan (.50); Review objections to plan (.80) | 1.30 340.00/hr | 442.00 |
| 11/3/2009 - | LLT | Research in support of plan confirmation regarding exculpation (2.70); Correspondence from T. Savenko re: follow-up on plan questions (.20); Review most recent draft of LES liquidation trust agreement (1.20) | 4.10 340.00/hr | 1,394.00 |
| - | PSB | Review of plan issues and research re: same | 1.70 330.00/hr | NO CHARGE |
| 11/4/2009 - | LLT | Review draft of various plan supplement documents | 0.90 340.00/hr | 306.00 |
| 11/6/2009 - | LLT | Review plan schedules and supporting documents | 2.40 340.00/hr | 816.00 |
| 11/8/2009 - | LLT | Continued review of plan supplement documents (1.50); Preparation for confirmation hearing (.90); Confer with K. Bernstein re: plan confirmation issues (.20); Review issues re: due process objections (1.70); Address issues raised with D & Os and correspond with J. Scott and K. Bernstein re: same (.90) | 5.20 340.00/hr | 1,768.00 |
| - | LLT | Correspondence from D. Hayes re: resolution of plan objections | 0.10 340.00/hr | 34.00 |
| 11/10/2009 - | LLT | Prepare for and attend telephone call with D. Hayes and B. Matson re: UST plan objections (.50); Correspondence with R. Van Arsdale re: same (.10); Review Texas AG's objection to | 4.70 340.00/hr | 1,598.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

plan (.50); Review De Maio objection (.50); Correspondence from D. Hayes re: resolution of UST objections (.20); Review additional plan objections filed by CP Oxford Gardens Germinaro, Grunstead and RamQuest (2.90)

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/11/2009 - | LLT | Review of multiple plan objections (2.70); Review ballot tally (.50); Review proposed settlements with two largest note claimants (.60); Review secure schedule for plan (.30) | 4.10 340.00/hr | 1,394.00 |
| - | PSB | Review of Plan objections | 1.80 330.00/hr | NO CHARGE |
| 11/12/2009 - | LLT | Correspondence with A. Beane re: confirmation brief | 0.20 340.00/hr | 68.00 |
| - | LLT | Prepare for and attend meeting with D. Hayes, B. Matson and R. Van Arsdale re: resolution of UST objections to confirmation (1.70); Follow-up research on permanent injunction issues (2.40) | 4.10 340.00/hr | 1,394.00 |
| 11/14/2009 - | LLT | Preparation for confirmation hearing including review of case law and numerous objections | 5.70 340.00/hr | 1,938.00 |
| - | PSB | Research re plan issues | 1.90 330.00/hr | 627.00 |
| 11/15/2009 - | LLT | Review and revise committee brief in support of confirmation | 2.40 340.00/hr | 816.00 |
| 11/16/2009 - | LLT | Continued review of confirmation brief (.80); Prepare for confirmation hearing (4.50) | 5.30 340.00/hr | 1,802.00 |
| 11/17/2009 - | LLT | Preparation for confirmation hearing including meetings with co-counsel, debtor's counsel and counsel for LFG committee (2.0); Review of objections (3.70); Review of applicable case law (3.20); Review Grunstead supplemental briefing (1.0); Review Debtor's response and objection to California Controller's motion on objection to inter-company claims (.50); Review ad hoc committee reservation of rights re: claim objections and amount of allowed claims under joint plan (.50) | 10.90 340.00/hr | 3,706.00 |
| - | PSB | Review of confirmation issues and preparation for hearing | 5.60 330.00/hr | NO CHARGE |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/18/2009 - | LLT | Preparation and participation in confirmation hearing | 8.50 340.00/hr | 2,890.00 |
| - | PSB | Prepare for confirmation hearing | 2.30 330.00/hr | NO CHARGE |
| 11/23/2009 - | LLT | Review confirmation order | 0.30 340.00/hr | 102.00 |

SUBTOTAL: [ 137.40 42,005.00]

Relief from Stay

| 10/2/2009 - | LLT | Review motion for relief from stay filed by Texas AG's office | 0.30 340.00/hr | 102.00 |
| 10/9/2009 - | LLT | Review Controller notice of hearing on motion to reconsider | 0.10 340.00/hr | 34.00 |
| 10/22/2009 - | LLT | Review debtor's response to Texas Department of Insurance motion to determine non-applicability of automatic stay | 0.70 340.00/hr | 238.00 |
| 11/8/2009 - | LLT | Review LFG committee motion to intervene in Texas Department of Insurance stay motion (.20); Review related objection filed by committee (.60) | 0.80 340.00/hr | 272.00 |

SUBTOTAL: [ 1.90 646.00]

For professional services rendered            221.70      $64,926.50

Additional Charges :

|  |  |  | Qty/Price | Tax# |
|---|---|---|---|---|

Case Administration

| 10/13/2009 - | LLT | Fax - Epiq Bankruptcy Systems (646) 282-2501 | 12 1.00 | 12.00 |
| 10/31/2009 - | LLT | Lexis/Research charges | 1 296.31 | 296.31 |
| - | LLT | Pacer Costs | 1 80.16 | 80.16 |

|  | | Qty/Price | Tax# | Amount |
|---|---|---|---|---|
| 11/12/2009 - | LLT | 215 | | 43.00 |
| | Photocopy costs - Objection to Plan copies | 0.20 | | |
| 11/13/2009 - | LLT | 76 | | 15.20 |
| | Photocopy costs - 341 hearing binder | 0.20 | | |
| 11/19/2009 - | PSB | 1 | | 3.86 |
| | Long distance charges | 3.86 | | |
| 11/20/2009 - | PSB | 1 | | 375.10 |
| | Transcript Cost | 375.10 | | |
| 11/30/2009 - | PSB | 1 | | 128.19 |
| | Lexis/Research | 128.19 | | |
| 12/5/2009 - | PSB | 1 | | 93.92 |
| | Pacer Costs | 93.92 | | |

SUBTOTAL:              [    1,047.74]

Total costs                $1,047.74

Total amount of this bill       $65,974.24

Previous balance          $17,488.09

Balance due               $83,462.33

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lynn L. Tavenner | 179.70 | 340.00 | $61,098.00 |
| Paula S. Beran | 5.70 | 330.00 | $1,881.00 |
| Paula S. Beran | 15.80 | 0.00 | $0.00 |
| David L. Leadbeater | 20.50 | 95.00 | $1,947.50 |

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
In re:  LandAmerica Financial Group, Inc, et al., Case No. 08-35994-KRH
**Fee Application Summary**
Applicant:  Tavenner & Beran, PLC,
Local Counsel for The Official Committee of Unsecured Creditors

Interim Period
September 1, 2009 through December 6, 2009

| **Categories** | **Hours** | **Amount** |
|---|---|---|
| Asset Analysis and Recovery | 3.00 | $850.00 |
| Asset Disposition | 5.60 | $1,904.00 |
| Business Operations | 14.80 | $4,692.00 |
| Case Administration | 64.10 | $11,914.50 |
| Claims Administration | 5.40 | $1,836.00 |
| Creditors Meeting | 5.20 | $1,598.00 |
| Fee/Employment Applications and Objections | 12.20 | $4,029.00 |
| Litigation | 12.50 | $3,991.00 |
| Plan and Disclosure Statement | 164.00 | $50,097.00 |
| Relief from Stay | 3.20 | $1,088.00 |
| TOTAL HOURS | 290.00 | |
| TOTAL FEES | | $81,999.50 |

| Month | Fees | Fees Paid | Expenses | Expenses Paid | Total Outstanding |
|---|---|---|---|---|---|
| September | $17,073.00 | $00.00 | $415.10 | $00.00 | $17,488.10 |
| October-December | $64,926.50 | $00.00 | $1,047.74 | $00.00 | $65,974.24 |
| Total | $81,999.50 | $00.00 | $1,462.84 | $00.00 | $83,462.34 |

**Summary of Previously Authorized Fees and Expenses**

| Application | Fees | Expenses | Docket # of Order |
|---|---|---|---|
| First Interim Application | $94,128.00 | $3,576.84 | 1548 |
| Second Interim Application | $76,594.50[5] | $2,557.50 | 1961 |
| Third Interim Application | $89,432.00 | $703.78 | 2712 |

---

[5] The order actually reads $79,594.50 but the same was a typographical error.  Tavenner & Beran only received the amount it was actually owed and that amount was $76,594.50.

**EXHIBIT C**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| LANDAMERICA FINANCIAL GROUP, INC., <u>et</u> | **:** Case No. 08-35994-KRH |
| <u>al</u>., | **:** (Jointly Administered) |
| | **:** |
| Debtors. | **:** |
| | **:** |

**ORDER ALLOWING FINAL**
**COMPENSATION AND EXPENSE REIMBURSEMENT**
**(Tavenner & Beran, PLC)**

This matter came before the Court upon the Final Application Of Tavenner & Beran,

PLC For Allowance Of Compensation And Expense Reimbursement As Local Counsel To The

Official Committee of Unsecured Creditors (the "Application") filed by Tavenner & Beran, PLC

("Tavenner &Beran"); and it appearing to the Court that (i) Tavenner & Beran provided proper

notice of the Application to all necessary parties; (ii) no objections to the Application have been

filed; and (iii) the request for compensation and reimbursement of expenses as allowed herein is

reasonable, it is hereby ORDERED that:

1.      The Application is hereby approved;

2.      The request for compensation in the amount of $81,999.50 and reimbursement of

expenses in the amount of $1,462.84 for the period of September 1, 2009 through December 6,

2009  by Tavenner &Beran be and hereby are allowed;

3.      The amounts sought in the First Interim Application, the Second Interim

Application, and the Third Interim Application as approved in the First Interim Compensation

Order, Second Interim Application Order, and the Third Interim Application Order are hereby

allowed and approved on a final basis; and

4. The Debtors (or Liquidating Trustees as applicable) are authorized and directed to

pay to Tavenner & Beran the amount of compensation and reimbursement of expenses allowed

herein as an administrative expense.

5. Upon entry the Clerk shall serve by electronic delivery or first class mail, postage

prepaid, copies of this Order on the Office of the United States Trustee and Tavenner & Beran, PLC.

ENTER:

_____

UNITED STATES BANKRUPTCY JUDGE


We ask for this:

_____

Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

     Co-Counsel for the Official
     Committee of Unsecured Creditors


Seen and No Objection:

_____

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia  23219

     Assistant United States Trustee

## **LOCAL RULE 9022-1 CERTIFICATION**

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

_____
Co-Counsel