Thomas Newkirk
Larry Ellsworth
Marc Goldman
JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001-4472
(202) 639-6000

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

----------------------------------------------------------------------------x
                                                    :
**In re**                                           : Case No. 08-35994 (KRH)
                                                    :
**LandAmerica Financial Group, Inc., et al**        :
----------------------------------------------------------------------------x

**APPLICATION OF JENNER & BLOCK LLP,**
**AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS**
**FOR FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 13, 2009 THROUGH**
**<u>DECEMBER 6, 2009</u>**

Jenner & Block LLP ("**Jenner**"), in its capacity as special litigation counsel ("**Special**

**Counsel**") to LandAmerica Financial Group, Inc. ("**LFG**"), and LandAmerica 1031 Exchange

Services, Inc. ("**LES**") (each a "**Debtor**" and, collectively, the "**Debtors**"), submits the

following as its Final Application for Compensation and Reimbursement of Expenses for

Services Rendered from July 13, 2009 through December 6, 2009, (the "**Application**"),

pursuant to 11 U.S.C. §§ 330, 331, and 503(b), Federal Rule of Bankruptcy Procedure 2016,

and Local Bankruptcy Rule 2016-1.[1] Jenner certifies that a copy of this Application has been

or will be served on the U.S. Trustee, the LES Trustee, and the LFG Trustee. For its

Application, Jenner seeks the entry of an order, substantially in the same form attached hereto

as <u>Exhibit A</u>, granting final approval of Jenner's discounted fees, subject to certain additional

---

[1] All of Jenner's fees and expenses have been billed to LES. No portion of Jenner's fees and
expenses have been billed to LFG.

amounts payable in the event of a recovery, and other terms and conditions specified in Jenner's engagement letter, in the amount of $717,804.50, for services rendered by Jenner from July 13, 2009, the *nunc pro tunc* date of its appointment as Special Counsel through December 6, 2009 (the "**Application Period**"), the final day before effective date of the Joint Chapter 11 Plan of LFG and its Affiliated Debtors (the "**Plan**"). In addition, Jenner seeks approval of expenses in the amount of $20,653.88 that it incurred in connection with its representation. In support of this Application, Jenner respectfully represents as follows:

## JURISDICTION

1.      This Court has jurisdiction to consider this Application under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue of these cases and this Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

2.      The bases for the relief requested herein are sections 330, 331 and 503(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Federal Rule of Bankruptcy Procedure 2016 (the "**Bankruptcy Rules**") and Local Bankruptcy Rule 2016-1.

## BACKGROUND

3.      On November 26, 2008 (the "**Petition Date**"), LES and LFG filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors' chapter 11 cases were jointly administered and have been consolidated for procedural purposes only.

4.      The Debtors continued in possession of their property and continued to operate and maintain their businesses as debtors in possession through December 7, 2009 (the "**Effective Date**") of the Plan, pursuant to Bankruptcy Code sections 1107(a) and 1108.

5.      On December 3, 2008, the United States Trustee for the Eastern District of Virginia (the "**Trustee**") appointed (a) an Official Committee of the Unsecured Creditors in the

case of LES (the **"LES Committee"**) and (b) an Official Committee of Unsecured Creditors in the case of LFG (the **"LFG Committee,"** together with the LES Committee, the **"Creditors' Committees"**).

6.     On November 23, 2009 (the **"Confirmation Date"**), this Court entered an order confirming the Plan (the **"Confirmation Order"**).

7.     Pursuant to the Confirmation Order and the Plan, all Fee Claims incurred prior to the Effective Date must be filed and served no later than forty (40) days after the Effective Date.

## JENNER & BLOCK LLP'S EMPLOYMENT AS SPECIAL COUNSEL

8.     On August 27, 2009, this Court entered an order authorizing the Debtors to employ and retain Jenner as Special Counsel, *nunc pro tunc* to July 13, 2009, in accordance with the terms and condition of their engagement letter. [Docket 1938]. Among other things, that letter provides that Jenner is to act as "special counsel in connection with the analysis, investigation and/or pursuit of claims and litigation arising under, arising in, or in any way relating to the auction rate purchased by one or more of the" Debtors. [Docket 1843].

9.     Jenner charges, subject to the discounts and other terms and conditions specified in its engagement letter, legal fees on an hourly basis at its attorneys' and paraprofessionals' hourly rates, which rates are set in accordance with the attorneys' and paraprofessionals' seniority and experience and are adjusted from time to time. Jenner also charges the Debtors for its actual out-of-pocket expenses incurred including, but not limited to, photocopying, long distance telephone calls, messenger services, computer research, travel expenses, overnight mail, and court fees.

10.     The names of all Jenner attorneys and paraprofessionals who have worked on this matter and their respective hourly rates are set forth on Exhibit B hereto.

11.     Jenner currently does not hold any retainer from the Debtors.

## REQUESTED FEES AND REIMBURSEMENT OF EXPENSES

12.     The Confirmation Order and the Plan, which became effective on December 7, 2009, specify that any Professional Person seeking allowance of a Fee claim shall file its final application for services rendered and reimbursement of expenses incurred prior to the Effective Date no later than forty (40) days after the Effective Date.

13.     Jenner has undertaken several important steps to further its mandate to investigate and analyze any of the Debtors' potential claims relating in any way to auction rate securities ("**ARS**").  As a result of its efforts during the Application Period, Jenner now seeks this Court's approval of the $717,804.50 in fees that Jenner has charged during the Application Period, pursuant to the discounted rates made applicable in its engagement letter.  (Jenner's normal rates may still be used in determining additional amounts payable in the event of a recovery, as described in Jenner's engagement letter, which this Court approved in its August 27, 2009 order authorizing the Debtors to employ and retain Jenner [Docket 1938].)

14.     Of the $717,804.50 in fees charged, the debtors have paid $203,635.78, which represents 85% of Jenner's discounted fees incurred between July 13, 2009 through September 30, 2009.  All other amounts remain outstanding.

15.     These outstanding amounts can be described as follows:

(a) 15% of all discounted fees held back pursuant to this Court's

December 21, 2008 Order Establishing Interim Compensation ("**Interim**

Compensation Order") between July 13, 2009 through September 30, 2009, which amount to $35,935.72; plus

(b) 100% of the discounted fees that Jenner has billed (but has not yet been paid) from October 1, 2009 through December 6, 2009, which amount to $478,233.

Thus, the total discounted fees still owed to Jenner is $514,168.72.

16.     In addition, Jenner seeks the Court's approval of 100% of its out-of-pocket expenses incurred throughout the Application Period. These expenses total $20,653.88, of which $ 4,771.18 has already been paid. Accordingly, expenses in the amount of $15,882.70 remain outstanding.

17.     In staffing this case, in budgeting and incurring charges and disbursements, and in preparing and submitting this Application, Jenner has been mindful of the need to be efficient while undertaking a full and thorough review of the Debtors' potential ARS claims. Jenner also has been especially cognizant of the standards established by this Court for compensation of professionals and reimbursement of charges and disbursements. As described in detail herein, Jenner believes that the requests made in this Application comply with this Court's standards in the context of the novel and complex questions relating to the Debtors' potential ARS claims.

**SUMMARY OF SERVICES PROVIDED DURING THE APPLICATION PERIOD**

**A.     Legal Research**

18.     As part of its investigation into the viability of any potential claims the Debtors may have relating to ARS, Jenner has undertaken an extensive amount of legal research. This research includes but is not limited to an analysis of reported court decisions regarding ARS, including those in cases brought against Citigroup, Inc., and its affiliates (collectively

"**Citigroup**") and SunTrust, Inc. and its affiliates (collectively "**SunTrust**"), among others. In addition, LandAmerica has undertaken a careful review and analysis of ARS-related arbitrations conducted by the Financial Industry Regulatory Authority ("**FINRA**").

19. Similarly, Jenner has studied the settlements that various banks, including Citigroup, SunTrust, the Royal Bank of Canada and its affiliates, and others have reached with the Securities and Exchange Commission ("**SEC**"), FINRA and various state regulators. Jenner has focused on the obligations of these banks to institutional investors, such as the Debtors, pursuant to these settlements.

**B.     Bankruptcy Rule 2004 Subpoenas**

20. In an effort to better evaluate the Debtors' potential ARS claims, Jenner has sought and received authority from this Court to issue subpoenas pursuant to Bankruptcy Rule 2004 to the entities that sold ARS to the Debtors, as well as to RBC Capital Markets, Inc., an entity that underwrote and managed many of the ARS held by the Debtors. In addition, Jenner has received authority to serve Rule 2004 subpoenas on the SEC and FINRA, which have previously investigated the conduct of all of the financial institutions which the Debtors have served with Rule 2004 subpoenas.

**C.     Case Analysis**

21. The initial work of any securities investigation is the most time consuming and expensive because there are millions of documents to be collected and reviewed. Here, as explained in more detail below, Jenner sought to minimize the time and expense without undermining effective review. To the extent possible, Jenner has built upon the foundations of work previously done by others. Jenner has conducted initial interviews with key witnesses

and plans to follow up with more thorough interviews once the documents have been reviewed and digested.

22.     Jenner was engaged at a point when some work had already been completed in response to government subpoenas. McGuire Woods LLP ("**McGuire Woods**"), co-counsel for the Debtors, had already conducted a number of interviews with multiple employees and potential custodians. In addition, several employees of the Debtors were deposed in connection with these Bankruptcy Proceedings. Rather than duplicate these efforts, Jenner attempted as much as possible to take advantage of the work already completed. Although Jenner discovered that much of the prior work concerned issues that were not pertinent to Jenner's engagement, and that prior questioning generally did not delve deeply into ARS, the existence of this body of work was used to streamline Jenner's initial efforts.

23.     Accordingly, because the investigation of the Debtors' potential ARS claims required significant development, Jenner identified a two-prong strategy to investigate the Debtors' potential ARS claims: First, Jenner identified -- through lengthy initial interviews of several of the Debtors' employees -- appropriate custodians and collected their materials and conducted a thorough analysis of the content. Second, Jenner sought to identify all documents that might one day be discoverable and/or responsive to specific document requests and moved to preserve these materials.

## EVALUATING JENNER'S SERVICES

24.     Section 330 of the Bankruptcy Code provides, in pertinent part, that the court may award to a professional person, including attorneys representing a debtor:

> reasonable compensation for actual, necessary services rendered by the professional person and by an paraprofessional person employed by any such person.

11 U.S.C. § 330. The Congressional intent and policy expressed in section 330 of the Bankruptcy Code is to provide for adequate compensation to continue to attract qualified and competent practioners to bankruptcy cases.

25.     Under the "lodestar" approach to compensation, the Court should consider the number of hours of service reasonably devoted to the case multiplied by an attorney's reasonable rates.  Courts frequently consider the specific "lodestar" factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974).  These "lodestar" factors were adopted by the Fourth Circuit in Barber v. Kimbrells, Inc., 577 F.2d 216, 226 (4th Cir.), cert. denied, 439 U.S. 934 (1978), and in Anderson v. Morris, 658 F.2d 246, 249 (4th Cir. 1981), where the Fourth Circuit held that the district court should employ the "lodestar" approach and then adjust the fee on the basis of the remaining Johnson factors in the case.  The following are the Johnson factors:

> (a) the time and labor required;
>
> (b) the novelty and difficulty of the questions;
>
> (c) the skill requisite to perform the legal service properly;
>
> (d) the preclusion of other employment by the attorney due to acceptance of the case ;
>
> (e) the customary fee;
>
> (f) whether the fee is fixed or contingent;
>
> (g) time limitations imposed by the client or the circumstances;
>
> (h) the amount involved and the results obtained;
>
> (i) the experience, reputation, and ability of the attorneys;
>
> (j) the "undesirability" of the case;

(k) the nature and length of the professional relationship with the client;

(l) and awards in similar cases.

Johnson, 488 F.2d at 717-719; Barber, 577 F.2d at 226 n.28; Anderson, 658 F.2d at 248 n.2.

26.    Jenner submits that its request for final allowance of compensation is reasonable. The services rendered by Jenner, as highlighted above, required substantial time and effort, and may well culminate in a suit that will increase the assets of the Debtors' estate.

27.    The services rendered by Jenner during the Final Application Period were performed diligently and efficiently. Accordingly, where possible, Jenner delegated tasks to lower cost junior attorneys. While this approach may have required intra-office office conferences or involved individual attorneys who spent only a few hours on the matter at hand, the net result was enhanced cost efficiency.

28.    Moreover, pursuant to Jenner's engagement letter, Jenner is currently entitled to only 50% of its hourly billing rates.[2] This steep discount from Jenner's usual and customary fees, subject to the payment of a success fee, which was heavily negotiated with the Creditors Committees, and approved by this Court, further demonstrates the reasonableness of the fees sought in this Application.

29.    Accordingly, Jenner's hourly rates and fees charged are consistent with the market rate for comparable services. The hourly rates and fees currently due and payable to Jenner are significantly lower than those generally charged to, and paid by, Jenner's other clients.

**DISBURSEMENTS**

---

[2] Jenner remains eligible for certain additional amounts in the event of a recovery, and these amounts may be based on Jenner's usual rates, as specified in Jenner's engagement letter, which this Court approved in its August 27, 2009 Order authorizing the Debtors to employ and retain Jenner.

30.     Jenner incurred actual and necessary out-of-pocket expenses during the Final

Application period in connection with the rendition of the professional services described

above.   Jenner believes these expenses were reasonable and necessary charges for items

including, but not limited to, photocopying, long distance telephone calls, messenger services,

computer research, travel expenses, overnight mail, and court fees.  Photocopy charges are

assessed at nine cents ($ 0.09) per page, which Jenner believes to be competitive for

professional firms in this geographic area.  Jenner incurred messenger service charges when

such delivery was more economical or when prompt delivery was necessary in a given

circumstance.

31.     By this Application, Jenner respectfully requests allowance of such disbursements

in full.  A schedule detailing the amount and nature of the expenses Jenner incurred in the

course of rendering the professional services described above is attached hereto as Exhibit E.

### SUMMARY OF EXHIBITS

32.     A proposed order approving the application is attached hereto as Exhibit A.

33.     A list of all attorneys and paraprofessional who have worked on these cases, by

name, year of law school graduation (if applicable), hourly rate, hours expended on this matter,

and total fees charged is attached hereto as Exhibit B.

34.     As described above, Jenner has submitted a monthly invoice to the Debtors for

charges billed at 50% of Jenner's customary rates, pursuant to the terms and conditions of

Jenner's engagement letter, and 100% of all monthly disbursements.  The Debtors have paid

85% of Jenner's invoiced charges and 100% of Jenner's out-of-pocket expenses for charges

invoiced through September 30, 2009.  Pursuant to this Court's Interim Compensation Order,

the Debtors have withheld 15% of the invoiced charges for Jenner's services through

September 30, 2009, and no payment has been made for services rendered or expenses incurred between October 1, 2009 and December 6, 2009. A summary of all charges and receipts from July 13, 2009 through December 6, 2009 is attached hereto as Exhibit C.

35.    In addition, summaries of Jenner's invoices for each month during the Application Period, detailing the amount of time spent by each attorney or paraprofessional and each attorneys' or paraprofessionals' billing rate, as well as the discounts applied, are attached hereto as Exhibit D.[3]

36.    A summary of all actual and necessary out-of-pocket expenses is attached hereto as Exhibit E.

## NOTICE

37.    Pursuant to the Plan and Confirmation Order, Jenner has served (or will serve) copies of the Application on the Notice Parties, as required by the Interim Compensation Order and the Plan. In addition, Jenner has served (or will serve) notice of the Application and notice of the hearing on the Application on the parties entitled to receive notice under the Amended Case Management Order [Docket No. 435]. Jenner respectfully submits that no further notice need be given.

## WAIVER OF MEMORANDUM OF LAW

38.    Pursuant to Local Bankruptcy Rule 9013-1(G), because there are no novel issues of law presented in this Application, Jenner requests that this Court waive the requirement that all motions be accompanied by a written memorandum of law.

---

[3] Jenner will provide copies of its complete, unredacted monthly invoices to the Court, as well as the United States Trustee. If any other party in interest wishes to review these invoices, Jenner is willing to provide its invoices in redacted, upon the entry of a satisfactory confidentiality agreement.

## NO PRIOR REQUEST

39.     No prior request for the relief sought herein has been made to this Court in these

bankruptcy cases.  This is Jenner's first request for the approval of its fees, and constitutes

Jenner's application for final approval of all fees and expenses incurred from July 13, 2009

through December 6, 2009.

## CONCLUSION

**WHEREFORE**, Jenner respectfully requests that this Court enter an order, substantially

in the form attached hereto as <u>Exhibit A</u>, (i) giving final approval to the compensation and

reimbursements requested herein, (ii) authorizing Debtors (or their successors) to pay all

amounts due and outstanding, including 15% of prior invoices held back as part of this Court's

Interim Compensation Order, and (iii) granting Jenner such other and further relief as may be

just or proper.

Dated:      Richmond, Virginia
            January 19, 2010

Respectfully Submitted,

Thomas O. Newkirk (*admitted pro hac vice*)
Larry P. Ellsworth (*admitted pro hac vice*)
JENENR & BLOCK LLP
1099 New York Avenue N.W., Ninth Floor
Washington, D.C. 20001
Telephone:  (202) 539-6000
Facsimile:  (202) 661-4926
E-mail:      tnewkirk@jenner.com
             lellsworth@jenner.com
Special Counsel for LanndAmerica 1031
Exchange Services, Inc. and
LandAmerica Financial Group, Inc.

FILED BY

/s/ Lynn L. Tavenner
Lynn L. Tavenner (VSB No. 30083)

12

Paula Beran (VSB No. 34769)
Travenner & Beran, PLC
20 Richmond, Virginia 23219
(804) 783-8300

Local Special Counsel,
as authorized by the Court on
November 20, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on or before the 19th day of January, 2010 a true copy of the foregoing Application Of Jenner & Block LLP As Special Litigation Counsel For The Debtors For Final Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred From July 13, 2009 Through December 6, 2009 was served via first-class mail, postage-prepaid and/or electronic delivery to:

Robert B. Van Arsdale – Via email:
robert.b.van.arsdale@usdoj.gov
June E. Turner – Via email:
june.e.turner@usdoj.gov
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Chad Perrine
cperrine@landam.com
LandAmerica Financial Group, Inc.
5600 Cox Road
Glen Allen, VA 23060

Jeffrey S. Sabin, Esq. – Via Email:
jeffrey.sabin@bingham.com
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Gerard A McHale, Jr, Trustee
Services, Inc. Liquidating Trust
1601 Jackson street, Suite 200
Fort Myers, Florida 33901
jerrym@thereceiver.net

Rachel C. Strickland, Esq. – Via Email:
rstrickland@willkie.com
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Dion W. Hayes, Esq. – Via Email:
dhayes@mcguirewoods.com
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Bruce H. Matson, Esq. – Via Email:
Bruce.Matson@leclairryan.com
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, VA 23219

_/s/ Lynn L. Tavenner_____
Local Special Counsel

# EXHIBIT A:
# PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
------------------------------------------------------------------------x
                                    :

**In re**                                : Case No. 08-35994 (KRH)
                                      :

**LandAmerica Financial Group, Inc., et al**    :
------------------------------------------------------------------------x

## ORDER GRANTING FINAL APPLICATION FOR COMPENSATION AND REIMBURSMENT OF EXPENSES OF JENNER & BLOCK LLP, SPECIAL LITIGATION COUNSEL TO THE DEBTORS FOR SERVICES RENDERED FROM JULY 13, 2009 THROUGH DECEMBER 6, 2009

Upon consideration of the Final Application for Compensation and Reimbursement of

Expenses of Jenner & Block LLP, special litigation counsel to the Debtors, for services

rendered from July 13, 2009 through December 6, 2009 (the "**Application**"), and the Court

having reviewed the Application; and the Court having determined that the relief requested in

the Application is necessary and appropriate and a hearing having been held on the matter on

February 9, 2010; and it appearing that proper and adequate notice of the Application has been

given and that no other or further notice is necessary; and upon the record herein; and after due

deliberation thereon; and good and sufficient cause appearing thereof, it is hereby

       **ORDERED ADJUDGED AND DECREED that:**

       1.     The Application meets the requirements of the Bankruptcy Code and the

compensation and reimbursement sought in the Application is both fair and reasonable.

       2.     The Application is hereby approved in its entirety and the amounts charged for

professional services rendered in the amount of $717,804.50 is hereby approved, and the

Debtors (or their successors) are hereby authorized and directed to pay Jenner & Block LLP the

unpaid portion of such fees.

       3.     This Order is without prejudice to Jenner & Block LLP's right to additional

compensation pursuant to the terms and conditions of its engagement letter, which this Court

previously approved in its August 27, 2009 Order Authorizing the Debtors to retain Jenner & Block LLP as special litigation counsel.

4.    The reimbursement of expenses for the Application Period in the total amount of $20,653.88 is hereby approved, and the Debtors (or their successors) are hereby authorized and directed to pay Jenner & Block any unpaid portion of such reimbursements.

5.    This Court will retain jurisdiction with respect to any dispute concerning the relief granted hereunder.

Dated: February ___, 2010
       Richmond, Virginia

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

*[signature: Larry P. Ellsworth]*

Thomas C. Newkirk (*admitted pro hac vice*)
Larry P. Ellsworth (*admitted pro hac vice*)
JENENR & BLOCK LLP
1099 New York Avenue N.W., Ninth Floor
Washington, D.C. 20001
Telephone: (202) 539-6000
Facsimile: (202) 661-4926
E-mail:      tnewkirk@jenner.com
             lellsworth@jenner.com
       Special Counsel for LanndAmerica 1031 Exchange Services, Inc. and
       LandAmerica Financial Group, Inc.

-and-
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34769)
Travenner & Beran, PLC
20 Richmond, Virginia 23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178
       Local Special Counsel as authorized by the Court on November 20, 2009

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Rule 9022-1(C), I hereby certify that the foregoing order has been served upon all necessary parties.

_____
Lynn L. Tavenner

# EXHIBIT B: SUMMARY OF TIMEKEEPERS

**Exhibit B: Summary of All Timekeepers, July 13, 2009 - December 6, 2009**

| NAME | YEAR OF LAW SCHOOL GRADUATION | TOTAL HOURS | RATE | TOTAL AMOUNT BILLED |
|---|---|---|---|---|
| ANGELA M. ALLEN | 2008 | 4.3 | $325 | $1,397.50 |
| MATTHEW W. ALSDORF | 2004 | 17.2 | $475 | $8,170.00 |
| SARAH S. ANSARI | 2009 | 46.6 | $225 | $10,485.00 |
| LAMIA K. AZIZE | N/A | 10.8 | $270 | $2,916.00 |
| ANNA M. BALDWIN | 2006 | 59 | $400 | $23,600.00 |
| CHRISTINE P. BENAVENTE | 2009 | 71.8 | $225 | $16,155.00 |
| STEPHEN R. BROWN | 2008 | 72.2 | $225 | $16,245.00 |
| CATHERINE CHU | N/A | 0.7 | $160 | $112.00 |
| JOSEPH R. DUNN | 2009 | 53.1 | $225 | $11,947.50 |
| LARRY P. ELLSWORTH | 1972 | 659.3 | $700 | $461,510.00 |
| JEROME EPSTEIN | 1986 | 1.7 | $700 | $1,190.00 |
| DARYL GARDNER | N/A | 1.5 | $275 | $412.50 |
| ELISABETH GENN | 2006 | 15.3 | $400 | $6,120.00 |
| MARC A. GOLDMAN | 1993 | 244.4 | $575 | $140,530.00 |
| DAVID M. GREENWALD | 1986 | 1.5 | $600 | $900.00 |
| ARJUMAND HAMID | N/A | 166.5 | $160 | $26,640.00 |
| JONATHAN HOLLIS | N/A | 7.5 | $160 | $1,200.00 |
| OMAR N. KHAN | N/A | 1.5 | $170 | $255.00 |
| BRENT E. KIDWELL | 1993 | 3.6 | $525 | $1,890.00 |
| VINCENT E. LAZAR | 1990 | 0.5 | $700 | $350.00 |
| YOUNG JOON LEE | N/A | 5.5 | $160 | $880.00 |
| MICHAEL K. LOWMAN | 1992 | 0.5 | $600 | $300.00 |
| ALEXANDER S. MALSON | N/A | 4.2 | $160 | $672.00 |
| RONALD L. MARMER | 1977 | 0.5 | $900 | $450.00 |
| ZULAIKHA MASTER | N/A | 1 | $275 | $275.00 |
| HEATHER D. MCARN | 1992 | 0.2 | $550 | $110.00 |
| JOSEPH J. MCFADDEN | 2005 | 0.6 | $435 | $261.00 |
| STEPHEN S. MELLIN | N/A | 1.8 | $260 | $468.00 |
| PAUL M. MONTELEONI | 2007 | 35.4 | $370 | $13,098.00 |
| DAVID Z. MOSKOWITZ | 2007 | 321.8 | $370 | $119,066.00 |
| THOMAS C. NEWKIRK | 1966 | 228.9 | $850 | $194,565.00 |
| DAVID A. NEWMAN | 2006 | 29.2 | $400 | $11,680.00 |
| CHERYL L. OLSON | N/A | 2.2 | $270 | $594.00 |
| TRICIA J. PEAVLER | N/A | 3.1 | $260 | $806.00 |
| JEFFREY K. PHILLIPS | N/A | 82.3 | $230 | $18,929.00 |
| LANDON S. RAIFORD | 2008 | 8.3 | $325 | $2,697.50 |
| ANNE P. RAY | 2003 | 17.3 | $435 | $7,525.50 |
| BENJAMIN ROBBINS | N/A | 3 | $275 | $825.00 |
| ERICA D. ROBERTS | 2009 | 54.3 | $225 | $12,217.50 |
| LISA ROSS | N/A | 3 | $260 | $780.00 |
| MARY E. RUDDY | N/A | 0.3 | $260 | $78.00 |
| JOSHUA S. SELLERS | 2008 | 32.8 | $325 | $10,660.00 |
| ANWAR T. SHATAT | 2006 | 76.5 | $400 | $30,600.00 |
| JULIE H. SHAW | N/A | 1.5 | $255 | $382.50 |
| MARGARET SMALL | N/A | 1.5 | $275 | $412.50 |
| HOWARD S. SUSKIN | 1983 | 0.5 | $750 | $375.00 |
| AJAY B. SUTARIA | 2007 | 213.8 | $370 | $79,106.00 |

**Exhibit B: Summary of All Timekeepers, July 13, 2009 - December 6, 2009**

| NAME | YEAR OF LAW SCHOOL GRADUATION | TOTAL HOURS | RATE | TOTAL AMOUNT BILLED |
|------|------|------|------|------|
| DANIELLE TARANTOLO | 2006 | 137.3 | $400 | $54,920.00 |
| ADRIENNE P. THACHER | N/A | 25.5 | $160 | $4,080.00 |
| PATRICK J. TROSTLE | 1992 | 0.5 | $725 | $362.50 |
| ROBERT UTLEY | N/A | 0.6 | $275 | $165.00 |
| MARTINA E. VANDENBERG | 2000 | 173.9 | $535 | $93,036.50 |
| LAUREN E. WANG | N/A | 4.6 | $160 | $736.00 |
| JOSEPH P. WEBER | 1987 | 23.6 | $225 | $5,310.00 |
| ANDREW WEISSMANN | 1984 | 20 | $900 | $18,000.00 |
| BENJAMIN J. WIMMER | 2006 | 37.7 | $400 | $15,080.00 |
| ELAINE WOLFF | 1979 | 4 | $700 | $2,800.00 |
| MARINA JENKINS (MKJX) | N/A | 8 | $160 | $1,280.00 |
|  |  |  |  |  |
| Sub-Total |  | 3004.7 |  | $1,435,609.00 |
| Less 50% Discount |  |  |  | $717,804.50 |
| **Total** |  |  |  | **$717,804.50** |

# EXHIBIT C:
## SUMMARY OF MONTHLY BILLINGS AND RECEIPTS

# Exhibit C: Summary of Billings and Collections, July 13, 2009 - December 6, 2009

| Period | Type | Date | Time - Full Rate | Time - Half Rate Total | Costs | Total Invoice | 15% Hold Back* | Unpaid Half-Rate Balance | Total Paid |
|---|---|---|---|---|---|---|---|---|---|
| July '09 | Invoice | 08/26/2009 | $ 29,517.50 | $ 14,758.75 | $ 234.48 | $ 14,993.23 | $ 2,213.81 | 14,758.75 | - |
| | Payment | 10/15/2009 | | $ (12,544.94) | $ (234.48) | | | | (12,779.42) |
| Aug. '09 | Invoice | 09/23/2009 | $ 165,624.00 | $ 82,812.00 | $ 2,037.59 | $ 84,849.59 | $ 12,421.80 | 82,812.00 | |
| | Payment | 10/15/2009 | | $ (70,390.20) | $ (2,037.59) | | | | (72,427.79) |
| Sept. '09 | Invoice | 10/29/2009 | $ 284,001.50 | $ 142,000.75 | $ 2,499.11 | $ 144,499.86 | $ 21,300.11 | 142,000.75 | |
| | Payment | 11/19/2009 | | $ (120,700.64) | $ (2,499.11) | | | | (123,199.75) |
| Oct. '09 | Invoice | 11/16/2009 | $ 396,114.50 | $ 198,057.25 | $ 3,436.66 | $ 201,493.91 | $ - | 198,057.25 | - |
| | Payment | | | $ - | - | | | | - |
| Nov. '09 | Invoice | 12/11/2009 | $426,507.00 | $ 213,253.50 | $ 10,361.20 | $ 223,614.70 | $ - | 213,253.50 | - |
| | Payment | | | $ - | - | | | | - |
| Dec. 1-6, '09 | Invoice | 1/15/2010 | $ 133,844.50 | $ 66,922.25 | $ 2,084.84 | $ 91,680.17 | $ - | 66,922.25 | - |
| | Payment | | | $ - | - | | | | - |
| Total Billed | | | $ 1,435,609.00 | $ 717,804.50 | $ 20,653.88 | | $ 35,935.72 | 717,804.50 | - |
| Total Paid | | | | $ (203,635.78) | $ (4,771.18) | | $ - | | $ (208,406.96) |
| Total Outstanding | | | | $ 514,168.72 | $ 15,882.70 | | | 717,804.50 | - |
| Final Amount Due (Half-Rate Time + Costs) = | | $ 530,051.42 | | | | | | | |

* 15% hold back pursuant to the Court's Interim Compensation Order

# EXHIBIT D: SUMMARY OF MONTHLY INVOICES

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   49190
MATTER NUMBER 10001

LANDAMERICA FINANCIAL GROUP, INC.                    AUGUST 26, 2009
5600 COX ROAD                                        INVOICE # 9143270
GLEN ALLEN, VA  23060
ATTN: MICHELLE H. GLUCK

### ARS CLAIMS

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2009                                      $29,517.50

LESS 50% REDUCTION RATE DUE TO AGREED UPON CAP
UP TO $2.0 MILLION                                        -14,758.75

                              SUB-TOTAL FEES               $14,758.75

DISBURSEMENTS                                                 234.48

                              BALANCE DUE                  $14,993.23

BILLING ATTORNEY  *T. Newkirk*          RESPONSIBLE ATTORNEY  *T. Newkirk*
                  (SHOW FULL SURNAME)                          SHOW FULL SURNAME
                        (BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
330 N WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

## DISBURSEMENTS

| | |
|---|---:|
| Westlaw Research | 234.48 |
| TOTAL DISBURSEMENTS | 234.48 |

INVOICE TOTAL $ 29,751.98

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| ANDREW WEISSMANN | 5.70 | 900.00 | 5,130.00 |
| THOMAS C. NEWKIRK | 15.20 | 850.00 | 12,920.00 |
| LARRY P. ELLSWORTH | 6.20 | 700.00 | 4,340.00 |
| MATTHEW W. ALSDORF | 1.70 | 475.00 | 807.50 |
| DANIELLE TARANTOLO | 9.30 | 400.00 | 3,720.00 |
| LANDON S. RAIFORD | 8.00 | 325.00 | 2,600.00 |
| TOTAL | 46.10 | | 29,517.50 |

BILLING ATTORNEY _____
(SHOW FULL SURNAME)

RESPONSIBLE ATTORNEY _____
SHOW FULL SURNAME

(BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

CLIENT NUMBER   49190
MATTER NUMBER  10001

LANDAMERICA FINANCIAL GROUP, INC.                    SEPTEMBER 23, 2009
5600 COX ROAD                                        INVOICE # 9145704
GLEN ALLEN, VA  23060
ATTN: MICHELLE H. GLUCK

### ARS CLAIMS

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2009 | $165,624.00 |
| LESS 50% REDUCTION RATE DUE TO AGREED UPON CAP UP TO $2.0 MILLION | -82,812.00 |
| SUB-TOTAL FEES | $82,812.00 |
| DISBURSEMENTS | 2,037.59 |
| BALANCE DUE | $84,849.59 |

BILLING ATTORNEY   *T. Newkirk*
(SHOW FULL SURNAME)

RESPONSIBLE ATTORNEY   *T. Newkirk*
SHOW FULL SURNAME

(BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|------:|-----:|-------:|
| ANDREW WEISSMANN | 7.40 | 900.00 | 6,660.00 |
| THOMAS C. NEWKIRK | 72.50 | 850.00 | 61,625.00 |
| LARRY P. ELLSWORTH | 111.80 | 700.00 | 78,260.00 |
| MATTHEW W. ALSDORF | 6.60 | 475.00 | 3,135.00 |
| DANIELLE TARANTOLO | 17.60 | 400.00 | 7,040.00 |
| DAVID A. NEWMAN | 2.50 | 400.00 | 1,000.00 |
| DAVID Z. MOSKOWITZ | 5.60 | 370.00 | 2,072.00 |
| DARYL GARDNER | 1.50 | 275.00 | 412.50 |
| ROBERT J. UTLEY | 0.60 | 275.00 | 165.00 |
| ZULAIKHA MASTER | 0.50 | 275.00 | 137.50 |
| LAMIA K. AZIZE | 1.50 | 270.00 | 405.00 |
| LISA A. ROSS | 3.00 | 260.00 | 780.00 |
| TRICIA J. PEAVLER | 1.40 | 260.00 | 364.00 |
| ADRIENNE P. THACHER | 1.10 | 160.00 | 176.00 |
| ARJUMAND HAMID | 5.70 | 160.00 | 912.00 |
| JONATHAN HOLLIS | 7.50 | 160.00 | 1,200.00 |
| MKJX | 8.00 | 160.00 | 1,280.00 |
| TOTAL | 254.80 | | 165,624.00 |

BILLING ATTORNEY _____
(SHOW FULL SURNAME)

RESPONSIBLE ATTORNEY _____
SHOW FULL SURNAME

(BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

CLIENT NUMBER   49190
MATTER NUMBER  10001

LANDAMERICA FINANCIAL GROUP, INC.       OCTOBER 29, 2009
5600 COX ROAD       INVOICE # 9150070
GLEN ALLEN, VA  23060
ATTN: MICHELLE H. GLUCK

### ARS CLAIMS

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2009 | $284,001.50 |
| DISBURSEMENTS | 2,499.11 |
| LESS 50% HOLD BACK - REDUCTION RATE DUE TO AGREED UPON CAP UP TO $2.0 MILLION | -142,000.75 |
| TOTAL INVOICE | $144,499.86 |

BILLING ATTORNEY  _Newfine_
(SHOW FULL SURNAME)

RESPONSIBLE ATTORNEY  _Newfine_
SHOW FULL SURNAME

(BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| ANDREW WEISSMANN | 3.90 | 900.00 | 3,510.00 |
| THOMAS C. NEWKIRK | 56.60 | 850.00 | 48,110.00 |
| LARRY P. ELLSWORTH | 189.40 | 700.00 | 132,580.00 |
| MARC A GOLDMAN | 31.70 | 575.00 | 18,227.50 |
| MATTHEW W. ALSDORF | 7.40 | 475.00 | 3,515.00 |
| ANNA M. BALDWIN | 11.50 | 400.00 | 4,600.00 |
| ANWAR T. SHATAT | 28.50 | 400.00 | 11,400.00 |
| BENJAMIN J. WIMMER | 22.30 | 400.00 | 8,920.00 |
| DANIELLE TARANTOLO | 45.00 | 400.00 | 18,000.00 |
| DAVID A. NEWMAN | 11.60 | 400.00 | 4,640.00 |
| ELISABETH GENN | 11.20 | 400.00 | 4,480.00 |
| DAVID Z. MOSKOWITZ | 40.50 | 370.00 | 14,985.00 |
| PAUL M. MONTELEONI | 16.30 | 370.00 | 6,031.00 |
| LANDON S. RAIFORD | 0.30 | 325.00 | 97.50 |
| BENJAMIN ROBBINS | 3.00 | 275.00 | 825.00 |
| ZULAIKHA MASTER | 0.50 | 275.00 | 137.50 |
| LAMIA K. AZIZE | 3.50 | 270.00 | 945.00 |
| STEPHEN S. MELLIN | 1.30 | 260.00 | 338.00 |
| TRICIA J. PEAVLER | 1.00 | 260.00 | 260.00 |
| ADRIENNE P. THACHER | 6.80 | 160.00 | 1,088.00 |
| ARJUMAND HAMID | 7.50 | 160.00 | 1,200.00 |
| CATHERINE L. CHU | 0.70 | 160.00 | 112.00 |
| TOTAL | 500.50 | | 284,001.50 |

BILLING ATTORNEY _____
(SHOW FULL SURNAME)

RESPONSIBLE ATTORNEY _____
SHOW FULL SURNAME

(BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   49190
MATTER NUMBER  10001

LANDAMERICA FINANCIAL GROUP, INC.                    NOVEMBER 16, 2009
5600 COX ROAD                                        INVOICE # 9152572
GLEN ALLEN, VA  23060
ATTN: MICHELLE H. GLUCK

### ARS CLAIMS

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2009                                    $396,114.50

DISBURSEMENTS                                                 3,436.66

LESS 50% HOLD BACK - REDUCTION RATE DUE TO
AGREED UPON CAP UP TO $2.0 MILLION                          -198,057.25

                                    TOTAL INVOICE           $201,493.91

BILLING ATTORNEY  *(signature)*                RESPONSIBLE ATTORNEY _____
                  (SHOW FULL SURNAME)                              SHOW FULL SURNAME
                           (BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|------:|-----:|-------:|
| ANDREW WEISSMANN | 1.10 | 900.00 | 990.00 |
| THOMAS C. NEWKIRK | 42.20 | 850.00 | 35,870.00 |
| ELAINE WOLFF | 1.00 | 700.00 | 700.00 |
| LARRY P. ELLSWORTH | 165.70 | 700.00 | 115,990.00 |
| MARC A GOLDMAN | 114.30 | 575.00 | 65,722.50 |
| MARTINA E. VANDENBERG | 57.80 | 535.00 | 30,923.00 |
| BRENT E KIDWELL | 2.90 | 525.00 | 1,522.50 |
| ANNA M. BALDWIN | 9.10 | 400.00 | 3,640.00 |
| ANWAR T. SHATAT | 48.00 | 400.00 | 19,200.00 |
| BENJAMIN J. WIMMER | 15.40 | 400.00 | 6,160.00 |
| DANIELLE TARANTOLO | 50.60 | 400.00 | 20,240.00 |
| DAVID A. NEWMAN | 15.10 | 400.00 | 6,040.00 |
| ELISABETH GENN | 4.10 | 400.00 | 1,640.00 |
| AJAY B. SUTARIA | 51.80 | 370.00 | 19,166.00 |
| DAVID Z. MOSKOWITZ | 103.70 | 370.00 | 38,369.00 |
| PAUL M. MONTELEONI | 15.50 | 370.00 | 5,735.00 |
| MARGARET SMALL | 1.50 | 275.00 | 412.50 |
| CHERYL L OLSON | 1.50 | 270.00 | 405.00 |
| LAMIA K. AZIZE | 5.80 | 270.00 | 1,566.00 |
| STEPHEN S. MELLIN | 0.20 | 260.00 | 52.00 |
| TRICIA J. PEAVLER | 0.50 | 260.00 | 130.00 |
| JEFFREY K. PHILLIPS | 7.90 | 230.00 | 1,817.00 |
| ADRIENNE P. THACHER | 17.60 | 160.00 | 2,816.00 |
| ALEXANDER S. MALSON | 4.20 | 160.00 | 672.00 |
| ARJUMAND HAMID | 97.50 | 160.00 | 15,600.00 |
| LAUREN E. WANG | 4.60 | 160.00 | 736.00 |
| TOTAL | 839.60 | | 396,114.50 |

BILLING ATTORNEY _____
(SHOW FULL SURNAME)

RESPONSIBLE ATTORNEY _____
SHOW FULL SURNAME

(BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER  49190
MATTER NUMBER 10001


LANDAMERICA FINANCIAL GROUP, INC.                    DECEMBER 11, 2009
5600 COX ROAD                                        INVOICE # 9155066
GLEN ALLEN, VA  23060
ATTN: MICHELLE H. GLUCK


### ARS CLAIMS

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2009 | $426,507.00 |
| DISBURSEMENTS | 10,361.20 |
| LESS 50% HOLD BACK - REDUCTION RATE DUE TO AGREED UPON CAP UP TO $2.0 MILLION | -213,253.50 |
| TOTAL INVOICE | $223,614.70 |

BILLING ATTORNEY    T. Newkirk
(SHOW FULL SURNAME)
(BILLING ATTORNEY COPY)

RESPONSIBLE ATTORNEY    T. Newkirk
SHOW FULL SURNAME

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

| | |
|---|---:|
| Business Meals, MARC A. GOLDMAN, 10/21/2009 with M. Vandenberg & D. Moskowitz | 31.00 |
| Business Meals, MARTINA E. VANDENBERG, 10/28/2009 with D. Moskowitz | 77.48 |
| Catering; 130596819; by: Brunton Sharon; Detail: Land/America Meeting | 160.56 |
| Catering; 130709430; by: Brunton Sharon; Detail: Land America meeting | 183.08 |
| CREDIT - Telephone Expense | - 9.69 |
| In-City Transportation, DANIELLE F. TARANTOLO, 09/23/2009 OT cab | 68.19 |
| In-City Transportation; JENNER & BLOCK LLP; 11/13/2009; D. Newman Overtime cabs | 17.20 |
| Lexis Research | 1,382.69 |
| Network Printing | 91.53 |
| Out of Town Travel, LARRY P. ELLSWORTH, 11/03/2009 to New York, NY for a meeting with LES Trustee Elect. | 419.20 |
| Out of Town Travel, MARC A. GOLDMAN, 10/21/2009 to Richmond, VA to meet with client with M.Vandenberg and D. Moskowitz | 80.08 |
| Out of Town Travel, MARTINA E. VANDENBERG, 10/28/2009 to Glen Allen, VA | 527.55 |
| Outside Professional Services; DISCOVERY DOCUMENT SOLUTIONS, INC.; 10/01/2009 | 3,057.26 |
| Outside Professional Services; SOBEL & CO., LLC; 09/12/2009; Attendance at NASAA Conference (9/12/09-9/15/09) to attend meetings with Larry Ellsworth and State Regulators at the request of LandAmerica | 2,316.28 |
| Photocopy & Related Expenses | 99.27 |
| Photocopy-NQue | 30.33 |
| Soundpath; Conferencing Services; Larry P. Ellsworth; 3122229350-102509 | 9.69 |
| UPS tracking# 1Z22124E0199231096 Inv# 0000022124E439 | 8.49 |
| Westlaw Research | 1,801.87 |
| TOTAL DISBURSEMENTS | 10,361.20 |

INVOICE TOTAL $ 436,868.20

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| ANDREW WEISSMANN | 1.80 | 900.00 | 1,620.00 |
| RONALD L MARMER | 0.50 | 900.00 | 450.00 |
| THOMAS C. NEWKIRK | 34.30 | 850.00 | 29,155.00 |
| HOWARD S SUSKIN | 0.50 | 750.00 | 375.00 |
| PATRICK J. TROSTLE | 0.50 | 725.00 | 362.50 |

BILLING ATTORNEY _____ (SHOW FULL SURNAME)   RESPONSIBLE ATTORNEY _____ SHOW FULL SURNAME
(BILLING ATTORNEY COPY)

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | |
|---|---|---|---|
| ELAINE WOLFF | 3.00 | 700.00 | 2,100.00 |
| JEROME L EPSTEIN | 1.70 | 700.00 | 1,190.00 |
| LARRY P. ELLSWORTH | 155.00 | 700.00 | 108,500.00 |
| VINCENT E LAZAR | 0.50 | 700.00 | 350.00 |
| DAVID M GREENWALD | 1.50 | 600.00 | 900.00 |
| MICHAEL K. LOWMAN | 0.50 | 600.00 | 300.00 |
| MARC A GOLDMAN | 61.00 | 575.00 | 35,075.00 |
| HEATHER D. MCARN | 0.20 | 550.00 | 110.00 |
| MARTINA E. VANDENBERG | 97.10 | 535.00 | 51,948.50 |
| BRENT E KIDWELL | 0.70 | 525.00 | 367.50 |
| MATTHEW W. ALSDORF | 1.50 | 475.00 | 712.50 |
| ANNE P. RAY | 14.80 | 435.00 | 6,438.00 |
| JOSEPH J. MCFADDEN | 0.60 | 435.00 | 261.00 |
| ANNA M. BALDWIN | 28.40 | 400.00 | 11,360.00 |
| DANIELLE TARANTOLO | 14.80 | 400.00 | 5,920.00 |
| AJAY B. SUTARIA | 127.50 | 370.00 | 47,175.00 |
| DAVID Z. MOSKOWITZ | 139.20 | 370.00 | 51,504.00 |
| PAUL M. MONTELEONI | 3.60 | 370.00 | 1,332.00 |
| ANGELA M. ALLEN | 4.30 | 325.00 | 1,397.50 |
| JOSHUA A. SELLERS | 14.50 | 325.00 | 4,712.50 |
| CHERYL L OLSON | 0.70 | 270.00 | 189.00 |
| MARY E RUDDY | 0.30 | 260.00 | 78.00 |
| TRICIA J. PEAVLER | 0.20 | 260.00 | 52.00 |
| JULIE H. SHAW | 1.50 | 255.00 | 382.50 |
| JEFFREY K. PHILLIPS | 68.90 | 230.00 | 15,847.00 |
| CHRISTINE P. BENAVENTE | 44.20 | 225.00 | 9,945.00 |
| ERICA D. ROBERTS | 32.40 | 225.00 | 7,290.00 |
| JOSEPH R. DUNN | 33.30 | 225.00 | 7,492.50 |
| SARAH S. ANSARI | 27.40 | 225.00 | 6,165.00 |
| STEPHEN R. BROWN | 39.80 | 225.00 | 8,955.00 |
| OMAR N. KHAN | 1.50 | 170.00 | 255.00 |
| ARJUMAND HAMID | 39.00 | 160.00 | 6,240.00 |
| TOTAL | 997.20 | | 426,507.00 |

BILLING ATTORNEY _____    RESPONSIBLE ATTORNEY _____
(SHOW FULL SURNAME)                                                      SHOW FULL SURNAME
(BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

CLIENT NUMBER   49190
MATTER NUMBER  10001

LANDAMERICA FINANCIAL GROUP, INC.
5600 COX ROAD
GLEN ALLEN, VA  23060
ATTN: CHAD PERRINE

JANUARY 15, 2010
INVOICE # 9157638a

### LANDAMERICA-ARS CLAIMS

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 6, 2009 | $133,844.50 |
| DISBURSEMENTS | 2,084.84 |
| LESS 50% HOLD BACK - REDUCTION RATE DUE TO AGREED CAP UP TO $2.0 MILLION | -66,922.25 |
| TOTAL INVOICE | $69,007.09 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|------:|-----:|-------:|
| ANDREW WEISSMANN | 0.10 | 900.00 | 90.00 |
| THOMAS C. NEWKIRK | 8.10 | 850.00 | 6,885.00 |
| ELAINE WOLFF | 0.00 | 700.00 | 0.00 |
| LARRY P. ELLSWORTH | 31.20 | 700.00 | 21,840.00 |
| MARC A GOLDMAN | 37.40 | 575.00 | 21,505.00 |
| MARTINA E. VANDENBERG | 19.00 | 535.00 | 10,165.00 |
| ANNE P. RAY | 2.50 | 435.00 | 1,087.50 |
| ANNA M. BALDWIN | 10.00 | 400.00 | 4,000.00 |
| AJAY B. SUTARIA | 34.50 | 370.00 | 12,765.00 |
| DAVID Z. MOSKOWITZ | 32.80 | 370.00 | 12,136.00 |
| JOSHUA A. SELLERS | 18.30 | 325.00 | 5,947.50 |
| STEPHEN S. MELLIN | 0.30 | 260.00 | 78.00 |
| JEFFREY K. PHILLIPS | 5.5 | 230.00 | 1,265.00 |
| CHRISTINE P. BENAVENTE | 27.60 | 225.00 | 6,210.00 |
| ERICA D. ROBERTS | 21.90 | 225.00 | 4,927.50 |
| JOSEPH P. WEBER | 23.60 | 225.00 | 5,310.00 |
| JOSEPH R. DUNN | 19.80 | 225.00 | 4,455.00 |
| SARAH S. ANSARI | 19.20 | 225.00 | 4,320.00 |
| STEPHEN R. BROWN | 32.40 | 225.00 | 7,290.00 |
| ARJUMAND HAMID | 16.80 | 160.00 | 2,688.00 |
| YONG JOON LEE | 5.50 | 160.00 | 880.00 |
| TOTAL | 366.5 | | 133,844.50 |

# EXHIBIT E:
# SUMMARY OF EXPENSES

# Exhibit E: Summary of Expenses, July 13, 2009 - December 6, 2009

| Expense | July 13 - July 31, 2009 | Aug. 2009 | Sept. 2009 | Oct. 2009 | Nov. 2009 | Dec. 1 - Dec. 6, 2009 | Total |
|---|---|---|---|---|---|---|---|
| Westlaw/Lexis | $234.48 | $707.83 | $153.89 | $156.26 | $3,184.56 | | $4,437.02 |
| Database Research | | | | $244.76 | | $555.19 | $799.95 |
| Docket Expense | | | | $26.56 | | | $26.56 |
| Outside Professional Services | | | | | $5,373.54 | | $5,373.54 |
| Conference Registration Fee | | | | $950.00 | | | $950.00 |
| Network Printing | | $90.72 | $55.26 | $68.67 | $91.53 | $53.55 | $359.73 |
| Photocopies | | $134.55 | $137.82 | $1,696.02 | $129.60 | $44.55 | $2,142.54 |
| Conferecing Services | | | | $66.49 | | $16.09 | $82.58 |
| Business Meals | | $97.73 | $56.75 | | $117.62 | $40.78 | $312.88 |
| Catering | | | | $166.00 | $343.64 | | $509.64 |
| Out of Town Travel | | $982.37 | $2,095.39 | $10.00 | $1,026.83 | $916.05 | $5,030.64 |
| In-City Transportation | | | | $51.90 | $85.39 | $145.61 | $282.90 |
| UPS | | $24.39 | | | $8.49 | | $32.88 |
| Federal Express | | | | | | $142.08 | $142.08 |
| Courier/Messenger Service | | | | | | $166.81 | $166.81 |
| Misc. | | | | | | $4.13 | $4.13 |
| Total | $234.48 | $2,037.59 | $2,499.11 | $3,436.66 | $10,361.20 | $2,084.84 | $20,653.88 |