IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LandAmerica Financial Group, Inc., et al., | ) | Case No. 08-35994 (KRH) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | | Ref. Docket No. 4053 |

### AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 23, 2010 I caused to be served the "Motion of Post-Effective Date LFG for Entry of an Order Further Extending the Time to Assume or Reject Certain Partnership and Limited Liability Company Agreements," dated November 23, 2010, to which was attached the "Notice of Motion and Notice of Hearing on the Motion of Post-Effective Date LFG for Entry of an Order Further Extending the Time to Assume or Reject Certain Partnership and Limited Liability Company Agreements," dated November 23, 2010 [Docket No. 4053], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the parties listed on the annexed Exhibit A,

   b. via electronic mail to those parties listed on the annexed Exhibit B, and

   c. via facsimile to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Samuel Garcia
Samuel Garcia

Sworn to before me this
24th day of November, 2010

/s/ Notary Public
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\Clients\laf\Affidavits\Mtn to Further Extend_DI 4053_AFF_11-24-10_EK.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ASLAN REALTY PARTNERS III, L.L.C. | C/O DLA PIPER, LLP ATTN: C. KEVIN KOBBE ATTN: MARK J. FRIEDMAN 6225 SMITH AVENUE BALTIMORE MD 21209 |
| ASLAN REALTY PARTNERS III, L.L.C. | C/O ASLAN GP III, L.L.C. 150 N. WACKER DRIVE SUITE 800 CHICAGO IL 60606 |
| ASLAN REALTY PARTNERS III, L.L.C. | C/O TRANSWESTERN INVESTMENT COMPANY, L.L.C. ATTN: DOUGLAS W. LYONS 150 N. WACKER DRIVE, SUITE 800 CHICAGO IL 60606 |
| MORGAN STANLEY REAL ESTATE FUND IV DOMESTIC, L.P. | C/O RICHARD LEVIN CRAVATH, SWAIN & MOORE LLP WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019-7475 |
| MORGAN STANLEY REAL ESTATE FUND IV DOMESTIC, L.P. | C/O MSREF IV DOMESTIC-GP, L.L.C. MORGAN STANLEY REAL ESTATE FUNDS 1585 BROADWAY, 37TH FLOOR NEW YORK NY 10036 |
| NORMANDY REAL ESTATE FUND (AIV), L.P. | C/O NORMANDY REAL ESTATE FUND GP, L.L.C. NORMANDY REAL ESTATE PARTNERS ATTN: JEFFREY GRONNING, MANAGING MEMBER 1776 ON THE GREEN 67 PARK PLACE EAST, 8TH FLOOR MORRISTOWN NJ 07960 |
| NORMANDY REAL ESTATE FUND (AIV), L.P. | C/O GODWIN PROCTOR, LLP ATTN: BRIAN HARVEY THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| NORMANDY REAL ESTATE FUND, L.P. | C/O NORMANDY REAL ESTATE FUND GP, L.L.C. NORMANDY REAL ESTATE PARTNERS ATTN: JEFFREY GRONNING, MANAGING MEMBER 1776 ON THE GREEN 67 PARK PLACE EAST, 8TH FLOOR MORRISTOWN NJ 07960 |
| NORMANDY REAL ESTATE FUND, L.P. | C/O GODWIN PROCTOR, LLP ATTN: BRIAN HARVEY THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| THE PRAEDIUM FUND VII, L.P. | C/O TPF VII GP LLC THE PRAEDIUM GROUP LLC ATTN: RUSSELL APPEL, PRESIDENT 825 THIRD AVENUE, 36TH FLOOR NEW YORK NY 10022 |
| THE PRAEDIUM FUND VII, L.P. | C/O THE PRAEDIUM GROUP LLC ATTN: LAURA SCHAFFER, DIRECTOR & GENERAL COUNSEL 825 THIRD AVENUE, 36TH FLOOR NEW YORK NY 10022 |

**Total Creditor count 11**

| Claim Name | Address Information |
|---|---|
| ATTORNEY GENERAL OF THE UNITED STATES | MAIN JUSTICE BUILDING, ROOM 5111 10TH STREET AND CONSTITUTION AVE, NW WASHINGTON DC 20530 |
| CALIFORNIA DEPARTMENT OF INSURANCE | 300 CAPITOL MALL SUITE 1700 SACRAMENTO CA 95814 |
| DANIEL L. THELEN, SUE H. THELEN, AND FEMRITE | COMMERICAL RENTALS, LLC 926 NORTH AZURE COURT OREGON WI 53575 |
| FEDERAL DEPOSIT INSURANCE CORPORATION | ATTN MICHAEL BRADFIELD, GENERAL COUNSEL 550 17TH STREET, NW WASHINGTON DC 20429 |
| KOREA PLAZA, LLC | ATTN CHEONG MAN RHEE PRESIDENT 971 S MERIDIAN AVE ALHAMBRA CA 91803 |
| OFFICE OF THE ATTORNEY GENERAL | ATTN. ROBERT C. EDMUNDSON 564 FORBES AVENUE, 5TH FLOOR, MANOR BLDG. PITTSBURGH PA 15219 |
| PAUL F. BLAUERT | (COUNSEL TO: GREGORY D. AND GRETCHEN L. SCHULTZ) 18303 17TH PL. NW SHORELINE WA 98177 |
| SPECIAL ASSISTANT UNITED STATES ATTORNEY | EASTERN DISTRICT OF VIRGINIA COUNSEL TO THE INTERNAL REVENUE SERVICE ATTN STEPHEN M FRIEDBERG, ESQ. 600 E MAIN STREET, SUITE 1601 RICHMOND VA 23219-2430 |
| TENNESSEE DEPARTMENT OF REVENUE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION ATTN. GINA BAKER HANTEL P.O. BOX 20207 NASHVILLE TN 37202-0207 |
| THE SECURITIES AND EXCHANGE COMMISSION | ATTN: DANIEL M. HAWKE, REGIONAL DIRECTOR THE MELLON INDEPENDENCE CENTER 701 MARKET ST PHILADELPHIA PA 19106-1532 |

**Total Creditor count 10**

LAF -DI 4053 11-23-10

WOLFBLOCK LLP
ATTN: GRETCHEN M. SANTAMOUR, ESQ.
COUNSEL TO FRONTIER PEPPER'S FERRY, LLC
1650 ARCH STREET, 22ND FLOOR
PHILADELPHIA, PA  19103

LAF -DI 4053 11-23-10

RUTTER HOBBS & DAVIDOFF INCORPORATED
ATTN: ERIC C. PETERSON
COUNSEL TO CHINO SPECTRUM CENTER LLC & CHINO WINGS, LLC
1901 AVENUE OF THE STARS, SUITE 1700
LOS ANGELES, CA  90067

LAF -DI 4053 11-23-10

KELLEY DRYE & WARREN LLP
ATTN: ROBERT FRIEDMAN
101 PARK AVENUE
NEW YORK, NY  10178

**EXHIBIT B**

**Email List**

aboasberg@sbcglobal.net
aburgess@sandsanderson.com
aepps@cblaw.com
alberto@miamidade.gov
amcmullen@ba-boult.com
anazar@stklaw.com
annemarie.mcgavin@bipc.com
arlbank@pbfcm.com
asmith@lockelord.com
austin.bankruptcy@publicans.com
barkema@durrettebradshaw.com
bbisignani@postschell.com
bermanh@gtlaw.com
betsyelam@toase.com
bgray@sandsanderson.com
billbaldwin@comcast.net
billbaldwin@mthblaw.com
bob@jlaw.net
boone.merrill@pbgc.gov
brounerj@earthlink.com
bruce.matson@leclairryan.com
byoung@deweyleboeuf.com
cbarr@lockelord.com
cconnors@foleybezek.com
cgibbs@akingump.com
christopher.perkins@leclairryan.com
christopher.schueller@bipc.com
cindy.hotsky@vangent.com
citadelagreementnotice@citadelgroup.com
cjohnson@hbsb.com
clay.taylor@khh.com
cwolfe@kelleydrye.com
cwong@ertwllp.com
dallas.bankruptcy@publicans.com
david@dllong.com
ddhopper@chlhf.com
dervin@kelleydrye.com
dfv@dunn-carney.com
dgreer@davidgreerlaw.com
dhayes@mcguirewoods.com
dkillebrew@bakerdonelson.com
dlieberman@halperinlaw.net
dllr@dllr.state.md.us
dlonas@moranbrownpc.com
donna.parisi@bnymellon.com
dpelletier@axley.com
druby@mcsweeneycrump.com
dstein@wilentz.com
dwirt@lockelord.com
dyellen@ballonstoll.com
edvaecf@dor.mo.gov
efile@pbgc.gov
egunn@durrettebradshaw.com
epeterson@rutterhobbs.com
epost@kelleydrye.com
fbr@robinsonbrog.com
ffm@bostonbusinesslaw.com
fstevens@foxrothschild.com
gcalhoun@steptoe.com
ggold@rutterhobbs.com
glh@whittenfirm.com
gnmarks@nmmlaw.com
gsantamour@wolfblock.com
hfrazer@aalrr.com
hlong@hunton.com
hmiller@trenam.com
hollace.cohen@troutmansanders.com
houston_bankruptcy@publicans.com
howard@sussmanshank.com
hyazicioglu@jaspanllp.com
ihosford@mailbmc.com
ilandsberg@lm-lawyers.com
jdw@jdwoodlaw.com
jeffrey.sabin@bingham.com
jessaustin@paulhastings.com
jfrank@fgllp.com
jfriedman@krcl.com
jgeller@bernsteinshur.com
jim.roberts@robertsandlayman.com
jketten@willkie.com
jlandis@stonepigman.com
jliberatore@clrfirm.com
jmaddock@mcguirewoods.com
jmclemore@cblaw.com
jmiller@millmarhomes.com
jmiller-1@comcast.net
john.moore@coateslaw.com
jonathan.hauser@troutmansanders.com
jramsey@jramsey-law.com
jroche@perkinscoie.com
jrtaylor@steptoe.com
jryan@potteranderson.com
jsafer@lockelord.com
jsheerin@mcguirewoods.com
jsmith@durrettebradshaw.com
jtarkenton@wcsr.com
jvanbeek@ygvb.com
karen@frascona.com
kdwbankruptcydepartment@kelleydrye.com

kfunk@durrettebradshaw.com
kincaid@jlaw.net
klewis@rosenpc.com
kmartin185@aol.com
kravit@kravitlaw.com
kushnickh@gtlaw.com
lgabriel@jmglawoffices.com
lgolden@jaspanllp.com
lhudson@sandsanderson.com
lmgesq@aol.com
lmodugno@mdmc-law.com
krumph@ikon.com
loc.pfeiffer@kutakrock.com
lskiba@gregkaplaw.com
ltavenner@tb-lawfirm.com
lwalker@cablehuston.com
mbeverly@landam.com
mconn@moranbrownpc.com
mdebbeler@graydon.com
mdtcbkc@miamidade.gov
mgluck@landam.com
mhoran@trenam.com
michael.bernstein@aporter.com
michael.condyles@kutakrock.com
mkristal@hfdclaw.com
mmueller@cblaw.com
mpdenver@hbsb.com
msarata@ltblaw.com
mshore@shorecal.com
mwanslee@gustlaw.com
ncolarusso@mcsweeneycrump.com
nicholas.depalma@aporter.com
njames@cblaw.com
nlowery@foleybezek.com
oatamoh@nevadafirm.com
brett.goodman@troutmansanders.com
pberan@tb-lawfirm.com
pchildress@mcsweeneycrump.com
pete@zemanianlaw.com
peter.barrett@kutakrock.com
pbaxa@sandsanderson.com
pivanick@deweyleboeuf.com
ppearl@sandsanderson.com
pshalhoub@willkie.com
ralph.heyman@dinslaw.com
randall.miller@aporter.com
rcurtis@foleybezek.com
rem@mwhlawfirm.com
rfriedman@kelleydrye.com
rg@lrccapital.com

rhanley@nolanplumhoff.com
rholley@nevadafirm.com
richard.hagerty@troutmansanders.com
richard.lear@hklaw.com
rkaplan@kaplanfox.com
rkbgwhw@aol.com
dkennedy@dl.com
rlbrace@hbsb.com
rmaxwell@woodsrogers.com
rnefsky@remboltludtke.com
robert.klyman@lw.com
ronnie@jlaw.net
rosa.evergreen@aporter.com
rossspence@snowfogel.com
rpage@rpagelaw.com
rstrickland@willkie.com
rterry@durrettebradshaw.com
russj4478@aol.com
sanantonio.bankruptcy@publicans.com
sdavidson@steptoe.com
sgubner@ebg-law.com
sherrill-beards@sec.gov
sleach@ltblaw.com
smilo@wawlaw.com
spobrien@gustlaw.com
sschultz@akingump.com
sutter@wfslaw.com
suzette@hbsb.com
sward@mailbmc.com
taskounis@askounisdarcy.com
tdamari@nossaman.com
tebel@sandsanderson.com
tfoley@foleybezek.com
tgriffinger@steinlubin.com
thefirm@mkzlaw.com
thomas.luther@prudential.com
tjunker@gregkaplaw.com
tlupinacci@bakerdonelson.com
toross@wcsr.com
tpadnos@deweyleboeuf.com
tpbrown@hunton.com
tsavenko@gregkaplaw.com
wbenzija@halperinlaw.net
wbroscious@kbbplc.com
weisbartm@earthlink.com
wmthompson@wmtpc.com
wshort@hsblawfirm.com
ygeron@foxrothschild.com
ricoman1968@aol.com
michele@lurieparklaw.com

tlynch@babc.com
mscheier@kmklaw.com
jstitt@kmklaw.com
backerly@hunton.com
hgarrett@hunton.com
schristianson@buchalter.com
ehirsch@babc.com
mbradshaw@shbllp.com
lbutler@mailbmc.com
mwachtell@buchalter.com
ellis@shumakerwilliams.com
bchew@pattonboggs.com
dplon@sirlinlaw.com
jfina@howardcountymd.gov
telgie@hunton.com
krm@mccarthywhite.com
christian.vogel@leclairryan.com
ccreely@akingump.com
dmiller@steinlubin.com
rdarwin@buchalter.com
mrose@mautobody.com
kr750@sbcglobal.net
sstengel@orrick.com
malevinson@orrick.com
michael.witmer@doj.ca.gov
rheiligman@fgllp.com
romero@mromerolawfirm.com
rm@rushallmcgeever.com
ssrobertson@ikon.com
peterd@psdslaw.com
rfblair@mcguirewoods.com
david.carney@skadden.com
warren.allen@skadden.com
michael.lacy@troutmansanders.com
saul.pilchen@skadden.com
mark.chehi@skadden.com
amy.sabrin@skadden.com
nswift@buchalter.com
cwilliams@butlerwilliams.com
zantell@butlerwilliams.com
ebuzzard@palumbolawyers.com
cchow@skadden.com
linda.boyle@twtelecom.com
crobertson@pahl-mccay.com
rwestermann@hf-law.com
sdelacruz@hf-law.com
reardonv@michigan.gov
slilak43@msn.com
matthew.burger@bipc.com
susan.yohe@bipc.com

james.newell@bipc.com
dpoitras@jmbm.com
jmckarcher@cov.com
robert.thorn@kts-law.com
jlewis@reesbroome.com
efox@reesbroome.com
mccaffreyd@sec.gov
smurphy@milbank.com
redmundson@attorneygeneral.gov
ktmonaha@travelers.com
dania.slim@pillsburylaw.com
patrick.potter@pillsburylaw.com
dhickerson@foley.com
dleta@swlaw.com
jonathan.alden@dep.state.fl.us
jerrym@thereceiver.net
dalbaugh@golenbock.com
mdevorkin@golenbock.com
jflaxer@golenbock.com
dtlewand@kaufcan.com
robb_evans@robbevans.com
dhickerson@foley.com
chohnbaum@kslaw.com
mrsmith@kslaw.com
jjeffries@kslaw.com
kwinick@clarktrev.com
fsmith@shacklaw.net
bankruptcy@ntexas-attorneys.com

**EXHIBIT C**

| Fax | Name |
|---|---|
| 804-819-7417 | ROBERT MCINTOSH |
| 402-471-4610 | ANN FROHMAN |
| 804-916-3939 | GERALD THORPE |
| 404-842-5755 | K ADDLEMAN |
| 804-771-2330 | R VAN ARSDALE |
| 202-693-8736 | M CAPOLONGO |
| 615-741-3334 | GINA BAKER HANTEL |
| 718-259-4494 | S STRAZZULO |
| 817-860-6509 | E BANDA |
| 512-482-8341 | WILLIAM FRAZELL |
| 412-392-0335 | ROBERT LAMPL |