**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| IN RE: | LANDAMERICA FINANCIAL GROUP, INC., et al., | Case No. 08-35994<br>Chapter 11<br>Jointly Administered |
| | Debtors. | |

## ORDER REOPENING CASE

Pursuant to sections 105(a) and 350(b) of Title 11 of the United States Code, the Court having found cause to reopen the above-captioned bankruptcy case (the "Bankruptcy Case"), it is

**ORDERED** that the Bankruptcy Case be and hereby is **REOPENED**; and it is further

**ORDERED** that the fee to reopen the Bankruptcy Case is **WAIVED**.

Dated:   October 31, 2019            /s/ Kevin R. Huennekens
                                     UNITED STATES BANKRUPTCY JUDGE

                                     Entered on Docket:  October 31, 2019

**Copies to:**

**Robert B. Van Arsdale**
700 E. Broad Street, Suite 4304
Richmond, VA 23219

**Bruce H. Matson**
117 Thomashire Court
Richmond, VA 23219

**Robert B. Smith**
RS Financial Consulting, LLC
492 Hope Springs Lane
Manakin-Sabot, VA 23103

**Protiviti, Inc.**
1051 East Cary Street, Suite 602
Richmond, VA  23219

**Michael G. Wilson**
MICHAEL WILSON PLC
P.O. Box 6330
Glen Allen, VA 23058

**Paula S. Beran**
**David N. Tabakin**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219