# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| IN RE: | **LANDAMERICA FINANCIAL** | **Case No. 08-35994** |
| | **GROUP, INC., et al.,** | **Chapter 11** |
| | | **Jointly Administered** |
| | **Debtors.** | |

## <u>ORDER REOPENING CASE</u>

Pursuant to sections 105(a) and 350(b) of Title 11 of the United States Code, the Court

having found cause to reopen the above-captioned bankruptcy case (the "Bankruptcy Case"), it is

**ORDERED** that the Bankruptcy Case be and hereby is **REOPENED**; and it is further

**ORDERED** that the fee to reopen the Bankruptcy Case is **WAIVED**.

Dated:   October 31, 2019          /s/ Kevin R. Huennekens
                                   UNITED STATES BANKRUPTCY JUDGE

**Copies to:**                      Entered on Docket:  October 31, 2019

**Robert B. Van Arsdale**
700 E. Broad Street, Suite 4304
Richmond, VA 23219

**Bruce H. Matson**
117 Thomashire Court
Richmond, VA 23219

**Robert B. Smith**
RS Financial Consulting, LLC
492 Hope Springs Lane
Manakin-Sabot, VA 23103

**Protiviti, Inc.**
1051 East Cary Street, Suite 602
Richmond, VA  23219

**Michael G. Wilson**
MICHAEL WILSON PLC
P.O. Box 6330
Glen Allen, VA 23058

**Paula S. Beran**
**David N. Tabakin**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 08-35994-KRH
LandAmerica Financial Group, Inc.                                  Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: cummingsj          Page 1 of 26          Date Rcvd: Oct 31, 2019
                             Form ID: pdford9          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2019.
              +Bruce H. Matson,    117 Thomashire Court,    Richmond, VA 23229-7762
              +Michael G. Wilson,   MICHAEL WILSON PLC,    P.O. Box 6330,   Glen Allen, VA 23058-6330
              +Paula S. Beran,    David N. Tabakin,    Tavenner & Beran, PLC,
               20 North Eighth Street, Second Floor,    Richmond, VA 23219-3302
              +Protiviti, Inc.,   1051 East Cary Street, Suite 602,    Richmond, VA 23219-4029
              +Robert B. Smith,    RS Financial Consulting, LLC,    492 Hope Springs Lane,
               Manakin-Sabot, VA 23103-3109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Nov 01 2019 04:14:04      UST smg Richmond,
               Office of the U. S. Trustee,   701 East Broad St., Suite 4304,    Richmond, VA 23219-1849
                                                                                          TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2019 at the address(es) listed below:
              Aaron G. McCollough   on behalf of Defendant   LandAmerica 1031 Exchange Services, Inc.
              amccollough@mcguirewoods.com
              Aaron L. Hammer   on behalf of Defendant   Mercer ahammer@hmblaw.com,   ecfnotices@hmblaw.com
              Abigail R. Ryan   on behalf of Interested Party   Texas Department of Insurance
              abby.ryan@oag.state.tx.us
              Abigail S. Phillips   on behalf of Attorney   Monument Consulting, LLC aphillips@pf-law.com,
              beth@pf-law.com;dweekley@pf-law.com
              Adam R. Nelson   on behalf of Creditor   Diversified Copier Products dba Diversified Business
              Solutions anelson@t-mlaw.com,   crunnett@t-mlaw.com
              Adam R. Nelson   on behalf of Defendant   Diversified Business Solutions anelson@t-mlaw.com,
              crunnett@t-mlaw.com
              Adam R. Nelson   on behalf of Defendant   SLK Global BPO Services Private Limited
              anelson@t-mlaw.com,   crunnett@t-mlaw.com
              Alan  D. Eisler   on behalf of Creditor   Mercer (US) Inc. aeisler@e-hlegal.com,
              mcghamilton@gmail.com
              Albert L. Boasberg   on  behalf of Plaintiff Teresa  Barbosa aboasberg@sbcglobal.net
              Alexander Jason Kramer   on behalf of Defendant Ronald B. Ramos akramer@foley.com,
              wmckenna@foley.com;jlee@foley.com;khall@foley.com
              Alexander Jason Kramer   on behalf of Creditor Ronald B. Ramos akramer@foley.com,
              wmckenna@foley.com;jlee@foley.com;khall@foley.com
              Alexander Jason Kramer   on behalf of Creditor Michelle H. Gluck akramer@foley.com,
              wmckenna@foley.com;jlee@foley.com;khall@foley.com
              Alexander Jason Kramer   on behalf of Defendant Theodore L. Chandler, Jr. akramer@foley.com,
              wmckenna@foley.com;jlee@foley.com;khall@foley.com
              Alexander Jason Kramer   on behalf of Defendant Michelle H. Gluck akramer@foley.com,
              wmckenna@foley.com;jlee@foley.com;khall@foley.com
              Alexander Jason Kramer   on behalf of Creditor Christine R. Vlahcevic akramer@foley.com,
              wmckenna@foley.com;jlee@foley.com;khall@foley.com
              Alexander Jason Kramer   on behalf of Defendant G. William Evans akramer@foley.com,
              wmckenna@foley.com;jlee@foley.com;khall@foley.com
              Alexander Jason Kramer   on behalf of Defendant Christine R. Vlahcevic akramer@foley.com,
              wmckenna@foley.com;jlee@foley.com;khall@foley.com
              Alexander Jason Kramer   on behalf of Creditor G. William Evans akramer@foley.com,
              wmckenna@foley.com;jlee@foley.com;khall@foley.com

District/off: 0422-7          User: cummingsj          Page 2 of 26          Date Rcvd: Oct 31, 2019
                             Form ID: pdford9          Total Noticed: 6

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

            Alexander Jason Kramer    on behalf of Creditor Theodore L. Chandler, Jr. akramer@foley.com,
            wmckenna@foley.com;jlee@foley.com;khall@foley.com
            Alison Ross Wickizer Toepp    on behalf of Defendant    IKON Financial Services
            atoepp@reedsmith.com,
            dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
            th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
            ecf.pacerpro.com
            Alison Ross Wickizer Toepp    on behalf of Defendant    GE Capital Financial, Inc.
            atoepp@reedsmith.com,
            dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
            th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
            ecf.pacerpro.com
            Ana N. Damonte    on behalf of Interested Party    Daniel & Lisa Mazzoncini Family Trust
            ana.damonte@pillsburylaw.com
            Ana N. Damonte    on behalf of Interested Party    Michael T. & Laurel K. Rose Family Trust
            ana.damonte@pillsburylaw.com
            Ana N. Damonte    on behalf of Creditor    Michael T. & Laurel K. Rose Family Trust
            ana.damonte@pillsburylaw.com
            Ana N. Damonte    on behalf of Unknown    Michael T. & Laurel K. Rose Family Trust
            ana.damonte@pillsburylaw.com
            Andrew J. Nazar    on behalf of Creditor    Perceptive Software anazar@stklaw.com
            Anne G. Bibeau    on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
            ABibeau@vanblk.com, drichards@vanblk.com;kjerald@vanblk.com
            Annemarie G. McGavin    on behalf of Counter-Claimant    Millcraft Center, L.P.
            annemarie.mcgavin@bipc.com,
            joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
            Annemarie G. McGavin    on behalf of Defendant    Beau Street Associates, L.P.
            annemarie.mcgavin@bipc.com,
            joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
            Annemarie G. McGavin    on behalf of Interested Party Jeffrey L. Stone annemarie.mcgavin@bipc.com,
            joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
            Annemarie G. McGavin    on behalf of Creditor    Millcraft Center, L.P. annemarie.mcgavin@bipc.com,
            joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
            Annemarie G. McGavin    on behalf of Counter-Claimant    Beau Street Associates, L.P.
            annemarie.mcgavin@bipc.com,
            joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
            Annemarie G. McGavin    on behalf of Defendant    Millcraft Center, L.P. annemarie.mcgavin@bipc.com,
            joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
            Annemarie G. McGavin    on behalf of Creditor    Beau Street Associates, Limited Partnership
            annemarie.mcgavin@bipc.com,
            joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
            Augustus C. Epps, Jr.    on behalf of Movant David L. Long aepps@williamsmullen.com,
            avaughn@williamsmullen.com
            Augustus C. Epps, Jr.    on behalf of Defendant    Lawyers Title Insurance Corporation
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.    on behalf of Interested Party    Commonwealth Land Title Insurance Company
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.    on behalf of Defendant    Commonwealth Land Title Company
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.    on behalf of Interested Party    Chicago Title Insurance Company
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.    on behalf of Defendant    Fidelity National Title Insurance Company
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.    on behalf of Movant Fred  Piro aepps@williamsmullen.com,
            avaughn@williamsmullen.com
            Augustus C. Epps, Jr.    on behalf of Interested Party    LandAmerica 1031 Exchange Services, Inc.
            Liquidation Trust Advisory Committee aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.    on behalf of Movant Robert  Bridgeman aepps@williamsmullen.com,
            avaughn@williamsmullen.com
            Augustus C. Epps, Jr.    on behalf of Defendant    Experian Information Solutions, Inc.
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.    on behalf of Movant    Commonwealth Land Title Company
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.    on behalf of Defendant    Fidelity National Title Insurance Commpany
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.    on behalf of Movant Richard F. Giacomo aepps@williamsmullen.com,
            avaughn@williamsmullen.com
            Augustus C. Epps, Jr.    on behalf of Interested Party    Fidelity National Financial, Inc.
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.    on behalf of Interested Party    Experian Information Solutions, Inc.
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.    on behalf of Movant Kenneth  Wood aepps@williamsmullen.com,
            avaughn@williamsmullen.com
            Augustus C. Epps, Jr.    on behalf of Interested Party    Fidelity National Title Insurance Company
            Augustus C. Epps, Jr.    on behalf of Interested Party    Visionet Systems, Inc.
            aepps@williamsmullen.com,  avaughn@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Augustus C. Epps, Jr.    on behalf of Movant Howard S. Miller aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Fidelity National Financial, Inc.
            aepps@williamsmullen.com, avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Chicago Title Insurance Company
            aepps@williamsmullen.com, avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Movant John C. Miller aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Mindbrix LP aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Mindbrix, LP aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Movant W. McIlwaine Thompson aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Attorney Augustus C. Epps, Jr. aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Fidelity National Finance, Inc.
            aepps@williamsmullen.com, avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Visionet Systems aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Movant    Lawyers Title Insurance Company
            aepps@williamsmullen.com, avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Interested Party    Illinois Union Insurance Co.
            aepps@williamsmullen.com, avaughn@williamsmullen.com
          Austin L. McMullen    on behalf of Creditor    Bradley Arant Boult Cummings, LLP amcmullen@babc.com
          Benjamin G. Chew    on behalf of Creditor    Millard Refrigerated Services, Inc. bchew@manatt.com,
            vqueen@manatt.com
          Benjamin G. Chew    on behalf of Plaintiff    Lubexpress Land Company, Inc. bchew@manatt.com,
            vqueen@manatt.com
          Benjamin G. Chew    on behalf of Plaintiff Michael W. Dobson bchew@manatt.com,    vqueen@manatt.com
          Benjamin G. Chew    on behalf of Plaintiff Lisa L. Dobson bchew@manatt.com,    vqueen@manatt.com
          Benjamin G. Chew    on behalf of Plaintiff    Lubexpress Operating Company, Inc. bchew@manatt.com,
            vqueen@manatt.com
          Benjamin G. Chew    on behalf of Creditor    Lisa L. Dobson, Michael W. Dobson, Barbara W. Dobson,
            Ralph Dobson bchew@manatt.com,    vqueen@manatt.com
          Benjamin G. Chew    on behalf of Creditor    Lubexpress Land Company, Inc. bchew@manatt.com,
            vqueen@manatt.com
          Benjamin G. Chew    on behalf of Plaintiff Ralph    Dobson bchew@manatt.com,    vqueen@manatt.com
          Benjamin G. Chew    on behalf of Creditor    LubExpress Land Company, Inc., LubExpress Operating
            Company bchew@manatt.com,    vqueen@manatt.com
          Benjamin G. Chew    on behalf of Plaintiff    Millard Refrigerated Services, Inc. bchew@manatt.com,
            vqueen@manatt.com
          Benjamin G. Chew    on behalf of Plaintiff Barbara W. Dobson bchew@manatt.com,    vqueen@manatt.com
          Brandy M. Rapp    on behalf of Plaintiff H. Matson brapp@wtplaw.com,    twitt@wtplaw.com
          Brian William Bisignani    on behalf of Creditor    Aon Consulting bbisignani@postschell.com
          Bruce E. Arkema    on behalf of Plaintiff    Doerle Properties, LLC barkema@durrettebradshaw.com,
            bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Plaintiff    Frontier Pepper's Ferry, LLC
            barkema@durrettebradshaw.com,    bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Plaintiff Leon A. D'Aquin, Jr. barkema@durrettebradshaw.com,
            bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Plaintiff Priscilla D. Brown barkema@durrettebradshaw.com,
            bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Plaintiff Kathryn    Grande barkema@durrettebradshaw.com,
            bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Plaintiff    MB Venture, Ltd. barkema@durrettebradshaw.com,
            bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Plaintiff Gabriella P Germinaro barkema@durrettebradshaw.com,
            bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Plaintiff E. Michael Spriggs, II barkema@durrettebradshaw.com,
            bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Plaintiff Angelo    Grande barkema@durrettebradshaw.com,
            bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Plaintiff    Leapin Eagle, LLC barkema@durrettebradshaw.com,
            bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Plaintiff Frederick    Gelardo barkema@durrettebradshaw.com,
            bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Plaintiff Julie    Kilgore barkema@durrettebradshaw.com,
            bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Creditor    RFL Properties, LLC barkema@durrettebradshaw.com,
            bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Plaintiff    Texana Pickle Producers, Inc.
            barkema@durrettebradshaw.com,    bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Plaintiff    Korea Plaza, LLC barkema@durrettebradshaw.com,
            bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Plaintiff Barton    Kilgore barkema@durrettebradshaw.com,
            bmcmillen@durrettecrump.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Bruce E. Arkema    on behalf of Plaintiff Joseph J. Germinaro barkema@durrettebradshaw.com,
            bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Plaintiff    Lincolnway Green, LLC barkema@durrettebradshaw.com,
            bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Plaintiff Charles J. Bocklet, Jr. barkema@durrettebradshaw.com,
            bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Plaintiff Grace E. Bocklet barkema@durrettebradshaw.com,
            bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Plaintiff    Joseph E. Lew, Trustee of the Lew Family Trust
            barkema@durrettebradshaw.com,   bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Plaintiff    Hoshiko Farms, Inc. barkema@durrettebradshaw.com,
            bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Plaintiff    Grayling Green, LLC barkema@durrettebradshaw.com,
            bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Plaintiff    Guerra Brothers barkema@durrettebradshaw.com,
            bmcmillen@durrettecrump.com
          Bruce E. Arkema    on behalf of Attorney Ross   Spence barkema@durrettebradshaw.com,
            bmcmillen@durrettecrump.com
          Bruce H. Matson    on behalf of Creditor    United of Omaha Life Insurance Company
            bruce.matson@leclairryan.com,  klord@spottsfain.com
          Bruce H. Matson    on behalf of Creditor Committee    Official Committee of Unsecured Creditors of
            LandAmerica Financial Group, Inc. bruce.matson@leclairryan.com,  klord@spottsfain.com
          Bruce H. Matson    on behalf of Creditor The  Prudential Insurance Company of Amer
            bruce.matson@leclairryan.com,  klord@spottsfain.com
          Bruce H. Matson    on behalf of Creditor    RGA Reinsurance Company bruce.matson@leclairryan.com,
            klord@spottsfain.com
          Bruce H. Matson    on behalf of Creditor    Prudential Investment Management, Inc.
            bruce.matson@leclairryan.com,  klord@spottsfain.com
          Bruce H. Matson    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
            bruce.matson@leclairryan.com,  klord@spottsfain.com
          Bruce H. Matson    on behalf of Creditor    Ltd, Mutual of Omaha Insurance Company
            bruce.matson@leclairryan.com,  klord@spottsfain.com
          Bruce H. Matson    on behalf of Creditor    Gibraltar Life Insurance bruce.matson@leclairryan.com,
            klord@spottsfain.com
          Bruce H. Matson    on behalf of Interested Party    LFG Liquidation Trust
            bruce.matson@leclairryan.com,  klord@spottsfain.com
          Bruce H. Matson    on behalf of Interested Party    OneStop Liquidation Trust
            bruce.matson@leclairryan.com,  klord@spottsfain.com
          Bruce H. Matson    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
            of LandAmerica Financial Group, Inc. bruce.matson@leclairryan.com,  klord@spottsfain.com
          Bruce H. Matson    on behalf of Unknown    OneStop Liquidation Trust bruce.matson@leclairryan.com,
            klord@spottsfain.com
          Bruce H. Matson    on behalf of Creditor Committee    The Official Commitee of Unsecured Creditors
            bruce.matson@leclairryan.com,  klord@spottsfain.com
          Bruce H. Matson    on behalf of Trustee Bruce H. Matson bruce.matson@leclairryan.com,
            klord@spottsfain.com
          Bruce H. Matson    on behalf of Attorney Bruce H. Matson rtkchallenge@gmail.com,
            klord@spottsfain.com
          C. Thomas Ebel    on behalf of Plaintiff    Matthew B Luxenberg, Trustee of the Matthew B.
            Luxenberg Revocable Family Trust tebel@sandsanderson.com,   sryan@sandsanderson.com
          C. Thomas Ebel    on behalf of Plaintiff Bernadette  Aiello tebel@sandsanderson.com,
            sryan@sandsanderson.com
          C. Thomas Ebel    on behalf of Plaintiff Benjamin  Aiello tebel@sandsanderson.com,
            sryan@sandsanderson.com
          Carl D. Lonas    on behalf of Plaintiff    Merriman Valley Limited Liability Co. dlonas@mrcpclaw.com
          Carl D. Lonas    on behalf of Creditor    Griffin Industries, Inc. dlonas@mrcpclaw.com
          Carl D. Lonas    on behalf of Plaintiff David R. Shepherd dlonas@mrcpclaw.com
          Catherine Elizabeth Creely    on behalf of Creditor    Official Creditors of the Unsecured
            Creditors of LandAmerica 1031 Exchange Services, Inc. ccreely@akingump.com
          Catherine Elizabeth Creely    on behalf of Creditor Committee    Official Committee of Unsecured
            Creditors of LandAmerica 1031 Exchange Services, Inc. ccreely@akingump.com
          Catherine Schlomann Robertson    on behalf of Creditor    Hacienda Plaza Associates
            crobertson@pahl-mccay.com
          Charles F.B. McAleer, Jr.    on behalf of Defendant Pamela K. Saylors cmcaleer@milchev.com,
            eokeefe@milchev.com;jkcasak@milchev.com;shull@milchev.com;bpollack@milchev.com
          Charles L. Williams    on behalf of Interested Party Kerrie  Borboa
            cwilliams@williamsandskilling.com,
            churt@williamsandskilling.com;lredford@williamsandskilling.com
          Charles L. Williams    on behalf of Creditor Patrick  Stanton cwilliams@williamsandskilling.com,
            churt@williamsandskilling.com;lredford@williamsandskilling.com
          Cheryl F. Perkins    on behalf of Defendant Denise J. Wilson cperkins@attorneyssc.com,
            skeefe@attorneyssc.com
          Cheryl F. Perkins    on behalf of Defendant Gerald R Terry cperkins@attorneyssc.com,
            skeefe@attorneyssc.com
          Cheryl F. Perkins    on behalf of Defendant Ann T. Robbins cperkins@attorneyssc.com,
            skeefe@attorneyssc.com
          Cheryl F. Perkins    on behalf of Defendant    Leapin Eagle, LLC cperkins@attorneyssc.com,
            skeefe@attorneyssc.com

District/off: 0422-7          User: cummingsj          Page 5 of 26          Date Rcvd: Oct 31, 2019
                             Form ID: pdford9          Total Noticed: 6

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Cheryl F. Perkins   on behalf of Defendant Jane T. Evans cperkins@attorneyssc.com,
          skeefe@attorneyssc.com
          Cheryl F. Perkins   on behalf of Defendant   Angela M. Arthur, As Trustee of the Arthur
          Declaration of Trust, Dated December 29, 1988 cperkins@attorneyssc.com,  skeefe@attorneyssc.com
          Cheryl F. Perkins   on behalf of Defendant Vivian  Hays cperkins@attorneyssc.com,
          skeefe@attorneyssc.com
          Christian K. Vogel   on behalf of Interested Party   LFG Liquidation Trust
          kvogel@vogelandcromwell.com
          Christian K. Vogel   on behalf of Plaintiff Bruce H. Matson kvogel@vogelandcromwell.com
          Christian K. Vogel   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors of LandAmerica Financial Group, Inc. kvogel@vogelandcromwell.com
          Christian K. Vogel   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors kvogel@vogelandcromwell.com
          Christian K. Vogel   on behalf of Counter-Defendant Bruce H. Matson kvogel@vogelandcromwell.com
          Christian K. Vogel   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          of LandAmerica Financial Group, Inc. kvogel@vogelandcromwell.com
          Christian K. Vogel   on behalf of Creditor Committee   The Official Commitee of Unsecured
          Creditors kvogel@vogelandcromwell.com
          Christian K. Vogel   on behalf of Trustee Bruce H. Matson kvogel@vogelandcromwell.com
          Christian K. Vogel   on behalf of Plaintiff   LandAmerica OneStop, Inc kvogel@vogelandcromwell.com
          Christopher A. Jones   on behalf of Mediator Christopher A Jones cajones@wtplaw.com,
          clano@wtplaw.com,jwilson@wtplaw.com
          Christopher A. Jones   on behalf of Creditor Ann M. Frohman cajones@wtplaw.com,  clano@wtplaw.com,
          jwilson@wtplaw.com
          Christopher E. Brown   on behalf of Defendant   Iron Mountain Records Management, Inc.
          hgould@milesstockbridge.com
          Christopher L. Perkins   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Interested Party   LFG Liquidation Trust
          christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor Committee   Official Committee of Unsecured
          Creditors of LandAmerica Financial Group, Inc. christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor Committee   Official Committee of Unsecured
          Creditors of LandAmerica Financial Group, Inc. christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Plaintiff Bruce H. Matson
          christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Interested Party   Post-Effective Date LFG
          christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor Committee   The Official Commitee of Unsecured
          Creditors christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Trustee Bruce H. Matson christopher.perkins@leclairryan.com
          Clarence Lamar Garren   on behalf of Creditor   The First American Corporation
          clgarren@scottkroner.com
          Daniel F. Vidas   on behalf of Creditor   Truax Corporation dfv@dunn-carney.com,
          sar@dunn-carney.com
          Daniel F. Vidas   on behalf of Plaintiff   Truax Corporation dfv@dunn-carney.com,
          sar@dunn-carney.com
          Daniel F. Vidas   on behalf of Plaintiff   Five NS, LLC dfv@dunn-carney.com,  sar@dunn-carney.com
          Daniel F. Vidas   on behalf of Creditor   DECEHC III Investments, LLC dfv@dunn-carney.com,
          sar@dunn-carney.com
          Daniel F. Vidas   on behalf of Creditor   Five NS, LLC dfv@dunn-carney.com,  sar@dunn-carney.com
          Daniel M. Press   on behalf of Defendant   Indisoft, LLC dpress@chung-press.com,
          pressdm@gmail.com
          Daniel M. Press   on behalf of Creditor   Indisoft, LLC dpress@chung-press.com,  pressdm@gmail.com
          David A. Greer   on behalf of Creditor   Barry Gluckstern and Sharon E. Frank, Trustees of the
          Sharon and Barry Family Trust, UDT, Dated September 20, 2007 dgreer@davidgreerlaw.com,
          ecf@davidgreerlaw.com
          David A. Greer   on behalf of Plaintiff   Barry Gluckstern and Sharon E. Frank, Trustees of the
          Sharon and Barry Family Trust, UDT, Dated September 20, 2007 dgreer@davidgreerlaw.com,
          ecf@davidgreerlaw.com
          David A. Hickerson   on behalf of Creditor Christine R. Vlahcevic DHickerson@foley.com,
          kshrout@foley.com;msertich@foley.com;sfredericksen@foley.com
          David A. Hickerson   on behalf of Creditor Michelle H. Gluck DHickerson@foley.com,
          kshrout@foley.com;msertich@foley.com;sfredericksen@foley.com
          David A. Hickerson   on behalf of Defendant Ronald B. Ramos DHickerson@foley.com,
          kshrout@foley.com;msertich@foley.com;sfredericksen@foley.com
          David A. Hickerson   on behalf of Defendant Michelle H. Gluck DHickerson@foley.com,
          kshrout@foley.com;msertich@foley.com;sfredericksen@foley.com
          David A. Hickerson   on behalf of Creditor Theodore L. Chandler, Jr. DHickerson@foley.com,
          kshrout@foley.com;msertich@foley.com;sfredericksen@foley.com
          David A. Hickerson   on behalf of Defendant Christine R. Vlahcevic DHickerson@foley.com,
          kshrout@foley.com;msertich@foley.com;sfredericksen@foley.com
          David A. Hickerson   on behalf of Creditor G. William Evans DHickerson@foley.com,
          kshrout@foley.com;msertich@foley.com;sfredericksen@foley.com
          David A. Hickerson   on behalf of Creditor Ronald B. Ramos DHickerson@foley.com,
          kshrout@foley.com;msertich@foley.com;sfredericksen@foley.com
          David A. Hickerson   on behalf of Defendant Theodore L. Chandler, Jr. DHickerson@foley.com,
          kshrout@foley.com;msertich@foley.com;sfredericksen@foley.com

District/off: 0422-7            User: cummingsj          Page 6 of 26            Date Rcvd: Oct 31, 2019
                               Form ID: pdford9          Total Noticed: 6

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              David A. Hickerson    on behalf of Defendant G. William Evans DHickerson@foley.com,
              kshrout@foley.com;msertich@foley.com;sfredericksen@foley.com
              David D. Hopper    on behalf of Creditor    Experian Information Solutions, Inc. ddhopper@chlhf.com,
              bhale@chlhf.com
              David D. Hopper    on behalf of Interested Party    Experian Information Solutions, Inc.
              ddhopper@chlhf.com,  bhale@chlhf.com
              David D. Hopper    on behalf of Interested Party    Charles Lumber Company, Inc. ddhopper@chlhf.com,
              bhale@chlhf.com
              David E. Carney    on behalf of Creditor John P. McCann dcarney@skadden.com,
              dlmlcwas@skadden.com;amargoli@skadden.com;warren.allen@skadden.com;debank@skadden.com
              David E. Carney    on behalf of Creditor Gale K. Caruso dcarney@skadden.com,
              dlmlcwas@skadden.com;amargoli@skadden.com;warren.allen@skadden.com;debank@skadden.com
              David E. Carney    on behalf of Creditor Thomas G. Snead, Jr. dcarney@skadden.com,
              dlmlcwas@skadden.com;amargoli@skadden.com;warren.allen@skadden.com;debank@skadden.com
              David E. Carney    on behalf of Creditor Robert T. Skunda dcarney@skadden.com,
              dlmlcwas@skadden.com;amargoli@skadden.com;warren.allen@skadden.com;debank@skadden.com
              David E. Carney    on behalf of Creditor Robert F. Norfleet, Jr. dcarney@skadden.com,
              dlmlcwas@skadden.com;amargoli@skadden.com;warren.allen@skadden.com;debank@skadden.com
              David E. Carney    on behalf of Creditor Marshall  Wishnack dcarney@skadden.com,
              dlmlcwas@skadden.com;amargoli@skadden.com;warren.allen@skadden.com;debank@skadden.com
              David J. Ervin   on behalf of Plaintiff    Chino Spectrum Center, LLC dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Plaintiff    Lubexpress Operating Company, Inc.
              dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor    Lisa L. Dobson, Michael W. Dobson, Barbara W. Dobson,
              Ralph Dobson dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Plaintiff    Millard Refrigerated Services, Inc.
              dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor    Indecomm Corporation and Indecomm Holdings, Inc.
              dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Plaintiff    Chino Wings, LLC dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor    LubExpress Land Company, Inc., LubExpress Operating
              Company dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor    NMC Summit, LLC dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor    Chino Spectrum Center, LLC, Chino Wings, LLC
              dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor    Chino Spectrum Center, LLC dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor    Tower Summit Colorado, LLC dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Plaintiff    Lubexpress Land Company, Inc. dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Plaintiff    Tower Summit Colorado, LLC dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Plaintiff    Millard Refrigerated Services, Inc.
              dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Plaintiff    Westminster Peak L.P. dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Defendant    US Recordings Inc dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor    Westminster Summit, L.P. dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor    Westminster Peak L.P., Westminster Summit, L.P., NMC
              Summit, LLC, Tower Summit Colorado, LLC dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor    Westminster Peak L.P. and Westminster Summit L.P.
              dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor    Lubexpress Land Company, Inc. dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Plaintiff    NMC Summit, LLC dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David M. Pelletier    on behalf of Creditor David N. Johnson dpelletier@axley.com,
              mdement@axley.com
              David M. Poitras   on behalf of Interested Party    Henri J. Van Hirtum, Attorney-in-Fact
              dmp@jmbm.com
              David Mitchell Ross, Jr.   on behalf of Defendant   Hartford Life Insurance Co.
              david.ross@wilsonelser.com,  timothy.wheeler@wilsonelser.com;daniel.flores@wilsonelser.com
              David R. Ruby   on behalf of Creditor   Stockard Realty Partnership, Ltd. druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby   on behalf of Plaintiff Alfonso  Jones druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby   on behalf of Plaintiff Kimberly R. Kidd druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby   on behalf of Plaintiff    MNC Spring Shadows Place, LP druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              David R. Ruby    on behalf of Movant    Delta Bank, National Association druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Creditor Kimberly R. Kidd druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Creditor David C. Smith druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Creditor Wayne R. Kidd druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Creditor Brian/Tracey Roach druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Defendant    SLK Global BPO Services Private Limited druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Defendant    Diversified Business Solutions druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Plaintiff    Sessan Investments, Inc. druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Creditor    Iron Crown LLLP druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Creditor    Arboleda Corporation druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Creditor Alfonso Jones druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Creditor    MNC Spring Shadows Place, LP druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Plaintiff Wayne R. Kidd druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Creditor Patrick K. Burke druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              Dennis D. Miller    on behalf of Creditor    CMR, Inc. dmiller@steinlubin.com
              Dennis T. Lewandowski    on behalf of Trustee Gerard A. McHale, Jr. dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Interested Party Gerard A. McHale, Jr. dtlewand@kaufcan.com
              Diane W. Sanders    on behalf of Creditor    Lampasas CAD austin.bankruptcy@lgbs.com
              Diane W. Sanders    on behalf of Creditor    Llano County austin.bankruptcy@lgbs.com
              Diane W. Sanders    on behalf of Creditor    Robertson County austin.bankruptcy@lgbs.com
              Diane W. Sanders    on behalf of Creditor    City of Hearne austin.bankruptcy@lgbs.com
              Diane W. Sanders    on behalf of Creditor    Aransas County austin.bankruptcy@lgbs.com
              Diane W. Sanders    on behalf of Creditor    McLennan County austin.bankruptcy@lgbs.com
              Diane W. Sanders    on behalf of Creditor    Hearne ISD austin.bankruptcy@lgbs.com
              Diane W. Sanders    on behalf of Creditor    Round Rock ISD austin.bankruptcy@lgbs.com
              Dion W. Hayes    on behalf of Defendant    LandAmerica Financial Group, Inc.
              dhayes@mcguirewoods.com, kcain@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    LandAmerica 1031 Exchange Services, Inc.
              dhayes@mcguirewoods.com, kcain@mcguirewoods.com
              Dion W. Hayes    on behalf of Plaintiff    LandAmerica Financial Group, Inc.
              dhayes@mcguirewoods.com, kcain@mcguirewoods.com
              Dion W. Hayes    on behalf of Defendant    LandAmerica 1031 Exchange Services, Inc.
              dhayes@mcguirewoods.com, kcain@mcguirewoods.com
              Dion W. Hayes    on behalf of Plaintiff    LandAmerica OneStop, Inc dhayes@mcguirewoods.com,
              kcain@mcguirewoods.com
              Dion W. Hayes    on behalf of Defendant    Land America Financial Group, Inc.
              dhayes@mcguirewoods.com, kcain@mcguirewoods.com
              Dion W. Hayes    on behalf of Defendant    Capital Title Group, Inc. dhayes@mcguirewoods.com,
              kcain@mcguirewoods.com
              Dion W. Hayes    on behalf of Interested Party    LFG Liquidation Trust dhayes@mcguirewoods.com,
              kcain@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    LandAmerica Financial Group, Inc. dhayes@mcguirewoods.com,
              kcain@mcguirewoods.com
              Dion W. Hayes    on behalf of Interested Party    LandAmerica 1031 Exchange Services, Inc.
              dhayes@mcguirewoods.com, kcain@mcguirewoods.com
              Dion W. Hayes    on behalf of Plaintiff    LandAmerica 1031 Exchange Services, Inc.
              dhayes@mcguirewoods.com, kcain@mcguirewoods.com
              Dion W. Hayes    on behalf of Interested Party    LandAmerica OneStop, Inc. dhayes@mcguirewoods.com,
              kcain@mcguirewoods.com
              Dion W. Hayes    on behalf of Defendant    LandAmerica Financial Group, Inc.
              dhayes@mcguirewoods.com, kcain@mcguirewoods.com
              Dion W. Hayes    on behalf of Plaintiff    LandAmerica Financial Group, Inc.
              dhayes@mcguirewoods.com, kcain@mcguirewoods.com
              Dion W. Hayes    on behalf of Defendant    LandAmerica Exchange Services, Inc.
              dhayes@mcguirewoods.com, kcain@mcguirewoods.com
              Donna J. Hall    on behalf of Movant    CP Oxford Gardens, LLC donna.hall@leclairryan.com,
              temple.enos@leclairryan.com
              Donna J. Hall    on behalf of Creditor    Laura Peters and Cohelan & Khoury
              donna.hall@leclairryan.com, temple.enos@leclairryan.com
              Donna J. Hall    on behalf of Attorney    James C. Bastian, Jr. and Melissa R. Davis of Shulman
              Hodges & Bastian LLP donna.hall@leclairryan.com, temple.enos@leclairryan.com
              Donna J. Hall    on behalf of Interested Party    Equity Title Arizona, Inc., Equity Title, LLC,
              JLM Title, LLC and Orange Coast Title Company donna.hall@leclairryan.com,
              temple.enos@leclairryan.com

District/off: 0422-7            User: cummingsj           Page 8 of 26            Date Rcvd: Oct 31, 2019
                               Form ID: pdford9           Total Noticed: 6

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Donna J. Hall    on behalf of Movant Donna Joyce Hall donna.hall@leclairryan.com,
            temple.enos@leclairryan.com
          Donna J. Hall    on behalf of Attorney Donna Joyce Hall donna.hall@leclairryan.com,
            temple.enos@leclairryan.com
          Douglas  Scott    on behalf of Creditor   Sungard Availability Services, LP
            BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant   Southern American Title Company, Inc.
            BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor Gregory D Schultz BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor Matthew B Luxenberg BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Counter-Claimant   Shanks, Butler and Associates, PC
            BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of 3rd Party Plaintiff George M Shanks, Jr. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor   Sungard Avantgard LLC BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant   Shanks, Butler and Associates, PC
            BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Counter-Claimant   Southern American Title Company, Inc.
            BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of 3rd Party Plaintiff   Southern American Title Company, Inc.
            BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor   MEF Realty LLC BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of 3rd Party Plaintiff   Shanks, Butler and Associates, PC
            BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Attorney Douglas A. Scott BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor   ROHO Investments Ltd BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor   Grandview Condominium Unit Owners Assoc., Inc.
            BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant George M Shanks, Jr. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor   TCAM Core Property Fund, LP BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor   Robert F. Kelly & Joan P. Kelly
            BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of 3rd Party Plaintiff Lois  Shanks BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Counter-Claimant Lois  Shanks BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Plaintiff   ROHO Investments, Ltd BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Counter-Claimant George M Shanks, Jr. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant Lois  Shanks BankruptcyCounsel@gmail.com
          Elizabeth  Banda Calvo    on behalf of Creditor   Grapevine-Colleyville ISD
            rgleason@pbfcm.com/ebcalvo@ecf.inforupty.com
          Elizabeth  Banda Calvo    on behalf of Creditor   Highland Park ISD
            rgleason@pbfcm.com/ebcalvo@ecf.inforupty.com
          Elizabeth  Banda Calvo    on behalf of Creditor   Johnson County
            rgleason@pbfcm.com/ebcalvo@ecf.inforupty.com
          Elizabeth  Banda Calvo    on behalf of Creditor   City of Burleson
            rgleason@pbfcm.com/ebcalvo@ecf.inforupty.com
          Elizabeth  Banda Calvo    on behalf of Creditor   Arlington ISD
            rgleason@pbfcm.com/ebcalvo@ecf.inforupty.com
          Elizabeth  Banda Calvo    on behalf of Creditor   Carroll ISD
            rgleason@pbfcm.com/ebcalvo@ecf.inforupty.com
          Elizabeth  Banda Calvo    on behalf of Creditor   City of Colleyville
            rgleason@pbfcm.com/ebcalvo@ecf.inforupty.com
          Elizabeth  Banda Calvo    on behalf of Creditor   City of Hurst
            rgleason@pbfcm.com/ebcalvo@ecf.inforupty.com
          Elizabeth  Banda Calvo    on behalf of Creditor   Richardson ISD
            rgleason@pbfcm.com/ebcalvo@ecf.inforupty.com
          Elizabeth  Banda Calvo    on behalf of Creditor   Burleson ISD
            rgleason@pbfcm.com/ebcalvo@ecf.inforupty.com
          Elizabeth A. Elam    on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
            wenditaylor@toase.com
          Elizabeth L. Gunn    on behalf of Creditor H. Chris   Christy elizabeth.gunn@dss.virginia.gov,
            bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor Anne V. Martin elizabeth.gunn@dss.virginia.gov,
            bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Plaintiff Paul D. Hoffman egunn@sandsanderson.com,
            bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Plaintiff   FSW Corporation egunn@sandsanderson.com,
            bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor Parviz  Farahzad elizabeth.gunn@dss.virginia.gov,
            bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Plaintiff Kevin  Sheehan egunn@sandsanderson.com,
            bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor   Porete Realty Corporation
            elizabeth.gunn@dss.virginia.gov, bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Plaintiff Anne V. Martin egunn@sandsanderson.com,
            bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor   The Rose Family Trust, dated 7/10/1991
            elizabeth.gunn@dss.virginia.gov, bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Plaintiff   Porete Realty Corporation egunn@sandsanderson.com,
            bankruptcy@dss.virginia.gov

District/off: 0422-7            User: cummingsj          Page 9 of 26             Date Rcvd: Oct 31, 2019
                               Form ID: pdford9          Total Noticed: 6

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Elizabeth L. Gunn   on behalf of Creditor Katherine S. Unger elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor  R.E.H.A.M. 7, LLC elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor Gregg and Hana  Opsahl elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff  Matthew B Luxenberg, Trustee of the Matthew B.
           Luxenberg Revocable Family Trust egunn@sandsanderson.com, bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor  Five NS, LLC elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor Kenneth  Wood elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff  NetREIT egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff Gregg  Opsahl egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor  The Mazzoncini Family Trust, dated 1/23/1995
           elizabeth.gunn@dss.virginia.gov,  bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff  Frank F. Souza, Trustee of the 1996 Souza Family
           Survivors Trust Dated December 6, 1996 egunn@sandsanderson.com,  bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff Sandra  Sheehan egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff  Five NS, LLC egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff  Truax Corporation egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff Charles E. Clough egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff Hana  Opsahl egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor  FSP Innsbrook Corp. elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor  NetREIT elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor  C & M Warehouse, Inc. and Car-Mil Realty, LLC
           elizabeth.gunn@dss.virginia.gov,  bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor Jo Anne  Wood elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff  Car-Mil Realty, LLC egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor  Matthew B Luxenberg, Trustee of the Matthew B.
           Luxenberg Revocable Family Trust elizabeth.gunn@dss.virginia.gov, bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor Brentwood Real Property I, LLC
           elizabeth.gunn@dss.virginia.gov,  bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff  C & M Warehouse, Inc. egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff Judith T. Clough egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor Paul D. Hoffman elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff  Vine Street Development egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff  Brentwood Real Property I, LLC
           egunn@sandsanderson.com,  bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff  R.E.H.A.M. 7, LLC egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff Greg  Billman egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff Dania  Billman egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff Katherine S. Unger egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff  DECEHC III Investments, LLC egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff H. Chris  Christy egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor  DECEHC III Investments, LLC
           elizabeth.gunn@dss.virginia.gov,  bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor  Oracle USA, Inc. elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Emil  Hirsch   on behalf of Creditor  Grunstead Family Limited Partnership ehirsch@babc.com
          Erik W. Fox   on behalf of Creditor  Healthy Buildings International, Inc. efox@reesbroome.com,
           jchalashtori@reesbroome.com;mfarrish@reesbroome.com;AFrazier@reesbroome.com;rhurley@reesbroome.co
           m;rchambers@reesbroome.com
          Erin Elizabeth Kessel   on behalf of Creditor Lynn M. Riedel ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Frances A. Smith   on behalf of Creditor   CitiGroup Global Markets, Inc.
           frances.smith@haynesboone.com
          Frank F. McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc.
           ffm@bostonbusinesslaw.com
          Gary L. Edwards   on behalf of Interested Party   Interface Inc. gedwards@bakerdonelson.com
          Gary L. Edwards   on behalf of Defendant   Interface, Inc. gedwards@bakerdonelson.com
          George E. Kostel   on behalf of Creditor   DCRE Investments, LLC gkostel@polsinelli.com,
           gekostel@gmail.com
          George E. Kostel   on behalf of Creditor Gregory D. Schultz gkostel@polsinelli.com,
           gekostel@gmail.com
          George E. Kostel   on behalf of Creditor Kyoungae  Kim gkostel@polsinelli.com,  gekostel@gmail.com
          George E. Kostel   on behalf of Creditor Gregory D Schultz gkostel@polsinelli.com,
           gekostel@gmail.com
          Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc
           notices@becket-lee.com
          Gina Baker Hantel   on behalf of Creditor   Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
          H. Elizabeth Weller   on behalf of Creditor   Fort Bend County Dallas.Bankruptcy@publicans.com
          H. Elizabeth Weller   on behalf of Creditor   Ellis County Dallas.Bankruptcy@publicans.com
          H. Elizabeth Weller   on behalf of Creditor   Tarrant County and Memphis, Tennessee
           Dallas.Bankruptcy@publicans.com
          H. Elizabeth Weller   on behalf of Creditor   Montgomery County Dallas.Bankruptcy@publicans.com
          H. Elizabeth Weller   on behalf of Creditor   Dallas County Dallas.Bankruptcy@publicans.com
          H. Elizabeth Weller   on behalf of Creditor   Harris County Dallas.Bankruptcy@publicans.com
          H. Elizabeth Weller   on behalf of Creditor   Tarrant County Dallas.Bankruptcy@publicans.com
          H. Jason Gold   on behalf of Mediator H. Jason  Gold jgold@wileyrein.com,
           VA19@ecfcbis.com;jgold@ecf.epiqsystems.com;hjg@trustesolutions.net;robert.ours@nelsonmullins.com;
           alex.reilly@nelsonmullins.com
          H. Jason Gold   on behalf of Mediator H. Jason Gold jgold@wileyrein.com,
           VA19@ecfcbis.com;jgold@ecf.epiqsystems.com;hjg@trustesolutions.net;robert.ours@nelsonmullins.com;
           alex.reilly@nelsonmullins.com
          Hale  Yazicioglu   on behalf of Creditor Karin  Gerges hyazicioglu@jshllp.com
          Hale  Yazicioglu   on behalf of Creditor   Gerges hyazicioglu@jshllp.com
          Hale  Yazicioglu   on behalf of Creditor Safwat A. Gerges hyazicioglu@jshllp.com
          Hannah C. Garrett   on behalf of Interested Party   Wildcat Synergy Equities, LLC
           hgarrett@hunton.com
          Helen R. Frazer   on behalf of Creditor   Dawn Elizabeth Bubion 2003 Trust hfrazer@aalrr.com
          Henry Pollard Long, III   on behalf of Interested Party   Ernst & Young LLP hlong@huntonAK.com,
           tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Interested Party   Stewart Information Services
           Corporation hlong@huntonAK.com,  tcanada@huntonAK.com
          Ian S. Landsberg   on behalf of Creditor   Westminster Peak L.P., Westminster Summit, L.P., NMC
           Summit, LLC, Tower Summit Colorado, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   Westminster Peak, LP ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   Tower Summit Colorado, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   NMC Summit, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   Westminster Summit, LP ilandsberg@landsberg-law.com
          J. Casey Roy   on behalf of Interested Party   Texas Department of Insurance
           casey.roy@texasattorneygeneral.gov
          J. Christian Word   on behalf of Creditor   Smart Title Solutions LLC
           chefiling@lw.com;robert.klyman@lw.com
          James D. R. Roberts, Jr.   on behalf of Creditor James B. Walker, Jr. JimRob001@aol.com
          James Durkee Wood   on behalf of Interested Party   IQC Property, Inc. jdw@jdwoodlaw.com
          James F. Byrne   on behalf of Plaintiff   C & M Warehouse, Inc. jfb@byrnestorm.com
          James F. Byrne   on behalf of Plaintiff   Car-Mil Realty, LLC jfb@byrnestorm.com
          James P. Moloy   on behalf of Creditor   Kocolene Marketing, LLC jmoloy@boselaw.com,
           dlingenfelter@boselaw.com;mwakefield@boselaw.com
          James P. Ryan   on behalf of Debtor   LandAmerica Financial Group, Inc. jryan@nossaman.com,
           kbrayton@nossaman.com
          James P. Ryan   on behalf of Creditor   Grunstead Family Limited Partnership jryan@nossaman.com,
           kbrayton@nossaman.com
          James R. Gilreath   on behalf of Creditor Gerald R. Terry jim@gilreathlaw.com,
           kathie@gilreathlaw.com
          James R. Gilreath   on behalf of Creditor Angela M. Arthur jim@gilreathlaw.com,
           kathie@gilreathlaw.com
          James R. Gilreath   on behalf of Creditor Denise J. Wilson jim@gilreathlaw.com,
           kathie@gilreathlaw.com
          James R. Gilreath   on behalf of Defendant Ann T. Robbins jim@gilreathlaw.com,
           kathie@gilreathlaw.com
          James R. Gilreath   on behalf of Creditor Jane T. Evans jim@gilreathlaw.com,
           kathie@gilreathlaw.com
          James R. Gilreath   on behalf of Creditor Vivian  Hays jim@gilreathlaw.com,
           kathie@gilreathlaw.com
          James R. Gilreath   on behalf of Creditor   Leapin Eagle, LLC jim@gilreathlaw.com,
           kathie@gilreathlaw.com
          James R. Gilreath   on behalf of Creditor Ann T. Robbins jim@gilreathlaw.com,
           kathie@gilreathlaw.com
          James R. Schroll   on behalf of Mediator James R. Schroll jschroll@beankinney.com,
           ncoton@beankinney.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              James S. Brouner   on behalf of Creditor   ROHO Investments Ltd brounerj@earthlink.net,
              weisbartm@earthlink.net
              Jamie M. Ketten   on behalf of Debtor   LandAmerica Financial Group, Inc. jketten@willkie.com,
              aambeault@willkie.com;kfitzgerald@willkie.com;ebubriski@willkie.com;ldenny@willkie.com;dhinrichs
              @willkie.com;jhardy2@willkie.com;mzelinsky@willkie.com;;lkamin@willkie.com;dforman@willkie.com
              Jason A. Zweig   on behalf of Creditor   Barry Gluckstern and Sharon E. Frank, Trustees of the
              Sharon and Barry Family Trust, UDT, Dated September 20, 2007 jzweig@kaplanfox.com
              Jeffrey H. Geiger   on behalf of Attorney Jeffrey H. Geiger jgeiger@sandsanderson.com,
              sandrew@sandsanderson.com
              Jeffrey H. Geiger   on behalf of Creditor   Matthew B Luxenberg, Trustee of the Matthew B.
              Luxenberg Revocable Family Trust jgeiger@sandsanderson.com,  sandrew@sandsanderson.com
              Jeffrey H. Geiger   on behalf of Plaintiff   Matthew B Luxenberg, Trustee of the Matthew B.
              Luxenberg Revocable Family Trust jgeiger@sandsanderson.com,  sandrew@sandsanderson.com
              Jeffrey L. Tarkenton   on behalf of Creditor   Old Republic International Corporation
              jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
              .com;njohnson@spectorjohnson.com
              Jeffrey L. Tarkenton   on behalf of Defendant   The Irvine Company jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
              .com;njohnson@spectorjohnson.com
              Jeffrey L. Tarkenton   on behalf of Interested Party   The Irvine Company LLC jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
              .com;njohnson@spectorjohnson.com
              Jennifer J. West   on behalf of Counter-Claimant   Epic Real Estate Solutions, Inc.
              jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
              cullagh@spottsfain.com;ehornsby@spottsfain.com
              Jennifer J. West   on behalf of Attorney   Spotts Fain PC jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
              cullagh@spottsfain.com;ehornsby@spottsfain.com
              Jennifer J. West   on behalf of Creditor   TowerCo Assets LLC jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
              cullagh@spottsfain.com;ehornsby@spottsfain.com
              Jennifer McLain McLemore   on behalf of Movant   Commonwealth Land Title Company
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Movant   Lawyers Title Insurance Company
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Defendant   Northpoint/Webb Bridge I LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer S. Ramsey   on behalf of Interested Party   CFS Rambler, L.P. jramsey@jramsey-law.com
              Jerald Russell Hess   on behalf of Interested Party   Western Alliance Bank j.hess@dlapier.com
              Jeremy S. Williams   on behalf of Interested Party   Etzi Heritage, LLC
              jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams   on behalf of Defendant John  DeSantis jeremy.williams@kutakrock.com,
              lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams   on behalf of Interested Party   Heritage Center Enterprises, LLC
              jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams   on behalf of Defendant   Surety Title Corporation
              jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams   on behalf of Interested Party   Suisun City Investments, LLC
              jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams   on behalf of Defendant Jonathan  Quinn jeremy.williams@kutakrock.com,
              lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams   on behalf of Interested Party   Z Heritage LLC jeremy.williams@kutakrock.com,
              lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams   on behalf of Interested Party   Sunburst Heritage, LLC
              jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams   on behalf of Defendant Brian  Klaus jeremy.williams@kutakrock.com,
              lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams   on behalf of Defendant Meral  Smith jeremy.williams@kutakrock.com,
              lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams   on behalf of Interested Party   Heritage Owner, LLC
              jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy W. Ryan   on behalf of Interested Party   Getty Realty Corp jryan@saul.com
              Jerry Lane Hall   on behalf of Creditor   Pillsbury Winthrop Shaw Pittman jerryhall0@hotmail.com
              John C. Moore   on behalf of Creditor Jane T. Evans john.moore@coateslaw.com,
              gloria.newton@coateslaw.com
              John C. Moore   on behalf of Creditor Alfonso H Zapata john.moore@coateslaw.com,
              gloria.newton@coateslaw.com
              John C. Moore   on behalf of Creditor Pamela S. Zelinka john.moore@coateslaw.com,
              gloria.newton@coateslaw.com
              John C. Moore   on behalf of Creditor Ann T. Robbins john.moore@coateslaw.com,
              gloria.newton@coateslaw.com
              John C. Moore   on behalf of Creditor Joseph A. Zelinka john.moore@coateslaw.com,
              gloria.newton@coateslaw.com
              John C. Moore   on behalf of Creditor Gerald R. Terry john.moore@coateslaw.com,
              gloria.newton@coateslaw.com

```
District/off: 0422-7          User: cummingsj         Page 12 of 26        Date Rcvd: Oct 31, 2019
                              Form ID: pdford9        Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John E. Rinaldi   on behalf of 3rd Pty Defendant   Lawyers Title Realty Services Inc.
            jrinaldi@pw.thelandlawyers.com,  jrinaldi@thelandlawyers.com
          John E. Rinaldi   on behalf of 3rd Pty Defendant   Fidelity National Financial Inc
            jrinaldi@pw.thelandlawyers.com,  jrinaldi@thelandlawyers.com
          John H. Maddock III   on behalf of Interested Party   LFG Liquidation Trust
            jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Defendant   Capital Title Group, Inc. jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Debtor   LandAmerica Title Company jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Defendant   LandAmerica Financial Group, Inc.
            jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Debtor   Southland Title of San Diego jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Defendant   LandAmerica 1031 Exchange Services, Inc.
            jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Interested Party   Southland Title Corporation
            jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Interested Party   LandAmerica OneStop, Inc.
            jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Defendant   Land America Financial Group, Inc.
            jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Debtor   Southland Title Corporation jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Debtor   LandAmerica 1031 Exchange Services, Inc.
            jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Debtor   Capital Title Group, Inc. jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Debtor   LandAmerica OneStop, Inc jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Defendant   LandAmerica Financial Group, Inc.
            jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Debtor   Southland Title of Orange County
            jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Interested Party   LandAmerica 1031 Exchange Services, Inc.
            jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Debtor   LandAmerica Assessment Corporation
            jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Plaintiff   LandAmerica Financial Group, Inc.
            jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Debtor   LandAmerica Financial Group, Inc.
            jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Counter-Claimant   LandAmerica Financial Group, Inc.
            jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Defendant   LandAmerica Exchange Services, Inc.
            jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Defendant   TTIC-Transnation Title Insurance et al
            jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Interested Party   Post-Effective Date LFG
            jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Plaintiff   LandAmerica Financial Group, Inc.
            jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Interested Party   LandAmerica 1031 Exchange Services, Inc.
            Liquidating Trust jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of blank   Southland Title of San Diego jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Interested Party   LandAmerica Assessment Corporation
            jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Defendant   Lawyers Title Insurance et al
            jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Plaintiff   LandAmerica OneStop, Inc jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Debtor   LandAmerica Credit Services, Inc.
            jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Plaintiff   LandAmerica 1031 Exchange Services, Inc.
            jmaddock@mcguirewoods.com
          John Kuropatkin Roche   on behalf of Creditor   Viral, Inc. jroche@perkinscoie.com,
            ADSmith@perkinscoie.com;ecf-3ac9070a3959@ecf.pacerpro.com;geisenberg@perkinscoie.com;SCarroll@per
            kinscoie.com
          John Kuropatkin Roche   on behalf of Plaintiff   Viral, Inc. jroche@perkinscoie.com,
            ADSmith@perkinscoie.com;ecf-3ac9070a3959@ecf.pacerpro.com;geisenberg@perkinscoie.com;SCarroll@per
            kinscoie.com
          John Kuropatkin Roche   on behalf of Creditor Springfield   Springfield Lodging Associates, LLP
            jroche@perkinscoie.com,
            ADSmith@perkinscoie.com;ecf-3ac9070a3959@ecf.pacerpro.com;geisenberg@perkinscoie.com;SCarroll@per
            kinscoie.com
          John Kuropatkin Roche   on behalf of Plaintiff   Springfield Lodging Associates, LLP
            jroche@perkinscoie.com,
            ADSmith@perkinscoie.com;ecf-3ac9070a3959@ecf.pacerpro.com;geisenberg@perkinscoie.com;SCarroll@per
            kinscoie.com
          John M. Craig   on behalf of Creditor   Virginia Electric and Power Company d/b/a Dominion
            Virginia Power johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   AT&T Corp. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern California Edison Company johncraigg@aol.com,
            russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              John M. Craig   on behalf of Defendant   Southern California Edison Company johncraigg@aol.com,
               russj4478@aol.com
              John M. Craig   on behalf of Creditor   AT&T Mobility, LLC johncraigg@aol.com, russj4478@aol.com
              John M. Landis   on behalf of Creditor   JLCR Partners Houma, LLC jlandis@stonepigman.com,
               scivello@stonepigman.com
              John P. Van Beek   on behalf of Creditor John P. Van Beek jvanbeek@goldmanvanbeek.com,
               awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
               nvanbeek.com
              John T. Arnold   on behalf of Defendant   Southern Resource Company cfreeman@mossandrocovich.com
              John T. Farnum   on behalf of Defendant   UTLS BITB, LLC jfarnum@milesstockbridge.com,
               jfarnumecfnotices@gmail.com
              John T. Farnum   on behalf of Defendant   UnitedTech Lender Services, Inc.
               jfarnum@milesstockbridge.com,   jfarnumecfnotices@gmail.com
              John T. Farnum   on behalf of Defendant   UTLS DFS, LLC jfarnum@milesstockbridge.com,
               jfarnumecfnotices@gmail.com
              Jonathan L. Hauser   on behalf of Creditor   Thomson Financial jonathan.hauser@troutmansanders.com
              Jonathan L. Hauser   on behalf of Creditor   Praedium Group, LLC
               jonathan.hauser@troutmansanders.com
              Jonathan L. Hauser   on behalf of Creditor   The Bank of New York Mellon
               jonathan.hauser@troutmansanders.com
              Jonathan L. Hauser   on behalf of Creditor   Old Dominion Security Company
               jonathan.hauser@troutmansanders.com
              Jordana  Linder   on behalf of Debtor   LandAmerica Financial Group, Inc. jlinder@willkie.com
              Joseph D. Frank   on behalf of Creditor   Experian Information Solutions, Inc. jfrank@fgllp.com,
               csucic@fgllp.com;csmith@fgllp.com
              Joshua D. Taggatz   on behalf of Interested Party   Graebel Companies, Inc.
               jtaggatz@ruderware.com,   nmcdonald@ruderware.com
              Joshua Robert Taylor   on behalf of Interested Party   CFS Rambler, L.P. jrtaylor@steptoe.com
              Joshua Robert Taylor   on behalf of Plaintiff   CFS Rambler L.P. jrtaylor@steptoe.com
              Judy A. Robbins   USTPRegion04.RH.ECF@usdoj.gov
              Justin F. Paget   on behalf of Defendant   First American Corelogic, Inc. jpaget@huntonAK.com,
               tcanada@huntonAK.com
              Keith L. Phillips   on behalf of Mediator Keith L. Phillips Keith@pf-law.com,
               beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com
              Keith L. Phillips   on behalf of Interested Party   LandAmerica Credit Services, Inc. Liquidation
               Trust Keith@pf-law.com,   beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com
              Keith L. Phillips   on behalf of Professional   LeClairRyan, A Professional Corporation
               Keith@pf-law.com,   beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com
              Keith L. Phillips   on behalf of Interested Party   Trustee of the LandAmerica Credit Services,
               Inc. Liquidation Trust Keith@pf-law.com,
               beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com
              Kevin A. Lake   on behalf of Creditor   SunTrust Bank klake@mcdonaldsutton.com
              Kevin A. Lake   on behalf of Creditor   SunTrust Banks, Inc., SunTrust Robinson Humphrey, Inc.
               and SunTrust Investment Services, Inc. klake@mcdonaldsutton.com
              Kevin J. Funk   on behalf of Plaintiff J. Sean Campbell kfunk@dagglaw.com,
               bmcmillen@durrettecrump.com
              Kevin J. Funk   on behalf of Plaintiff   Dico Group, LLC kfunk@dagglaw.com,
               bmcmillen@durrettecrump.com
              Kevin J. Funk   on behalf of Plaintiff Howard  Finkelstein kfunk@dagglaw.com,
               bmcmillen@durrettecrump.com
              Kevin J. Funk   on behalf of Plaintiff   Titan Real Estate Holdings, LLC kfunk@dagglaw.com,
               bmcmillen@durrettecrump.com
              Kevin J. Funk   on behalf of Creditor   Kingsview Real Estate Partners II, LP kfunk@dagglaw.com,
               bmcmillen@durrettecrump.com
              Kevin J. Funk   on behalf of Plaintiff   Central Rockaway Realty LLC kfunk@dagglaw.com,
               bmcmillen@durrettecrump.com
              Kevin J. Funk   on behalf of Plaintiff Tony  Horner kfunk@dagglaw.com,
               bmcmillen@durrettecrump.com
              Kevin J. Funk   on behalf of Plaintiff   Millrun Holdings, LLC kfunk@dagglaw.com,
               bmcmillen@durrettecrump.com
              Kevin J. Funk   on behalf of Plaintiff Sandra R. Phillips kfunk@dagglaw.com,
               bmcmillen@durrettecrump.com
              Kevin J. Funk   on behalf of Plaintiff James  Phillips kfunk@dagglaw.com,
               bmcmillen@durrettecrump.com
              Kevin J. Funk   on behalf of Plaintiff Michael  Campbell kfunk@dagglaw.com,
               bmcmillen@durrettecrump.com
              Kevin J. Funk   on behalf of Plaintiff E. Michael Spriggs, II kfunk@dagglaw.com,
               bmcmillen@durrettecrump.com
              Kevin J. Funk   on behalf of Creditor   Farmers & Merchants Bank of Long Beach kfunk@dagglaw.com,
               bmcmillen@durrettecrump.com
              Kevin J. Funk   on behalf of Attorney Clay M. Taylor kfunk@dagglaw.com,
               bmcmillen@durrettecrump.com
              Kevin J. Funk   on behalf of Plaintiff James G. Clarke kfunk@dagglaw.com,
               bmcmillen@durrettecrump.com
              Kevin J. Funk   on behalf of Plaintiff J. B. Campbell kfunk@dagglaw.com,
               bmcmillen@durrettecrump.com
              Kevin J. Funk   on behalf of Plaintiff   Korea Plaza, LLC kfunk@dagglaw.com,
               bmcmillen@durrettecrump.com

District/off: 0422-7          User: cummingsj          Page 14 of 26          Date Rcvd: Oct 31, 2019
                             Form ID: pdford9          Total Noticed: 6

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Kevin J. Funk   on behalf of Plaintiff   Whitten Properties, LLC kfunk@dagglaw.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Plaintiff Robert P. Dreyer kfunk@dagglaw.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Plaintiff Julie  Kilgore kfunk@dagglaw.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Plaintiff   Northwood Boat Works Realty, L.L.C. kfunk@dagglaw.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Plaintiff Barton  Kilgore kfunk@dagglaw.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Plaintiff   Kingsview Real Estate Partners II, LP kfunk@dagglaw.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Plaintiff Jill E. Forbes kfunk@dagglaw.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Plaintiff   Texana Pickle Producers, Inc. kfunk@dagglaw.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Plaintiff   Guerra Brothers kfunk@dagglaw.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Plaintiff   Polygon Enterprises, Inc. kfunk@dagglaw.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor Roland  Arthur kfunk@dagglaw.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Plaintiff   Central Rockaway D LLC kfunk@dagglaw.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor Howard  Finkelstein kfunk@dagglaw.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Plaintiff   Grayling Green, LLC kfunk@dagglaw.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Plaintiff   Squick, L.L.C. kfunk@dagglaw.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Plaintiff   Central Rockaway I LLC kfunk@dagglaw.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Plaintiff   Lincolnway Green, LLC kfunk@dagglaw.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Plaintiff   Joseph E. Lew, Trustee of the Lew Family Trust
          kfunk@dagglaw.com, bmcmillen@durrettecrump.com
          Kimberly S. Winick   on behalf of Creditor   Lereta, LLC kwinick@clarktrev.com
          Kristen E. Burgers   on behalf of Creditor   American Capital, Ltd. kburgers@hirschlerlaw.com,
          ndysart@hirschlerlaw.com;plaura@hirschlerlaw.com
          Laura C. Pyle   on behalf of Creditor Melissa A Hill lpyle@wilsav.com,  wedwards@wmlawgroup.com
          Laura C. Pyle   on behalf of Creditor Kenneth  Astheimer lpyle@wilsav.com,
          wedwards@wmlawgroup.com
          Laura C. Pyle   on behalf of Creditor Marcy  Welburn lpyle@wilsav.com,  wedwards@wmlawgroup.com
          Laura C. Pyle   on behalf of Creditor John M Obzud lpyle@wilsav.com,  wedwards@wmlawgroup.com
          Laura C. Pyle   on behalf of Creditor Richard  Alexander lpyle@wilsav.com,
          wedwards@wmlawgroup.com
          Laura C. Pyle   on behalf of Creditor Margaret M Serrano-Foster lpyle@wilsav.com,
          wedwards@wmlawgroup.com
          Laura C. Pyle   on behalf of Creditor Ross W Dorneman lpyle@wilsav.com,  wedwards@wmlawgroup.com
          Laura C. Pyle   on behalf of Creditor James E Sindoni lpyle@wilsav.com,  wedwards@wmlawgroup.com
          Laura C. Pyle   on behalf of Creditor Lynn  Reidel lpyle@wilsav.com,  wedwards@wmlawgroup.com
          Laura C. Pyle   on behalf of Creditor Jeffrey D Vaughan lpyle@wilsav.com,  wedwards@wmlawgroup.com
          Laura C. Pyle   on behalf of Creditor Holly H Wenger lpyle@wilsav.com,  wedwards@wmlawgroup.com
          Laura C. Pyle   on behalf of Creditor Richard P Gonzalez lpyle@wilsav.com,
          wedwards@wmlawgroup.com
          Laura J. Walker   on behalf of Creditor Kenneth A Coe lwalker@cablehuston.com,
          kharris@cablehuston.com
          Lawrence Allen Katz   on behalf of Creditor   Lereta, LLC lkatz@hirschlerlaw.com,
          lrodriguez@hirschlerlaw.com
          Lawrence E. Rifken   on behalf of Defendant   UnitedTech Lender Services, Inc. rifkenl@gtlaw.com
          Lawrence E. Rifken   on behalf of Counter-Claimant   UTLS BITB, LLC rifkenl@gtlaw.com
          Lawrence E. Rifken   on behalf of Defendant   UTLS DFS, LLC rifkenl@gtlaw.com
          Lawrence E. Rifken   on behalf of Counter-Claimant   UTLS DFS, LLC rifkenl@gtlaw.com
          Lawrence E. Rifken   on behalf of Counter-Claimant   UnitedTech Lender Services, Inc.
          rifkenl@gtlaw.com
          Lawrence E. Rifken   on behalf of Defendant   UTLS BITB, LLC rifkenl@gtlaw.com
          Lawrence E. Rifken   on behalf of Interested Party   UnitedTech Lender Services, Inc.
          rifkenl@gtlaw.com
          Leonard  Starr   on behalf of Defendant Vivian  Hays lstarr@Starr-Law.com,  gadams@Starr-Law.com
          Leonard  Starr   on behalf of Defendant   Leapin Eagle, LLC lstarr@Starr-Law.com,
          gadams@Starr-Law.com
          Leonard  Starr   on behalf of Defendant Denise J. Wilson lstarr@Starr-Law.com,
          gadams@Starr-Law.com
          Leonard  Starr   on behalf of Defendant Gerald R Terry lstarr@Starr-Law.com,  gadams@Starr-Law.com
          Leonard  Starr   on behalf of Defendant Jane T. Evans lstarr@Starr-Law.com,  gadams@Starr-Law.com
          Leonard  Starr   on behalf of Defendant Ann T. Robbins lstarr@Starr-Law.com,  gadams@Starr-Law.com
          Leonard  Starr   on behalf of Defendant   Angela M. Arthur, As Trustee of the Arthur Declaration
          of Trust, Dated December 29, 1988 lstarr@Starr-Law.com,  gadams@Starr-Law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Leslie A. Skiba    on behalf of Plaintiff    Lulu Bubion, Trustee of the Lulu Bubion Management
    Trust lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
Leslie A. Skiba    on behalf of Plaintiff    RQ Holdings, Inc. lskiba@kaplanfrank.com,
    nferenbach@kaplanfrank.com
Leslie A. Skiba    on behalf of Plaintiff    Arboleda Corporation lskiba@kaplanfrank.com,
    nferenbach@kaplanfrank.com
Leslie A. Skiba    on behalf of Plaintiff    Dawn Lizabeth Bubion and Michael Amerio, Trustees of
    the Dawn Lizabeth Bubion 2003 Trust lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
Leslie A. Skiba    on behalf of Creditor    RamQuest Software, Inc. lskiba@kaplanfrank.com,
    nferenbach@kaplanfrank.com
Leslie A. Skiba    on behalf of Plaintiff    Debbie Ann Martinez and Michael Amerio, Trustees of
    the Debbie Ann Martinez 2003 Trust lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
Leslie A. Skiba    on behalf of Plaintiff David  Ash lskiba@kaplanfrank.com,
    nferenbach@kaplanfrank.com
Lisa Hudson Kim    on behalf of Creditor    135 Street Corporation lkim@siwpc.com,
    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor William Childs Detering lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor Matthew B Luxenberg lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor    135th St. Realty Corporation lkim@siwpc.com,
    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor    RFL Properties, LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor    Frontier Pepper's Ferry, LLC lkim@siwpc.com,
    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor David C. Smith lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor    Ziegler Family Trust A lkim@siwpc.com,
    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor    CDC Rural, LP lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor    Citibank, N.A. lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor    Stoutenburg Enterprises, LLC lkim@siwpc.com,
    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor    Greenwich Village Renovation Co., LLC lkim@siwpc.com,
    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor    Early Lodging, LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor    CDC Glendale, LP lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor Alfredo  Barraza lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor    Natram Associates lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor    Phlumm, LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Plaintiff    Matthew B Luxenberg, Trustee of the Matthew B.
    Luxenberg Revocable Family Trust lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor    River Bend Real Estate, Inc. lkim@siwpc.com,
    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor    Bernadette Aiello and Benjamin Aiello, as Trustees of
    the Bernadette Aiello Living Trust lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor    Pflumm, LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor Gerald  Puff lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor Maria S. Limon lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor    Serena Hospitality Group, Inc. lkim@siwpc.com,
    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor Bernadette, Benjamin  Aiello lkim@siwpc.com,
    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor    Phoenix Rising II, LLC lkim@siwpc.com,
    lhamiel@siwpc.com
Loc  Pfeiffer    on behalf of Defendant    Fannie Mae loc.pfeiffer@kutakrock.com,
    karen.thornton@kutakrock.com
Loc  Pfeiffer    on behalf of Creditor    Financial Industry Regulatory Authority, Inc.
    loc.pfeiffer@kutakrock.com,  karen.thornton@kutakrock.com
Loc  Pfeiffer    on behalf of Unknown    Reit Management & Research, LLC loc.pfeiffer@kutakrock.com,
    karen.thornton@kutakrock.com
Louis E. Dolan, Jr.    on behalf of Defendant    All Counties Courier LDOLAN@nixonpeabody.com,
    was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
    peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
    clerk@nixonpeabody.co
Lynn L. Tavenner    on behalf of Creditor Committee    Official Committee of Unsecured Creditors of
    LandAmerica 1031 Exchange Services, Inc. ltavenner@tb-lawfirm.com,
    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
Lynn L. Tavenner    on behalf of Interested Party Gerard A. McHale, Jr. ltavenner@tb-lawfirm.com,
    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
Lynn L. Tavenner    on behalf of Debtor    LandAmerica Financial Group, Inc.
    ltavenner@tb-lawfirm.com,
    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
Madeleine C. Wanlsee    on behalf of Creditor    Maricopa County Treasurer mwanslee@gustlaw.com
Madeline A. Trainor    on behalf of Creditor    The Bank of New York Mellon mtrainor@rpb-law.com,
    pdarrough@rpb-law.com
Marc  Abrams    on behalf of Defendant    LandAmerica 1031 Exchange Services, Inc.
    mabrams@willkie.com,  mao@willkie.com;ldenny@willkie.com;dhinirchs@willkie.com;lkamin@willkie.com
Marc  Abrams    on behalf of Debtor    LandAmerica Financial Group, Inc. mabrams@willkie.com,
    mao@willkie.com;ldenny@willkie.com;dhinirchs@willkie.com;lkamin@willkie.com
Mark D. Taylor    on behalf of Creditor    Embarq Logistics, Inc. mtaylor@vlplawgroup.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Mark D. Taylor    on behalf of Creditor    LAMAT, LLC mtaylor@vlplawgroup.com
              Mark J. Friedman    on behalf of Interested Party    Western Alliance Bank
               mark.friedman@dlapiper.com
              Martha E. Hulley    on behalf of Creditor Committee    Official Committee of Unsecured Creditors of
               LandAmerica Financial Group, Inc. martha.hulley@leclairryan.com,
               erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Plaintiff Bruce H. Matson martha.hulley@leclairryan.com,
               erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor Committee    The Official Commitee of Unsecured Creditors
               martha.hulley@leclairryan.com,    erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Plaintiff Bruce H. Matson, Trustee martha.hulley@leclairryan.com,
               erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Counter-Defendant Bruce H. Matson martha.hulley@leclairryan.com,
               erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Romero    on behalf of Creditor c/o Martha E. Romero    Yuba County Tax Collector
               romero@mromerolawfirm.com
              Mary Angela House    on behalf of Intervenor Defendant    Official Committee of Unsecured Creditors
               of LandAmerica 1031 Exchange Services, Inc. mhouse@akingump.com,
               jgold@akingump.com;bpatrick@akingump.com
              Mary Angela House    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               of LandAmerica 1031 Exchange Services, Inc. mhouse@akingump.com,
               jgold@akingump.com;bpatrick@akingump.com
              Matthew A. Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
              Matthew Thomas Sutter    on behalf of Creditor Julie Anne Hiltsley matt@sutterandterpak.com,
               steve@sutterandterpak.com
              Matthew Thomas Sutter    on behalf of Creditor Michael William Hiltsley matt@sutterandterpak.com,
               steve@sutterandterpak.com
              Merrill  Boone    on behalf of Creditor    Pension Benefit Guaranty Corporation
               boone.merrill@pbgc.gov,  efile@pbgc.gov
              Michael A. Condyles    on behalf of Creditor    Capital One Services, Inc.
               michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Defendant    Capital One Services, Inc.
               michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael D. Mueller    on behalf of Defendant    Golden State Overnight mmueller@williamsmullen.com,
               avaughn@williamsmullen.com
              Michael E. Hastings    on behalf of Plaintiff Bruce H. Matson mhastings@wtplaw.com,
               twhitt@wtplaw.com
              Michael Gregory Wilson    on behalf of Creditor    Prudential Investment Management, Inc.
               mike@mgwilsonlaw.com
              Michael J. McManus    on behalf of Defendant    Accountemps michael.mcmanus@dbr.com
              Michael L. Wachtell    on behalf of Creditor    Hospitality Associates of Tannersville, LP
               mwachtell@buchalter.com
              Michael P. Horan    on behalf of Creditor    MB Venture, Ltd., Fl LP mhoran@trenam.com,
               jlord@trenam.com;hmiller@trenam.com
              Miles Jarrad Wright    on behalf of Defendant Brent  Allen mjwright@dimuro.com,  dnees@dimuro.com
              Nancy K. Swift    on behalf of Creditor    HEWSON/WESTSIDE, LLC bkgroup@buchalter.com
              Neal Lawrence Walters    on behalf of Mediator W. Stephen Scott nwalters@scottkroner.com,
               cblackwood@scottkroner.com
              Neil E. McCullagh    on behalf of Creditor    BVT Institutional Investments, Inc., and U.S. Retail
               Income Fund, VIII-D, L.P. nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    BVT Institutional Investments, Inc. and U.S. Retail
               Income Fund, VIII-D, L.P. nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Nicholas M. DePalma    on behalf of Plaintiff    Health Care REIT, Inc.
               nicholas.depalma@venable.com,  heather.ratliffe@venable.com
              Oscar Baldwin Fears, III    on behalf of Creditor    Georgia Department of Revenue
               bfears@law.ga.gov,  jjacobs@law.ga.gov
              P. Matthew Roberts    on behalf of Creditor    American Express Travel Related Services Co Inc
               matt@godwinjonesandprice.com
              Patricia B. Tomasco    on behalf of Creditor    Berns Commercial Properties ptomasco@mailbmc.com,
               ngriffes@mailbmc.com;pkeller@mailbmc.com
              Patrick J. Potter    on behalf of Creditor    Michael T. & Laurel K. Rose Family Trust
               patrick.potter@pillsburylaw.com,
               dania.slim@pillsburylaw.com;Jason.sharp@pillsburylaw.com;Andrew.alfano@pillsburylaw.com;docket@pi
               llsburylaw.com
              Paul F. Blauert    on behalf of Creditor Gregory D Schultz P.blauert@comcast.net
              Paul Vincent Shalhoub    on behalf of Defendant    LandAmerica 1031 Exchange Services, Inc.
               mao@willkie.com,  pshalhoub@willkie.com
              Paul Vincent Shalhoub    on behalf of Debtor    Capital Title Group, Inc. mao@willkie.com,
               pshalhoub@willkie.com
              Paul Vincent Shalhoub    on behalf of Debtor    LandAmerica Financial Group, Inc. mao@willkie.com,
               pshalhoub@willkie.com
              Paul Vincent Shalhoub    on behalf of Interested Party    LandAmerica Assessment Corporation
               mao@willkie.com,  pshalhoub@willkie.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Paula S. Beran    on behalf of Interested Party Lynn L. Tavenner, Trustee of the LeClairRyan PLLC
               Estate pberan@tb-lawfirm.com,
               ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran    on behalf of Interested Party Gerard A. McHale, Jr. pberan@tb-lawfirm.com,
               ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran    on behalf of Creditor Committee    Official Committee of Unsecured Creditors of
               LandAmerica 1031 Exchange Services, Inc. pberan@tb-lawfirm.com,
               ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Peter G. Zemanian    on behalf of Interested Party    DCRE Investments, LLC pete@zemanianlaw.com
              Peter G. Zemanian    on behalf of Creditor    Chen, David and DCRE Investments, LLC
               pete@zemanianlaw.com
              Peter J. Barrett    on behalf of Creditor    Sentry Insurance a Mutual Company
               peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett    on behalf of Interested Party    Fannie Mae peter.barrett@kutakrock.com,
               charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett    on behalf of Defendant    Fannie Mae peter.barrett@kutakrock.com,
               charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett    on behalf of Creditor    Wachovia Bank, National Association
               peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Roberts    on behalf of Creditor Gerald E.  Dean proberts@foxrothschild.com,
               cknez@foxrothschild.com
              Peter J. Roberts    on behalf of Creditor Carol L. Dean proberts@foxrothschild.com,
               cknez@foxrothschild.com
              Peter M. Pearl    on behalf of Defendant    Title Court Service, Inc. ppearl@spilmanlaw.com,
               scormany@spilmanlaw.com
              Peter M. Pearl    on behalf of Creditor    Title Court Service, Inc. ppearl@spilmanlaw.com,
               scormany@spilmanlaw.com
              Philip C. Baxa    on behalf of Creditor    Arbor Oaks I, LLC and Arbor Oaks II, LLC
               pbaxa@sandsanderson.com,   rarrington@sandsanderson.com
              Philip C. Baxa    on behalf of Defendant    Stroz Friedberg, LLC pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
              Philip C. Baxa    on behalf of Attorney    MercerTrigiani LLP pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
              Philip C. Baxa    on behalf of Interested Party    CFS Rambler, L.P. pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
              Philip C. Baxa    on behalf of Plaintiff    Arbor Oaks II, LLC pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
              Philip C. Baxa    on behalf of Plaintiff    Arbor Oaks I, LLC pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
              Philip C. Baxa    on behalf of Plaintiff    Pillar Investment Group, L.L.C. pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
              Philip C. Baxa    on behalf of Creditor    CFS Rambler, L.P. pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
              Rachel  Strickland    on behalf of Defendant    LandAmerica 1031 Exchange Services, Inc.
               rstrickland@willkie.com,  mao@willkie.com
              Rachel  Strickland    on behalf of Debtor    Capital Title Group, Inc. rstrickland@willkie.com,
               mao@willkie.com
              Rachel  Strickland    on behalf of Debtor    LandAmerica Financial Group, Inc.
               rstrickland@willkie.com,  mao@willkie.com
              Rachel  Strickland    on behalf of Defendant    LandAmerica Financial Group, Inc.
               rstrickland@willkie.com,  mao@willkie.com
              Reed A. Heiligman    on behalf of Defendant    Experian Information Solutions, Inc.
               rheiligman@fgllp.com,  ccarpenter@fgllp.com
              Reed A. Heiligman    on behalf of Creditor    Experian Information Solutions, Inc.
               rheiligman@fgllp.com,  ccarpenter@fgllp.com
              Reginald W. Jackson    on behalf of Creditor    Fifth Third Bank rwjackson@vorys.com,
               bjtobin@vorys.com;apfaff@vorys.com
              Richard C. Maxwell    on behalf of Creditor    W.M. Thompson, Jr. Revocable Trust
               rmaxwell@woodsrogers.com,  jmartin@woodsrogers.com
              Richard C. Maxwell    on behalf of Creditor Robert F. Oliver rmaxwell@woodsrogers.com,
               jmartin@woodsrogers.com
              Richard C. Maxwell    on behalf of Creditor Venkata  Raju rmaxwell@woodsrogers.com,
               jmartin@woodsrogers.com
              Richard C. Maxwell    on behalf of Interested Party    Unofficial Ad Hoc Committee of Commingled
               Exchangers rmaxwell@woodsrogers.com,  jmartin@woodsrogers.com
              Richard C. Maxwell    on behalf of Plaintiff    Warner of Sturgis, LLC rmaxwell@woodsrogers.com,
               jmartin@woodsrogers.com
              Richard C. Maxwell    on behalf of Plaintiff    DCRE Investments, LLC rmaxwell@woodsrogers.com,
               jmartin@woodsrogers.com
              Richard C. Maxwell    on behalf of Creditor    Prudential Properties, LLC rmaxwell@woodsrogers.com,
               jmartin@woodsrogers.com
              Richard C. Maxwell    on behalf of Creditor    W. M. Thompson, Jr. Revocable Trust
               rmaxwell@woodsrogers.com,  jmartin@woodsrogers.com
              Richard C. Maxwell    on behalf of Creditor    Kendall Square, LLC rmaxwell@woodsrogers.com,
               jmartin@woodsrogers.com
              Richard C. Maxwell    on behalf of Creditor    Warner of Sturgis, LLC rmaxwell@woodsrogers.com,
               jmartin@woodsrogers.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Richard C. Maxwell    on behalf of Creditor    Pleasant Valley Ranch, LLC rmaxwell@woodsrogers.com,
                   jmartin@woodsrogers.com
              Richard C. Maxwell    on behalf of Creditor    CLA Real Estate Investments, LLC
                   rmaxwell@woodsrogers.com,   jmartin@woodsrogers.com
              Richard C. Maxwell    on behalf of Creditor    PC Real Estate Investors, LLC
                   rmaxwell@woodsrogers.com,   jmartin@woodsrogers.com
              Richard D. Scott    on behalf of Debtor    LandAmerica Financial Group, Inc.
                   richard@rscottlawoffice.com
              Richard D. Scott    on behalf of Plaintiff    LandAmerica Financial Group, Inc.
                   richard@rscottlawoffice.com
              Richard E. Hagerty    on behalf of Creditor    The Bank of New York Mellon
                   richard.hagerty@troutmansanders.com,
                   sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
                   om
              Richard E. Lear    on behalf of Interested Party    CapTech Ventures, Inc. richard.lear@hklaw.com,
                   kimi.odonnell@hklaw.com
              Richard Francis Blair    on behalf of Debtor    LandAmerica 1031 Exchange Services, Inc.
                   rfblair@mcguirewoods.com,   dmorrison@mcguirewoods.com
              Richard Francis Blair    on behalf of Debtor    LandAmerica Credit Services, Inc.
                   rfblair@mcguirewoods.com,   dmorrison@mcguirewoods.com
              Richard Francis Blair    on behalf of Interested Party    LandAmerica OneStop, Inc.
                   rfblair@mcguirewoods.com,   dmorrison@mcguirewoods.com
              Richard Francis Blair    on behalf of Defendant    Capital Title Group, Inc.
                   rfblair@mcguirewoods.com,   dmorrison@mcguirewoods.com
              Richard Francis Blair    on behalf of Debtor    LandAmerica OneStop, Inc rfblair@mcguirewoods.com,
                   dmorrison@mcguirewoods.com
              Richard Francis Blair    on behalf of Interested Party    LFG Liquidation Trust
                   rfblair@mcguirewoods.com,   dmorrison@mcguirewoods.com
              Richard Francis Blair    on behalf of Defendant    LandAmerica 1031 Exchange Services, Inc.
                   rfblair@mcguirewoods.com,   dmorrison@mcguirewoods.com
              Richard Francis Blair    on behalf of Debtor    Southland Title of San Diego
                   rfblair@mcguirewoods.com,   dmorrison@mcguirewoods.com
              Richard Francis Blair    on behalf of Plaintiff    LandAmerica OneStop, Inc
                   rfblair@mcguirewoods.com,   dmorrison@mcguirewoods.com
              Richard Francis Blair    on behalf of Debtor    Capital Title Group, Inc. rfblair@mcguirewoods.com,
                   dmorrison@mcguirewoods.com
              Richard Francis Blair    on behalf of Debtor    Southland Title of Orange County
                   rfblair@mcguirewoods.com,   dmorrison@mcguirewoods.com
              Richard Francis Blair    on behalf of Defendant    LandAmerica Financial  Group, Inc.
                   rfblair@mcguirewoods.com,   dmorrison@mcguirewoods.com
              Richard Francis Blair    on behalf of Debtor    LandAmerica Title Company rfblair@mcguirewoods.com,
                   dmorrison@mcguirewoods.com
              Richard Francis Blair    on behalf of Interested Party    LandAmerica 1031 Exchange Services, Inc.
                   Liquidating Trust rfblair@mcguirewoods.com, dmorrison@mcguirewoods.com
              Richard Francis Blair    on behalf of Debtor    Southland Title Corporation
                   rfblair@mcguirewoods.com,   dmorrison@mcguirewoods.com
              Richard Francis Blair    on behalf of Interested Party    LandAmerica 1031 Exchange Services, Inc.
                   rfblair@mcguirewoods.com,   dmorrison@mcguirewoods.com
              Richard Francis Blair    on behalf of Debtor    LandAmerica Assessment Corporation
                   rfblair@mcguirewoods.com,   dmorrison@mcguirewoods.com
              Richard Francis Blair    on behalf of Debtor    LandAmerica Financial Group, Inc.
                   rfblair@mcguirewoods.com,   dmorrison@mcguirewoods.com
              Richard Francis Blair    on behalf of Plaintiff    LandAmerica 1031 Exchange Services, Inc.
                   rfblair@mcguirewoods.com,   dmorrison@mcguirewoods.com
              Richard Francis Blair    on behalf of Plaintiff    LandAmerica Financial Group, Inc.
                   rfblair@mcguirewoods.com,   dmorrison@mcguirewoods.com
              Richard M. Maseles    on behalf of Creditor    Missouri Department of Revenue edvaecf@dor.mo.gov
              Robert A. Kuhr    on behalf of Creditor Kathleen   Kuhr r-kuhr@hotmail.com
              Robert B. Van Arsdale    on behalf of U.S. Trustee John P. Fitzgerald
                   Robert.B.Van.Arsdale@usdoj.gov
              Robert B. Van Arsdale    on behalf of U.S. Trustee Judy A. Robbins Robert.B.Van.Arsdale@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor PA Dept. of Revenue   Commonwealth of Pennsylvania
                   redmundson@attorneygeneral.gov
              Robert C. Edmundson    on behalf of Creditor PA Depart of Revenue   Commonwealth of Pennsylvania
                   redmundson@attorneygeneral.gov
              Robert C. Edmundson    on behalf of Creditor Robert C. Edmundson    Pennsylvania Department of
                   Revenue redmundson@attorneygeneral.gov
              Robert C. Edmundson    on behalf of Creditor    The Commonwealth of PA Dept of Revenue
                   redmundson@attorneygeneral.gov
              Robert H. Chappell, III    on behalf of Defendant    Ernst & Young rchappell@spottsfain.com,
                   eanderson@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;kmo
                   ses@spottsfain.com;ehornsby@spottsfain.com
              Robert L. Brace    on behalf of Creditor Angela    arthur rlbrace@hbsb.com,
                   suzette@hbsb.com;mpdenver@hbsb.com;cjohnson@hbsb.com;tfoley@foleybezek.com;rcurtis@foleybezek.com
                   ;nlowery@foleybezek.com;cconnors@foleybezek.com;MKramarck@hbsb.com
              Robert L. Cook    on behalf of Creditor    New York State Department of Taxation and Finance
                   Robert_Cook@tax.state.ny.us

District/off: 0422-7        User: cummingsj        Page 19 of 26        Date Rcvd: Oct 31, 2019
                           Form ID: pdford9        Total Noticed: 6

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Robert L. Flax    on behalf of Creditor Scott  Virgin rflaxlaw@hotmail.com,
              cristina@flaxlegal.com;mharrisflaxlegal@aol.com;flaxlegal@gmail.com
              Robert O. Lampl   on behalf of Creditor Gabriella P. Germinaro rlampl@lampllaw.com
              Robert O. Lampl   on behalf of Creditor Joseph J. Germinaro rlampl@lampllaw.com
              Robert P. McIntosh    on behalf of Interested Party   United States of America
              Robert.McIntosh@usdoj.gov,
              USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
              Robert S. Westermann    on behalf of Creditor Michael D. Beverly rwestermann@hf-law.com,
              rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Creditor Robert F. Norfleet, Jr. rwestermann@hf-law.com,
              rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Creditor Gale K. Caruso rwestermann@hf-law.com,
              rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Defendant Michael D. Beverly rwestermann@hf-law.com,
              rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Creditor   Michael D. Beverly, John S. Fletcher, Jr., Peter
              A. Kolbe, and Todd F. Miller rwestermann@hf-law.com,  rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Defendant John S. Fletcher, Jr. rwestermann@hf-law.com,
              rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Defendant Todd F. Miller rwestermann@hf-law.com,
              rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Creditor Christopher A. Kaufmann rwestermann@hf-law.com,
              rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Interested Party   Conveca Associates Limited Partnership
              rwestermann@hf-law.com,  rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Creditor Marion  Myers rwestermann@hf-law.com,
              rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Creditor Marshall  Wishnack rwestermann@hf-law.com,
              rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Interested Party   HST Investments, LP rwestermann@hf-law.com,
              rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Creditor Todd F. Miller rwestermann@hf-law.com,
              rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Interested Party   General Financial Services, Inc.
              rwestermann@hf-law.com,  rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Creditor Peter A. Kolbe rwestermann@hf-law.com,
              rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Defendant M. Parker Myers rwestermann@hf-law.com,
              rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Creditor John P. McCann rwestermann@hf-law.com,
              rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Creditor Robert T. Skunda rwestermann@hf-law.com,
              rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Creditor Thomas G. Snead, Jr. rwestermann@hf-law.com,
              rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Defendant Peter A. Kolbe rwestermann@hf-law.com,
              rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Creditor John S. Fletcher, Jr. rwestermann@hf-law.com,
              rhenderson@hf-law.com
              Robert W. Best    on behalf of Plaintiff Bruce H. Matson robert.best@leclairryan.com
              Ronald A. Page, Jr.   on behalf of Plaintiff Charles W. Devito rpage@rpagelaw.com,
              r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor   Central Rockaway I, LLC rpage@rpagelaw.com,
              r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor Grace E. Bocklet rpage@rpagelaw.com,
              r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor Michael M. Campbell rpage@rpagelaw.com,
              r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor Alonzo  Cantu rpage@rpagelaw.com,
              r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor   Northwood Boat Works Realty, L.L.C.
              rpage@rpagelaw.com,  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor Jill  Forbes rpage@rpagelaw.com,
              r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Plaintiff Angelo  Grande rpage@rpagelaw.com,
              r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor   MM & PM, LLC rpage@rpagelaw.com,
              r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Plaintiff Frederick  Gelardo rpage@rpagelaw.com,
              r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor   Polygon Enterprises, Inc. rpage@rpagelaw.com,
              r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Plaintiff Grace E. Bocklet rpage@rpagelaw.com,
              r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Plaintiff   Grayling Green, LLC rpage@rpagelaw.com,
              r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor Tony  Horner rpage@rpagelaw.com,
              r59927@notify.bestcase.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Ronald A. Page, Jr.   on behalf of Plaintiff   Carolyn Calvin Kneese Trust rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor   MB Venture, Ltd. rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor Barton  Kilgore rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor   Edwards Street, LLC rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor   Lincolnway Green, LLC rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor   Korea Plaza, LLC rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor Michael C. Higgins rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor Charles J. Booklet, Jr. rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Plaintiff   Central Rockaway I LLC rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor Sharon  Billedeau rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor   Grayling Green, LLC rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor   Squick, L.L.C. rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor James B. Walker, Jr. rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor   The Arthur Declaration of Trust rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Plaintiff Robert P. Dreyer rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Plaintiff Barton  Kilgore rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Plaintiff   Guerra Brothers rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor   A & R Properties, LLC rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor E. Michael Spriggs, II rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor James B. Campbell rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor James G. Clarke rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor   Central Rockaway Realty LLC rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Plaintiff   Korea Plaza, LLC rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor Leon A. D'Aquin, Jr. rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor   Regency Hotel Management Company, Inc.
                  rpage@rpagelaw.com,  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Plaintiff   Texana Pickle Producers, Inc. rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Plaintiff   J.J. Lew, Trustee of the Lew Family Trust
                  rpage@rpagelaw.com,  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Plaintiff Julie  Kilgore rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor Gabriella P. Germinaro rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Plaintiff Charles J. Booklet, Jr. rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor Angelo  Grande rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor   Carolyn Calvin Kneese Trust rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor Priscilla D Brown rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor   Leapin Eagle, LLC rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Plaintiff   Hoshiko Farms, Inc. rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor James  Phillips rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Plaintiff   Central Rockaway D LLC rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor Joan  Devito rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Plaintiff   Kingsview Real Estate Partners II, LP
                  rpage@rpagelaw.com,  r59927@notify.bestcase.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Ronald A. Page, Jr.    on behalf of Creditor    MB Venture, Ltd., Fl LP rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Plaintiff    Regency Hotel Management Company, Inc.
    rpage@rpagelaw.com,  r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Creditor    Texana Pickle Producers, LLC rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Creditor    BVT Institutional Investments, Inc., and U.S.
    Retail Income Fund, VIII-D, L.P. rpage@rpagelaw.com, r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Creditor Victor  Calderon rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Creditor J. Sean Campbell rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Plaintiff Joan C. Devito rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Attorney Clay M. Taylor rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Creditor    Doerle Properties, LLC rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Plaintiff    Leapin Eagle, LLC rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Creditor    Joseph E. Lew and J. J. Lew, Trustees of "The Lew
    Family Trust, dated October 26, 2007" rpage@rpagelaw.com, r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Plaintiff E. Michael Spriggs, II rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Creditor Joseph J. Germinaro rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Creditor    Scandal Fashion, Inc. rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Plaintiff    Lincolnway Green, LLC rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Plaintiff    Joseph E. Lew, Trustee of the Lew Family Trust
    rpage@rpagelaw.com,  r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Creditor    Central Rockaway D, LLC rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Plaintiff    Frontier Pepper's Ferry, LLC rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Attorney Yann  Geron rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Creditor Frederick  Gelardo rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Creditor    Titan Real Estate Holdings, LLC rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Plaintiff Joseph J. Germinaro rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Creditor Sandra R. Phillips rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Creditor Julie  Kilgore rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Creditor    T & J Investments of Roanoke, Inc.
    rpage@rpagelaw.com,  r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Plaintiff    Central Rockaway Realty LLC rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Creditor    Millmar Holdings, LLC rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Creditor    Texas AC360 LP rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Plaintiff Priscilla D. Brown rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Creditor    Kingsview Real Estate Partners II, LP
    rpage@rpagelaw.com,  r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Plaintiff Alonzo  Cantu rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Plaintiff Howard  Finkelstein rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Plaintiff Leon A. D'Aquin, Jr. rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Plaintiff    Whitten Properties, LLC rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Creditor    Dico Group, LLC rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Plaintiff    Deblu Realty Corporation rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Creditor    Whitten Properties, LLC rpage@rpagelaw.com,
    r59927@notify.bestcase.com
Ronald A. Page, Jr.    on behalf of Creditor Kathryn  Grande rpage@rpagelaw.com,
    r59927@notify.bestcase.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Ronald A. Page, Jr.  on behalf of Plaintiff Kathryn  Grande rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.  on behalf of Creditor Charles W. Devito rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.  on behalf of Creditor   Deblu Realty Corporation rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.  on behalf of Creditor   Hoshiko Farms, Inc. rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.  on behalf of Plaintiff   Texas AC360 LP rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.  on behalf of Creditor   Frontier Pepper's Ferry, LLC rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.  on behalf of Creditor Robert P. Dreyer rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.  on behalf of Plaintiff Gabriella P Germinaro rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.  on behalf of Creditor   Guerra Brothers rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.  on behalf of Creditor   Femrite Commercial Rentals, LLC rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.  on behalf of Creditor Howard  Finkelstein rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.  on behalf of Plaintiff Jill E. Forbes rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.  on behalf of Plaintiff   Doerle Properties, LLC rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Rosa J. Evergreen  on behalf of Interested Party   H.G. Fenton Company rosa_evergreen@aporter.com
          Rosa J. Evergreen  on behalf of Plaintiff   Health Care REIT, Inc. rosa_evergreen@aporter.com
          Rosa J. Evergreen  on behalf of Interested Party   Health Care REIT, Inc.
          rosa_evergreen@aporter.com
          Ross C. Reeves  on behalf of Defendant Margaret M Foster rreeves@wilsav.com,
          nreynolds@wilsav.com
          Ross C. Reeves  on behalf of Defendant Lynn M. Riedel rreeves@wilsav.com,  nreynolds@wilsav.com
          Ross C. Reeves  on behalf of Defendant Holly H. Wenger rreeves@wilsav.com,  nreynolds@wilsav.com
          Ross C. Reeves  on behalf of Defendant Jeffrey D. Vaughan rreeves@wilsav.com,
          nreynolds@wilsav.com
          Ross C. Reeves  on behalf of Defendant Kenneth  Astheimer rreeves@wilsav.com,
          nreynolds@wilsav.com
          Ross C. Reeves  on behalf of Defendant James E. Sindoni rreeves@wilsav.com,  nreynolds@wilsav.com
          Ross C. Reeves  on behalf of Defendant John M. Obzud rreeves@wilsav.com,  nreynolds@wilsav.com
          Ross C. Reeves  on behalf of Defendant Robert P Gonzalez rreeves@wilsav.com,
          nreynolds@wilsav.com
          Ross C. Reeves  on behalf of Defendant Melissa A Hill rreeves@wilsav.com,  nreynolds@wilsav.com
          Ross C. Reeves  on behalf of Defendant Ross W. Dorneman rreeves@wilsav.com,  nreynolds@wilsav.com
          Ross C. Reeves  on behalf of Professional   Willcox & Savage, P.C. rreeves@wilsav.com,
          nreynolds@wilsav.com
          Ross C. Reeves  on behalf of Defendant Marcy A. Welburn rreeves@wilsav.com,  nreynolds@wilsav.com
          Roy M. Terry, Jr.  on behalf of Creditor   Porete Realty Corporation rterry@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          Roy M. Terry, Jr.  on behalf of Creditor   Vine Street Development rterry@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          Roy M. Terry, Jr.  on behalf of Creditor   C & M Warehouse, Inc. and Car-Mil Realty, LLC
          rterry@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          Roy M. Terry, Jr.  on behalf of Creditor   FSW, Inc. rterry@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          Roy M. Terry, Jr.  on behalf of Creditor   Oracle USA, Inc. rterry@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          Roy M. Terry, Jr.  on behalf of Creditor   Endless Ocean, LLC rterry@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          Roy M. Terry, Jr.  on behalf of Creditor Michael  Graff rterry@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          Roy M. Terry, Jr.  on behalf of Creditor Parviz  Farahzad rterry@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          Roy M. Terry, Jr.  on behalf of Creditor Charles E. Clough rterry@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          Roy M. Terry, Jr.  on behalf of Creditor Judith T. Clough rterry@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          Ryan C. Day   on behalf of Plaintiff Bruce H. Matson ryan.day@leclairryan.com
          Sarah Ludlow McCurry   on behalf of Creditor Matthew B Luxenberg sarah@wmmlegal.com
          Sean P. O'Brien   on behalf of Creditor   MTK Properties, LLC spobrien@gustlaw.com
          Shawn M. Christianson   on behalf of Creditor   Oracle USA, Inc. schristianson@buchalter.com,
          cmcintire@buchalter.com
          Stephan William Milo   on behalf of Defendant   Thoughtfocus Technologies LLC smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Interested Party   Trans Union LLC smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

District/off: 0422-7          User: cummingsj          Page 23 of 26          Date Rcvd: Oct 31, 2019
                             Form ID: pdford9          Total Noticed: 6

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Stephan William Milo    on behalf of Creditor    St. John Properties, Inc smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Trans Union LLC smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    Circle K. Stores, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    SBMC Valencia, L.P. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    St. John Properties, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Plaintiff    Circle K. Stores, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Interested Party    Leading Edge Companies, LLC
              smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Interested Party    Thoughtfocus Technologies LLC
              smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephanie N. Gilbert    on behalf of Defendant Marcy A. Welburn sgilbert@wilsav.com
              Stephanie N. Gilbert    on behalf of Defendant Robert P Gonzalez sgilbert@wilsav.com
              Stephanie N. Gilbert    on behalf of Defendant Margaret M Foster sgilbert@wilsav.com
              Stephanie N. Gilbert    on behalf of Defendant Jeffrey D. Vaughan sgilbert@wilsav.com
              Stephanie N. Gilbert    on behalf of Defendant Kenneth Astheimer sgilbert@wilsav.com
              Stephanie N. Gilbert    on behalf of Defendant Lynn M. Riedel sgilbert@wilsav.com
              Stephanie N. Gilbert    on behalf of Defendant James E. Sindoni sgilbert@wilsav.com
              Stephanie N. Gilbert    on behalf of Defendant John M. Obzud sgilbert@wilsav.com
              Stephanie N. Gilbert    on behalf of Defendant Holly H. Wenger sgilbert@wilsav.com
              Stephanie N. Gilbert    on behalf of Defendant Melissa A Hill sgilbert@wilsav.com
              Stephanie N. Gilbert    on behalf of Cross-Claimant    Willcox & Savage, P.C. sgilbert@wilsav.com
              Stephanie N. Gilbert    on behalf of Defendant Ross W. Dorneman sgilbert@wilsav.com
              Stephanie N. Gilbert    on behalf of Defendant Jeffrey C. Selby sgilbert@wilsav.com
              Stephen E. Leach    on behalf of Creditor    Haddon Square Partners, L.L.C. sleach@hirschlerlaw.com,
              ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com
              Stephen E. Leach    on behalf of Plaintiff    Haddon Square Partners, L.L.C.
              sleach@hirschlerlaw.com, ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com
              Stephen E. Scarce    on behalf of Defendant    Stewart Title Company sscarce@parkerpollard.com,
              myoder@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
              Stephen K. Gallagher    on behalf of Defendant    American Capital, Ltd. skgallagher@venable.com,
              rmcmanus@Venable.com;lrheitger@venable.com
              Stephen M. Friedberg    on behalf of Creditor    Internal Revenue Service
              Stephen.M.Friedberg@IRSCOUNSEL.TREAS.GOV
              Steven T. Gubner    on behalf of Creditor    Barry Gluckstern and Sharon E. Frank, Trustees of the
              Sharon and Barry Family Trust, UDT, Dated September 20, 2007 sgubner@brutzkusgubner.com,
              ecf@brutzkusgubner.com
              Susan Reid Sherrill-Beard    on behalf of Interested Party    Securities and Exchange Commission
              sherrill-beards@sec.gov,  atlreorg@sec.gov;baddleyd@sec.gov
              Tara L. Elgie    on behalf of Creditor    CMR, Inc. telgie@huntonak.com,  amckenzie@huntonak.com
              Tara L. Elgie    on behalf of Interested Party    SunTrust Bank, Inc. telgie@huntonak.com,
              amckenzie@huntonak.com
              Teddy J. Midkiff    on behalf of Plaintiff Lori    Northcutt tmidkiff@dillonandmidkiff.com,
              midkifflaw@gmail.com
              Teddy J. Midkiff    on behalf of Interested Party John    Ray tmidkiff@dillonandmidkiff.com,
              midkifflaw@gmail.com
              Teddy J. Midkiff    on behalf of Plaintiff John    Ray tmidkiff@dillonandmidkiff.com,
              midkifflaw@gmail.com
              Teddy J. Midkiff    on behalf of Plaintiff Robert    Hagan tmidkiff@dillonandmidkiff.com,
              midkifflaw@gmail.com
              Teddy J. Midkiff    on behalf of Interested Party Lori    Northcott tmidkiff@dillonandmidkiff.com,
              midkifflaw@gmail.com
              Teddy J. Midkiff    on behalf of Interested Party Robert    Hagan tmidkiff@dillonandmidkiff.com,
              midkifflaw@gmail.com
              Theodore A. Griffinger, Jr.    on behalf of Creditor    CMR, Inc. abeltran@steinlubin.com
              Thomas C. Junker    on behalf of Plaintiff J. Matthew Singleton tjunker@gregkaplaw.com,
              slawson@gregkaplaw.com
              Thomas C. Junker    on behalf of Plaintiff    Gregory W. Losa and Marilyn Hansen, Trustees of the
              January 16, 2006 Restatement Trust of Gregory W. Losa dated September 25, 1985
              tjunker@gregkaplaw.com,  slawson@gregkaplaw.com
              Thomas C. Junker    on behalf of Plaintiff David    Ash tjunker@gregkaplaw.com,
              slawson@gregkaplaw.com
              Thomas C. Junker    on behalf of Plaintiff Kathryn S. Singleton tjunker@gregkaplaw.com,
              slawson@gregkaplaw.com
              Thomas Ryan Lynch    on behalf of Creditor Kyoungue    Kim tlynch@babc.com
              Thomas Ryan Lynch    on behalf of Creditor    Kyoungae Kim as Trustee for The Kyoungae Kim Trust
              tlynch@babc.com
              Thomas Ryan Lynch    on behalf of Creditor Gregory D Schultz tlynch@babc.com
              Thomas Ryan Lynch    on behalf of Plaintiff    Grunstead Family Limited Partnership tlynch@babc.com
              Thomas Ryan Lynch    on behalf of Creditor    DCRE Investments, LLC tlynch@babc.com
              Thomas V. Askounis    on behalf of Creditor    Park National Bank taskounis@askounisdarcy.com
              Tommy Andrews, Jr.    on behalf of Creditor Robert F. Oliver tandrews@andrewslaw.net,
              khill@andrewslaw.net;tetiana@andrewslaw.net;nikki@andrewslaw.net

District/off: 0422-7          User: cummingsj          Page 24 of 26          Date Rcvd: Oct 31, 2019
                             Form ID: pdford9          Total Noticed: 6

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Tommy  Andrews, Jr.   on behalf of Creditor David  Ash tandrews@andrewslaw.net,
          khill@andrewslaw.net;tetiana@andrewslaw.net;nikki@andrewslaw.net
          Tommy  Andrews, Jr.   on behalf of Creditor    The David Ash Trust tandrews@andrewslaw.net,
          khill@andrewslaw.net;tetiana@andrewslaw.net;nikki@andrewslaw.net
          Troy  Savenko   on behalf of Creditor   Bald Eagle, LLC tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Plaintiff   RamQuest Software, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Plaintiff   IQC Properties, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   David Ash, Trustee of the David Ash Trust dated January
          10, 2008 tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   RamQuest Software, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Plaintiff   De Baca Land and Cattle LLC tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Plaintiff   IQC Properties, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Plaintiff   Dawn Lizabeth Bubion and Michael Amerio, Trustees of the
          Dawn Lizabeth Bubion 2003 Trust tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Gregory W. Losa and Marilyn Hansen, Trustees of the
          January 16, 2006 Restatement Trust of Gregory W. Losa dated September 25, 1985
          tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Sugarland Petroleum, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Plaintiff Ross  Epstein tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   DeBaca Land and Cattle LLC tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Interested Party   Dawn Lizabeth Bubion and Michael Amerio, Trustees
          of the Dawn Lizabeth Bubion 2003 Trust tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   18308 Hawthorne Boulevard, LLC tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor J. Matthew Singleton tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor Kathryn S. Singleton tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Plaintiff Katarzyna  Epstein tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Lulu Bubion Management Trust tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Federal Express Corporation tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Dawn Elizabeth Bubion 2003 Trust tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor Ross  Epstein tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor Katarzyna  Epstein tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Plaintiff J. Matthew Singleton tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Aspen Apartments, LLC tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Arboleda Corporation tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   RQ Holdings, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Plaintiff   Gregory W. Losa and Marilyn Hansen, Trustees of the
          January 16, 2006 Restatement Trust of Gregory W. Losa dated September 25, 1985
          tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Plaintiff   RQ Holdings, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Plaintiff   Sugarland Petroleum, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Plaintiff Kathryn S. Singleton tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   De Baca Land and Cattle LLC tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Plaintiff   Lulu Bubion, Trustee of the Lulu Bubion Management Trust
          tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Debbie Ann Martinez and Michael Amerio, Trustees of the
          Debbie Ann Martinez 2003 tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Plaintiff   18308 Hawthorne Boulevard, LLC tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Plaintiff   Arboleda Corporation tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor David  Ash tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Plaintiff David  Ash tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Plaintiff   Debbie Ann Martinez and Michael Amerio, Trustees of the
          Debbie Ann Martinez 2003 Trust tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Plaintiff   Joseph E. Temple and Patricia J. Temple as Trustees for
          the Joseph E. and Patricia J. Temple Revocable Trust tsavenko@kv-legal.com
          Victoria D. Garry   on behalf of Creditor   Ohio Dept of Taxation
          victoria.garry@ohioattorneygeneral.gov
          W. Greer McCreedy, II   on behalf of Creditor Charles J. bocklet McCreedy@McCreedylaw.com,
          alex@mccreedylaw.com;kristi@mccreedylaw.com;melissa.patti.ecf@gmail.com;mccreedyr75390@notify.be
          stcase.com
          Warren Thomas Allen, II   on behalf of Defendant Julious P. Smith, Jr. warren.allen@skadden.com
          Warren Thomas Allen, II   on behalf of Creditor Robert T. Skunda warren.allen@skadden.com
          Warren Thomas Allen, II   on behalf of Defendant Eugene P. Trani warren.allen@skadden.com
          Warren Thomas Allen, II   on behalf of Defendant Janet A. Alpert warren.allen@skadden.com
          Warren Thomas Allen, II   on behalf of Creditor John P. McCann warren.allen@skadden.com
          Warren Thomas Allen, II   on behalf of Defendant Thomas G. Snead, Jr. warren.allen@skadden.com
          Warren Thomas Allen, II   on behalf of Creditor Thomas G. Snead, Jr. warren.allen@skadden.com
          Warren Thomas Allen, II   on behalf of Defendant John P. McCann warren.allen@skadden.com
          Warren Thomas Allen, II   on behalf of Creditor Marshall  Wishnack warren.allen@skadden.com
          Warren Thomas Allen, II   on behalf of Defendant Michael  Dinkins warren.allen@skadden.com
          Warren Thomas Allen, II   on behalf of Defendant Dianne M. Neal warren.allen@skadden.com
          Warren Thomas Allen, II   on behalf of Defendant Marshall B. Wishnack warren.allen@skadden.com
          Warren Thomas Allen, II   on behalf of Defendant Robert F. Norfleet, Jr. warren.allen@skadden.com
          Warren Thomas Allen, II   on behalf of Creditor Robert F. Norfleet, Jr. warren.allen@skadden.com
          Warren Thomas Allen, II   on behalf of Defendant Gale K. Caruso warren.allen@skadden.com
          Warren Thomas Allen, II   on behalf of Defendant Robert T. Skunda warren.allen@skadden.com
          Warren Thomas Allen, II   on behalf of Defendant Charles H. Foster, Jr. warren.allen@skadden.com
          Warren Thomas Allen, II   on behalf of Creditor Gale K. Caruso warren.allen@skadden.com

District/off: 0422-7          User: cummingsj          Page 25 of 26          Date Rcvd: Oct 31, 2019
                             Form ID: pdford9          Total Noticed: 6

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A Frazell   on behalf of Creditor   Texas Comptroller of Public Accounts
          bk-bfrazell@texasattorneygeneral.gov,   sherri.simpson@texasattorneygeneral.gov
          William A. Broscious   on behalf of Interested Party   Smith Barney, a division of Citigroup
          Global Capital Markets Inc. wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   CitiGroup Global Markets, Inc.
          wbroscious@kbbplc.com
          William A. Gray   on behalf of Creditor   Napa/JC Investment Partnership bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Stoutenburg Enterprises, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Plaintiff   RFL Properties, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Frontier Pepper's Ferry, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor Alfredo   Barraza bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor Henry and Mary Jo   Bagelmann bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Plaintiff   Pflumm, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   CFS Rambler, L.P. bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Greenwich Village Renovation Co., LLC
          bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   135 Street Corporation bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor Anthony   Nalbone bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Plaintiff   Serena Hospitality Group, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   River Bend Real Estate, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Early Lodging, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   CDC Rural, LP bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Ziegler Family Trust A and Ziegler Family Trust B under
          the Ziegler Family Trust dated June 23, 2004 bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor William Childs Detering bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor Gerald   Puff bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Arbor Oaks I, LLC and Arbor Oaks II, LLC
          bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Plaintiff   CDC Glendale, LP bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   RFL Properties, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Pflumm, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor and the Rose Family Trust, dated 7/10/1991 Mazzoncini
          Family Trust, dated 1/23/1995 bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor Matthew B Luxenberg bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor Maria S. Limon bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Plaintiff   CDC Rural, LP bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Pillar Investment Group, L.L.C. bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Technology Leasing Concept, Inc.
          bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   CDC Glendale, LP bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William Ashley Burgess   on behalf of Plaintiff   Matthew B Luxenberg, Trustee of the Matthew B.
          Luxenberg Revocable Family Trust aburgess@sandsanderson.com,   qscott@sandsanderson.com
          William Ashley Burgess   on behalf of Plaintiff   Harvey Family Limited Partnership
          aburgess@sandsanderson.com,   qscott@sandsanderson.com
          William Ashley Burgess   on behalf of Creditor   The Mazzoncini Family Trust, dated 1/23/1995
          aburgess@sandsanderson.com,   qscott@sandsanderson.com
          William Ashley Burgess   on behalf of Creditor Judith T. Clough aburgess@sandsanderson.com,
          qscott@sandsanderson.com

```
District/off: 0422-7          User: cummingsj          Page 26 of 26          Date Rcvd: Oct 31, 2019
                             Form ID: pdford9          Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      William Ashley Burgess    on behalf of Creditor David C. Smith aburgess@sandsanderson.com,
          qscott@sandsanderson.com
      William Ashley Burgess    on behalf of Creditor    C & M Warehouse, Inc. and Car-Mil Realty, LLC
          aburgess@sandsanderson.com,    qscott@sandsanderson.com
      William Ashley Burgess    on behalf of Creditor Charles E. Clough aburgess@sandsanderson.com,
          qscott@sandsanderson.com
      William Ashley Burgess    on behalf of Creditor    The Rose Family Trust, dated 7/10/1991
          aburgess@sandsanderson.com,    qscott@sandsanderson.com
      William C. Carr, Jr.    on behalf of Movant Ramesh  Ramamoorthy wcarr@emrochandkilduff.com
      William Daniel Prince, IV    on behalf of Defendant  Diversified Business Solutions
          wprince@t-mlaw.com,  jseay@t-mlaw.com
      William Daniel Prince, IV    on behalf of Creditor    Iron Crown LLLP wprince@t-mlaw.com,
          jseay@t-mlaw.com
      William Daniel Prince, IV    on behalf of Creditor Alfonso   Jones wprince@t-mlaw.com,
          jseay@t-mlaw.com
      William Daniel Prince, IV    on behalf of Creditor Martha   Kemp wprince@t-mlaw.com,
          jseay@t-mlaw.com
      William Daniel Prince, IV    on behalf of Defendant   SLK Global BPO Services Private Limited
          wprince@t-mlaw.com,  jseay@t-mlaw.com
      William Daniel Prince, IV    on behalf of Creditor Patrick K. Burke wprince@t-mlaw.com,
          jseay@t-mlaw.com
      William Daniel Prince, IV    on behalf of Creditor   ROHO Investments Ltd wprince@t-mlaw.com,
          jseay@t-mlaw.com
      William Daniel Prince, IV    on behalf of Interested Party   Stockard Realty Partnership, Ltd.
          wprince@t-mlaw.com,  jseay@t-mlaw.com
      William Daniel Prince, IV    on behalf of Creditor Kimberly R. Kidd wprince@t-mlaw.com,
          jseay@t-mlaw.com
      William Daniel Prince, IV    on behalf of Creditor Wayne R. Kidd wprince@t-mlaw.com,
          jseay@t-mlaw.com
      William Edward Callahan, Jr.    on behalf of Plaintiff Bruce H. Matson
          william.callahan@leclairryan.com,  heather.stewart@leclairryan.com
      William H. Schwarzschild, III    on behalf of Debtor   LandAmerica Financial Group, Inc.
          tschwarz@williamsmullen.com
      William M. Hogan    on behalf of Defendant   Angela M. Arthur, As Trustee of the Arthur
          Declaration of Trust, Dated December 29, 1988 bhogan@gilreathlaw.com
      William M. Hogan    on behalf of Defendant   Leapin Eagle, LLC bhogan@gilreathlaw.com
      William M. Hogan    on behalf of Defendant Denise J. Wilson bhogan@gilreathlaw.com
      William M. Hogan    on behalf of Defendant Jane T. Evans bhogan@gilreathlaw.com
      William M. Hogan    on behalf of Defendant Vivian  Hays bhogan@gilreathlaw.com
      William M. Hogan    on behalf of Defendant Gerald R Terry bhogan@gilreathlaw.com
      William M. Hogan    on behalf of Defendant Ann T. Robbins bhogan@gilreathlaw.com
      William R. Baldwin, III    on behalf of Creditor Charles T Bell billbaldwin@comcast.net,
          billbaldwin@meyerbaldwin.com
      William R. Feldman    on behalf of Creditor Safwat A. Gerges wrflaw@aol.com,
          acurtis@wfeldmanlaw.com
      William R. Feldman    on behalf of Creditor Karin  Gerges wrflaw@aol.com,  acurtis@wfeldmanlaw.com
      William Ross Spence    on behalf of Interested Party   Stockard Realty Partnership, Ltd.
          ross@snowspencelaw.com,
          donnasutton@snowspencelaw.com;janissherrill@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
      William Ross Spence    on behalf of Creditor    Iron Crown LLLP ross@snowspencelaw.com,
          donnasutton@snowspencelaw.com;janissherrill@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
      William Ross Spence    on behalf of Interested Party   Stockton Realty Partnership, Ltd.
          ross@snowspencelaw.com,
          donnasutton@snowspencelaw.com;janissherrill@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
      Zev Hillel Antell    on behalf of Creditor Patrick   Stanton zev.antell@butlerroyals.com
      Zev Hillel Antell    on behalf of Interested Party Kerrie  Borboa zev.antell@butlerroyals.com
                                              TOTAL: 1054