**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>LandAmerica Financial Group, Inc.,<br><br>              Debtor. | Case No. 08-35994-KRH<br>Chapter 11<br>Jointly Administered |

**WITHDRAWAL OF MOTION TO CONVERT CASE TO CHAPTER 7**

     John P. Fitzgerald, III, Acting United States Trustee for Region Four, (the "U.S. Trustee") having filed on November 6, 2019, a Motion to Convert this Case to Chapter 7, the "Motion," and now having concluded that the Motion is unnecessary, hereby WITHDRAWS the Motion.

                                         Respectfully submitted,

                                         John P. Fitzgerald, III
                                         Acting U.S. Trustee
                                         Region Four

                                         by: /s/Robert B. Van Arsdale
                                         Robert B. Van Arsdale
                                         Assistant U.S. Trustee
                                         701 E. Broad Street, Suite 4304
                                         Richmond, VA 23219

Robert B. Van Arsdale, Esq., AUST, VSB 17483
Shannon Pecoraro, Esq., VSB 46864
Office of the U.S. Trustee
701 East Broad Street
Suite 4304
Richmond, VA 23219
(804) 771-2310

## **CERTIFICATE OF SERVICE**

I certify that on November 8, 2019 service on all attorney users in this case was accomplished through the Notice of Electronic Filing, pursuant to CM/ECF Policy 9 of the United States Bankruptcy Court for the Eastern District of Virginia, Case Management/Electronic Case Files (CM/ECF) Policy Statement, Version 09/04/09.

/s/Robert B. Van Arsdale
Robert B. Van Arsdale