# United States Bankruptcy Court

### Eastern District of Virginia

Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**    08–35994–KRH
**Chapter**    11
**Judge**    Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
LandAmerica Financial Group, Inc.
 5600 Cox Road
Glen Allen, VA 23060

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s).,(if any):
    Debtor: NA

Employer Tax–Identification (EIN) No(s).(if any):
    Debtor: <u>54–1589611</u>

## <u>NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION</u>

A transcript was filed on <u> November 7, 2019 </u> in the above–referenced case, event text as shown below:

Transcript filed Re: Hearing Held 10/16/2019, Remote electronic access to the transcript is restricted until 02/4/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber eScribers, Telephone number 973–406–2250.] [Transcript Purchased by JUDGE HUENNEKENS.] (RE: related document(s) [5780] Status Hearing held and continued; (related document(s): 5774 Order Setting Hearing) Hearing scheduled for 11/05/2019 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearances: Bruce Matson; Robert Van Arsdale; Lynn Tavenner; Michael Wilson. (oliverb), [5781] Hearing continued; (related document(s): 5775 Final Report and Motion for Final Decree filed by Bruce H. Matson) Appearances: Bruce H. Matson; Robert Van Arsdale; Lynn Tavenner; Michael Wilson. Hearing scheduled for 11/05/2019 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (oliverb)). Notice of Intent to Request Redaction Deadline Due By 11/13/2019. Redaction Request Due By 11/27/2019. Redacted Transcript Submission Due By 12/9/2019. Transcript access will be restricted through 02/4/2020. (Gottlieb, Jason)

The parties have [until <u> November 14, 2019 </u>] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [<u> November 29, 2019 </u>] [21 days from the date of filing of the transcript].

If a request for redaction is filed, the redacted transcript is due [<u> December 9, 2019 </u>] [31 days from the date of filing of the transcript].

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [<u> February 5, 2020 </u>] [90 calendar days from the date of filing of the transcript] unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:    November 7, 2019

[ntctranredact.jsp 3/2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                    Case No. 08-35994-KRH
LandAmerica Financial Group, Inc.                         Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7        User: baumgartn        Page 1 of 26        Date Rcvd: Nov 07, 2019
                           Form ID: redacttr       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
aty            +Bruce H. Matson,   7204 Glen Forest Drive,   Suite 102,   Richmond, VA 23226-3783

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
              Aaron G. McCollough   on behalf of Defendant   LandAmerica 1031 Exchange Services, Inc.
              amccollough@mcguirewoods.com
              Aaron L. Hammer   on behalf of Defendant   Mercer ahammer@hmblaw.com,  ecfnotices@hmblaw.com
              Abigail R. Ryan   on behalf of Interested Party   Texas Department of Insurance
              abby.ryan@oag.state.tx.us
              Abigail S. Phillips   on behalf of Attorney   Monument Consulting, LLC aphillips@pf-law.com,
              beth@pf-law.com;dweekley@pf-law.com
              Adam R. Nelson   on behalf of Creditor   Diversified Copier Products dba Diversified Business
              Solutions anelson@t-mlaw.com,  crunnett@t-mlaw.com
              Adam R. Nelson   on behalf of Defendant   Diversified Business Solutions anelson@t-mlaw.com,
              crunnett@t-mlaw.com
              Adam R. Nelson   on behalf of Defendant   SLK Global BPO Services Private Limited
              anelson@t-mlaw.com,  crunnett@t-mlaw.com
              Alan D. Eisler   on behalf of Creditor   Mercer (US) Inc. aeisler@e-hlegal.com,
              mcghamilton@gmail.com
              Albert L. Boasberg   on behalf of Plaintiff Teresa   Barbosa aboasberg@sbcglobal.net
              Alexander Jason Kramer   on behalf of Creditor Ronald B. Ramos akramer@foley.com,
              wmckenna@foley.com;jlee@foley.com;khall@foley.com
              Alexander Jason Kramer   on behalf of Creditor Michelle H. Gluck akramer@foley.com,
              wmckenna@foley.com;jlee@foley.com;khall@foley.com
              Alexander Jason Kramer   on behalf of Defendant Theodore L. Chandler, Jr. akramer@foley.com,
              wmckenna@foley.com;jlee@foley.com;khall@foley.com
              Alexander Jason Kramer   on behalf of Defendant Michelle H. Gluck akramer@foley.com,
              wmckenna@foley.com;jlee@foley.com;khall@foley.com
              Alexander Jason Kramer   on behalf of Defendant Christine R. Vlahcevic akramer@foley.com,
              wmckenna@foley.com;jlee@foley.com;khall@foley.com
              Alexander Jason Kramer   on behalf of Creditor Christine R. Vlahcevic akramer@foley.com,
              wmckenna@foley.com;jlee@foley.com;khall@foley.com
              Alexander Jason Kramer   on behalf of Defendant G. William Evans akramer@foley.com,
              wmckenna@foley.com;jlee@foley.com;khall@foley.com
              Alexander Jason Kramer   on behalf of Creditor G. William Evans akramer@foley.com,
              wmckenna@foley.com;jlee@foley.com;khall@foley.com
              Alexander Jason Kramer   on behalf of Creditor Theodore L. Chandler, Jr. akramer@foley.com,
              wmckenna@foley.com;jlee@foley.com;khall@foley.com
              Alexander Jason Kramer   on behalf of Defendant Ronald B. Ramos akramer@foley.com,
              wmckenna@foley.com;jlee@foley.com;khall@foley.com
              Alison Ross Wickizer Toepp   on behalf of Defendant   IKON Financial Services
              atoepp@reedsmith.com,
              dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
              th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
              ecf.pacerpro.com

```
District/off: 0422-7          User: baumgartn          Page 2 of 26          Date Rcvd: Nov 07, 2019
                             Form ID: redacttr         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Alison Ross Wickizer Toepp    on behalf of Defendant    GE Capital Financial, Inc.
    atoepp@reedsmith.com,
    dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
    th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
    ecf.pacerpro.com
Ana N. Damonte    on behalf of Creditor    Michael T. & Laurel K. Rose Family Trust
    ana.damonte@pillsburylaw.com
Ana N. Damonte    on behalf of Interested Party    Michael T. & Laurel K. Rose Family Trust
    ana.damonte@pillsburylaw.com
Ana N. Damonte    on behalf of Unknown    Michael T. & Laurel K. Rose Family Trust
    ana.damonte@pillsburylaw.com
Ana N. Damonte    on behalf of Interested Party    Daniel & Lisa Mazzoncini Family Trust
    ana.damonte@pillsburylaw.com
Andrew J. Nazar    on behalf of Creditor    Perceptive Software anazar@stklaw.com
Anne G. Bibeau    on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
    ABibeau@vanblk.com,   drichards@vanblk.com;kjerald@vanblk.com
Annemarie G. McGavin    on behalf of Defendant    Beau Street Associates, L.P.
    annemarie.mcgavin@bipc.com,
    joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
Annemarie G. McGavin    on behalf of Interested Party Jeffrey L. Stone annemarie.mcgavin@bipc.com,
    joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
Annemarie G. McGavin    on behalf of Creditor    Millcraft Center, L.P. annemarie.mcgavin@bipc.com,
    joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
Annemarie G. McGavin    on behalf of Counter-Claimant    Beau Street Associates, L.P.
    annemarie.mcgavin@bipc.com,
    joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
Annemarie G. McGavin    on behalf of Defendant    Millcraft Center, L.P. annemarie.mcgavin@bipc.com,
    joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
Annemarie G. McGavin    on behalf of Creditor    Beau Street Associates, Limited Partnership
    annemarie.mcgavin@bipc.com,
    joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
Annemarie G. McGavin    on behalf of Counter-Claimant    Millcraft Center, L.P.
    annemarie.mcgavin@bipc.com,
    joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
Augustus C. Epps, Jr.    on behalf of Defendant    Lawyers Title Insurance Corporation
    aepps@williamsmullen.com,   avaughn@williamsmullen.com
Augustus C. Epps, Jr.    on behalf of Movant David L. Long aepps@williamsmullen.com,
    avaughn@williamsmullen.com
Augustus C. Epps, Jr.    on behalf of Defendant    Fidelity National Title Insurance Company
    aepps@williamsmullen.com,   avaughn@williamsmullen.com
Augustus C. Epps, Jr.    on behalf of Interested Party    Commonwealth Land Title Insurance Company
    aepps@williamsmullen.com,   avaughn@williamsmullen.com
Augustus C. Epps, Jr.    on behalf of Defendant    Commonwealth Land Title Company
    aepps@williamsmullen.com,   avaughn@williamsmullen.com
Augustus C. Epps, Jr.    on behalf of Interested Party    Chicago Title Insurance Company
    aepps@williamsmullen.com,   avaughn@williamsmullen.com
Augustus C. Epps, Jr.    on behalf of Movant Fred  Piro aepps@williamsmullen.com,
    avaughn@williamsmullen.com
Augustus C. Epps, Jr.    on behalf of Interested Party    LandAmerica 1031 Exchange Services, Inc.
    Liquidation Trust Advisory Committee aepps@williamsmullen.com,   avaughn@williamsmullen.com
Augustus C. Epps, Jr.    on behalf of Movant Robert  Bridgeman aepps@williamsmullen.com,
    avaughn@williamsmullen.com
Augustus C. Epps, Jr.    on behalf of Defendant    Experian Information Solutions, Inc.
    aepps@williamsmullen.com,   avaughn@williamsmullen.com
Augustus C. Epps, Jr.    on behalf of Movant    Commonwealth Land Title Company
    aepps@williamsmullen.com,   avaughn@williamsmullen.com
Augustus C. Epps, Jr.    on behalf of Defendant    Fidelity National Title Insurance Commpany
    aepps@williamsmullen.com,   avaughn@williamsmullen.com
Augustus C. Epps, Jr.    on behalf of Movant Richard F. Giacomo aepps@williamsmullen.com,
    avaughn@williamsmullen.com
Augustus C. Epps, Jr.    on behalf of Interested Party    Fidelity National Financial, Inc.
    aepps@williamsmullen.com,   avaughn@williamsmullen.com
Augustus C. Epps, Jr.    on behalf of Interested Party    Experian Information Solutions, Inc.
    aepps@williamsmullen.com,   avaughn@williamsmullen.com
Augustus C. Epps, Jr.    on behalf of Movant Kenneth  Wood aepps@williamsmullen.com,
    avaughn@williamsmullen.com
Augustus C. Epps, Jr.    on behalf of Interested Party    Fidelity National Title Insurance Company
    aepps@williamsmullen.com,   avaughn@williamsmullen.com
Augustus C. Epps, Jr.    on behalf of Interested Party    Visionet Systems, Inc.
    aepps@williamsmullen.com,   avaughn@williamsmullen.com
Augustus C. Epps, Jr.    on behalf of Movant Howard S. Miller aepps@williamsmullen.com,
    avaughn@williamsmullen.com
Augustus C. Epps, Jr.    on behalf of Defendant    Fidelity National Financial, Inc.
    aepps@williamsmullen.com,   avaughn@williamsmullen.com
Augustus C. Epps, Jr.    on behalf of Defendant    Chicago Title Insurance Company
    aepps@williamsmullen.com,   avaughn@williamsmullen.com
Augustus C. Epps, Jr.    on behalf of Movant John C. Miller aepps@williamsmullen.com,
    avaughn@williamsmullen.com

District/off: 0422-7          User: baumgartn          Page 3 of 26          Date Rcvd: Nov 07, 2019
                              Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Augustus C. Epps, Jr.  on behalf of Defendant    Mindbrix LP aepps@williamsmullen.com,
              avaughn@williamsmullen.com
            Augustus C. Epps, Jr.  on behalf of Creditor    Mindbrix, LP aepps@williamsmullen.com,
              avaughn@williamsmullen.com
            Augustus C. Epps, Jr.  on behalf of Movant W. McIlwaine Thompson aepps@williamsmullen.com,
              avaughn@williamsmullen.com
            Augustus C. Epps, Jr.  on behalf of Attorney Augustus C. Epps, Jr. aepps@williamsmullen.com,
              avaughn@williamsmullen.com
            Augustus C. Epps, Jr.  on behalf of Defendant    Visionet Systems aepps@williamsmullen.com,
              avaughn@williamsmullen.com
            Augustus C. Epps, Jr.  on behalf of Defendant    Fidelity National Finance, Inc.
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.  on behalf of Movant    Lawyers Title Insurance Company
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.  on behalf of Interested Party   Illinois Union Insurance Co.
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Austin L. McMullen  on behalf of Creditor    Bradley Arant Boult Cummings, LLP amcmullen@babc.com
            Benjamin G. Chew  on behalf of Creditor    Millard Refrigerated Services, Inc. bchew@manatt.com,
              vqueen@manatt.com
            Benjamin G. Chew  on behalf of Plaintiff    Lubexpress Land Company, Inc. bchew@manatt.com,
              vqueen@manatt.com
            Benjamin G. Chew  on behalf of Plaintiff Michael W. Dobson bchew@manatt.com,  vqueen@manatt.com
            Benjamin G. Chew  on behalf of Plaintiff Lisa L. Dobson bchew@manatt.com,  vqueen@manatt.com
            Benjamin G. Chew  on behalf of Plaintiff    Lubexpress Operating Company, Inc. bchew@manatt.com,
              vqueen@manatt.com
            Benjamin G. Chew  on behalf of Creditor    Lisa L. Dobson, Michael W. Dobson, Barbara W. Dobson,
              Ralph Dobson bchew@manatt.com,  vqueen@manatt.com
            Benjamin G. Chew  on behalf of Creditor    Lubexpress Land Company, Inc. bchew@manatt.com,
              vqueen@manatt.com
            Benjamin G. Chew  on behalf of Plaintiff Ralph  Dobson bchew@manatt.com,  vqueen@manatt.com
            Benjamin G. Chew  on behalf of Creditor    LubExpress Land Company, Inc., LubExpress Operating
              Company bchew@manatt.com,  vqueen@manatt.com
            Benjamin G. Chew  on behalf of Plaintiff    Millard Refrigerated Services, Inc. bchew@manatt.com,
              vqueen@manatt.com
            Benjamin G. Chew  on behalf of Plaintiff Barbara W. Dobson bchew@manatt.com,  vqueen@manatt.com
            Brandy M. Rapp  on behalf of Plaintiff Bruce H. Matson brapp@wtplaw.com,  twhitt@wtplaw.com
            Brian William Bisignani  on behalf of Creditor    Aon Consulting bbisignani@postschell.com
            Bruce E. Arkema  on behalf of Plaintiff    Doerle Properties, LLC barkema@durrettebradshaw.com,
              bmcmillen@durrettecrump.com
            Bruce E. Arkema  on behalf of Plaintiff    Frontier Pepper's Ferry, LLC
              barkema@durrettebradshaw.com,  bmcmillen@durrettecrump.com
            Bruce E. Arkema  on behalf of Plaintiff Priscilla D. Brown barkema@durrettebradshaw.com,
              bmcmillen@durrettecrump.com
            Bruce E. Arkema  on behalf of Plaintiff Kathryn  Grande barkema@durrettebradshaw.com,
              bmcmillen@durrettecrump.com
            Bruce E. Arkema  on behalf of Plaintiff    MB Venture, Ltd. barkema@durrettebradshaw.com,
              bmcmillen@durrettecrump.com
            Bruce E. Arkema  on behalf of Plaintiff Gabriella P Germinaro barkema@durrettebradshaw.com,
              bmcmillen@durrettecrump.com
            Bruce E. Arkema  on behalf of Plaintiff E. Michael Spriggs, II barkema@durrettebradshaw.com,
              bmcmillen@durrettecrump.com
            Bruce E. Arkema  on behalf of Plaintiff Angelo  Grande barkema@durrettebradshaw.com,
              bmcmillen@durrettecrump.com
            Bruce E. Arkema  on behalf of Plaintiff    Leapin Eagle, LLC barkema@durrettebradshaw.com,
              bmcmillen@durrettecrump.com
            Bruce E. Arkema  on behalf of Plaintiff Frederick  Gelardo barkema@durrettebradshaw.com,
              bmcmillen@durrettecrump.com
            Bruce E. Arkema  on behalf of Plaintiff Julie  Kilgore barkema@durrettebradshaw.com,
              bmcmillen@durrettecrump.com
            Bruce E. Arkema  on behalf of Creditor    RFL Properties, LLC barkema@durrettebradshaw.com,
              bmcmillen@durrettecrump.com
            Bruce E. Arkema  on behalf of Plaintiff    Texana Pickle Producers, Inc.
              barkema@durrettebradshaw.com,  bmcmillen@durrettecrump.com
            Bruce E. Arkema  on behalf of Plaintiff    Korea Plaza, LLC barkema@durrettebradshaw.com,
              bmcmillen@durrettecrump.com
            Bruce E. Arkema  on behalf of Plaintiff Barton  Kilgore barkema@durrettebradshaw.com,
              bmcmillen@durrettecrump.com
            Bruce E. Arkema  on behalf of Plaintiff Joseph J. Germinaro barkema@durrettebradshaw.com,
              bmcmillen@durrettecrump.com
            Bruce E. Arkema  on behalf of Plaintiff Leon A. D'Aquin, Jr. barkema@durrettebradshaw.com,
              bmcmillen@durrettecrump.com
            Bruce E. Arkema  on behalf of Plaintiff    Lincolnway Green, LLC barkema@durrettebradshaw.com,
              bmcmillen@durrettecrump.com
            Bruce E. Arkema  on behalf of Plaintiff Charles J. Bocklet, Jr. barkema@durrettebradshaw.com,
              bmcmillen@durrettecrump.com
            Bruce E. Arkema  on behalf of Plaintiff Grace E. Bocklet barkema@durrettebradshaw.com,
              bmcmillen@durrettecrump.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Bruce E. Arkema    on behalf of Plaintiff    Joseph E. Lew, Trustee of the Lew Family Trust
               barkema@durrettebradshaw.com,  bmcmillen@durrettecrump.com
              Bruce E. Arkema    on behalf of Plaintiff    Hoshiko Farms, Inc. barkema@durrettebradshaw.com,
               bmcmillen@durrettecrump.com
              Bruce E. Arkema    on behalf of Plaintiff    Grayling Green, LLC barkema@durrettebradshaw.com,
               bmcmillen@durrettecrump.com
              Bruce E. Arkema    on behalf of Plaintiff    Guerra Brothers barkema@durrettebradshaw.com,
               bmcmillen@durrettecrump.com
              Bruce E. Arkema    on behalf of Attorney Ross    Spence barkema@durrettebradshaw.com,
               bmcmillen@durrettecrump.com
              Bruce H. Matson    on behalf of Creditor    United of Omaha Life Insurance Company
               bruce.matson@leclairryan.com,  klord@spottsfain.com
              Bruce H. Matson    on behalf of Creditor Committee    Official Committee of Unsecured Creditors of
               LandAmerica Financial Group, Inc. bruce.matson@leclairryan.com,  klord@spottsfain.com
              Bruce H. Matson    on behalf of Creditor The  Prudential Insurance Company of Amer
               bruce.matson@leclairryan.com,  klord@spottsfain.com
              Bruce H. Matson    on behalf of Creditor    RGA Reinsurance Company bruce.matson@leclairryan.com,
               klord@spottsfain.com
              Bruce H. Matson    on behalf of Creditor    Prudential Investment Management, Inc.
               bruce.matson@leclairryan.com,  klord@spottsfain.com
              Bruce H. Matson    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               bruce.matson@leclairryan.com,  klord@spottsfain.com
              Bruce H. Matson    on behalf of Creditor    Ltd, Mutual of Omaha Insurance Company
               bruce.matson@leclairryan.com,  klord@spottsfain.com
              Bruce H. Matson    on behalf of Creditor    Gibralter Life Insurance bruce.matson@leclairryan.com,
               klord@spottsfain.com
              Bruce H. Matson    on behalf of Interested Party    LFG Liquidation Trust
               bruce.matson@leclairryan.com,  klord@spottsfain.com
              Bruce H. Matson    on behalf of Interested Party    OneStop Liquidation Trust
               bruce.matson@leclairryan.com,  klord@spottsfain.com
              Bruce H. Matson    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
               of LandAmerica Financia Group, Inc. bruce.matson@leclairryan.com,  klord@spottsfain.com
              Bruce H. Matson    on behalf of Unknown    OneStop Liquidation Trust bruce.matson@leclairryan.com,
               klord@spottsfain.com
              Bruce H. Matson    on behalf of Creditor Committee    The Official Commitee of Unsecured Creditors
               bruce.matson@leclairryan.com,  klord@spottsfain.com
              Bruce H. Matson    on behalf of Trustee Bruce H. Matson bruce.matson@leclairryan.com,
               klord@spottsfain.com
              Bruce H. Matson    on behalf of Attorney Bruce H. Matson rtkchallenge@gmail.com,
               klord@spottsfain.com
              C. Thomas Ebel    on behalf of Plaintiff    Matthew B Luxenberg, Trustee of the Matthew B.
               Luxenberg Revocable Family Trust tebel@sandsanderson.com,  sryan@sandsanderson.com
              C. Thomas Ebel    on behalf of Plaintiff Bernadette  Aiello tebel@sandsanderson.com,
               sryan@sandsanderson.com
              C. Thomas Ebel    on behalf of Plaintiff Benjamin  Aiello tebel@sandsanderson.com,
               sryan@sandsanderson.com
              Carl D. Lonas    on behalf of Plaintiff    Merriman Valley Limited Liability Co. dlonas@mrcpclaw.com
              Carl D. Lonas    on behalf of Creditor    Griffin Industries, Inc. dlonas@mrcpclaw.com
              Carl D. Lonas    on behalf of Plaintiff David R. Shepherd dlonas@mrcpclaw.com
              Catherine Elizabeth Creely    on behalf of Creditor    Official Creditors of the Unsecured
               Creditors of LandAmerica 1031 Exchange Services, Inc. ccreely@akingump.com
              Catherine Elizabeth Creely    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors of LandAmerica 1031 Exchange Services, Inc. ccreely@akingump.com
              Catherine Schlomann Robertson    on behalf of Creditor    Hacienda Plaza Associates
               crobertson@pahl-mccay.com
              Charles F.B. McAleer, Jr.    on behalf of Defendant Pamela K. Saylors cmcaleer@milchev.com,
               eokeefe@milchev.com;jkossak@milchev.com;shull@milchev.com;bpollack@milchev.com
              Charles L. Williams    on behalf of Interested Party Kerrie  Borboa
               cwilliams@williamsandskilling.com,
               churt@williamsandskilling.com;lredford@williamsandskilling.com
              Charles L. Williams    on behalf of Creditor Patrick  Stanton cwilliams@williamsandskilling.com,
               churt@williamsandskilling.com;lredford@williamsandskilling.com
              Cheryl F. Perkins    on behalf of Defendant Denise J. Wilson cperkins@attorneyssc.com,
               skeefe@attorneyssc.com
              Cheryl F. Perkins    on behalf of Defendant Gerald R Terry cperkins@attorneyssc.com,
               skeefe@attorneyssc.com
              Cheryl F. Perkins    on behalf of Defendant Ann T. Robbins cperkins@attorneyssc.com,
               skeefe@attorneyssc.com
              Cheryl F. Perkins    on behalf of Defendant    Leapin Eagle, LLC cperkins@attorneyssc.com,
               skeefe@attorneyssc.com
              Cheryl F. Perkins    on behalf of Defendant Jane T. Evans cperkins@attorneyssc.com,
               skeefe@attorneyssc.com
              Cheryl F. Perkins    on behalf of Defendant    Angela M. Arthur, As Trustee of the Arthur
               Declaration of Trust, Dated December 29, 1988 cperkins@attorneyssc.com,  skeefe@attorneyssc.com
              Cheryl F. Perkins    on behalf of Defendant Vivian  Hays cperkins@attorneyssc.com,
               skeefe@attorneyssc.com
              Christian K. Vogel    on behalf of Interested Party    LFG Liquidation Trust
               kvogel@vogelandcromwell.com

District/off: 0422-7          User: baumgartn          Page 5 of 26          Date Rcvd: Nov 07, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Christian K. Vogel   on behalf of Creditor Committee   The Official Committee of Unsecured
                 Creditors of LandAmerica Financial Group, Inc. kvogel@vogelandcromwell.com
                Christian K. Vogel   on behalf of Creditor Committee   The Official Committee of Unsecured
                 Creditors kvogel@vogelandcromwell.com
                Christian K. Vogel   on behalf of Counter-Defendant Bruce H. Matson kvogel@vogelandcromwell.com
                Christian K. Vogel   on behalf of Plaintiff Bruce H. Matson kvogel@vogelandcromwell.com
                Christian K. Vogel   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
                 of LandAmerica Financial Group, Inc. kvogel@vogelandcromwell.com
                Christian K. Vogel   on behalf of Creditor Committee   The Official Commitee of Unsecured
                 Creditors kvogel@vogelandcromwell.com
                Christian K. Vogel   on behalf of Trustee Bruce H. Matson kvogel@vogelandcromwell.com
                Christian K. Vogel   on behalf of Plaintiff LandAmerica OneStop, Inc kvogel@vogelandcromwell.com
                Christopher A. Jones   on behalf of Mediator Christopher A Jones cajones@wtplaw.com,
                 clano@wtplaw.com,jwilson@wtplaw.com
                Christopher A. Jones   on behalf of Creditor Ann M. Frohman cajones@wtplaw.com, clano@wtplaw.com,
                 jwilson@wtplaw.com
                Christopher E. Brown   on behalf of Defendant Iron Mountain Records Management, Inc.
                 hgould@milesstockbridge.com
                Christopher L. Perkins   on behalf of Interested Party LFG Liquidation Trust
                 christopher.perkins@leclairryan.com
                Christopher L. Perkins   on behalf of Creditor Committee   The Official Committee of Unsecured
                 Creditors christopher.perkins@leclairryan.com
                Christopher L. Perkins   on behalf of Creditor Committee   Official Comittee of Unsecured
                 Creditors of LandAmerica Financial Group, Inc. christopher.perkins@leclairryan.com
                Christopher L. Perkins   on behalf of Creditor Committee   Official Committee of Unsecured
                 Creditors of LandAmerica Financial Group, Inc. christopher.perkins@leclairryan.com
                Christopher L. Perkins   on behalf of Plaintiff Bruce H. Matson
                 christopher.perkins@leclairryan.com
                Christopher L. Perkins   on behalf of Interested Party Post-Effective Date LFG
                 christopher.perkins@leclairryan.com
                Christopher L. Perkins   on behalf of Creditor Committee   The Official Commitee of Unsecured
                 Creditors christopher.perkins@leclairryan.com
                Christopher L. Perkins   on behalf of Trustee Bruce H. Matson christopher.perkins@leclairryan.com
                Clarence Lamar Garren   on behalf of Creditor   The First American Corporation
                 clgarren@scottkroner.com
                Daniel F. Vidas   on behalf of Creditor   Truax Corporation dfv@dunn-carney.com,
                 sar@dunn-carney.com
                Daniel F. Vidas   on behalf of Plaintiff   Truax Corporation dfv@dunn-carney.com,
                 sar@dunn-carney.com
                Daniel F. Vidas   on behalf of Creditor   Five NS, LLC dfv@dunn-carney.com, sar@dunn-carney.com
                Daniel F. Vidas   on behalf of Plaintiff   Five NS, LLC dfv@dunn-carney.com, sar@dunn-carney.com
                Daniel F. Vidas   on behalf of Creditor   DECEHC III Investments, LLC dfv@dunn-carney.com,
                 sar@dunn-carney.com
                Daniel M. Press   on behalf of Defendant   Indisoft, LLC dpress@chung-press.com,
                 pressdm@gmail.com
                Daniel M. Press   on behalf of Defendant   Indisoft, LLC dpress@chung-press.com, pressdm@gmail.com
                David A. Greer   on behalf of Creditor   Barry Gluckstern and Sharon E. Frank, Trustees of the
                 Sharon and Barry Family Trust, UDT, Dated September 20, 2007 dgreer@davidgreerlaw.com,
                 ecf@davidgreerlaw.com
                David A. Greer   on behalf of Plaintiff   Barry Gluckstern and Sharon E. Frank, Trustees of the
                 Sharon and Barry Family Trust, UDT, Dated September 20, 2007 dgreer@davidgreerlaw.com,
                 ecf@davidgreerlaw.com
                David A. Hickerson   on behalf of Creditor Christine R. Vlahcevic DHickerson@foley.com,
                 kshrout@foley.com;msertich@foley.com;sfredericksen@foley.com
                David A. Hickerson   on behalf of Defendant Ronald B. Ramos DHickerson@foley.com,
                 kshrout@foley.com;msertich@foley.com;sfredericksen@foley.com
                David A. Hickerson   on behalf of Creditor Michelle H. Gluck DHickerson@foley.com,
                 kshrout@foley.com;msertich@foley.com;sfredericksen@foley.com
                David A. Hickerson   on behalf of Defendant Michelle H. Gluck DHickerson@foley.com,
                 kshrout@foley.com;msertich@foley.com;sfredericksen@foley.com
                David A. Hickerson   on behalf of Creditor Theodore L. Chandler, Jr. DHickerson@foley.com,
                 kshrout@foley.com;msertich@foley.com;sfredericksen@foley.com
                David A. Hickerson   on behalf of Defendant Christine R. Vlahcevic DHickerson@foley.com,
                 kshrout@foley.com;msertich@foley.com;sfredericksen@foley.com
                David A. Hickerson   on behalf of Creditor G. William Evans DHickerson@foley.com,
                 kshrout@foley.com;msertich@foley.com;sfredericksen@foley.com
                David A. Hickerson   on behalf of Creditor Ronald B. Ramos DHickerson@foley.com,
                 kshrout@foley.com;msertich@foley.com;sfredericksen@foley.com
                David A. Hickerson   on behalf of Defendant Theodore L. Chandler, Jr. DHickerson@foley.com,
                 kshrout@foley.com;msertich@foley.com;sfredericksen@foley.com
                David A. Hickerson   on behalf of Defendant G. William Evans DHickerson@foley.com,
                 kshrout@foley.com;msertich@foley.com;sfredericksen@foley.com
                David D. Hopper   on behalf of Creditor   Experian Information Solutions, Inc. ddhopper@chlhf.com,
                 bhale@chlhf.com
                David D. Hopper   on behalf of Interested Party   Experian Information Solutions, Inc.
                 ddhopper@chlhf.com, bhale@chlhf.com
                David D. Hopper   on behalf of Interested Party   Charles Lumber Company, Inc. ddhopper@chlhf.com,
                 bhale@chlhf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          David E. Carney   on behalf of Creditor John P. McCann dcarney@skadden.com,
          dlmlcwas@skadden.com;amargoli@skadden.com;warren.allen@skadden.com;debank@skadden.com
          David E. Carney   on behalf of Creditor Gale K. Caruso dcarney@skadden.com,
          dlmlcwas@skadden.com;amargoli@skadden.com;warren.allen@skadden.com;debank@skadden.com
          David E. Carney   on behalf of Creditor Thomas G. Snead, Jr. dcarney@skadden.com,
          dlmlcwas@skadden.com;amargoli@skadden.com;warren.allen@skadden.com;debank@skadden.com
          David E. Carney   on behalf of Creditor Robert T. Skunda dcarney@skadden.com,
          dlmlcwas@skadden.com;amargoli@skadden.com;warren.allen@skadden.com;debank@skadden.com
          David E. Carney   on behalf of Creditor Robert F. Norfleet, Jr. dcarney@skadden.com,
          dlmlcwas@skadden.com;amargoli@skadden.com;warren.allen@skadden.com;debank@skadden.com
          David E. Carney   on behalf of Creditor Marshall Wishnack dcarney@skadden.com,
          dlmlcwas@skadden.com;amargoli@skadden.com;warren.allen@skadden.com;debank@skadden.com
          David J. Ervin   on behalf of Plaintiff   Chino Spectrum Center, LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Plaintiff   Lubexpress Operating Company, Inc.
          dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Lisa L. Dobson, Michael W. Dobson, Barbara W. Dobson,
          Ralph Dobson dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Plaintiff   Millard Refrigerated Services, Inc.
          dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Indecomm Corporation and Indecomm Holdings, Inc.
          dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Plaintiff   Chino Wings, LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   LubExpress Land Company, Inc., LubExpress Operating
          Company dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   NMC Summit, LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Chino Spectrum Center, LLC, Chino Wings, LLC
          dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Chino Spectrum Center, LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Tower Summit Colorado, LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Plaintiff   Lubexpress Land Company, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Plaintiff   Tower Summit Colorado, LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Millard Refrigerated Services, Inc.
          dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Plaintiff   Westminster Summit, L.P. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Plaintiff   Westminster Peak L.P. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Defendant   US Recordings Inc dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Westminster Peak L.P., Westminster Summit, L.P., NMC
          Summit, LLC, Tower Summit Colorado, LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Westminster Peak L.P. and Westminster Summit L.P.
          dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Lubexpress Land Company, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Plaintiff   NMC Summit, LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David M. Pelletier   on behalf of Creditor David N. Johnson dpelletier@axley.com,
          mdement@axley.com
          David M. Poitras   on behalf of Interested Party   Henri J. Van Hirtum, Attorney-in-Fact
          dmp@jmbm.com
          David Mitchell Ross, Jr.   on behalf of Defendant   Hartford Life Insurance Co.
          david.ross@wilsonelser.com,  timothy.wheeler@wilsonelser.com;daniel.flores@wilsonelser.com
          David R. Ruby   on behalf of Creditor   Stockard Realty Partnership, Ltd. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Plaintiff Alfonso   Jones druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Plaintiff Kimberly R. Kidd druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Plaintiff   MNC Spring Shadows Place, LP druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Movant   Delta Bank, National Association druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor Kimberly R. Kidd druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor David C. Smith druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor Wayne R. Kidd druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              David R. Ruby   on behalf of Creditor Brian/Tracey  Roach druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby   on behalf of Defendant   SLK Global BPO Services Private Limited druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby   on behalf of Defendant   Diversified Business Solutions druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby   on behalf of Plaintiff   Sessan Investments, Inc. druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby   on behalf of Creditor   Iron Crown LLLP druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby   on behalf of Creditor   Arboleda Corporation druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby   on behalf of Creditor Alfonso  Jones druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby   on behalf of Creditor   MNC Spring Shadows Place, LP druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby   on behalf of Plaintiff Wayne R. Kidd druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby   on behalf of Creditor Patrick K. Burke druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              Dennis D. Miller   on behalf of Creditor  CMR, Inc. dmiller@steinlubin.com
              Dennis T. Lewandowski   on behalf of Trustee Gerard A. McHale, Jr. dtlewand@kaufcan.com
              Dennis T. Lewandowski   on behalf of Interested Party Gerard A. McHale, Jr. dtlewand@kaufcan.com
              Diane W. Sanders   on behalf of Creditor   Llano County austin.bankruptcy@lgbs.com
              Diane W. Sanders   on behalf of Creditor   Robertson County austin.bankruptcy@lgbs.com
              Diane W. Sanders   on behalf of Creditor   City of Hearne austin.bankruptcy@lgbs.com
              Diane W. Sanders   on behalf of Creditor   Aransas County austin.bankruptcy@lgbs.com
              Diane W. Sanders   on behalf of Creditor   McLennan County austin.bankruptcy@lgbs.com
              Diane W. Sanders   on behalf of Creditor   Hearne ISD austin.bankruptcy@lgbs.com
              Diane W. Sanders   on behalf of Creditor   Round Rock ISD austin.bankruptcy@lgbs.com
              Diane W. Sanders   on behalf of Creditor   Lampasas CAD austin.bankruptcy@lgbs.com
              Dion W. Hayes   on behalf of Debtor   LandAmerica 1031 Exchange Services, Inc.
               dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Defendant   LandAmerica 1031 Exchange Services, Inc.
               dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Plaintiff   LandAmerica Financial Group, Inc.
               dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Plaintiff   LandAmerica OneStop, Inc dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Defendant   Land America Financial Group, Inc.
               dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Defendant   Capital Title Group, Inc. dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Interested Party   LFG Liquidation Trust dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   LandAmerica Financial Group, Inc. dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Interested Party   LandAmerica 1031 Exchange Services, Inc.
               dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Plaintiff   LandAmerica 1031 Exchange Services, Inc.
               dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Interested Party   LandAmerica OneStop, Inc. dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Defendant   LandAmerica Financial Group, Inc.
               dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Plaintiff   LandAmerica Financial  Group, Inc.
               dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Defendant   LandAmerica Exchange Services, Inc.
               dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Defendant   LandAmerica Financial  Group, Inc.
               dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
              Donna J. Hall   on behalf of Movant   CP Oxford Gardens, LLC donna.hall@leclairryan.com,
               temple.enos@leclairryan.com
              Donna J. Hall   on behalf of Creditor   Laura Peters and Cohelan & Khoury
               donna.hall@leclairryan.com,  temple.enos@leclairryan.com
              Donna J. Hall   on behalf of Attorney   James C. Bastian, Jr. and Melissa R. Davis of Shulman
               Hodges & Bastian LLP donna.hall@leclairryan.com,  temple.enos@leclairryan.com
              Donna J. Hall   on behalf of Interested Party   Equity Title Arizona, Inc., Equity Title, LLC,
               JLM Title, LLC and Orange Coast Title Company donna.hall@leclairryan.com,
               temple.enos@leclairryan.com
              Donna J. Hall   on behalf of Movant Donna Joyce Hall donna.hall@leclairryan.com,
               temple.enos@leclairryan.com
              Donna J. Hall   on behalf of Attorney Donna Joyce Hall donna.hall@leclairryan.com,
               temple.enos@leclairryan.com
              Douglas Scott   on behalf of Defendant   Southern American Title Company, Inc.
               BankruptcyCounsel@gmail.com
              Douglas Scott   on behalf of Creditor   Sungard Availability Services, LP
               BankruptcyCounsel@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Douglas  Scott    on behalf of Creditor Gregory D Schultz BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor Matthew B Luxenberg BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Counter-Claimant      Shanks, Butler and Associates, PC
           BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of 3rd Party Plaintiff George M Shanks, Jr. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    Sungard Avantgard LLC BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant      Shanks, Butler and Associates, PC
           BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Counter-Claimant    Southern American Title Company, Inc.
           BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of 3rd Party Plaintiff    Southern American Title Company, Inc.
           BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    MEF Realty LLC BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of 3rd Party Plaintiff    Shanks, Butler and Associates, PC
           BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Attorney Douglas A. Scott BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    ROHO Investments Ltd BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    Grandview Condominium Unit Owners Assoc., Inc.
           BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant George M Shanks, Jr. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    TCAM Core Property Fund, LP BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    Robert F. Kelly & Joan P. Kelly
           BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of 3rd Party Plaintiff Lois   Shanks BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Counter-Claimant Lois   Shanks BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Plaintiff   ROHO Investments, Ltd BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Counter-Claimant George M Shanks, Jr. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant Lois   Shanks BankruptcyCounsel@gmail.com
          Elizabeth  Banda Calvo   on behalf of Creditor     Grapevine-Colleyville ISD
           rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo   on behalf of Creditor     Highland Park ISD
           rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo   on behalf of Creditor     Johnson County
           rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo   on behalf of Creditor     City of Burleson
           rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo   on behalf of Creditor     Arlington ISD
           rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo   on behalf of Creditor     Carroll ISD
           rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo   on behalf of Creditor     City of Colleyville
           rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo   on behalf of Creditor     City of Hurst
           rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo   on behalf of Creditor     Richardson ISD
           rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo   on behalf of Creditor     Burleson ISD
           rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth A. Elam   on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com,
           wenditaylor@toase.com
          Elizabeth L. Gunn   on behalf of Creditor Anne V. Martin elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff Paul D. Hoffman egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff    FSW Corporation egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor Parviz  Farahzad elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff Kevin  Sheehan egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor    Porete Realty Corporation
           elizabeth.gunn@dss.virginia.gov,  bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff Anne V. Martin egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor    The Rose Family Trust, dated 7/10/1991
           elizabeth.gunn@dss.virginia.gov,  bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff    Porete Realty Corporation egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor Katherine S. Unger elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor    R.E.H.A.M. 7, LLC elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor Gregg and Hana  Opsahl elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff  Matthew B Luxenberg, Trustee of the Matthew B.
           Luxenberg Revocable Family Trust egunn@sandsanderson.com,  bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor    Five NS, LLC elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Elizabeth L. Gunn   on behalf of Plaintiff Gregg  Opsahl egunn@sandsanderson.com,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor Kenneth  Wood elizabeth.gunn@dss.virginia.gov,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff  NetREIT egunn@sandsanderson.com,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor  Oracle USA, Inc. elizabeth.gunn@dss.virginia.gov,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor  The Mazzoncini Family Trust, dated 1/23/1995
          elizabeth.gunn@dss.virginia.gov,  bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff  Frank F. Souza, Trustee of the 1996 Souza Family
          Survivors Trust Dated December 6, 1996 egunn@sandsanderson.com,  bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff Sandra  Sheehan egunn@sandsanderson.com,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff  Five NS, LLC egunn@sandsanderson.com,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff  Truax Corporation egunn@sandsanderson.com,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff Charles E. Clough egunn@sandsanderson.com,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff Hana  Opsahl egunn@sandsanderson.com,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor  C & M Warehouse, Inc. and Car-Mil Realty, LLC
          elizabeth.gunn@dss.virginia.gov,  bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor  FSP Innsbrook Corp. elizabeth.gunn@dss.virginia.gov,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor  NetREIT elizabeth.gunn@dss.virginia.gov,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor  Brentwood Real Property I, LLC
          elizabeth.gunn@dss.virginia.gov,  bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor Jo Anne  Wood elizabeth.gunn@dss.virginia.gov,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff  Car-Mil Realty, LLC egunn@sandsanderson.com,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor  Matthew B Luxenberg, Trustee of the Matthew B.
          Luxenberg Revocable Family Trust elizabeth.gunn@dss.virginia.gov,  bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff  C & M Warehouse, Inc. egunn@sandsanderson.com,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff Judith T. Clough egunn@sandsanderson.com,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor Paul D. Hoffman elizabeth.gunn@dss.virginia.gov,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff  Brentwood Real Property I, LLC
          egunn@sandsanderson.com,  bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff  Vine Street Development egunn@sandsanderson.com,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff  R.E.H.A.M. 7, LLC egunn@sandsanderson.com,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff Greg  Billman egunn@sandsanderson.com,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff Dania  Billman egunn@sandsanderson.com,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff Katherine S. Unger egunn@sandsanderson.com,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff  DECEHC III Investments, LLC egunn@sandsanderson.com,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Plaintiff H. Chris  Christy egunn@sandsanderson.com,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor  DECEHC III Investments, LLC
          elizabeth.gunn@dss.virginia.gov,  bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor H. Chris  Christy elizabeth.gunn@dss.virginia.gov,
          bankruptcy@dss.virginia.gov
          Emil Hirsch   on behalf of Creditor  Grunstead Family Limited Partnership ehirsch@babc.com
          Erik W. Fox   on behalf of Creditor  Healthy Buildings International, Inc. efox@reesbroome.com,
          jchalashtori@reesbroome.com;mfarrish@reesbroome.com;AFrazier@reesbroome.com;rhurley@reesbroome.co
          m;rchambers@reesbroome.com
          Erin Elizabeth Kessel   on behalf of Creditor Lynn M. Riedel ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Frances A. Smith   on behalf of Creditor  CitiGroup Global Markets, Inc.
          frances.smith@haynesboone.com
          Frank F. McGinn   on behalf of Creditor  Iron Mountain Information Management, Inc.
          ffm@bostonbusinesslaw.com
          Gary L. Edwards   on behalf of Interested Party  Interface Inc. gedwards@bakerdonelson.com
          Gary L. Edwards   on behalf of Defendant  Interface, Inc. gedwards@bakerdonelson.com
          George E. Kostel   on behalf of Creditor  DCRE Investments, LLC gkostel@polsinelli.com,
          gekostel@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              George E. Kostel    on behalf of Creditor Gregory D. Schultz gkostel@polsinelli.com,
               gekostel@gmail.com
              George E. Kostel    on behalf of Creditor Kyoungue  Kim gkostel@polsinelli.com,  gekostel@gmail.com
              George E. Kostel    on behalf of Creditor Gregory D Schultz gkostel@polsinelli.com,
               gekostel@gmail.com
              Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
               notices@becket-lee.com
              Gina Baker Hantel    on behalf of Creditor    Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
              H. Elizabeth Weller    on behalf of Creditor    Ellis County Dallas.Bankruptcy@publicans.com
              H. Elizabeth Weller    on behalf of Creditor    Tarrant County and Memphis, Tennessee
               Dallas.Bankruptcy@publicans.com
              H. Elizabeth Weller    on behalf of Creditor    Dallas County Dallas.Bankruptcy@publicans.com
              H. Elizabeth Weller    on behalf of Creditor    Montgomery County Dallas.Bankruptcy@publicans.com
              H. Elizabeth Weller    on behalf of Creditor    Harris County Dallas.Bankruptcy@publicans.com
              H. Elizabeth Weller    on behalf of Creditor    Tarrant County Dallas.Bankruptcy@publicans.com
              H. Elizabeth Weller    on behalf of Creditor    Fort Bend County Dallas.Bankruptcy@publicans.com
              H. Jason Gold    on behalf of Mediator H. Jason  Gold jgold@wileyrein.com,
               VA19@ecfcbis.com;jgold@ecf.epiqsystems.com;hjg@trustesolutions.net;robert.ours@nelsonmullins.com;
               alex.reilly@nelsonmullins.com
              H. Jason Gold    on behalf of Mediator H. Jason  Gold jgold@wileyrein.com,
               VA19@ecfcbis.com;jgold@ecf.epiqsystems.com;hjg@trustesolutions.net;robert.ours@nelsonmullins.com;
               alex.reilly@nelsonmullins.com
              Hale  Yazicioglu    on behalf of Creditor Karin  Gerges hyazicioglu@jshllp.com
              Hale  Yazicioglu    on behalf of Creditor   Gerges hyazicioglu@jshllp.com
              Hale  Yazicioglu    on behalf of Creditor Safwat A. Gerges hyazicioglu@jshllp.com
              Hannah C. Garrett    on behalf of Interested Party  Wildcat Synergy Equities, LLC
               hgarrett@hunton.com
              Helen R. Frazer    on behalf of Creditor  Dawn Elizabeth Bubion 2003 Trust hfrazer@aalrr.com
              Henry Pollard Long, III    on behalf of Interested Party   Ernst & Young LLP hlong@huntonAK.com,
               tcanada@huntonAK.com
              Henry Pollard Long, III    on behalf of Interested Party   Stewart Information Services
               Corporation hlong@huntonAK.com,  tcanada@huntonAK.com
              Ian S. Landsberg    on behalf of Creditor    Westminster Peak L.P., Westminster Summit, L.P., NMC
               Summit, LLC, Tower Summit Colorado, LLC ilandsberg@landsberg-law.com
              Ian S. Landsberg    on behalf of Creditor    Westminster Peak, LP ilandsberg@landsberg-law.com
              Ian S. Landsberg    on behalf of Creditor    Tower Summit Colorado, LLC ilandsberg@landsberg-law.com
              Ian S. Landsberg    on behalf of Creditor    NMC Summit, LLC ilandsberg@landsberg-law.com
              Ian S. Landsberg    on behalf of Creditor    Westminster Summit, LP ilandsberg@landsberg-law.com
              J. Casey Roy    on behalf of Interested Party   Texas Department of Insurance
               casey.roy@texasattorneygeneral.gov
              J. Christian Word    on behalf of Creditor    Smart Title Solutions LLC
               chefiling@lw.com;robert.klyman@lw.com
              James D. R. Roberts, Jr.    on behalf of Creditor James B. Walker, Jr. JimRob001@aol.com
              James Durkee Wood    on behalf of Interested Party   IQC Property, Inc. jdw@jdwoodlaw.com
              James F. Byrne    on behalf of Plaintiff    C & M Warehouse, Inc. jfb@byrnestorm.com
              James F. Byrne    on behalf of Plaintiff    Car-Mil Realty, LLC jfb@byrnestorm.com
              James P. Moloy    on behalf of Creditor    Kocolene Marketing, LLC jmoloy@boselaw.com,
               dlingenfelter@boselaw.com;mwakefield@boselaw.com
              James P. Ryan    on behalf of Debtor    LandAmerica Financial Group, Inc. jryan@nossaman.com,
               kbrayton@nossaman.com
              James P. Ryan    on behalf of Creditor    Grunstead Family Limited Partnership jryan@nossaman.com,
               kbrayton@nossaman.com
              James R. Gilreath    on behalf of Creditor Gerald R. Terry jim@gilreathlaw.com,
               kathie@gilreathlaw.com
              James R. Gilreath    on behalf of Creditor Angela M. Arthur jim@gilreathlaw.com,
               kathie@gilreathlaw.com
              James R. Gilreath    on behalf of Creditor Denise J. Wilson jim@gilreathlaw.com,
               kathie@gilreathlaw.com
              James R. Gilreath    on behalf of Defendant Ann T. Robbins jim@gilreathlaw.com,
               kathie@gilreathlaw.com
              James R. Gilreath    on behalf of Creditor Jane T. Evans jim@gilreathlaw.com,
               kathie@gilreathlaw.com
              James R. Gilreath    on behalf of Creditor Vivian  Hays jim@gilreathlaw.com,
               kathie@gilreathlaw.com
              James R. Gilreath    on behalf of Creditor   Leapin Eagle, LLC jim@gilreathlaw.com,
               kathie@gilreathlaw.com
              James R. Gilreath    on behalf of Creditor Ann T. Robbins jim@gilreathlaw.com,
               kathie@gilreathlaw.com
              James R. Schroll    on behalf of Mediator James R. Schroll jschroll@beankinney.com,
               ncoton@beankinney.com
              James S. Brouner    on behalf of Creditor    ROHO Investments Ltd brounerj@earthlink.net,
               weisbartm@earthlink.net
              Jamie M. Ketten    on behalf of Debtor    LandAmerica Financial Group, Inc. jketten@willkie.com,
               aambeault@willkie.com;kfitzgerald@willkie.com;ebubriski@willkie.com;ldenny@willkie.com;dhinrichs
               @willkie.com;jhard2@willkie.com;mzelinsky@willkie.com;lkamin@willkie.com;dforman@willkie.com
              Jason A. Zweig    on behalf of Creditor   Barry Gluckstern and Sharon E. Frank, Trustees of the
               Sharon and Barry Family Trust, UDT, Dated September 20, 2007 jzweig@kaplanfox.com

District/off: 0422-7          User: baumgartn          Page 11 of 26          Date Rcvd: Nov 07, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jeffrey H. Geiger    on behalf of Attorney Jeffrey H. Geiger jgeiger@sandsanderson.com,
               sandrew@sandsanderson.com
              Jeffrey H. Geiger    on behalf of Creditor   Matthew B Luxenberg, Trustee of the Matthew B.
               Luxenberg Revocable Family Trust jgeiger@sandsanderson.com,  sandrew@sandsanderson.com
              Jeffrey H. Geiger    on behalf of Plaintiff   Matthew B Luxenberg, Trustee of the Matthew B.
               Luxenberg Revocable Family Trust jgeiger@sandsanderson.com,  sandrew@sandsanderson.com
              Jeffrey L. Tarkenton    on behalf of Creditor   Old Republic International Corporation
               jtarkenton@wcsr.com,
               karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
               .com;njohnson@spectorjohnson.com
              Jeffrey L. Tarkenton    on behalf of Defendant   The Irvine Company jtarkenton@wcsr.com,
               karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
               .com;njohnson@spectorjohnson.com
              Jeffrey L. Tarkenton    on behalf of Interested Party   The Irvine Company LLC jtarkenton@wcsr.com,
               karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
               .com;njohnson@spectorjohnson.com
              Jennifer J. West    on behalf of Counter-Claimant   Epic Real Estate Solutions, Inc.
               jwest@spottsfain.com,
               rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
               cullagh@spottsfain.com;ehornsby@spottsfain.com
              Jennifer J. West    on behalf of Attorney   Spotts Fain PC jwest@spottsfain.com,
               rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
               cullagh@spottsfain.com;ehornsby@spottsfain.com
              Jennifer J. West    on behalf of Creditor   TowerCo Assets LLC jwest@spottsfain.com,
               rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
               cullagh@spottsfain.com;ehornsby@spottsfain.com
              Jennifer McLain McLemore    on behalf of Movant   Commonwealth Land Title Company
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Movant   Lawyers Title Insurance Company
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Defendant   Northpoint/Webb Bridge I LLC
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer S. Ramsey    on behalf of Interested Party   CFS Rambler, L.P. jramsey@jramsey-law.com
              Jerald Russell Hess    on behalf of Interested Party   Western Alliance Bank j.hess@dlapiper.com
              Jeremy S. Williams    on behalf of Interested Party   Etzi Heritage, LLC
               jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams    on behalf of Defendant John  DeSantis jeremy.williams@kutakrock.com,
               lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams    on behalf of Interested Party   Heritage Center Enterprises, LLC
               jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams    on behalf of Defendant   Surety Title Corporation
               jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams    on behalf of Interested Party   Suisun City Investments, LLC
               jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams    on behalf of Defendant Jonathan  Quinn jeremy.williams@kutakrock.com,
               lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams    on behalf of Interested Party   Z Heritage LLC jeremy.williams@kutakrock.com,
               lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams    on behalf of Interested Party   Sunburst Heritage, LLC
               jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams    on behalf of Defendant Brian  Klaus jeremy.williams@kutakrock.com,
               lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams    on behalf of Defendant Meral  Smith jeremy.williams@kutakrock.com,
               lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams    on behalf of Interested Party   Heritage Owner, LLC
               jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy W. Ryan    on behalf of Interested Party   Getty Realty Corp jryan@saul.com
              Jerry Lane Hall    on behalf of Creditor   Pillsbury Winthrop Shaw Pittman jerryhall0@hotmail.com
              John C. Moore    on behalf of Creditor Jane T. Evans john.moore@coateslaw.com,
               gloria.newton@coateslaw.com
              John C. Moore    on behalf of Creditor Alfonso H Zapata john.moore@coateslaw.com,
               gloria.newton@coateslaw.com
              John C. Moore    on behalf of Creditor Pamela S. Zelinka john.moore@coateslaw.com,
               gloria.newton@coateslaw.com
              John C. Moore    on behalf of Creditor Ann T. Robbins john.moore@coateslaw.com,
               gloria.newton@coateslaw.com
              John C. Moore    on behalf of Creditor Joseph A. Zelinka john.moore@coateslaw.com,
               gloria.newton@coateslaw.com
              John C. Moore    on behalf of Creditor Gerald R. Terry john.moore@coateslaw.com,
               gloria.newton@coateslaw.com
              John E. Rinaldi    on behalf of 3rd Pty Defendant   Lawyers Title Realty Services Inc.
               jrinaldi@pw.thelandlawyers.com,  jrinaldi@thelandlawyers.com
              John E. Rinaldi    on behalf of 3rd Pty Defendant   Fidelity National Financial Inc
               jrinaldi@pw.thelandlawyers.com,  jrinaldi@thelandlawyers.com
              John H. Maddock III    on behalf of Interested Party   LFG Liquidation Trust
               jmaddock@mcguirewoods.com
              John H. Maddock III    on behalf of Defendant   Capital Title Group, Inc. jmaddock@mcguirewoods.com

District/off: 0422-7          User: baumgartn          Page 12 of 26          Date Rcvd: Nov 07, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John H. Maddock III   on behalf of Defendant   LandAmerica Financial Group, Inc.
          jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Debtor   LandAmerica Title Company jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Debtor   Southland Title of San Diego jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Defendant   LandAmerica 1031 Exchange Services, Inc.
          jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Interested Party   Southland Title Corporation
          jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Interested Party   LandAmerica OneStop, Inc.
          jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Defendant   Land America Financial Group, Inc.
          jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Debtor   Southland Title Corporation jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Debtor   LandAmerica OneStop, Inc jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Debtor   LandAmerica 1031 Exchange Services, Inc.
          jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Debtor   Capital Title Group, Inc. jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Defendant   LandAmerica Financial  Group, Inc.
          jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Debtor   Southland Title of Orange County
          jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Interested Party   LandAmerica 1031 Exchange Services, Inc.
          jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Plaintiff   LandAmerica Financial  Group, Inc.
          jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Debtor   LandAmerica Assessment Corporation
          jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Defendant   TTIC-Transnation Title Insurance et al
          jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Debtor   LandAmerica Financial Group, Inc.
          jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Counter-Claimant   LandAmerica Financial Group, Inc.
          jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Defendant   LandAmerica Exchange Services, Inc.
          jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Interested Party   Post-Effective Date LFG
          jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Plaintiff   LandAmerica Financial Group, Inc.
          jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Interested Party   LandAmerica 1031 Exchange Services, Inc.
          Liquidating Trust jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of blank   Southland Title of San Diego jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Interested Party   LandAmerica Assessment Corporation
          jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Defendant   Lawyers Title Insurance et al
          jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Plaintiff   LandAmerica OneStop, Inc jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Debtor   LandAmerica Credit Services, Inc.
          jmaddock@mcguirewoods.com
          John H. Maddock III   on behalf of Plaintiff   LandAmerica 1031 Exchange Services, Inc.
          jmaddock@mcguirewoods.com
          John Kuropatkin Roche   on behalf of Creditor   Viral, Inc. jroche@perkinscoie.com,
          ADSmith@perkinscoie.com;ecf-3ac9070a3959@ecf.pacerpro.com;geisenberg@perkinscoie.com;SCarroll@per
          kinscoie.com
          John Kuropatkin Roche   on behalf of Plaintiff   Viral, Inc. jroche@perkinscoie.com,
          ADSmith@perkinscoie.com;ecf-3ac9070a3959@ecf.pacerpro.com;geisenberg@perkinscoie.com;SCarroll@per
          kinscoie.com
          John Kuropatkin Roche   on behalf of Creditor Springfield   Springfield Lodging Associates, LLP
          jroche@perkinscoie.com,
          ADSmith@perkinscoie.com;ecf-3ac9070a3959@ecf.pacerpro.com;geisenberg@perkinscoie.com;SCarroll@per
          kinscoie.com
          John Kuropatkin Roche   on behalf of Plaintiff   Springfield Lodging Associates, LLP
          jroche@perkinscoie.com,
          ADSmith@perkinscoie.com;ecf-3ac9070a3959@ecf.pacerpro.com;geisenberg@perkinscoie.com;SCarroll@per
          kinscoie.com
          John M. Craig   on behalf of Creditor   Virginia Electric and Power Company d/b/a Dominion
          Virginia Power johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   AT&T Corp. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern California Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Defendant   Southern California Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   AT&T Mobility, LLC johncraigg@aol.com,  russj4478@aol.com
          John M. Landis   on behalf of Creditor   JLCR Partners Houma, LLC jlandis@stonepigman.com,
          scivello@stonepigman.com
          John P. Van Beek   on behalf of Creditor John P. Van Beek jvanbeek@goldmanvanbeek.com,
          awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
          nvanbeek.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            John T. Arnold    on behalf of Defendant    Southern Resource Company cfreeman@mossandrocovich.com
            John T. Farnum    on behalf of Defendant    UTLS BITB, LLC jfarnum@milesstockbridge.com,
            jfarnumecfnotices@gmail.com
            John T. Farnum    on behalf of Defendant    UnitedTech Lender Services, Inc.
            jfarnum@milesstockbridge.com,  jfarnumecfnotices@gmail.com
            John T. Farnum    on behalf of Defendant    UTLS DFS, LLC jfarnum@milesstockbridge.com,
            jfarnumecfnotices@gmail.com
            Jonathan L. Hauser    on behalf of Creditor    Thomson Financial jonathan.hauser@troutmansanders.com
            Jonathan L. Hauser    on behalf of Creditor    Praedium Group, LLC
            jonathan.hauser@troutmansanders.com
            Jonathan L. Hauser    on behalf of Creditor    The Bank of New York Mellon
            jonathan.hauser@troutmansanders.com
            Jonathan L. Hauser    on behalf of Creditor    Old Dominion Security Company
            jonathan.hauser@troutmansanders.com
            Jordana  Linder    on behalf of Debtor    LandAmerica Financial Group, Inc. jlinder@willkie.com
            Joseph D. Frank    on behalf of Creditor    Experian Information Solutions, Inc. jfrank@fgllp.com,
            csucic@fgllp.com;csmith@fgllp.com
            Joshua D. Taggatz    on behalf of Interested Party    Graebel Companies, Inc.
            jtaggatz@ruderware.com,  nmcdonald@ruderware.com
            Joshua Robert Taylor    on behalf of Interested Party    CFS Rambler, L.P. jrtaylor@steptoe.com
            Joshua Robert Taylor    on behalf of Plaintiff    CFS Rambler L.P. jrtaylor@steptoe.com
            Judy A. Robbins    USTPRegion04.RH.ECF@usdoj.gov
            Justin F. Paget    on behalf of Defendant    First American Corelogic, Inc. jpaget@huntonAK.com,
            tcanada@huntonAK.com
            Keith L. Phillips    on behalf of Mediator Keith L. Phillips Keith@pf-law.com,
            beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com
            Keith L. Phillips    on behalf of Interested Party    LandAmerica Credit Services, Inc. Liquidation
            Trust Keith@pf-law.com,  beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com
            Keith L. Phillips    on behalf of Professional    LeClairRyan, A Professional Corporation
            Keith@pf-law.com,  beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com
            Keith L. Phillips    on behalf of Interested Party    Trustee of the LandAmerica Credit Services,
            Inc. Liquidation Trust Keith@pf-law.com,
            beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com
            Kevin A. Lake    on behalf of Creditor    SunTrust Bank klake@mcdonaldsutton.com
            Kevin A. Lake    on behalf of Creditor    SunTrust Banks, Inc., SunTrust Robinson Humphrey, Inc.
            and SunTrust Investment Services, Inc. klake@mcdonaldsutton.com
            Kevin J. Funk    on behalf of Plaintiff    Dico Group, LLC bmcmillen@durrettecrump.com,
            bmcmillen@durrettecrump.com
            Kevin J. Funk    on behalf of Plaintiff J. Sean Campbell kfunk@dagglaw.com,
            bmcmillen@durrettecrump.com
            Kevin J. Funk    on behalf of Plaintiff Howard  Finkelstein kfunk@dagglaw.com,
            bmcmillen@durrettecrump.com
            Kevin J. Funk    on behalf of Plaintiff    Titan Real Estate Holdings, LLC kfunk@dagglaw.com,
            bmcmillen@durrettecrump.com
            Kevin J. Funk    on behalf of Creditor    Kingsview Real Estate Partners II, LP kfunk@dagglaw.com,
            bmcmillen@durrettecrump.com
            Kevin J. Funk    on behalf of Plaintiff    Central Rockaway Realty LLC kfunk@dagglaw.com,
            bmcmillen@durrettecrump.com
            Kevin J. Funk    on behalf of Plaintiff Tony  Horner kfunk@dagglaw.com,
            bmcmillen@durrettecrump.com
            Kevin J. Funk    on behalf of Plaintiff Sandra R. Phillips kfunk@dagglaw.com,
            bmcmillen@durrettecrump.com
            Kevin J. Funk    on behalf of Plaintiff    Millmar Holdings, LLC kfunk@dagglaw.com,
            bmcmillen@durrettecrump.com
            Kevin J. Funk    on behalf of Plaintiff James  Phillips kfunk@dagglaw.com,
            bmcmillen@durrettecrump.com
            Kevin J. Funk    on behalf of Plaintiff Michael  Campbell kfunk@dagglaw.com,
            bmcmillen@durrettecrump.com
            Kevin J. Funk    on behalf of Plaintiff E. Michael Spriggs, II kfunk@dagglaw.com,
            bmcmillen@durrettecrump.com
            Kevin J. Funk    on behalf of Creditor    Farmers & Merchants Bank of Long Beach kfunk@dagglaw.com,
            bmcmillen@durrettecrump.com
            Kevin J. Funk    on behalf of Plaintiff J. B. Campbell kfunk@dagglaw.com,
            bmcmillen@durrettecrump.com
            Kevin J. Funk    on behalf of Attorney Clay M. Taylor kfunk@dagglaw.com,
            bmcmillen@durrettecrump.com
            Kevin J. Funk    on behalf of Plaintiff    Whitten Properties, LLC kfunk@dagglaw.com,
            bmcmillen@durrettecrump.com
            Kevin J. Funk    on behalf of Plaintiff James G. Clarke kfunk@dagglaw.com,
            bmcmillen@durrettecrump.com
            Kevin J. Funk    on behalf of Plaintiff    Korea Plaza, LLC kfunk@dagglaw.com,
            bmcmillen@durrettecrump.com
            Kevin J. Funk    on behalf of Plaintiff Robert P. Dreyer kfunk@dagglaw.com,
            bmcmillen@durrettecrump.com
            Kevin J. Funk    on behalf of Plaintiff Julie  Kilgore kfunk@dagglaw.com,
            bmcmillen@durrettecrump.com
            Kevin J. Funk    on behalf of Plaintiff    Northwood Boat Works Realty, L.L.C. kfunk@dagglaw.com,
            bmcmillen@durrettecrump.com

District/off: 0422-7          User: baumgartn          Page 14 of 26          Date Rcvd: Nov 07, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Kevin J. Funk    on behalf of Plaintiff Barton  Kilgore kfunk@dagglaw.com,
                    bmcmillen@durrettecrump.com
          Kevin J. Funk    on behalf of Plaintiff   Kingsview Real Estate Partners II, LP kfunk@dagglaw.com,
                    bmcmillen@durrettecrump.com
          Kevin J. Funk    on behalf of Plaintiff Jill E. Forbes kfunk@dagglaw.com,
                    bmcmillen@durrettecrump.com
          Kevin J. Funk    on behalf of Plaintiff   Texana Pickle Producers, Inc. kfunk@dagglaw.com,
                    bmcmillen@durrettecrump.com
          Kevin J. Funk    on behalf of Plaintiff   Guerra Brothers kfunk@dagglaw.com,
                    bmcmillen@durrettecrump.com
          Kevin J. Funk    on behalf of Plaintiff   Polygon Enterprises, Inc. kfunk@dagglaw.com,
                    bmcmillen@durrettecrump.com
          Kevin J. Funk    on behalf of Creditor Howard  Finkelstein kfunk@dagglaw.com,
                    bmcmillen@durrettecrump.com
          Kevin J. Funk    on behalf of Creditor Roland  Arthur kfunk@dagglaw.com,
                    bmcmillen@durrettecrump.com
          Kevin J. Funk    on behalf of Plaintiff   Central Rockaway D LLC kfunk@dagglaw.com,
                    bmcmillen@durrettecrump.com
          Kevin J. Funk    on behalf of Plaintiff   Grayling Green, LLC kfunk@dagglaw.com,
                    bmcmillen@durrettecrump.com
          Kevin J. Funk    on behalf of Plaintiff   Squick, L.L.C. kfunk@dagglaw.com,
                    bmcmillen@durrettecrump.com
          Kevin J. Funk    on behalf of Plaintiff   Central Rockaway I LLC kfunk@dagglaw.com,
                    bmcmillen@durrettecrump.com
          Kevin J. Funk    on behalf of Plaintiff   Joseph E. Lew, Trustee of the Lew Family Trust
                    kfunk@dagglaw.com,  bmcmillen@durrettecrump.com
          Kevin J. Funk    on behalf of Plaintiff   Lincolnway Green, LLC kfunk@dagglaw.com,
                    bmcmillen@durrettecrump.com
          Kimberly S. Winick    on behalf of Creditor   Lereta, LLC kwinick@clarktrev.com
          Kristen E. Burgers    on behalf of Creditor   American Capital, Ltd. kburgers@hirschlerlaw.com,
                    ndysart@hirschlerlaw.com;plaura@hirschlerlaw.com
          Laura C. Pyle    on behalf of Creditor Melissa A Hill lpyle@wilsav.com,  wedwards@wmlawgroup.com
          Laura C. Pyle    on behalf of Creditor Kenneth  Astheimer lpyle@wilsav.com,
                    wedwards@wmlawgroup.com
          Laura C. Pyle    on behalf of Creditor Marcy  Welburn lpyle@wilsav.com,  wedwards@wmlawgroup.com
          Laura C. Pyle    on behalf of Creditor John M Obzud lpyle@wilsav.com,  wedwards@wmlawgroup.com
          Laura C. Pyle    on behalf of Creditor Richard  Alexander lpyle@wilsav.com,
                    wedwards@wmlawgroup.com
          Laura C. Pyle    on behalf of Creditor Margaret M Serrano-Foster lpyle@wilsav.com,
                    wedwards@wmlawgroup.com
          Laura C. Pyle    on behalf of Creditor Ross W Dorneman lpyle@wilsav.com,  wedwards@wmlawgroup.com
          Laura C. Pyle    on behalf of Creditor James E Sindoni lpyle@wilsav.com,  wedwards@wmlawgroup.com
          Laura C. Pyle    on behalf of Creditor Lynn  Reidel lpyle@wilsav.com,  wedwards@wmlawgroup.com
          Laura C. Pyle    on behalf of Creditor Jeffrey D Vaughan lpyle@wilsav.com,  wedwards@wmlawgroup.com
          Laura C. Pyle    on behalf of Creditor Holly H Wenger lpyle@wilsav.com,  wedwards@wmlawgroup.com
          Laura C. Pyle    on behalf of Creditor Richard P Gonzalez lpyle@wilsav.com,
                    wedwards@wmlawgroup.com
          Laura J. Walker    on behalf of Creditor Kenneth A Coe lwalker@cablehuston.com,
                    kharris@cablehuston.com
          Lawrence Allen Katz    on behalf of Creditor   Lereta, LLC lkatz@hirschlerlaw.com,
                    lrodriguez@hirschlerlaw.com
          Lawrence E. Rifken    on behalf of Defendant   UnitedTech Lender Services, Inc. rifkenl@gtlaw.com
          Lawrence E. Rifken    on behalf of Counter-Claimant   UTLS BITB, LLC rifkenl@gtlaw.com
          Lawrence E. Rifken    on behalf of Defendant   UTLS DFS, LLC rifkenl@gtlaw.com
          Lawrence E. Rifken    on behalf of Counter-Claimant   UTLS DFS, LLC rifkenl@gtlaw.com
          Lawrence E. Rifken    on behalf of Counter-Claimant   UnitedTech Lender Services, Inc.
                    rifkenl@gtlaw.com
          Lawrence E. Rifken    on behalf of Defendant   UTLS BITB, LLC rifkenl@gtlaw.com
          Lawrence E. Rifken    on behalf of Interested Party   UnitedTech Lender Services, Inc.
                    rifkenl@gtlaw.com
          Leonard  Starr    on behalf of Defendant Vivian  Hays lstarr@Starr-Law.com,  gadams@Starr-Law.com
          Leonard  Starr    on behalf of Defendant   Leapin Eagle, LLC lstarr@Starr-Law.com,
                    gadams@Starr-Law.com
          Leonard  Starr    on behalf of Defendant Denise J. Wilson lstarr@Starr-Law.com,
                    gadams@Starr-Law.com
          Leonard  Starr    on behalf of Defendant Gerald R Terry lstarr@Starr-Law.com,  gadams@Starr-Law.com
          Leonard  Starr    on behalf of Defendant Jane T. Evans lstarr@Starr-Law.com,  gadams@Starr-Law.com
          Leonard  Starr    on behalf of Defendant Ann T. Robbins lstarr@Starr-Law.com,  gadams@Starr-Law.com
          Leonard  Starr    on behalf of Defendant   Angela M. Arthur, As Trustee of the Arthur Declaration
                    of Trust, Dated December 29, 1988 lstarr@Starr-Law.com,  gadams@Starr-Law.com
          Leslie A. Skiba    on behalf of Plaintiff   Lulu Bubion, Trustee of the Lulu Bubion Management
                    Trust lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
          Leslie A. Skiba    on behalf of Plaintiff   RQ Holdings, Inc. lskiba@kaplanfrank.com,
                    nferenbach@kaplanfrank.com
          Leslie A. Skiba    on behalf of Plaintiff   Arboleda Corporation lskiba@kaplanfrank.com,
                    nferenbach@kaplanfrank.com
          Leslie A. Skiba    on behalf of Plaintiff   Dawn Lizabeth Bubion and Michael Amerio, Trustees of
                    the Dawn Lizabeth Bubion 2003 Trust lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com

District/off: 0422-7          User: baumgartn          Page 15 of 26          Date Rcvd: Nov 07, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Leslie A. Skiba   on behalf of Creditor   RamQuest Software, Inc. lskiba@kaplanfrank.com,
           nferenbach@kaplanfrank.com
          Leslie A. Skiba   on behalf of Plaintiff   Debbie Ann Martinez and Michael Amerio, Trustees of
           the Debbie Ann Martinez 2003 Trust lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
          Leslie A. Skiba   on behalf of Plaintiff David  Ash lskiba@kaplanfrank.com,
           nferenbach@kaplanfrank.com
          Lisa Hudson Kim   on behalf of Creditor William Childs Detering lkim@siwpc.com, lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor Matthew B Luxenberg lkim@siwpc.com, lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   135th St. Realty Corporation lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   RFL Properties, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Frontier Pepper's Ferry, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor David C. Smith lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Ziegler Family Trust A lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   CDC Rural, LP lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Citibank, N.A. lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Stoutenburg Enterprises, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Greenwich Village Renovation Co., LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Early Lodging, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   CDC Glendale, LP lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor Alfredo  Barraza lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Natram Associates lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Phlumm, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   River Bend Real Estate, Inc. lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Plaintiff   Matthew B Luxenberg, Trustee of the Matthew B.
           Luxenberg Revocable Family Trust lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Bernadette Aiello and Benjamin Aiello, as Trustees of
           the Bernadette Aiello Living Trust lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Pflumm, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor Gerald  Puff lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor Maria S. Limon lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Serena Hospitality Group, Inc. lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor Bernadette, Benjamin  Aiello lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Phoenix Rising II, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   135 Street Corporation lkim@siwpc.com,
           lhamiel@siwpc.com
          Loc  Pfeiffer   on behalf of Defendant   Fannie Mae loc.pfeiffer@kutakrock.com,
           karen.thornton@kutakrock.com
          Loc  Pfeiffer   on behalf of Creditor   Financial Industry Regulatory Authority, Inc.
           loc.pfeiffer@kutakrock.com, karen.thornton@kutakrock.com
          Loc  Pfeiffer   on behalf of Unknown   Reit Management & Research, LLC loc.pfeiffer@kutakrock.com,
           karen.thornton@kutakrock.com
          Louis E. Dolan, Jr.   on behalf of Defendant   All Counties Courier LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
           peabody.com;lciszs@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
           clerk@nixonpeabody.co
          Lynn L. Tavenner   on behalf of Creditor Committee   Official Committee of Unsecured Creditors of
           LandAmerica 1031 Exchange Services, Inc. ltavenner@tb-lawfirm.com,
           sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Interested Party Gerard A. McHale, Jr. ltavenner@tb-lawfirm.com,
           sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Debtor   LandAmerica Financial Group, Inc.
           ltavenner@tb-lawfirm.com,
           sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Madeleine C. Wanlsee   on behalf of Creditor   Maricopa County Treasurer mwanslee@gustlaw.com
          Madeline A. Trainor   on behalf of Creditor   The Bank of New York Mellon mtrainor@rpb-law.com,
           pdarrough@rpb-law.com
          Marc  Abrams   on behalf of Defendant   LandAmerica 1031 Exchange Services, Inc.
           mabrams@willkie.com,  mao@willkie.com;ldenny@willkie.com;dhinirchs@willkie.com;lkamin@willkie.com
          Marc  Abrams   on behalf of Debtor   LandAmerica Financial Group, Inc. mabrams@willkie.com,
           mao@willkie.com;ldenny@willkie.com;dhinirchs@willkie.com;lkamin@willkie.com
          Mark D. Taylor   on behalf of Creditor   Embarq Logistics, Inc. mtaylor@vlplawgroup.com
          Mark D. Taylor   on behalf of Creditor   LAMAT, LLC mtaylor@vlplawgroup.com
          Mark J. Friedman   on behalf of Interested Party   Western Alliance Bank
           mark.friedman@dlapiper.com
          Martha E. Hulley   on behalf of Creditor Committee   Official Committee of Unsecured Creditors of
           LandAmerica Financial Group, Inc. martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Plaintiff Bruce H. Matson martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

District/off: 0422-7          User: baumgartn          Page 16 of 26          Date Rcvd: Nov 07, 2019
                             Form ID: redacttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Martha E. Hulley    on behalf of Creditor Committee    The Official Commitee of Unsecured Creditors
    martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley    on behalf of Plaintiff Bruce H. Matson, Trustee martha.hulley@leclairryan.com,
    erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley    on behalf of Counter-Defendant Bruce H. Matson martha.hulley@leclairryan.com,
    erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Romero    on behalf of Creditor c/o Martha E. Romero  Yuba County Tax Collector
    romero@mromerolawfirm.com
Mary Angela House    on behalf of Intervenor Defendant    Official Committee of Unsecured Creditors
    of LandAmerica 1031 Exchange Services, Inc. mhouse@akingump.com,
    jgold@akingump.com;bpatrick@akingump.com
Mary Angela House    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
    of LandAmerica 1031 Exchange Services, Inc. mhouse@akingump.com,
    jgold@akingump.com;bpatrick@akingump.com
Matthew A. Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
Matthew Thomas Sutter    on behalf of Creditor Julie Anne Hiltsley matt@sutterandterpak.com,
    steve@sutterandterpak.com
Matthew Thomas Sutter    on behalf of Creditor Michael William Hiltsley matt@sutterandterpak.com,
    steve@sutterandterpak.com
Merrill Boone    on behalf of Creditor    Pension Benefit Guaranty Corporation
    boone.merrill@pbgc.gov,  efile@pbgc.gov
Michael A. Condyles    on behalf of Creditor    Capital One Services, Inc.
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles    on behalf of Defendant    Capital One Services, Inc.
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael D. Mueller    on behalf of Defendant    Golden State Overnight mmueller@williamsmullen.com,
    avaughn@williamsmullen.com
Michael E. Hastings    on behalf of Plaintiff Bruce H. Matson mhastings@wtplaw.com,
    twhitt@wtplaw.com
Michael Gregory Wilson    on behalf of Creditor    Prudential Investment Management, Inc.
    mike@mgwilsonlaw.com
Michael J. McManus    on behalf of Defendant    Accountemps michael.mcmanus@dbr.com
Michael L. Wachtell    on behalf of Creditor    Hospitality Associates of Tannersville, LP
    mwachtell@buchalter.com
Michael P. Horan    on behalf of Creditor    MB Venture, Ltd., Fl LP mhoran@trenam.com,
    jlord@trenam.com;hmiller@trenam.com
Miles Jarrad Wright    on behalf of Defendant Brent Allen mjwright@dimuro.com,  dnees@dimuro.com
Nancy K. Swift    on behalf of Creditor    HEWSON/WESTSIDE, LLC bkgroup@buchalter.com
Neal Lawrence Walters    on behalf of Mediator W. Stephen Scott nwalters@scottkroner.com,
    cblackwood@scottkroner.com
Neil E. McCullagh    on behalf of Creditor    BVT Institutional Investments, Inc., and U.S. Retail
    Income Fund, VIII-D, L.P. nmccullagh@spottsfain.com,
    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
    nsby@spottsfain.com;kmoses@spottsfain.com
Neil E. McCullagh    on behalf of Creditor    BVT Institutional Investments, Inc. and U.S. Retail
    Income Fund, VIII-D, L.P. nmccullagh@spottsfain.com,
    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
    nsby@spottsfain.com;kmoses@spottsfain.com
Nicholas M. DePalma    on behalf of Plaintiff    Health Care REIT, Inc.
    nicholas.depalma@venable.com,  heather.ratliffe@venable.com
Oscar Baldwin Fears, III    on behalf of Creditor    Georgia Department of Revenue
    bfears@law.ga.gov,  jjacobs@law.ga.gov
P. Matthew Roberts    on behalf of Creditor    American Express Travel Related Services Co Inc
    matt@godwinjonesandprice.com
Patricia B. Tomasco    on behalf of Creditor    Berns Commercial Properties ptomasco@mailbmc.com,
    ngriffes@mailbmc.com;pkeller@mailbmc.com
Patrick J. Potter    on behalf of Creditor    Michael T. & Laurel K. Rose Family Trust
    patrick.potter@pillsburylaw.com,
    dania.slim@pillsburylaw.com;Jason.sharp@pillsburylaw.com;Andrew.alfano@pillsburylaw.com;docket@pi
    llsburylaw.com
Paul F. Blauert    on behalf of Creditor Gregory D Schultz P.blauert@comcast.net
Paul Vincent Shalhoub    on behalf of Defendant    LandAmerica 1031 Exchange Services, Inc.
    mao@willkie.com,  pshalhoub@willkie.com
Paul Vincent Shalhoub    on behalf of Debtor    Capital Title Group, Inc. mao@willkie.com,
    pshalhoub@willkie.com
Paul Vincent Shalhoub    on behalf of Debtor    LandAmerica Financial Group, Inc. mao@willkie.com,
    pshalhoub@willkie.com
Paul Vincent Shalhoub    on behalf of Interested Party    LandAmerica Assessment Corporation
    mao@willkie.com,  pshalhoub@willkie.com
Paula S. Beran    on behalf of Interested Party Lynn L. Tavenner, Trustee of the LeClairRyan PLLC
    Estate pberan@tb-lawfirm.com,
    ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
Paula S. Beran    on behalf of Interested Party Gerard A. McHale, Jr. pberan@tb-lawfirm.com,
    ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
Paula S. Beran    on behalf of Creditor Committee    Official Committee of Unsecured Creditors of
    LandAmerica 1031 Exchange Services, Inc. pberan@tb-lawfirm.com,
    ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
Peter G. Zemanian    on behalf of Interested Party    DCRE Investments, LLC pete@zemanianlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Peter G. Zemanian   on behalf of Creditor   Chen, David and DCRE Investments, LLC
        pete@zemanianlaw.com
    Peter J. Barrett   on behalf of Creditor   Sentry Insurance a Mutual Company
        peter.barrett@kutakrock.com,  charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
    Peter J. Barrett   on behalf of Interested Party   Fannie Mae peter.barrett@kutakrock.com,
        charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
    Peter J. Barrett   on behalf of Defendant   Fannie Mae peter.barrett@kutakrock.com,
        charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
    Peter J. Barrett   on behalf of Creditor   Wachovia Bank, National Association
        peter.barrett@kutakrock.com,  charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
    Peter J. Roberts   on behalf of Creditor Gerald E.  Dean proberts@foxrothschild.com,
        cknez@foxrothschild.com
    Peter J. Roberts   on behalf of Creditor Carol L. Dean proberts@foxrothschild.com,
        cknez@foxrothschild.com
    Peter M. Pearl   on behalf of Defendant   Title Court Service, Inc. ppearl@spilmanlaw.com,
        scormany@spilmanlaw.com
    Peter M. Pearl   on behalf of Creditor   Title Court Service, Inc. ppearl@spilmanlaw.com,
        scormany@spilmanlaw.com
    Philip C. Baxa   on behalf of Creditor   Arbor Oaks I, LLC and Arbor Oaks II, LLC
        pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
    Philip C. Baxa   on behalf of Defendant   Stroz Friedberg, LLC pbaxa@sandsanderson.com,
        rarrington@sandsanderson.com
    Philip C. Baxa   on behalf of Attorney   MercerTrigiani LLP pbaxa@sandsanderson.com,
        rarrington@sandsanderson.com
    Philip C. Baxa   on behalf of Plaintiff   Arbor Oaks II, LLC pbaxa@sandsanderson.com,
        rarrington@sandsanderson.com
    Philip C. Baxa   on behalf of Interested Party   CFS Rambler, L.P. pbaxa@sandsanderson.com,
        rarrington@sandsanderson.com
    Philip C. Baxa   on behalf of Plaintiff   Arbor Oaks I, LLC pbaxa@sandsanderson.com,
        rarrington@sandsanderson.com
    Philip C. Baxa   on behalf of Plaintiff   Pillar Investment Group, L.L.C. pbaxa@sandsanderson.com,
        rarrington@sandsanderson.com
    Philip C. Baxa   on behalf of Creditor   CFS Rambler, L.P. pbaxa@sandsanderson.com,
        rarrington@sandsanderson.com
    Rachel Strickland   on behalf of Defendant   LandAmerica 1031 Exchange Services, Inc.
        rstrickland@willkie.com,  mao@willkie.com
    Rachel Strickland   on behalf of Debtor   Capital Title Group, Inc. rstrickland@willkie.com,
        mao@willkie.com
    Rachel Strickland   on behalf of Debtor   LandAmerica Financial Group, Inc.
        rstrickland@willkie.com,  mao@willkie.com
    Rachel Strickland   on behalf of Defendant   LandAmerica Financial Group, Inc.
        rstrickland@willkie.com,  mao@willkie.com
    Reed A. Heiligman   on behalf of Defendant   Experian Information Solutions, Inc.
        rheiligman@fgllp.com,  ccarpenter@fgllp.com
    Reed A. Heiligman   on behalf of Creditor   Experian Information Solutions, Inc.
        rheiligman@fgllp.com,  ccarpenter@fgllp.com
    Reginald W. Jackson   on behalf of Creditor   Fifth Third Bank rwjackson@vorys.com,
        bjtobin@vorys.com;apfaff@vorys.com
    Richard C. Maxwell   on behalf of Creditor   W.M. Thompson, Jr. Revocable Trust
        rmaxwell@woodsrogers.com,  jmartin@woodsrogers.com
    Richard C. Maxwell   on behalf of Creditor Robert F. Oliver rmaxwell@woodsrogers.com,
        jmartin@woodsrogers.com
    Richard C. Maxwell   on behalf of Interested Party   Unofficial Ad Hoc Committee of Commingled
        Exchangers rmaxwell@woodsrogers.com,  jmartin@woodsrogers.com
    Richard C. Maxwell   on behalf of Creditor Venkata  Raju rmaxwell@woodsrogers.com,
        jmartin@woodsrogers.com
    Richard C. Maxwell   on behalf of Plaintiff   Warner of Sturgis, LLC rmaxwell@woodsrogers.com,
        jmartin@woodsrogers.com
    Richard C. Maxwell   on behalf of Plaintiff   DCRE Investments, LLC rmaxwell@woodsrogers.com,
        jmartin@woodsrogers.com
    Richard C. Maxwell   on behalf of Creditor   Prudential Properties, LLC rmaxwell@woodsrogers.com,
        jmartin@woodsrogers.com
    Richard C. Maxwell   on behalf of Creditor   W. M. Thompson, Jr. Revocable Trust
        rmaxwell@woodsrogers.com,  jmartin@woodsrogers.com
    Richard C. Maxwell   on behalf of Creditor   Kendall Square, LLC rmaxwell@woodsrogers.com,
        jmartin@woodsrogers.com
    Richard C. Maxwell   on behalf of Creditor   Warner of Sturgis, LLC rmaxwell@woodsrogers.com,
        jmartin@woodsrogers.com
    Richard C. Maxwell   on behalf of Creditor   Pleasant Valley Ranch, LLC rmaxwell@woodsrogers.com,
        jmartin@woodsrogers.com
    Richard C. Maxwell   on behalf of Creditor   CLA Real Estate Investments, LLC
        rmaxwell@woodsrogers.com,  jmartin@woodsrogers.com
    Richard C. Maxwell   on behalf of Creditor   PC Real Estate Investors, LLC
        rmaxwell@woodsrogers.com,  jmartin@woodsrogers.com
    Richard D. Scott   on behalf of Debtor   LandAmerica Financial Group, Inc.
        richard@rscottlawoffice.com
    Richard D. Scott   on behalf of Plaintiff   LandAmerica Financial Group, Inc.
        richard@rscottlawoffice.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Richard E. Hagerty   on behalf of Creditor   The Bank of New York Mellon
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Lear   on behalf of Interested Party   CapTech Ventures, Inc. richard.lear@hklaw.com,
           kimi.odonnell@hklaw.com
          Richard Francis Blair   on behalf of Debtor   LandAmerica 1031 Exchange Services, Inc.
           rfblair@mcguirewoods.com,  dmorrison@mcguirewoods.com
          Richard Francis Blair   on behalf of Interested Party   LandAmerica OneStop, Inc.
           rfblair@mcguirewoods.com,  dmorrison@mcguirewoods.com
          Richard Francis Blair   on behalf of Defendant   Capital Title Group, Inc.
           rfblair@mcguirewoods.com,  dmorrison@mcguirewoods.com
          Richard Francis Blair   on behalf of Debtor   LandAmerica OneStop, Inc rfblair@mcguirewoods.com,
           dmorrison@mcguirewoods.com
          Richard Francis Blair   on behalf of Interested Party   LFG Liquidation Trust
           rfblair@mcguirewoods.com,  dmorrison@mcguirewoods.com
          Richard Francis Blair   on behalf of Defendant   LandAmerica 1031 Exchange Services, Inc.
           rfblair@mcguirewoods.com,  dmorrison@mcguirewoods.com
          Richard Francis Blair   on behalf of Debtor   Southland Title of San Diego
           rfblair@mcguirewoods.com,  dmorrison@mcguirewoods.com
          Richard Francis Blair   on behalf of Plaintiff   LandAmerica OneStop, Inc
           rfblair@mcguirewoods.com,  dmorrison@mcguirewoods.com
          Richard Francis Blair   on behalf of Debtor   Capital Title Group, Inc. rfblair@mcguirewoods.com,
           dmorrison@mcguirewoods.com
          Richard Francis Blair   on behalf of Debtor   Southland Title of Orange County
           rfblair@mcguirewoods.com,  dmorrison@mcguirewoods.com
          Richard Francis Blair   on behalf of Defendant   LandAmerica Financial  Group, Inc.
           rfblair@mcguirewoods.com,  dmorrison@mcguirewoods.com
          Richard Francis Blair   on behalf of Debtor   LandAmerica Title Company rfblair@mcguirewoods.com,
           dmorrison@mcguirewoods.com
          Richard Francis Blair   on behalf of Interested Party   LandAmerica 1031 Exchange Services, Inc.
           Liquidating Trust rfblair@mcguirewoods.com,  dmorrison@mcguirewoods.com
          Richard Francis Blair   on behalf of Debtor   Southland Title Corporation
           rfblair@mcguirewoods.com,  dmorrison@mcguirewoods.com
          Richard Francis Blair   on behalf of Interested Party   LandAmerica 1031 Exchange Services, Inc.
           rfblair@mcguirewoods.com,  dmorrison@mcguirewoods.com
          Richard Francis Blair   on behalf of Debtor   LandAmerica Credit Services, Inc.
           rfblair@mcguirewoods.com,  dmorrison@mcguirewoods.com
          Richard Francis Blair   on behalf of Debtor   LandAmerica Assessment Corporation
           rfblair@mcguirewoods.com,  dmorrison@mcguirewoods.com
          Richard Francis Blair   on behalf of Debtor   LandAmerica Financial Group, Inc.
           rfblair@mcguirewoods.com,  dmorrison@mcguirewoods.com
          Richard Francis Blair   on behalf of Plaintiff   LandAmerica 1031 Exchange Services, Inc.
           rfblair@mcguirewoods.com,  dmorrison@mcguirewoods.com
          Richard Francis Blair   on behalf of Plaintiff   LandAmerica Financial Group, Inc.
           rfblair@mcguirewoods.com,  dmorrison@mcguirewoods.com
          Richard M. Maseles   on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
          Robert A. Kuhr   on behalf of Creditor Kathleen  Kuhr r-kuhr@hotmail.com
          Robert B. Van Arsdale   on behalf of U.S. Trustee John P. Fitzgerald
           Robert.B.Van.Arsdale@usdoj.gov
          Robert B. Van Arsdale   on behalf of U.S. Trustee Judy A. Robbins Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson   on behalf of Creditor PA Dept. of Revenue  Commonwealth of Pennsylvania
           redmundson@attorneygeneral.gov
          Robert C. Edmundson   on behalf of Creditor PA Depart of Revenue  Commonwealth of Pennsylvania
           redmundson@attorneygeneral.gov
          Robert C. Edmundson   on behalf of Creditor Robert C. Edmundson  Pennsylvania Department of
           Revenue redmundson@attorneygeneral.gov
          Robert C. Edmundson   on behalf of Creditor   The Commonwealth of PA Dept of Revenue
           redmundson@attorneygeneral.gov
          Robert H. Chappell, III   on behalf of Defendant   Ernst & Young rchappell@spottsfain.com,
           eanderson@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;kmo
           sses@spottsfain.com;ehornsby@spottsfain.com
          Robert L. Brace   on behalf of Creditor Angela  arthur rlbrace@hbsb.com,
           suzette@hbsb.com;mpdenver@hbsb.com;cjohnson@hbsb.com;tfoley@foleybezek.com;rcurtis@foleybezek.com
           ;nlowery@foleybezek.com;cconnors@foleybezek.com;MKramarck@hbsb.com
          Robert L. Cook   on behalf of Creditor   New York State Department of Taxation and Finance
           Robert_Cook@tax.state.ny.us
          Robert L. Flax   on behalf of Creditor Scott  Virgin rflaxlaw@hotmail.com,
           cristina@flaxlegal.com;mharris@flaxlegal@aol.com;flaxlegal@gmail.com
          Robert O. Lampl   on behalf of Creditor Gabriella P. Germinaro rlampl@lampllaw.com
          Robert O. Lampl   on behalf of Creditor Joseph J. Germinaro rlampl@lampllaw.com
          Robert P. McIntosh   on behalf of Interested Party   United States of America
           Robert.McIntosh@usdoj.gov,
           USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
          Robert S. Westermann   on behalf of Creditor Michael D. Beverly rwestermann@hf-law.com,
           rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor Robert F. Norfleet, Jr. rwestermann@hf-law.com,
           rhenderson@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Robert S. Westermann    on behalf of Creditor Gale K. Caruso rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann    on behalf of Defendant Michael D. Beverly rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann    on behalf of Creditor   Michael D. Beverly, John S. Fletcher, Jr., Peter A. Kolbe, and Todd F. Miller rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann    on behalf of Defendant John S. Fletcher, Jr. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann    on behalf of Defendant Todd F. Miller rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann    on behalf of Creditor Christopher A. Kaufmann rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann    on behalf of Interested Party   Conveca Associates Limited Partnership rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann    on behalf of Creditor Marion  Myers rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann    on behalf of Creditor Marshall  Wishnack rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann    on behalf of Interested Party   HST Investments, LP rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann    on behalf of Creditor Todd F. Miller rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann    on behalf of Interested Party   General Financial Services, Inc. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann    on behalf of Creditor Peter A. Kolbe rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann    on behalf of Defendant M. Parker Myers rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann    on behalf of Creditor John P. McCann rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann    on behalf of Creditor Robert T. Skunda rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann    on behalf of Creditor Thomas G. Snead, Jr. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann    on behalf of Defendant Peter A. Kolbe rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann    on behalf of Creditor John S. Fletcher, Jr. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert W. Best    on behalf of Plaintiff Bruce H. Matson robert.best@leclairryan.com

Ronald A. Page, Jr.   on behalf of Plaintiff Charles W. Devito rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.   on behalf of Creditor   Central Rockaway I, LLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.   on behalf of Creditor Grace E. Bocklet rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.   on behalf of Creditor Michael M. Campbell rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.   on behalf of Creditor Alonzo  Cantu rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.   on behalf of Creditor   Northwood Boat Works Realty, L.L.C. rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.   on behalf of Creditor Jill  Forbes rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.   on behalf of Plaintiff Angelo  Grande rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.   on behalf of Creditor   MM & PM, LLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.   on behalf of Plaintiff Frederick  Gelardo rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.   on behalf of Creditor   Polygon Enterprises, Inc. rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.   on behalf of Plaintiff Grace E. Bocklet rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.   on behalf of Plaintiff   Grayling Green, LLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.   on behalf of Creditor Tony  Horner rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.   on behalf of Plaintiff   Carolyn Calvin Kneese Trust rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.   on behalf of Creditor   MB Venture, Ltd. rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.   on behalf of Creditor Barton  Kilgore rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.   on behalf of Creditor   Edwards Street, LLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.   on behalf of Creditor   Lincolnway Green, LLC rpage@rpagelaw.com, r59927@notify.bestcase.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Ronald A. Page, Jr.    on behalf of Creditor    Korea Plaza, LLC rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor Michael C. Higgins rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor Charles J. Bocklet, Jr. rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Plaintiff    Central Rockaway I LLC rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor Sharon  Billedeau rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor    Grayling Green, LLC rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor    Squick, L.L.C. rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor James B. Walker, Jr. rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor    The Arthur Declaration of Trust rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor E. Michael Spriggs, II rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Plaintiff Robert P. Dreyer rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Plaintiff Barton  Kilgore rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Plaintiff    Guerra Brothers rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor    A & R Properties, LLC rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor    Central Rockaway Realty LLC rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor James B. Campbell rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor James G. Clarke rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor Gabriella P. Germinaro rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Plaintiff    Korea Plaza, LLC rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor Leon A. D'Aquin, Jr. rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor    Regency Hotel Management Company, Inc.
                  rpage@rpagelaw.com,  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Plaintiff    Texana Pickle Producers, Inc. rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Plaintiff    J.J. Lew, Trustee of the Lew Family Trust
                  rpage@rpagelaw.com,  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Plaintiff Julie  Kilgore rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Plaintiff Charles J. Bocklet, Jr. rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor Angelo  Grande rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor    Carolyn Calvin Kneese Trust rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor Priscilla D Brown rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor    Leapin Eagle, LLC rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Plaintiff    Hoshiko Farms, Inc. rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor James  Phillips rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Plaintiff    Central Rockaway D LLC rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor Joan  Devito rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Plaintiff    Kingsview Real Estate Partners II, LP
                  rpage@rpagelaw.com,  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor    MB Venture, Ltd., Fl LP rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Plaintiff    Regency Hotel Management Company, Inc.
                  rpage@rpagelaw.com,  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Attorney Clay M. Taylor rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor    Texana Pickle Producers, LLC rpage@rpagelaw.com,
                  r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor    BVT Institutional Investments, Inc., and U.S.
                  Retail Income Fund, VIII-D, L.P. rpage@rpagelaw.com,  r59927@notify.bestcase.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Ronald A. Page, Jr.   on behalf of Creditor Victor  Calderon rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Creditor J. Sean Campbell rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Plaintiff Joan C. Devito rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Creditor   Doerle Properties, LLC rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Plaintiff   Leapin Eagle, LLC rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Plaintiff   Lincolnway Green, LLC rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Creditor   Joseph E. Lew and J. J. Lew, Trustees of "The Lew
              Family Trust, dated October 26, 2007" rpage@rpagelaw.com,  r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Plaintiff E. Michael Spriggs, II rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Creditor   Central Rockaway D, LLC rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Creditor Joseph J. Germinaro rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Creditor   Scandal Fashion, Inc. rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Plaintiff   Joseph E. Lew, Trustee of the Lew Family Trust
              rpage@rpagelaw.com,  r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Plaintiff   Frontier Pepper's Ferry, LLC rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Attorney Yann  Geron rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Creditor Frederick  Gelardo rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Creditor   Titan Real Estate Holdings, LLC rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Plaintiff Joseph J. Germinaro rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Creditor Sandra R. Phillips rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Creditor Julie  Kilgore rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Creditor   T & J Investments of Roanoke, Inc.
              rpage@rpagelaw.com,  r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Plaintiff   Central Rockaway Realty LLC rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Creditor   Millmar Holdings, LLC rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Creditor   Texas AC360 LP rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Plaintiff Priscilla D. Brown rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Creditor   Kingsview Real Estate Partners II, LP
              rpage@rpagelaw.com,  r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Plaintiff Alonzo  Cantu rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Plaintiff Howard  Finkelstein rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Plaintiff Leon A. D'Aquin, Jr. rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Plaintiff   Whitten Properties, LLC rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Creditor   Dico Group, LLC rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Plaintiff   Deblu Realty Corporation rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Creditor   Whitten Properties, LLC rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Creditor Kathryn  Grande rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Plaintiff Kathryn  Grande rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Creditor Charles W. Devito rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Creditor   Deblu Realty Corporation rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Creditor   Hoshiko Farms, Inc. rpage@rpagelaw.com,
              r59927@notify.bestcase.com
            Ronald A. Page, Jr.   on behalf of Plaintiff   Texas AC360 LP rpage@rpagelaw.com,
              r59927@notify.bestcase.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ronald A. Page, Jr.   on behalf of Creditor   Frontier Pepper's Ferry, LLC rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Creditor Robert P. Dreyer rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Plaintiff Gabriella P Germinaro rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Creditor   Guerra Brothers rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Plaintiff   Doerle Properties, LLC rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Creditor   Femrite Commercial Rentals, LLC rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Creditor Howard  Finkelstein rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Plaintiff Jill E. Forbes rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Rosa J. Evergreen   on behalf of Interested Party   H.G. Fenton Company rosa_evergreen@aporter.com
          Rosa J. Evergreen   on behalf of Plaintiff   Health Care REIT, Inc. rosa_evergreen@aporter.com
          Rosa J. Evergreen   on behalf of Interested Party   Health Care REIT, Inc.
          rosa_evergreen@aporter.com
          Ross C. Reeves   on behalf of Defendant Margaret M Foster rreeves@wilsav.com,
          nreynolds@wilsav.com
          Ross C. Reeves   on behalf of Defendant Lynn M. Riedel rreeves@wilsav.com,  nreynolds@wilsav.com
          Ross C. Reeves   on behalf of Defendant Holly H. Wenger rreeves@wilsav.com,  nreynolds@wilsav.com
          Ross C. Reeves   on behalf of Defendant Jeffrey D. Vaughan rreeves@wilsav.com,
          nreynolds@wilsav.com
          Ross C. Reeves   on behalf of Defendant Kenneth  Astheimer rreeves@wilsav.com,
          nreynolds@wilsav.com
          Ross C. Reeves   on behalf of Defendant James E. Sindoni rreeves@wilsav.com,  nreynolds@wilsav.com
          Ross C. Reeves   on behalf of Defendant John M. Obzud rreeves@wilsav.com,  nreynolds@wilsav.com
          Ross C. Reeves   on behalf of Defendant Robert P Gonzalez rreeves@wilsav.com,
          nreynolds@wilsav.com
          Ross C. Reeves   on behalf of Defendant Melissa A Hill rreeves@wilsav.com,  nreynolds@wilsav.com
          Ross C. Reeves   on behalf of Defendant Ross W. Dorneman rreeves@wilsav.com,  nreynolds@wilsav.com
          Ross C. Reeves   on behalf of Professional   Willcox & Savage, P.C. rreeves@wilsav.com,
          nreynolds@wilsav.com
          Ross C. Reeves   on behalf of Defendant Marcy A. Welburn rreeves@wilsav.com,  nreynolds@wilsav.com
          Roy M. Terry, Jr.   on behalf of Creditor   Porete Realty Corporation rterry@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          Roy M. Terry, Jr.   on behalf of Creditor   Vine Street Development rterry@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          Roy M. Terry, Jr.   on behalf of Creditor   C & M Warehouse, Inc. and Car-Mil Realty, LLC
          rterry@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          Roy M. Terry, Jr.   on behalf of Creditor   FSW, Inc. rterry@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          Roy M. Terry, Jr.   on behalf of Creditor   Oracle USA, Inc. rterry@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          Roy M. Terry, Jr.   on behalf of Creditor   Endless Ocean, LLC rterry@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          Roy M. Terry, Jr.   on behalf of Creditor Michael  Graff rterry@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          Roy M. Terry, Jr.   on behalf of Creditor Parviz  Farahzad rterry@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          Roy M. Terry, Jr.   on behalf of Creditor Charles E. Clough rterry@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          Roy M. Terry, Jr.   on behalf of Creditor Judith T. Clough rterry@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          Ryan C. Day   on behalf of Plaintiff Bruce H. Matson ryan.day@leclairryan.com
          Sarah Ludlow McCurry   on behalf of Creditor Matthew B Luxenberg sarah@wmmlegal.com
          Sean P. O'Brien   on behalf of Creditor   MTK Properties, LLC spobrien@gustlaw.com
          Shawn M. Christianson   on behalf of Creditor   Oracle USA, Inc. schristianson@buchalter.com,
          cmcintire@buchalter.com
          Stephan William Milo   on behalf of Interested Party   Trans Union LLC smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   Thoughtfocus Technologies LLC smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor   St. John Properties, Inc smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   Trans Union LLC smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor   Circle K. Stores, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor   SBMC Valencia, L.P. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   St. John Properties, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

District/off: 0422-7          User: baumgartn          Page 23 of 26          Date Rcvd: Nov 07, 2019
                             Form ID: redacttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Stephan William Milo   on behalf of Plaintiff   Circle K. Stores, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Interested Party   Leading Edge Companies, LLC
          smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Interested Party   Thoughtfocus Technologies LLC
          smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephanie N. Gilbert   on behalf of Defendant Marcy A. Welburn sgilbert@wilsav.com
          Stephanie N. Gilbert   on behalf of Defendant Robert P Gonzalez sgilbert@wilsav.com
          Stephanie N. Gilbert   on behalf of Defendant Margaret M Foster sgilbert@wilsav.com
          Stephanie N. Gilbert   on behalf of Defendant Jeffrey D. Vaughan sgilbert@wilsav.com
          Stephanie N. Gilbert   on behalf of Defendant Kenneth Astheimer sgilbert@wilsav.com
          Stephanie N. Gilbert   on behalf of Defendant Melissa A Hill sgilbert@wilsav.com
          Stephanie N. Gilbert   on behalf of Defendant Lynn M. Riedel sgilbert@wilsav.com
          Stephanie N. Gilbert   on behalf of Defendant James E. Sindoni sgilbert@wilsav.com
          Stephanie N. Gilbert   on behalf of Defendant John M. Obzud sgilbert@wilsav.com
          Stephanie N. Gilbert   on behalf of Defendant Holly H. Wenger sgilbert@wilsav.com
          Stephanie N. Gilbert   on behalf of Cross-Claimant   Willcox & Savage, P.C. sgilbert@wilsav.com
          Stephanie N. Gilbert   on behalf of Defendant Ross W. Dorneman sgilbert@wilsav.com
          Stephanie N. Gilbert   on behalf of Defendant Jeffrey C. Selby sgilbert@wilsav.com
          Stephen E. Leach   on behalf of Creditor   Haddon Square Partners, L.L.C. sleach@hirschlaw.com,
          ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com
          Stephen E. Leach   on behalf of Plaintiff   Haddon Square Partners, L.L.C.
          sleach@hirschlerlaw.com,   ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com
          Stephen E. Scarce   on behalf of Defendant   Stewart Title Company sscarce@parkerpollard.com,
          myoder@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Stephen K. Gallagher   on behalf of Defendant   American Capital, Ltd. skgallagher@venable.com,
          rmcmanus@Venable.com;lrheitger@venable.com
          Stephen M. Friedberg   on behalf of Creditor   Internal Revenue Service
          Stephen.M.Friedberg@IRSCOUNSEL.TREAS.GOV
          Steven T. Gubner   on behalf of Creditor   Barry Gluckstern and Sharon E. Frank, Trustees of the
          Sharon and Barry Family Trust, UDT, Dated September 20, 2007 sgubner@brutzkusgubner.com,
          ecf@brutzkusgubner.com
          Susan Reid Sherrill-Beard   on behalf of Interested Party   Securities and Exchange Commission
          sherrill-beards@sec.gov,   atlreorg@sec.gov/baddleyd@sec.gov
          Tara L. Elgie   on behalf of Interested Party   SunTrust Bank, Inc. telgie@huntonak.com,
          amckenzie@huntonak.com
          Tara L. Elgie   on behalf of Creditor   CMR, Inc. telgie@huntonak.com,   amckenzie@huntonak.com
          Teddy J. Midkiff   on behalf of Plaintiff Lori   Northcutt tmidkiff@dillonandmidkiff.com,
          midkifflaw@gmail.com
          Teddy J. Midkiff   on behalf of Interested Party John   Ray tmidkiff@dillonandmidkiff.com,
          midkifflaw@gmail.com
          Teddy J. Midkiff   on behalf of Plaintiff John   Ray tmidkiff@dillonandmidkiff.com,
          midkifflaw@gmail.com
          Teddy J. Midkiff   on behalf of Plaintiff Robert   Hagan tmidkiff@dillonandmidkiff.com,
          midkifflaw@gmail.com
          Teddy J. Midkiff   on behalf of Interested Party Lori   Northcott tmidkiff@dillonandmidkiff.com,
          midkifflaw@gmail.com
          Teddy J. Midkiff   on behalf of Interested Party Robert   Hagan tmidkiff@dillonandmidkiff.com,
          midkifflaw@gmail.com
          Theodore A. Griffinger, Jr.   on behalf of Creditor   CMR, Inc. abeltran@steinlubin.com
          Thomas C. Junker   on behalf of Plaintiff   Gregory W. Losa and Marilyn Hansen, Trustees of the
          January 16, 2006 Restatement Trust of Gregory W. Losa dated September 25, 1985
          tjunker@gregkaplaw.com,   slawson@gregkaplaw.com
          Thomas C. Junker   on behalf of Plaintiff J. Matthew Singleton tjunker@gregkaplaw.com,
          slawson@gregkaplaw.com
          Thomas C. Junker   on behalf of Plaintiff David   Ash tjunker@gregkaplaw.com,
          slawson@gregkaplaw.com
          Thomas C. Junker   on behalf of Plaintiff Kathryn S. Singleton tjunker@gregkaplaw.com,
          slawson@gregkaplaw.com
          Thomas Ryan Lynch   on behalf of Creditor Kyoungue   Kim tlynch@babc.com
          Thomas Ryan Lynch   on behalf of Creditor   Kyoungae Kim as Trustee for The Kyoungae Kim Trust
          tlynch@babc.com
          Thomas Ryan Lynch   on behalf of Creditor Gregory D Schultz tlynch@babc.com
          Thomas Ryan Lynch   on behalf of Plaintiff   Grunstead Family Limited Partnership tlynch@babc.com
          Thomas Ryan Lynch   on behalf of Creditor   DCRE Investments, LLC tlynch@babc.com
          Thomas V. Askounis   on behalf of Creditor   Park National Bank taskounis@askounisdarcy.com
          Tommy  Andrews, Jr.   on behalf of Creditor Robert F. Oliver tandrews@andrewslaw.net,
          khill@andrewslaw.net;tetiana@andrewslaw.net;nikki@andrewslaw.net
          Tommy  Andrews, Jr.   on behalf of Creditor David   Ash tandrews@andrewslaw.net,
          khill@andrewslaw.net;tetiana@andrewslaw.net;nikki@andrewslaw.net
          Tommy  Andrews, Jr.   on behalf of Creditor   The David Ash Trust tandrews@andrewslaw.net,
          khill@andrewslaw.net;tetiana@andrewslaw.net;nikki@andrewslaw.net
          Troy  Savenko   on behalf of Creditor   Bald Eagle, LLC tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Plaintiff   RamQuest Software, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Plaintiff   IQC Properties, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   RamQuest Software, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Plaintiff   De Baca Land and Cattle LLC tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   IQC Properties, Inc. tsavenko@kv-legal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
Troy    Savenko    on behalf of Plaintiff    Dawn Lizabeth Bubion and Michael Amerio, Trustees of the
    Dawn Lizabeth Bubion 2003 Trust tsavenko@kv-legal.com
Troy    Savenko    on behalf of Creditor    Sugarland Petroleum, Inc. tsavenko@kv-legal.com
Troy    Savenko    on behalf of Creditor Kathryn S. Singleton tsavenko@kv-legal.com
Troy    Savenko    on behalf of Creditor    Gregory W. Losa and Marilyn Hansen, Trustees of the
    January 16, 2006 Restatement Trust of Gregory W. Losa dated September 25, 1985
    tsavenko@kv-legal.com
Troy    Savenko    on behalf of Plaintiff Ross    Epstein tsavenko@kv-legal.com
Troy    Savenko    on behalf of Creditor    DeBaca Land and Cattle LLC tsavenko@kv-legal.com
Troy    Savenko    on behalf of Interested Party    Dawn Lizabeth Bubion and Michael Amerio, Trustees
    of the Dawn Lizabeth 2003 Trust tsavenko@kv-legal.com
Troy    Savenko    on behalf of Creditor    18308 Hawthorne Boulevard, LLC tsavenko@kv-legal.com
Troy    Savenko    on behalf of Creditor J. Matthew Singleton tsavenko@kv-legal.com
Troy    Savenko    on behalf of Plaintiff Katarzyna    Epstein tsavenko@kv-legal.com
Troy    Savenko    on behalf of Creditor    Lulu Bubion Management Trust tsavenko@kv-legal.com
Troy    Savenko    on behalf of Creditor    Federal Express Corporation tsavenko@kv-legal.com
Troy    Savenko    on behalf of Creditor    Dawn Elizabeth Bubion 2003 Trust tsavenko@kv-legal.com
Troy    Savenko    on behalf of Creditor Ross    Epstein tsavenko@kv-legal.com
Troy    Savenko    on behalf of Creditor Katarzyna    Epstein tsavenko@kv-legal.com
Troy    Savenko    on behalf of Plaintiff J. Matthew Singleton tsavenko@kv-legal.com
Troy    Savenko    on behalf of Creditor    Aspen Apartments, LLC tsavenko@kv-legal.com
Troy    Savenko    on behalf of Creditor    Arboleda Corporation tsavenko@kv-legal.com
Troy    Savenko    on behalf of Creditor    RQ Holdings, Inc. tsavenko@kv-legal.com
Troy    Savenko    on behalf of Plaintiff Kathryn S. Singleton tsavenko@kv-legal.com
Troy    Savenko    on behalf of Plaintiff    Gregory W. Losa and Marilyn Hansen, Trustees of the
    January 16, 2006 Restatement Trust of Gregory W. Losa dated September 25, 1985
    tsavenko@kv-legal.com
Troy    Savenko    on behalf of Plaintiff    RQ Holdings, Inc. tsavenko@kv-legal.com
Troy    Savenko    on behalf of Plaintiff    Sugarland Petroleum, Inc. tsavenko@kv-legal.com
Troy    Savenko    on behalf of Creditor    De Baca Land and Cattle LLC tsavenko@kv-legal.com
Troy    Savenko    on behalf of Plaintiff    Lulu Bubion, Trustee of the Lulu Bubion Management Trust
    tsavenko@kv-legal.com
Troy    Savenko    on behalf of Creditor    Debbie Ann Martinez and Michael Amerio, Trustees of the
    Debbie Ann Martinez 2003 tsavenko@kv-legal.com
Troy    Savenko    on behalf of Plaintiff    18308 Hawthorne Boulevard, LLC tsavenko@kv-legal.com
Troy    Savenko    on behalf of Plaintiff    Arboleda Corporation tsavenko@kv-legal.com
Troy    Savenko    on behalf of Creditor David    Ash tsavenko@kv-legal.com
Troy    Savenko    on behalf of Plaintiff David    Ash tsavenko@kv-legal.com
Troy    Savenko    on behalf of Plaintiff    Debbie Ann Martinez and Michael Amerio, Trustees of the
    Debbie Ann Martinez 2003 Trust tsavenko@kv-legal.com
Troy    Savenko    on behalf of Creditor    Joseph E. Temple and Patricia J. Temple as Trustees for
    the Joseph E. and Patricia J. Temple Revocable Trust tsavenko@kv-legal.com
Troy    Savenko    on behalf of Creditor    David Ash, Trustee of the David Ash Trust dated January
    10, 2008 tsavenko@kv-legal.com
Victoria D. Garry    on behalf of Creditor    Ohio Dept of Taxation
    victoria.garry@ohioattorneygeneral.gov
W. Greer McCreedy, II    on behalf of Creditor Charles J. bocklet McCreedy@McCreedylaw.com,
    alex@mccreedylaw.com;kristi@mccreedylaw.com;melissa.patti.ecf@gmail.com;mccreedytr75390@notify.be
    stcase.com
Warren Thomas Allen, II    on behalf of Defendant Julious P. Smith, Jr. warren.allen@skadden.com
Warren Thomas Allen, II    on behalf of Creditor Robert T. Skunda warren.allen@skadden.com
Warren Thomas Allen, II    on behalf of Defendant Eugene P. Trani warren.allen@skadden.com
Warren Thomas Allen, II    on behalf of Defendant Janet A. Alpert warren.allen@skadden.com
Warren Thomas Allen, II    on behalf of Creditor John P. McCann warren.allen@skadden.com
Warren Thomas Allen, II    on behalf of Defendant Thomas G. Snead, Jr. warren.allen@skadden.com
Warren Thomas Allen, II    on behalf of Creditor Thomas G. Snead, Jr. warren.allen@skadden.com
Warren Thomas Allen, II    on behalf of Defendant John P. McCann warren.allen@skadden.com
Warren Thomas Allen, II    on behalf of Creditor Marshall    Wishnack warren.allen@skadden.com
Warren Thomas Allen, II    on behalf of Defendant Michael    Dinkins warren.allen@skadden.com
Warren Thomas Allen, II    on behalf of Defendant Dianne M. Neal warren.allen@skadden.com
Warren Thomas Allen, II    on behalf of Defendant Marshall B. Wishnack warren.allen@skadden.com
Warren Thomas Allen, II    on behalf of Defendant Robert F. Norfleet, Jr. warren.allen@skadden.com
Warren Thomas Allen, II    on behalf of Creditor Robert F. Norfleet, Jr. warren.allen@skadden.com
Warren Thomas Allen, II    on behalf of Defendant Gale K. Caruso warren.allen@skadden.com
Warren Thomas Allen, II    on behalf of Defendant Charles H. Foster, Jr. warren.allen@skadden.com
Warren Thomas Allen, II    on behalf of Defendant Robert T. Skunda warren.allen@skadden.com
Warren Thomas Allen, II    on behalf of Creditor Gale K. Caruso warren.allen@skadden.com
William A Frazell    on behalf of Creditor    Texas Comptroller of Public Accounts
    bk-bfrazell@texasattorneygeneral.gov,  sherri.simpson@texasattorneygeneral.gov
William A. Broscious    on behalf of Interested Party    Smith Barney, a division of Citigroup
    Global Capital Markets Inc. wbroscious@kbbplc.com
William A. Broscious    on behalf of Creditor    CitiGroup Global Markets, Inc.
    wbroscious@kbbplc.com
William A. Gray    on behalf of Creditor    Napa/JC Investment Partnership bgray@sandsanderson.com,
    sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
William A. Gray    on behalf of Creditor    Stoutenburg Enterprises, LLC bgray@sandsanderson.com,
    sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com

District/off: 0422-7        User: baumgartn          Page 25 of 26            Date Rcvd: Nov 07, 2019
                           Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      William A. Gray   on behalf of Plaintiff   RFL Properties, LLC bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Creditor   Frontier Pepper's Ferry, LLC bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Creditor Alfredo  Barraza bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Creditor Henry and Mary Jo  Bagelmann bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Plaintiff   Pflumm, LLC bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Creditor   CFS Rambler, L.P. bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Creditor   Greenwich Village Renovation Co., LLC
      bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Creditor   135 Street Corporation bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Creditor Anthony  Nalbone bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Plaintiff   Serena Hospitality Group, Inc. bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Creditor   River Bend Real Estate, Inc. bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Creditor   Early Lodging, LLC bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Creditor   CDC Rural, LP bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Creditor   Ziegler Family Trust A and Ziegler Family Trust B under
      the Ziegler Family Trust dated June 23, 2004 bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Creditor William Childs Detering bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Creditor Gerald  Puff bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Creditor   Arbor Oaks I, LLC and Arbor Oaks II, LLC
      bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Plaintiff   CDC Glendale, LP bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Creditor   RFL Properties, LLC bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Creditor   Pflumm, LLC bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Creditor and the Rose Family Trust, dated 7/10/1991 Mazzoncini
      Family Trust, dated 1/23/1995 bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Creditor Matthew B Luxenberg bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Creditor Maria S. Limon bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Plaintiff   CDC Rural, LP bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Creditor   Pillar Investment Group, L.L.C. bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Creditor   Technology Leasing Concept, Inc.
      bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William A. Gray   on behalf of Creditor   CDC Glendale, LP bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
      William Ashley Burgess   on behalf of Plaintiff   Harvey Family Limited Partnership
      aburgess@sandsanderson.com,  qscott@sandsanderson.com
      William Ashley Burgess   on behalf of Creditor   The Mazzoncini Family Trust, dated 1/23/1995
      aburgess@sandsanderson.com,  qscott@sandsanderson.com
      William Ashley Burgess   on behalf of Creditor Judith T. Clough aburgess@sandsanderson.com,
      qscott@sandsanderson.com
      William Ashley Burgess   on behalf of Creditor David C. Smith aburgess@sandsanderson.com,
      qscott@sandsanderson.com
      William Ashley Burgess   on behalf of Creditor   C & M Warehouse, Inc. and Car-Mil Realty, LLC
      aburgess@sandsanderson.com,  qscott@sandsanderson.com
      William Ashley Burgess   on behalf of Creditor Charles E. Clough aburgess@sandsanderson.com,
      qscott@sandsanderson.com
      William Ashley Burgess   on behalf of Creditor   The Rose Family Trust, dated 7/10/1991
      aburgess@sandsanderson.com,  qscott@sandsanderson.com
      William Ashley Burgess   on behalf of Plaintiff   Matthew B Luxenberg, Trustee of the Matthew B.
      Luxenberg Revocable Family Trust aburgess@sandsanderson.com,  qscott@sandsanderson.com
      William C. Carr, Jr.   on behalf of Movant Ramesh Ramamoorthy wcarr@emrochandkilduff.com
      William Daniel Prince, IV   on behalf of Defendant   Diversified Business Solutions
      wprince@t-mlaw.com,  jseay@t-mlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William Daniel Prince, IV    on behalf of Creditor   Iron Crown LLLP wprince@t-mlaw.com,
            jseay@t-mlaw.com
          William Daniel Prince, IV    on behalf of Creditor Alfonso  Jones wprince@t-mlaw.com,
            jseay@t-mlaw.com
          William Daniel Prince, IV    on behalf of Creditor Martha  Kemp wprince@t-mlaw.com,
            jseay@t-mlaw.com
          William Daniel Prince, IV    on behalf of Defendant   SLK Global BPO Services Private Limited
            wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV    on behalf of Creditor Patrick K. Burke wprince@t-mlaw.com,
            jseay@t-mlaw.com
          William Daniel Prince, IV    on behalf of Creditor   ROHO Investments Ltd wprince@t-mlaw.com,
            jseay@t-mlaw.com
          William Daniel Prince, IV    on behalf of Interested Party   Stockard Realty Partnership, Ltd.
            wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV    on behalf of Creditor Kimberly R. Kidd wprince@t-mlaw.com,
            jseay@t-mlaw.com
          William Daniel Prince, IV    on behalf of Creditor Wayne R. Kidd wprince@t-mlaw.com,
            jseay@t-mlaw.com
          William Edward Callahan, Jr.   on behalf of Plaintiff Bruce H. Matson
            william.callahan@leclairryan.com,  heather.stewart@leclairryan.com
          William H. Schwarzschild, III   on behalf of Debtor   LandAmerica Financial Group, Inc.
            tschwarz@williamsmullen.com
          William M. Hogan   on behalf of Defendant   Angela M. Arthur, As Trustee of the Arthur
            Declaration of Trust, Dated December 29, 1988 bhogan@gilreathlaw.com
          William M. Hogan   on behalf of Defendant   Leapin Eagle, LLC bhogan@gilreathlaw.com
          William M. Hogan   on behalf of Defendant Denise J. Wilson bhogan@gilreathlaw.com
          William M. Hogan   on behalf of Defendant Jane T. Evans bhogan@gilreathlaw.com
          William M. Hogan   on behalf of Defendant Vivian  Hays bhogan@gilreathlaw.com
          William M. Hogan   on behalf of Defendant Gerald R Terry bhogan@gilreathlaw.com
          William M. Hogan   on behalf of Defendant Ann T. Robbins bhogan@gilreathlaw.com
          William R. Baldwin, III   on behalf of Creditor Charles T Bell billbaldwin@comcast.net,
            billbaldwin@meyerbaldwin.com
          William R. Feldman   on behalf of Creditor Safwat A. Gerges wrflaw@aol.com,
            acurtis@wfeldmanlaw.com
          William R. Feldman   on behalf of Creditor Karin  Gerges wrflaw@aol.com,  acurtis@wfeldmanlaw.com
          William Ross Spence   on behalf of Interested Party   Stockard Realty Partnership, Ltd.
            ross@snowspencelaw.com,
            donnasutton@snowspencelaw.com;janissherrill@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
          William Ross Spence   on behalf of Creditor   Iron Crown LLLP ross@snowspencelaw.com,
            donnasutton@snowspencelaw.com;janissherrill@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
          William Ross Spence   on behalf of Interested Party   Stockton Realty Partnership, Ltd.
            ross@snowspencelaw.com,
            donnasutton@snowspencelaw.com;janissherrill@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
          Zev Hillel Antell   on behalf of Creditor Patrick  Stanton zev.antell@butlerroyals.com
          Zev Hillel Antell   on behalf of Interested Party Kerrie  Borboa zev.antell@butlerroyals.com
                                                                                    TOTAL: 1054