**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:

LandAmerica Financial Group, Inc., et al.,

        Debtor

Case No. 08-35994-KRH
Chapter 11
Jointly Administered

**NOTICE OF MOTION TO DESIGNATE SUCCESSOR TRUSTEE**
**AND NOTICE OF HEARING**

    PLEASE TAKE NOTICE that the United States Trustee has filed with the Court a Motion to Designate a Successor Trustee (the "Motion").

    <u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).  Under Local Bankruptcy Rule 9013-1, unless a written response to the Motion is filed with the Clerk of Court and served on the moving party prior to the date set for a hearing on this matter, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the relief requested.

    The hearing will be held before The Honorable Kevin R. Huennekens in Courtroom 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219 on November 19, 2019 at 2:00 p.m.  The Court will send out separate notice of this hearing to all creditors and parties in interest.

    If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then prior to the date set for a hearing on this matter, you or your attorney must:

        ( X )    File with the Court, at the address shown below, a written response with

Robert B. Van Arsdale, AUST (Va. Bar No.17483)
Shannon Pecoraro, Esq. (Va. Bar No. 46864)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

supporting memorandum pursuant to Local Bankruptcy Rule 9013-1.  You must mail or otherwise file it early enough so that the Court will receive it on or before the due date identified above.

            Clerk of Court
            United States Bankruptcy Court
            701 East Broad Street – Suite 4000
            Richmond, VA 23219

You must also mail a copy to:

            Robert B. Van Arsdale, Esquire
            Assistant U.S. Trustee
            Office of the U.S. Trustee
            701 East Broad Street - Suite 4304
            Richmond, VA 23219

   If you, or your attorney, do not take these steps, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

            John P. Fitzgerald, III
            Acting United States Trustee
            Region Four

            /s/Robert B. Van Arsdale
            Robert B. Van Arsdale

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>LandAmerica Financial Group, Inc., et al.,<br><br>Debtor. | Case No. 08-35994-KRH<br>Chapter 11<br>Jointly Administered |

**MOTION TO DESIGNATE SUCCESSOR TRUSTEE**

    John P. Fitzgerald, III, Acting United States Trustee for Region Four, (the "U.S. Trustee") hereby respectfully requests this Court to designate a Successor Trustee for the Liquidation Trust provided for in the confirmed Plan of Reorganization in this case, and for such other and further relief as the Court shall deem to be necessary and just.

    Respectfully submitted,

John P. Fitzgerald, III
Acting U.S. Trustee
Region Four

by: /s/Robert B. Van Arsdale
Robert B. Van Arsdale
Assistant U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219

## CERTIFICATE OF SERVICE

  I certify that on November 13, 2019 service of the above Notice of Motion and Motion on all attorney users in this case was accomplished through the Notice of Electronic Filing, pursuant to CM/ECF Policy 9 of the United States Bankruptcy Court for the Eastern District of Virginia, Case Management/Electronic Case Files (CM/ECF) Policy Statement, Version 09/04/09.

              /s/Robert B. Van Arsdale
              Robert B. Van Arsdale