**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| IN RE:    **LANDAMERICA FINANCIAL GROUP, INC., et al.,** | **Case No. 08-35994**<br>**Chapter 11**<br>**Jointly Administered** |
| **Debtors.** | |

**FIRST MONTHLY REPORT OF THE SUCCESSOR TRUSTEE OF THE LFG LIQUIDATION TRUST (NOVEMBER 25 -DECEMBER 31, 2019)**

Pursuant to this Court's Order Appointing Successor Trustee For LFG Liquidation Trust, entered November 25, 2019, docket no. 5799 (the "Appointment Order"), which requires the Successor Trustee to file monthly reports with the Court, Benjamin C. Ackerly, the Successor Trustee, states as follows.

1. On November 27, 2019, Bruce H. Matson, the previous Trustee of the LFG Liquidation Trust (the "Trust"), delivered to the Successor Trustee, his check #300001, dated November 25, 2019, in the amount of $2,882,447.28 ( the "Matson check").  A copy of the Matson Check, redacted with respect to the bank account number, is attached as Exhibit 1.

2. The Successor Trustee opened an account at SunTrust Bank, Account #******6833, in the name of the Trust (the "SunTrust Account") on December 3, 2019 and on December 4, 2019, the Successor Trustee deposited the Matson Check in the SunTrust Account.  A copy of the SunTrust Account deposit receipt is attached as Exhibit 2.  The opening balance in the SunTrust Account was $2,882,447.28.

3. During the current reporting period, the Successor Trustee drew one check against the SunTrust Account in the amount of $4,500.00 to pay in full a one (1) year premium for a surety bond in the amount of $3 million to secure the Successor Trustee's performance, issued by Liberty Mutual Insurance Company (the "Surety Bond"), obtained by the Successor Trustee in accordance with paragraph 10 of the Appointment Order.  A copy of the invoice for the Surety Bond is attached as Exhibit 3, and a copy of the SunTrust draft for the Surety Bond premium payment, redacted as to the account number, is attached as Exhibit 4.

4. No other deposits or withdrawals were made in or from the SunTrust Account, and there were no other transfers involving the Trust, during the period ended December 31, 2019.

5. The closing balance of the SunTrust Account as of December 31, 2019 was $2,877,947.28, as reflected on the monthly statement for the SunTrust Account, redacted as to the account number, attached hereto as Exhibit 5.

Dated: January 31, 2020                                  Respectfully submitted,


                                        By:   */s/ Benjamin C. Ackerly*
                                              Benjamin C. Ackerly,
                                              Successor Trustee of the
                                              LFG Liquidation Trust


## CERTIFICATE OF SERVICE

      I certify that on January 31, 2020, I served a copy of the above First Monthly Report on Kenneth N. Whitehurst, III, Assistant United States Trustee, Office of The United States Trustee, 200 Granby Street, Suite 625, Norfolk, VA 23510 through the Notice of Electronic Filing, pursuant to CM/ECF Policy 9 of the United States Bankruptcy Court for the Eastern District of Virginia, Case Management/Electronic Case Files (CM/ECF) Policy Statement, Version 09/04/09.


                                              /s/ Benjamin C. Ackerly
                                              Benjamin C. Ackerly

# Exhibit 1

Bruce H. Matson
919 E. Main Street
24th Floor
Richmond, VA 23219

**Axos Bank**
4350 La Jolla Village Dr, Suite 140 / San Diego, CA 92122

CHECK NUMBER
**300001**

| DATE | AMOUNT |
|---|---|
| 11/25/19 | $***2,882,447.28 |

**PAY TO THE ORDER OF**

Benjamin C. Ackerly, Trustee

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-35994   XXX | Bruce H. Matson, LFG Wind-Down Agen |

*Two Million Eight Hundred Eighty Two Thousand Four Hundred Forty Seven Dollars And 28/100*

THIS CHECK VOID AFTER 90 DAYS

⑊300001⑊  ⑊122287251⑊          0228⑊

---

| Date: 11/25/19 | Check Number: 300001 | Amount: 2,882,447.28 |
|---|---|---|

Estate Name: Bruce H. Matson, LFG Wind-Down Agen
Case Number: 08-35994    XXX

| Paid To:  Benjamin C. Ackerly, Trustee | Bruce H. Matson<br>919 E. Main Street<br>24th Floor<br>Richmond, VA 23219 |
|---|---|

Description:

Bank Account Number: ████0228

# **Exhibit 2**



## SunTrust

Thank you for banking with SunTrust

Access your account information using
Online and Mobile banking or by calling
us at 800.SunTrust (800.786.8787)

PD 12/04/2019 15:34 # 147
CD 12/04/2019 071 4436001 0005

Deposit

$2,882,447.28

Chk/Sav/MMA

XXXXXX6833

All deposits are subject to verification
and collection from the issuing bank.

Use `erts and Online or M`u:le Banking to
check your Available Balance so that you
have the freed`` `` spend with confidence.

# Exhibit 3

INTERNATIONAL SURETIES, LTD.
701 POYDRAS STREET
SUITE 420
NEW ORLEANS, LA  70139
504-581-1876 - FAX

STEPHEN BEAHM
504-581-6441
sbeahm@internationalsureties.com

SARA DEJARNETTE
504-581-4227
sdejarnette@internationalsureties.com

December 6, 2019

INVOICE

BENJAMIN ACKERLY
RIVERFRONT PLAZA
951 E. BYRD STREET
RICHMOND, VA 23219

PHONE - (804) 788-8479
FAX   - (804) 788-8218
eMAIL - backerly@huntonemeritus.com

BOND #          -  016224274

YOUR CASE #     -  08-35994

SURETY COMPANY  -  LIBERTY MUTUAL INSURANCE COMPANY

BOND AMOUNT     -  $ 3,000,000.00

TERM            -  11/25/19  to  11/25/20


CH. 11 JOINTLY ADMINISTERED BOND - LANDAMERICA FINANICIAL GROUP, INC., ET AL

                      PREMIUM DUE          $    4,500.00


PAYMENT IS DUE UPON RECEIPT

MAIL CHECK PAYABLE TO INTERNATIONAL SURETIES, LTD. TO THE ADDRESS ABOVE

PLEASE WRITE YOUR BOND NUMBER IN THE CHECK MEMO

YOU MAY ALSO REMIT PAYMENT VIA WIRE TRANSFER TO:

WHITNEY BANK
228 ST. CHARLES AVENUE
NEW ORLEANS, LA 70130

ACCOUNT #          1944
ABA # 065000171
TAX ID: 72-0708724

# **Exhibit 4**

 **SunTrust Bank Official Check**

SunTrust Banks, Inc.  
Wealth Services Group  
GA-Atlanta-0082

12/9/2019          7100002884

Pay   Four Thousand Five Hundred Dollars and No Cents

TO THE  
ORDER OF   International Sureties

***************$4,500.00

SunTrust Banks, Inc by its Authorized  
Agent SunTrust Bank

LFG LIQUIDATION TRUST  
Bond #016224274  
Payable at SunTrust Bank

Ben Martin  
BP-3696911

Authorized Signature

⑈7100002884⑈ ⑆061100790⑆              9996⑈

# Exhibit 5

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 3
36/E00/0175/0/71
█████ 6833
12/31/2019
0000

# SunTrust

# Account Statement

LFG LIQUIDATION TRUST
BENJAMIN C ACKERLY TTEE
CASE # 08-35994
951 E BYRD ST
RICHMOND VA 23219-4040

Questions? Please call
1-800-786-8787

SunTrust and BB&T have merged to become Truist.
Until our separate operating systems are fully integrated, we'll continue to use the SunTrust name.
For now, keep banking as you always have.
Find details about SunTrust now Truist, your account(s), and the Truist Disclosure at any
SunTrust branch, suntrust.com/truist or 800.SUNTRUST.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| TOTAL BUSINESS BANKING | █████ 6833 | 12/03/2019 - 12/31/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $.00 | Average Balance | $2,878,750.85 |
| Deposits/Credits | $2,882,447.28 | Average Collected Balance | $2,775,806.31 |
| Checks | $.00 | Number of Days in Statement Period | 29 |
| Withdrawals/Debits | $4,500.00 | | |
| Ending Balance | $2,877,947.28 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| █████ 6833 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Deposits/Credits

| Date | Amount | Serial # | Description | Date | Amount | Serial # | Description |
|---|---|---|---|---|---|---|---|
| 12/04 | 2,882,447.28 | | DEPOSIT | | | | |

Deposits/Credits: 1                              Total Items Deposited: 1

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 12/09 | 4,500.00 | | MISCELLANEOUS DEBIT |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 12/03 | .00 | .00 | 12/05 | 2,882,447.28 | 2,882,447.28 |
| 12/04 | 2,882,447.28 | .28 | 12/09 | 2,877,947.28 | 2,877,947.28 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

As of January 2, 2020 changes will be made to Rules and Regulations for Deposit Accounts and Funds Availability Policy. The changes will be reflected in the 12/2019 versions and can be viewed or obtained online at www.suntrust.com/disclosures, by requesting a copy at 800.SUNTRUST or by visiting a SunTrust branch.

174455                                    Member FDIC                        Continued on next page