## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## Richmond Division

**IN RE:**    **LANDAMERICA FINANCIAL**          **Case No. 08-35994**
             **GROUP, INC., et al.,**            **Chapter 11**
                                                 **Jointly Administered**

**Debtors.**

## FIFTH MONTHLY REPORT OF THE SUCCESSOR TRUSTEE OF THE LFG
## LIQUIDATION TRUST (APRIL 1, 2020-APRIL 30, 2020)

Pursuant to this Court's Order Appointing Successor Trustee For LFG Liquidation Trust, entered November 25, 2019, docket no. 5799 (the "Appointment Order"), which requires the Successor Trustee to file monthly reports with the Court, Benjamin C. Ackerly, the Successor Trustee, states as follows.

1. The book balance[1] in the Successor Trustee's account at SunTrust Bank, Account #******6833 in the name of the Trust (the "SunTrust Account") on April 1, 2020 was $2,743,899.00.

2. For the period April 1, 2020 – April 30, 2020, the Successor Trustee drew three checks against the SunTrust Account as follows:

   a. Check #1008, dated April 24, 2020, made payable to Protiviti, Inc. in the amount of $2,146.00 for professional services rendered through February 29, 2020 (*see* Exhibit 1);

   b. Check #1009, dated April 30, 2020, made payable to Hunton Andrew Kurth LLP in the amount of $17,213.05 for professional services rendered through March 31, 2020 (*see* Exhibit 2); and

   c. Check #1010, dated April 30, 2020, made payable to Benjamin C. Ackerly in the amount of $9,120.00 for professional services rendered by him, as Successor Trustee, through March 31, 2020 (*see* Exhibit 3).

3. A refund in the amount of $441.05 was posted to the SunTrust Account on April 15, 2020 for the account analysis fee charged to the SunTrust Account on February 21, 2020 (*see* a copy of the SunTrust Account Statement for the period ending 03/31/2020 attached as Exhibit 4).

4. A refund in the amount of $431.18 was posted to the SunTrust Account on April 21, 2020 for the account analysis fee charged to the SunTrust Account on February 21, 2020 (*see* a

---

[1] The "book balance" may vary from the SunTrust Account Statement balance because checks written on the SunTrust Account have not cleared the SunTrust Bank Account as of the date of the SunTrust Bank Statement.

copy of the SunTrust Account Statement for the period ending 03/31/2020 attached as Exhibit 4).

5.  A credit in the amount of $562.38 to the SunTrust Account on April 30, 2020 for interest earned through April 30, 2020 (*see* a copy of the SunTrust Account Statement for the period ending 04/30/2020 attached as Exhibit 4).

6.  A debit in the amount of $431.18 was charged against the SunTrust Account on April 20, 2020 for an account analysis fee (*see* a copy of the SunTrust Account Statement for the period ending 04/30/2020 attached as Exhibit 4).[2]

7.  The book balance of the SunTrust Account as of April 30, 2020 was $2,715,419.95.

Dated: June 5, 2020                               Respectfully submitted,

By:  /s/ Benjamin C. Ackerly
     Benjamin C. Ackerly,
     Successor Trustee of the
     LFG Liquidation Trust

## CERTIFICATE OF SERVICE

I certify that on June 5, 2020, I served a copy of the above Fifth Monthly Report on Kenneth N. Whitehurst, III, Assistant United States Trustee, Office of The United States Trustee, 200 Granby Street, Suite 625, Norfolk, VA 23510 through the Notice of Electronic Filing, pursuant to CM/ECF Policy 9 of the United States Bankruptcy Court for the Eastern District of Virginia, Case Management/Electronic Case Files (CM/ECF) Policy Statement, Version 09/04/09.

/s/ Benjamin C. Ackerly
Benjamin C. Ackerly

---

[2] SunTrust has indicated that they will refund this analysis fee.

# Exhibit 1



1008

**LFG LIQUIDATION TRUST**
**BENJAMIN C. ACKERLY TRUSTEE**
951 E. BYRD STREET
RICHMOND, VA 23219

68-2/510

DATE 4/24/20

PAY TO THE ORDER OF _Restriti Ine_          |$ 2,146.00

_two thousand one fofty six_          DOLLARS

SunTrust    ACH RT 061000104

FOR _Inv # 13429_

⑈0000 1008⑈        68 3 3⑈

**Protiviti Inc.**
1051 E. Cary Street
Suite 602
Richmond, VA 23219
Tax ID # 04-3661951

## REMITTANCE PAGE

|  |  |
|---|---|
|  | March 12, 2020 |
| Benjamin C. Ackerly, Esquire | Invoice No.      13429 |
| Hunton Andrews Kurth LLP | Our File No.     R19051 |
| Riverfront Plaza, East Tower | Billing Through: 2/29/20 |
| 951 East Byrd Street |  |
| Richmond, VA  23219 |  |

REGARDING: LFG Trust F.A.

|  |  |
|---|---|
| TOTAL FEES | $2,146.00 |
| TOTAL CHARGES FOR THIS BILL | $2,146.00 |

Please remit this copy with your payment

**Protiviti Inc.**
1051 E. Cary Street
Suite 602
Richmond, VA 23219
Tax ID # 04-3661951

Benjamin C. Ackerly, Esquire
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

|  |  |
|---|---|
| March 12, 2020 | |
| Invoice No. | 13429 |
| Our File No. | R19051 |
| Billing Through: 2/29/20 | |

REGARDING: LFG Trust F.A.

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Individual | Procedure | Hours |
|---|---|---|---|
| 2/5/20 | SBR | Review professional fee payments analysis requested by Trustee. | 0.40 |
| 2/5/20 | MSS | Research historical bank accounts. | 0.60 |
| 2/6/20 | MSS | Compile support for historical payments to professionals. | 1.10 |
| 2/14/20 | MSS | Update Quickbooks for December and January activity. | 0.30 |
| 2/21/20 | MSS | Research Escondido and Centennial Bank transactions.  Compile documents for counsel. | 2.60 |
| | | **Total hours for this matter** | 5.00 |

**Timekeeper Summary**

| Name | | Hours | Rate | Amount |
|---|---|---|---|---|
| MSS | Smith, Matthew S. | 4.60 | 410.00 | 1,886.00 |
| SBR | Roski, Suzanne B. | 0.40 | 650.00 | 260.00 |
| | **Total fees for this matter** | 5.00  hrs | | $2,146.00 |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $2,146.00 |
| TOTAL CHARGES FOR THIS BILL | $2,146.00 |

# Exhibit 2

**1009**

**LFG LIQUIDATION TRUST**
**BENJAMIN C. ACKERLY TRUSTEE**
951 E. BYRD STREET
RICHMOND, VA 23219

68-2/510

DATE 4/30/20

PAY TO THE ORDER OF ___Hunton Andrews Kurth___   $ 17,213.05

___Seventeen thousand two hundred thirteen & 5/100___ DOLLARS

SUNTRUST   ACH RT 061000104

FOR ___legal fees  3/1/20 - 3/31/20___

⑈0000 1009⑈    ⑈ ██████████    68 3 3 ⑈



HUNTON
ANDREWS KURTH

HUNTON ANDREWS KURTH LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074

TEL  804 · 788 · 8200
FAX  804 · 788 · 8218

EIN  54-0572269

## INVOICE SUMMARY

Benjamin C. Ackerly
Riverfront Plaza, East Tower
951 East Byrd Street, Suite 200
Richmond, VA 23219-4074

FILE NUMBER:        122535.0000001
INVOICE NUMBER:     101178969
DATE:               04/27/2020

| CLIENT NAME: | Ackerly, Benjamin C |
| BILLING ATTORNEY: | TYLER P. BROWN |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending March 31, 2020 per the attached itemization:

## CURRENT INVOICE SUMMARY:

**RE: (Hunton # 122535.0000001) Benjamin C. Ackerly, Successor Trustee for the LFG Liquidation Trust**

| | |
|---|---|
| Current Fees: | $ 17,058.00 |
| Current Charges: | 155.05 |
| **CURRENT INVOICE AMOUNT DUE:** | **$ 17,213.05** |

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8555

To Pay By Mail:
HUNTON ANDREWS KURTH LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton Andrews Kurth LLP Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Information with Wire: File: 122535.0000001, Inv: 101178969, Date: 04/27/2020

# Exhibit 3



# Exhibit 4



SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

**SUNTRUST**

Page 1 of 2
664'00/0175/0/71
5833
04/30/2020
0000

## Account
## Statement

LFG LIQUIDATION TRUST
BENJAMIN C ACKERLY TTEE
CASE # 08-35994
951 E BYRD ST
RICHMOND VA 23219-4040

Questions? Please call
1-800-786-8787

---

Keep your SunTrust Accounts safer.
Use unique usernames and passwords for your online bank accounts.
It's best not to recycle the same username and password on multiple websites where you
have an online profile - especially your financial accounts.
Also, try to avoid characters from your email, phone number, birthdate or other personal information.

---

| Account Summary | Account Type | | Account Number | | Statement Period |
|---|---|---|---|---|---|
| | BUSINESS ANALYSIS INT CHECK | | 5833 | | 04/01/2020 - 04/30/2020 |

| | Description | Amount | Description | Amount |
|---|---|---|---|---|
| | Beginning Balance | $2,743,899.00 | Average Balance | $2,744,138.60 |
| | Deposits/Credits | $1,434.61 | Average Collected Balance | $2,744,138.60 |
| | Checks | $.00 | Number of Days in Statement Period | 30 |
| | Withdrawals/Debits | $431.18 | Annual Percentage Yield Earned | .25% |
| | Ending Balance | $2,744,902.43 | Interest Paid Year to Date | $2,042.41 |

| Overdraft Protection | Account Number | Protected By |
|---|---|---|
| | 5833 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

| Deposits/ Credits | Date | Amount | Serial # | Description |
|---|---|---|---|---|
| | 04/15 | 441.05 | | ACCOUNT ANALYSIS FEE REFUND |
| | 04/21 | 431.18 | | ACCOUNT ANALYSIS FEE REFUND |
| | 04/30 | 562.38 | | INTEREST PAID THIS STATEMENT THRU 04/30 |
| | Deposits/Credits: 3 | | | Total Items Deposited: 0 |

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 04/20 | 431.18 | | ACCOUNT ANALYSIS FEE |
| | Withdrawals/Debits: 1 | | | |

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 04/01 | 2,743,899.00 | 2,743,899.00 | 04/21 | 2,744,340.05 | 2,744,340.05 |
| | 04/15 | 2,744,340.05 | 2,744,340.05 | 04/30 | 2,744,902.43 | 2,744,902.43 |
| | 04/20 | 2,743,908.87 | 2,743,908.87 | | | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted
that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.