**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| IN RE:     **LANDAMERICA FINANCIAL GROUP, INC., et al.,** | Case No. 08-35994<br>Chapter 11<br>Jointly Administered |
|                     Debtors. | |

**THIRTY-FIRST MONTHLY REPORT OF THE SUCCESSOR TRUSTEE OF THE LFG LIQUIDATION TRUST (JUNE 1 – JUNE 30, 2022)**

Pursuant to this Court's Order Appointing Successor Trustee For LFG Liquidation Trust, entered November 25, 2019, docket no. 5799 (the "Appointment Order"), which requires the Successor Trustee to file monthly reports with the Court, Benjamin C. Ackerly, the Successor Trustee, states as follows.

1. The book balance[1] in the Successor Trustee's account at Truist Bank, Account #******6833 in the name of the Trust (the "Truist Account") on May 31, 2022 was $3,099,706.37.

2. For the period June 1, 2022 – June 30, 2022, the Successor Trustee drew one check against the Truist Account as follows:

    a. Check #1085, dated June 29, 2022, made payable to Benjamin C. Ackerly, as Successor Trustee, in the amount of $7,860.00 for professional services rendered for the period May 1 – May 31, 2022 (*see* Exhibit 1).

3. A credit in the amount of $25.49 was credited to the Truist Account on June 30, 2022 for interest earned through June 30, 2022 (see a copy of the Truist Account Statement for the period ending 6/30/2022 attached as Exhibit 2).

4. A debit in the amount of $486.74 was charged against the Truist Account on June 21, 2022 for Service Charges – Prior Period (see a copy of Truist Statement for the period ending 6/30/2022 attached as Exhibit 2).

5. The book balance of the Truist Account as of June 30, 2022 was $3,091,385.12.

Dated: July 18, 2022                                Respectfully submitted,

                                                           By:    */s/ Benjamin C. Ackerly*
                                                                     Benjamin C. Ackerly,
                                                                     Successor Trustee of the
                                                                     LFG Liquidation Trust

---

[1] The Successor Trustee's "book balance" may vary from the Truist Account Statement balance because checks written on the Truist Account have not cleared Truist Bank as of the date of the Truist Account Statement.

# CERTIFICATE OF SERVICE

I certify that on July 18, 2022, I served a copy of the above Thirty-first Monthly Report on Kenneth N. Whitehurst, III, Assistant United States Trustee, Office of The United States Trustee, 200 Granby Street, Suite 625, Norfolk, VA 23510 and on Catherine Montgomery, Assistant United States Trustee, Office of The United States Trustee, 701 E. Broad Street, Suite 4304, Richmond, VA 23219 through the Notice of Electronic Filing, pursuant to CM/ECF Policy 9 of the United States Bankruptcy Court for the Eastern District of Virginia, Case Management/Electronic Case Files (CM/ECF) Policy Statement, Version 09/04/09.

/s/ Benjamin C. Ackerly
Benjamin C. Ackerly

# Exhibit 1

**LFG LIQUIDATION TRUST**
**BENJAMIN C. ACKERLY TRUSTEE**
951 E. BYRD STREET
RICHMOND, VA 23219

1085

68-2/510

DATE: 29 June 2022

PAY TO THE ORDER OF: Benjamin C. Ackerly, Successor Trustee

$ 7,860.00

Seven thousand eight hundred sixty .no/100 DOLLARS

SUNTRUST  ACH RT 061000104

FOR: May 2022

⑈0000 1085⑈  6833⑈

# Exhibit 2






306-65-07-20 77329 3 C 001 30   75 002
LFG LIQUIDATION TRUST
BENJAMIN C ACKERLY TTEE
CASE 08-35994
951 E BYRD ST
RICHMOND VA   23219-4040

# Your account statement
For 06/30/2022

**Contact us**

 Truist.com

 (844) 4TRUIST or (844) 487-8478

## COMMERCIAL INTEREST CHECKING ███████6833

### Account summary

| | |
|---|---:|
| Your previous balance as of 05/31/2022 | $3,172,230.57 |
| Checks | - 80,384.20 |
| Other withdrawals, debits and service charges | - 486.74 |
| Deposits, credits and interest | + 25.49 |
| Your new balance as of 06/30/2022 | = $3,091,385.12 |

### Interest summary

| | |
|---|---:|
| Interest paid this statement period | $25.49 |
| 2022 interest paid year-to-date | $159.78 |
| Interest rate | 0.01% |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---:|---|---|---:|---|---|---:|
| 06/07 | 1083 | 12,075.00 | 06/01 | 1084 | 60,449.20 | 06/30 | 1085 | 7,860.00 |
| | | | | | | Total checks | | = $80,384.20 |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 06/21 | SERVICE CHARGES - PRIOR PERIOD | 486.74 |
| Total other withdrawals, debits and service charges | | = $486.74 |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 06/30 | INTEREST PAYMENT | 25.49 |
| Total deposits, credits and interest | | = $25.49 |